IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LENNISHA REED,** *Co-Administrator of the Estate of Lenn Reed,* <br><br> **LENN REED, JR.,** *Co-Administrator of the Estate of Lenn Reed,* <br><br> **Plaintiff,** <br><br> v. <br><br> **WEXFORD HEALTH SOURCES, INC.,** <br><br> **Defendants.** | **Case No. 20-cv-01139-SPM** |

## SCHEDULING ORDER

**MCGLYNN, District Judge:**

The Court **ADOPTS** the proposed scheduling order jointly submitted by the parties (*see* Doc. 60) and **ORDERS** as follows:

1. Plaintiff's deposition shall be taken by July 22, 2022.

2. Defendant's deposition shall be taken by July 22, 2022.

3. Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

    a. Plaintiff's expert(s): July 22, 2022.

    b. Defendant's expert(s): September 23, 2022.

    c. Third Party expert(s): N/A.

4. Depositions of expert witnesses must be taken by:

    a. Plaintiff's expert(s): August 12, 2022.

    b. Defendant's expert(s): October 14, 2022.

    c. Third Party expert(s): N/A.

5. Discovery shall be completed by October 14, 2022 (which date shall be no later than 115 days before the first day of the month of the presumptive trial month or the first day of the month of the trial setting). Any written interrogatories or request for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full 30 days as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

6. All dispositive motions shall be filed by November 14, 2022 (which date shall be no later than 100 days before the first day of the month of the presumptive trial month or the first day of the month of the trial setting). Dispositive motions filed after this date will not be considered by the Court.

**IT IS SO ORDERED.**

**DATED:   June 2, 2022**

                                                                 *s/Stephen P. McGlynn*
                                                        **STEPHEN P. MCGLYNN**
                                                        **United States District Judge**