

HANNA M. SABA, M.D.
May 27, 2022

```
 1          A.    Uh-huh.

 2          Q.    Did this pathology report give you any

 3    additional insight into Mr. Reed's cancer that you

 4    didn't already have?

 5          A.    No.  It just confirmed that he did have a

 6    rectal cancer.  Just confirmed everything we already

 7    knew.

 8          Q.    In a patient with Mr. Reed's diagnosis, do

 9    you provide palliative chemotherapy immediately after

10    they've had the colonoscopy and colostomy, or is there

11    some time that they need to heal first?

12               MR. BISWELL:  Do you understand the

13    question?

14               THE WITNESS:  Yes.

15          A.    Not from the colonoscopy or colostomy,

16    these are relatively minor surgical procedure, or the

17    port.  We -- again, if we have the luxury of waiting

18    and we have somebody with early cancer, good health,

19    you want to wait a couple of weeks, you wait, but when

20    you are in a race against time with very aggressive

21    cancer, we don't have to wait after these procedure.

22    BY MS. KINKADE:

23          Q.    Okay.  So after his surgery with Dr.

24    Rosett, is there a reason why Mr. Reed didn't receive
```

HANNA M. SABA, M.D.
May 27, 2022

1  chemotherapy while inpatient at Richland?

2          A.    Richland do not have an in-hospital

3  inpatient oncology service.

4          Q.    If Mr. Reed was to be transferred to

5  Carle, does Carle Hospital have that oncology service?

6          A.    They do, but I don't know then if they

7  would have decided that he was in a shape and ready to

8  start the treatment, but probably, maybe.  Some of the

9  treatment -- I have to go back and correct myself.

10         Some of the treatment I was planning to give

11  him, specifically the Avastin, is something we don't

12  give immediately after any procedure.  We wait at least

13  for two weeks.  But the other chemo could have been

14  given sooner.

15         Q.    And the decision to transfer him from

16  Richland to Carle, do you know who makes that decision?

17         A.    The surgeons -- the surgical team.

18         Q.    Okay.  So Dr. Rosett's team?

19         A.    Yes.  There was Dr. Reid at that time and

20  Dr. Silverman and the admitting physician, admitting

21  internal medicine doctors, I think Dr. Garrett, but

22  there was a whole team taking care of him directly.

23         Q.    And at some point --

24                MR. WEIL:  Object to form to the last

HANNA M. SABA, M.D.
May 27, 2022

1  question.  Go ahead.

2  BY MS. KINKADE:

3      Q.    At some point, he was transferred to Carle

4  Hospital; is that right?

5      A.    After the last time I saw him, October 17,

6  things went like out of control, and he got very sick

7  with so many different problems and complications and

8  directly and indirectly from the cancer, and there was

9  a lot of intervention done, surgical, nonsurgical

10 treatment, that I cannot speak of directly, but, you

11 know, the timing and the sequencing, what would happen,

12 I was just kept in the loop, and I had a general idea

13 what was going on, and I would give my reco -- verbal

14 recommendation for the doctor what to do, but

15 everything I would answer about this period, it would

16 see -- be from, you know, verbal communication, record

17 I read, because I wasn't directly involved with him at

18 that time, but to go back and answer your question,

19 yes, he was transferred to Carle at some point after

20 that, probably 10 days or 12 days later.

21      Q.    And do you have privileges at Carle?

22      A.    Champaign?  No.

23      Q.    So his cancer was being overseen by

24 oncologists at Carle when he was admitted there?

HANNA M. SABA, M.D.
May 27, 2022

```
 1          A.     Probably, yes.

 2          Q.     Did they consult with you at all?

 3          A.     I don't remember talking directly to a

 4   medical oncologist there.  I cannot say 100 percent

 5   sure or not, but I don't remember.  Usually they do.  I

 6   know personally some of the oncologists there, so if it

 7   happens one of my patient happen to be at Carle,

 8   especially if the patient is -- has complicated, you

 9   know, case, they do call, but I cannot remember for

10   sure about Mr. Reed if they talked to me at all or not.

11          Q.     So when Mr. Reed is inpatient at Carle

12   Hospital, the decision to initiate chemotherapy rests

13   with the oncologists there that are overseeing his

14   care?

15                 MR. WEIL:  Object --

16          A.     Correct.

17                 MR. WEIL:  -- to form.

18   BY MS. KINKADE:

19          Q.     Do you know when Mr. Reed started having

20   some complications with his kidneys?

21          A.     I don't recall exactly when.  I learned

22   about it later, but probably around the time he was in

23   the hospital at Olney and when all these procedure were

24   being done, and it doesn't take long for this problem
```

HANNA M. SABA, M.D.
May 27, 2022

1  10/29/2018.  So I saw him.  I kind of kept updating

2  myself what's going on, biopsy, for instance, on

3  metastatic cancer.  He has -- also has multiple liver

4  mass.  I don't --

5            THE COURT REPORTER:  I can't understand

6  you.  I'm sorry.

7            THE WITNESS:  I'm just reading quickly

8  some of my notes on that consult, just skipping through

9  lines, just trying to remind myself what this document

10 about.  Okay.  I'm sorry.  I'll try not to say anything

11 unless meaningful.

12 BY MS. KINKADE:

13       Q.    Okay.  So you saw Mr. Reed on October

14 29th, 2018 at Richland?

15       A.    I'm sorry.  We have third -- the other

16 page, the page after that, because that finished the

17 sentence just started?  Yes.

18       Q.    Okay.  And informed -- or you talked to

19 him several times about his overall prognosis is poor?

20       A.    Yes.

21       Q.    What does that mean?

22       A.    That mean he has relatively very bad

23 cancer at a bad stage that's incurable, and not only

24 that.  When say poor means unlikely to do well with the

HANNA M. SABA, M.D.
May 27, 2022

1  current knowledge we have at that time and current

2  available treatment at that time.  I'm just conveying

3  to him that I wasn't very optimistic at that time of

4  any good outcome.

5      Q.    And you said the treatment is palliative

6  and may depend on the cancer molecular profile?

7      A.    Yes, because this is where the molecular

8  profile may come in -- in play.  I was hoping maybe we

9  would find something that some of the newer treatment

10 may actually make a difference, but in general, that

11 treatment is not very promising.

12     Q.    And then I'm showing you page 132.  It's a

13 note from I believe Dr. Rosett that there is a CT scan

14 showing possible cancer at the T7 in his spinal column?

15     A.    Yes.  That -- that was note from Dr. Reid,

16 one of the other surgeons.

17     Q.    Okay.  At this time, when he's at Richland

18 and you see him, could you have ordered chemotherapy or

19 systemic treatment?

20          MR. BISWELL:  Object.

21          MR. WEIL:  Object to form.

22          MR. BISWELL:  You may answer it.

23     A.    Again, number one, Richland Memorial

24 Hospital, they do not have an inpatient chemotherapy

HANNA M. SABA, M.D.
May 27, 2022

1  setting at all.  To give chemotherapy in a hospital,

2  they have to have all setting.  They have to have a

3  special pharmacy, trained pharmacist, special facility,

4  and good -- to mix chemo, they need to have special

5  trained chemo nurses, and at Richland, they don't have

6  it.  So even if I have a candidate patient that can

7  receive chemo in the hospital, patient cannot have that

8  done.  He will need to be transferred to a hospital

9  where they have an inpatient ability to give chemo.

10      The chemo I am giving in Olney is an outpatient

11  chemo.  It's not inpatient chemo.  We bring our

12  pharmacy, we bring our drugs, we bring our nurses, we

13  bring our staff.  Everything is ours.  We don't use --

14  we don't have any assistant in the hospital.  We just

15  use the hospital building at the location for the

16  outpatient.  That's number one.

17      Number two, even though sometimes we try to push

18  patient to take chemo when their prognosis is poor and

19  waiting is not in their best interest and unlikely to

20  do better, but you still have to have a minimal decent

21  performance status for a patient to take chemotherapy,

22  and in general, any patient who is in the hospital

23  because he's sick, because he cannot make it on his own

24  outside the hospital, he is in the hospital as an

HANNA M. SABA, M.D.
May 27, 2022

 1  inpatient for health reason, this patient in general is

 2  not a candidate for chemotherapy.  He's too sick to

 3  take chemotherapy, and that's why most of our

 4  chemotherapy is -- not almost -- exclusively as an

 5  outpatient, because patient needs to be healthy enough

 6  to be able to make it to outpatient clinic.  That's

 7  kind of a way of telling about the performance status

 8  we're talking about.  If somebody too sick to make it

 9  on his own at home, in general he's too sick to take

10  any chemo.  The chemo is more likely going to cause

11  more damage than help.

12  BY MS. KINKADE:

13       Q.    Okay.  So --

14       A.    Actually I mentioned in my note that I was

15  just hoping for him to get better enough to be

16  discharged so we can start the chemo as an outpatient,

17  but that was before he started having all these other

18  complications.

19       Q.    So it looks like you next saw him on

20  November 14th, 2018.  Do you have that report, or I can

21  show you the paper copy that's page 183?

22       A.    So I know that he had a lot of issues for

23  a couple of months, and then eventually he made it out

24  and he came to see me, and I know it was by the end of

HANNA M. SABA, M.D.
May 27, 2022

1  BY MS. KINKADE:

2        Q.    Okay.  And were you consulted about his

3  condition when he was discharged on November 3rd?

4        A.    I do not remember.  Probably the surgeon

5  told me like verbally.  We used to talk, you know, all

6  the time about all patients, so probably they did.  I

7  do not remember.

8        Q.    And do you know if Mr. Reed was in a

9  condition to start receiving chemotherapy on November

10 3rd, 2018?

11             MR. WEIL:  Object to form.

12       A.    I cannot remember.

13 BY MS. KINKADE:

14       Q.    Okay.  In this November 14th, 2018 note,

15 you said in the middle of that fourth paragraph:  I was

16 hoping actually that he would have been started on

17 chemotherapy when he was at Carle Clinic as an

18 outpatient, but they did not.

19       A.    At that time, I was like hoping he would

20 start on treatment as soon as possible and was getting

21 out quickly.  He was deteriorating.  Situation was very

22 difficult.  He had to go through a lot.  And many time

23 would be in a condition would not be able to take

24 chemo, and then he would get better, and would be a

HANNA M. SABA, M.D.
May 27, 2022

1  good person to take the -- take pill then, but then he

2  would lose it very quickly.  It was just going up and

3  down very quickly, very rapidly so much going on.  It's

4  very hard to keep track at that specific moment of

5  time.

6       I -- over here, just reading my notes, I

7  remember that there was a period in the middle of

8  November where he was doing a little bit better.  It

9  would have been probably a good time to take chemo, but

10 he was still not good enough to be discharged, and

11 there was no way of taking chemo as an inpatient.

12       Q.    At Carle?

13       A.    At Carle.  No.  At Richland.  This was at

14 Richland.  I'm talking at Richland.

15       Q.    Okay.

16       A.    At Carle, I don't know anything that

17 happened in Carle.

18       Q.    Okay.  So your note here when you said

19 that you were hoping that Carle Clinic would have

20 started chemotherapy, is that a criticism of the

21 physicians at Carle Clinic or is that just a byproduct

22 of his instability and his condition?

23             MR. WEIL:  Object to form.

24       A.    That was a general statement that he was

HANNA M. SABA, M.D.
May 27, 2022

```
 1  just doing too bad that he couldn't take it for
 2  whatever reason was.  I wasn't criticizing Carle.  I
 3  didn't know how sick or well he was at Carle and if he
 4  was in shape to take treatment or not.
 5  BY MS. KINKADE:
 6        Q.    Okay.
 7        A.    I was just like feeling that we're losing
 8  this opportunity and we were probably losing him and I
 9  was just feeling bad probably.
10        Q.    Okay.  And then when you saw him on
11  November 14th, he had been re-admitted into Richland
12  with some new complications, including that he was --
13  had no feeling in his lower extremities; is that right?
14        A.    Apparently, yes.
15        Q.    For your assessment and plan number one,
16  you said:  At this point, he has to get better, and I
17  hope his obstructive symptoms resolve.
18        Did Mr. Reed's complications get better from
19  this point forward?
20        A.    I don't think so.
21        Q.    But if -- okay.
22        And then number two, you said you're afraid his
23  overall prognosis is extremely poor, his chance of
24  survival is getting less and less.
```

HANNA M. SABA, M.D.
May 27, 2022

```
 1        Now, I want to ask you what you meant by that
 2   when you said his chance of survival is getting less
 3   and less.  Before, you testified that his condition was
 4   incurable?
 5        A.    Yes.
 6        Q.    Okay.  How -- how would a person with an
 7   incurable disease have a survival chance?
 8             MR. WEIL:  Object to form, asked and
 9   answered.
10        A.    Well, language wise, this is a wrong word,
11   but I didn't mean his chance of survival meaning a
12   chance of curing his disease.  I meant his chance of
13   having any meaningful remission was less and less.
14   BY MS. KINKADE:
15        Q.    Okay.  Okay.  That makes sense.  You said:
16   We still have a window of opportunity to start him on
17   chemotherapy, hoping to reverse the process and get his
18   cancer under control, shrink some of his lymph nodes,
19   and then things can get better.
20        Is that still the palliative therapy that we
21   were talking about before?
22        A.    Yes.  This is the whole goal of the
23   palliative therapy, is that for him specifically, you
24   would assume that this is a young, healthy patient that
```

HANNA M. SABA, M.D.
May 27, 2022

1    -- otherwise, aside from his cancer or all the

2    complication from his cancer, you would assume he -- he

3    was a healthy person.  So you would assume every

4    problem he has is directly from the cancer or

5    complication directly or indirectly, and this is where

6    we feel like urge, probably we should start treatment

7    as soon as possible, because even though he was not in

8    his best shape, maybe given a treatment may give him a

9    hope, give him a hope that stop the process, reverse

10   it, and then everything may get better, including the

11   very bad symptoms he's having.  So this is a

12   palliative, but then your focus may actually work if we

13   can just initiate some treatment by kind of stopping

14   the disease for just few days and then maybe reverse

15   it, maybe all of his other problems may get better

16   little by little, but he had obstruction in his bowels,

17   he had obstruction of his kidneys, he have compression

18   fraction -- fracture and spinal cord compression in his

19   back.  He had all these things.  So if you give a

20   treatment, you don't have to cure the disease.  If you

21   can shrink his lymph nodes by 20 percent, then maybe

22   the obstructive uropathy will be resolved and the urine

23   will start flowing and you will take out his

24   nephrostomy tube.  If you can shrink the tumor mass by

HANNA M. SABA, M.D.
May 27, 2022

1   20 percent, maybe he will start passing stools and then

2   get rid of the ostomy, and then maybe that would give

3   him better nutrition and then maybe he would be

4   stronger, then maybe he would start bouncing back, and

5   then he would be able to take more chemo, and this is

6   what we go for.  This is the palliative treatment.

7   It's palliative, not curing the cancer, but controlling

8   it and improving the quality of life, and some patients

9   with -- if the cancer is sensitive to treatment and

10  responsive to treatment, they get really durable lives,

11  good control over the cancer for months, sometimes you

12  hope for years, even if you don't cure it, but you

13  cannot do that unless you start some treatment to start

14  reversing the process, but the sicker the patient is,

15  the more advanced the cancer is, the harder it is to

16  get into this window of opportunity.  It's a window of

17  opportunity I'm talking about, and he was losing this

18  window of opportunity.

19        Q.    Okay.  It sounds like you said the first

20  step for this reversal of his complications would be

21  his cancer would have to be responsive to chemotherapy,

22  right?

23        A.    Correct.

24        Q.    And not all cancer is responsive to

HANNA M. SABA, M.D.
May 27, 2022

1  chemotherapy?

2          A.    No.

3          Q.    Okay.  And then if his cancer was

4  responsive to chemotherapy, it could reduce some of his

5  symptoms and potentially give him better quality of

6  life and live a longer life span?

7          A.    Correct.

8          Q.    Okay.  And at this point, when you're

9  writing this note, you don't have his molecular

10 profile, which would give you insight on whether his

11 cancer was likely to be responsive to chemotherapy?

12              MR. WEIL:  Object to form.

13         A.    We know quite a bit of colon cancer in

14 general.  We know about other factors that may rule.

15 And the molecular profile was eventually -- it will add

16 more insight, but it wasn't the only thing.

17 BY MS. KINKADE:

18         Q.    Right.  But you didn't have the benefit of

19 knowing the results of the molecular profile when

20 you're coming up with this assessment and plan?

21         A.    It wasn't available to me at that time.

22         Q.    And then you said that window of time is a

23 couple weeks?

24         A.    Apparently, --

HANNA M. SABA, M.D.
May 27, 2022

```
 1                 MR. WEIL:  Object to form.
 2         A.    -- from my experience and assessment at
 3  that time, probably that how I felt.  That could have
 4  been wrong, but apparently that what I felt at that
 5  time.
 6  BY MS. KINKADE:
 7         Q.    And Mr. Reed remains inpatient for two to
 8  three weeks after this note; is that right?
 9         A.    Well, you have the records.  It's probably
10  very clearly stated in the records, so --
11         Q.    And so the person who is making the
12  decision to start this chemotherapy would have been
13  either Dr. Rosett's team to get him transferred or the
14  Carle team who would initiate the chemotherapy; is that
15  right?
16                 MR. WEIL:  Object.  Object to form.
17         A.    I don't really know who was the person
18  who's responsible at that time.  There was so much
19  going on that I cannot remember details, what happened
20  then and if it was before his radiation or not.  So
21  many things were going on at the same time.
22         But when I say in my assessment that I think we
23  have very short window of opportunity to treat him,
24  that doesn't necessarily mean, Okay, this is the time
```

HANNA M. SABA, M.D.
May 27, 2022

 1 | we have to make a definite effort to start now.  It's

 2 | just like a general assessment thing that he's not

 3 | doing very well and we have short window of

 4 | opportunity.  It doesn't mean he was ready to take

 5 | treatment at that time because there was so much going

 6 | on.

 7 | BY MS. KINKADE:

 8 |        Q.    Okay.

 9 |        A.    Maybe it wasn't for a week or so until

10 | after he heals and -- or then I wasn't quite sure what

11 | they were doing day-to-day at that time in the hospital

12 | or what kind of care, if he was ready to be transferred

13 | or not, I'm not sure.

14 |        Q.    Okay.  But ultimately those treatment

15 | decisions would have been the providers at the facility

16 | he was inpatient at?

17 |               MR. WEIL:  Object to form.

18 |        A.    Yes.  In general, the decision about what

19 | to do, whether to transfer patients or not, is the

20 | responsibility of people taking care of him at the

21 | facility, but, again, there was no inpatient oncology

22 | service at Carle.

23 | BY MS. KINKADE:

24 |        Q.    You mean at Richland?

HANNA M.  SABA, M.D.
May 27, 2022

1        A.    At Carle Richland.  Mostly I'm saying

2   about Carle.  Just to -- to be clear, Richland now

3   became Carle, so it's called Carle Richland.  That's

4   why -- at that time, it wasn't.  It was independent,

5   Richland.

6        Q.    Okay.

7        A.    But, yes, Carle Richland, at Richland.

8        Q.    And so when you say the window is the next

9   couple weeks, it sounds to me like you're saying in a

10  couple of weeks, his condition is not likely to be any

11  better?

12       A.    My feeling --

13             MR. WEIL:  Object to form.

14       A.    -- then was probably it was then or never.

15  BY MS. KINKADE:

16       Q.    Okay.  You mentioned you were unsure when

17  he started radiation, palliative radiation.  Why is

18  that significant to you in the determination of

19  starting palliative chemotherapy?

20             MR. WEIL:  Object to form.

21       A.    I wouldn't say it was like directly

22  related, but in addition to all the problem that he

23  had, having the compression fracture and spinal cord

24  compression and becoming permanently paralyzed, that

HANNA M. SABA, M.D.
May 27, 2022

1  probably, you know, usually would add a big load to the

2  whole situation and would make any likelihood of being

3  able -- any likelihood of this wishful thinking I was

4  thinking, trying to reverse the process, would make it

5  extremely much less likely then, because that added

6  big, heavy health issues and problem on the patient,

7  would make him less likely to benefit from the

8  treatment and less likely to be able to tolerate much

9  treatment, and hoping to reverse the process to give

10  him a decent quality of life, which is the main goal of

11  palliative therapy, would kind of disappear when

12  somebody is already permanently paralyzed.

13  BY MS. KINKADE:

14      Q.   So, you know, if -- if the treaters making

15  the decision to initiate chemotherapy considered that

16  he was getting radiation would make the chemo treat --

17  would make his condition worse, that would be an

18  appropriate consideration?

19          MR. BISWELL:  Can you rephrase that?  I

20  don't think I -- as asked, it's like a state of a mind

21  of somebody else question, so --

22  BY MS. KINKADE:

23      Q.   Well, is it sound medical judgment for a

24  provider to delay palliative chemotherapy for

HANNA M. SABA, M.D.
May 27, 2022

```
 1  palliative radiation?

 2       A.    For somebody --

 3             MR. WEIL:  Object to form.

 4       A.    -- someone with acute spinal cord

 5  compression who needs --

 6             THE COURT REPORTER:  Who needs what?  I'm

 7  sorry.

 8             THE WITNESS:  I'm sorry.  Was that --

 9             MR. BISWELL:  The court reporter didn't --

10             THE COURT REPORTER:  You said who needs

11  and I didn't hear the words after that.  I'm sorry.

12       A.    For someone with acute spinal cord

13  compression who needs palliative radiation therapy, we

14  would not start chemotherapy at the same time.  Number

15  one, we don't give chemotherapy at the same time with

16  radiation therapy that's given for palliative purpose,

17  because it's short and quick.

18             Number two, it's far more important to deal with

19  the spinal cord compression.  Spinal cord compression

20  constitutes one of the very few oncological

21  emergencies, and it takes priority over everything else

22  because it leads to permanent paralysis and damage, and

23  once you find out about it, you need to initiate

24  treatment immediately with either immediate
```

HANNA M. SABA, M.D.
May 27, 2022

1  neurosurgery or radiation therapy, and the role of

2  chemotherapy in his cancer is -- becomes less priority

3  for sure.

4  BY MS. KINKADE:

5      Q.   And just to be clear, during this time

6  when you're writing the November 14th note, you're not

7  waiting on something from Wexford to start any sort of

8  chemotherapy treatment for Mr. Reed?

9          MR. WEIL:  Object to form.

10     A.   Wexford is what?

11  BY MS. KINKADE:

12     Q.   I'll --

13     A.   The medical team at the facility?

14     Q.   Right.

15     A.   No.

16     Q.   Okay.  So you're -- at some point, you

17  received the molecular profile on Mr. Reed's cancer?

18     A.   Yes.

19     Q.   And what did that tell you about his

20  cancer?

21     A.   It was consistent with a profile that we

22  usually see with a very aggressive cancer with a worst

23  overall prognosis than other average colon cancer and

24  kind of more resistant to traditional chemotherapy.

HANNA M. SABA, M.D.
May 27, 2022

1    Q.    What does that mean for his prognosis?

2    A.    This is not specifically for prognosis,

3  but this would tell me that there is a category of

4  medications that we may use for metastatic colorectal

5  cancer.  It's called EGFR inhibitors.  It's a category

6  of cancer treatment that might be one of the good

7  choices for patient with colorectal cancer down the

8  road like as a second line treatment or a third line

9  treatment, will help us control the disease longer.

10       This category of medications does not work in

11  patients with NRAS mutation.  So he would lose his

12  possibility in the future if it -- if it came to that

13  point.

14    Q.    Okay.  You told -- I'm looking at the

15  December 19th, 2018 appointment with Mr. Reed.  After

16  you received the molecular profile, pages 35 and 36 of

17  the Bates records, you told Mr. Reed the options for

18  treatment are supportive care only and comfort care

19  versus palliative chemotherapy?

20    A.    Yes.

21    Q.    What does that mean?

22    A.    Exactly what it says.  The options are

23  doing nothing, just supportive or comfort care, which

24  what we talk about before, just make his -- make him

HANNA M. SABA, M.D.
May 27, 2022

1    comfortable, treat his pain, or palliative

2    chemotherapy.

3            Q.    And is part of that --

4                  MR. WEIL:  Jaclyn, I'm sorry.  I was

5    talking.  I was on mute.  Can you tell me what page

6    you're on?

7                  MS. KINKADE:  35 and 36.

8                  MR. WEIL:  35?

9                  MS. KINKADE:  35 and 36.  Yeah.

10                 MR. WEIL:  Thank you.

11   BY MS. KINKADE:

12           Q.    And was this treatment options informed by

13   the molecular profile?

14           A.    No.  This is -- this is the same treatment

15   we talk about all along, but at this point, he was

16   doing much, much poorly than the first or second or

17   third or fourth time I saw him, so I made it clear that

18   he has the option of not doing anything and just get

19   comfort care, because at that time, I had very little

20   hope of any really did anything, there was any hope of

21   -- that the palliative chemo would work, so I wanted to

22   make sure he understand that he has the option of doing

23   nothing, just comfort care, and that doesn't have

24   anything to do with the molecular profile.  He was just

HANNA M. SABA, M.D.
May 27, 2022

1  doing so poorly, and, yes, because the molecular

2  profile was bad, but it wasn't directly related,

3  because I wasn't planning to treat him differently than

4  I originally planned to.

5          Q.    Okay.  And then you also have in your

6  notes that from the molecular profile, it says

7  MSI-stable?

8          A.    Correct.

9          Q.    What's that mean?

10         A.    It's just one of the characteristic of the

11  cancer, also make us lose the chance to give him a

12  different type of treatment that would have been a good

13  option.  For patient with his poor performance status,

14  there's about 10 percent of patient with colon cancer

15  has a -- has a 4, 5 called MSI-I or MSI-unstable.  This

16  kind of patient may -- actually treated with

17  immunotherapy, that may work, which is more incurable

18  than people may be more effective.  So if he had the

19  MSI-unstable or MSI kind disease, then maybe a

20  different option would have been given, less toxic,

21  maybe -- maybe more promising, but, unfortunately, he

22  didn't have it, so that was not an option.  I just

23  wanted to mention it, that I tested it and it wasn't an

24  option.

HANNA M. SABA, M.D.
May 27, 2022

1          Q.     You say in your note that his disease is

2     high -- very high risk and resistant to treatment, with

3     extremely poor prognosis, especially with the BRAF

4     mutation?

5          A.     Correct.

6          Q.     And that the presence of the NRAS mutation

7     also makes it less likely to respond to treatment with

8     EGFR inhibitor?

9          A.     Correct.  That what I just explained.

10         Q.     His response to therapy in general is very

11    limited and his life expectancy is very short?

12         A.     That what I said.

13         Q.     You said his treatment options are only

14    palliative.  That may prolong his life for a few

15    months, but with significant toxicity?

16         A.     Yes.

17         Q.     Mr. Reed did want to move forward with the

18    chemotherapy palliatively?

19         A.     Yes.

20         Q.     And this is the first time that you

21    ordered a chemotherapy medication for Mr. Reed to be

22    treated on?

23         A.     Yes.

24                MR. WEIL:  Object to form.

HANNA M. SABA, M.D.
May 27, 2022

1  BY MS. KINKADE:

2       Q.    And you ordered it to be initiated in two

3  weeks?

4       A.    Yes.

5       Q.    You noted that there was some ulcers that

6  Mr. Reed had developed while he was hospitalized?

7       A.    Yes.  Pressure sores, decubitus ulcers.

8       Q.    And you didn't have any recommendations

9  for a change in that treatment?

10      A.    We didn't have many other choices.

11            MR. BISWELL:  What treatment?  Can you be

12  more specific in that question?  Treatment for what?

13  The decubitus ulcers?

14            MS. KINKADE:  Yes.

15            MR. BISWELL:  Can you clarify that?

16            MS. KINKADE:  Yes.  Yes.

17      A.    Okay.  The treatment for decubitus ulcer?

18  BY MS. KINKADE:

19      Q.    Let me rephrase the question.  So you had

20  given orders for chemotherapy.  Shifting gears to the

21  ulcers, you didn't have any recommendations for a

22  change in the -- in the care that was already in place

23  for Mr. Reed's ulcers?

24            MR. WEIL:  Object to form.

HANNA M. SABA, M.D.
May 27, 2022

```
 1        A.    I was not involved in the care of his
 2  decubitus ulcers.
 3  BY MS. KINKADE:
 4        Q.    So is it just informative in your report?
 5        A.    Yes.
 6        Q.    And then you -- on January 2nd of '19, you
 7  initiated palliative chemotherapy with Mr. Reed?
 8        A.    Correct.
 9        Q.    And he signed a consent to that treatment
10  at that time?
11        A.    That's a routine we do.
12              MS. KINKADE:  Is this a good time to take
13  a few minute break?
14              MR. BISWELL:  Yeah.  How much more do you
15  have?
16              MS. KINKADE:  Not very much.  I just want
17  to get organized.
18              MR. BISWELL:  Sure.  Maybe let's keep the
19  break five minutes.
20              THE WITNESS:  Five minutes, because we
21  have to finish by 4:00.
22              MS. KINKADE:  Okay.  I'm almost done.
23  Okay.  We'll take a five-minute break.
24              MR. WEIL:  Okay.
```

HANNA M. SABA, M.D.
May 27, 2022

```
 1        Q.    Okay.

 2        A.    -- related to his cancer.

 3        Q.    And those records that you would have

 4   reviewed from Lawrence Correctional Center, would those

 5   have been the records that are saved in your chart?

 6              MR. WEIL:  Object to form.

 7        A.    How much would that be saved or not, I'm

 8   not quite sure, because we move from paper charts to

 9   electronic medical records, and the nurses would take

10   it and try to put in some of this information into the

11   forwarded medical records, and then they go back to the

12   discharge, to the discharge office, and where they get

13   them next, I follow them, and sometimes we make copies.

14   I'm not quite sure how much we keep is in our records.

15   I usually give it back to the patient to take to the --

16   to the window where they make their follow-up

17   appointment, and the staff take care of the record, and

18   they keep whatever they were instructed to keep or scan

19   whatever they were instructed to scan.

20        Q.    And we've looked at your -- your

21   appointments with Mr. Reed and your recommendations.

22   None of those recommendations were denied by any of the

23   prison staff for Wexford or Dr. Shah, Dr. Ritz or Dr.

24   Ahmed to your knowledge?
```

HANNA M.  SABA, M.D.
May 27, 2022

```
 1               MR. WEIL:  Object to form.

 2       A.    I really don't think so.

 3               MS. KINKADE:  That's all I have.

 4               MR. HILL:  I don't have any questions.

 5  Thank you.

 6               MR. WEIL:  That's it?

 7               MR. BISWELL:  Yep.

 8               MR. WEIL:  Okay.

 9                    CROSS-EXAMINATION

10  BY MR. WEIL:

11       Q.    Dr. Saba, thank you for sitting down with

12  us today.  My name is Steve Weil.  I am -- I represent

13  the Estate of Mr. Reed in this case.  I want to direct

14  you first to page 14 of the large document you have, so

15  Bates page 14.

16       My computer is now not cooperating with me, but

17  I'll get there.

18               MR. WEIL:  I'll note that the time I have

19  is 3:35 p.m.

20  BY MR. WEIL:

21       Q.    You recall testifying that this document

22  -- it reflects an appointment that you had with Mr.

23  Reed on September 12th, 2018; is that right?

24       A.    Right.  Correct.
```

HANNA M. SABA, M.D.
May 27, 2022

1        Q.    Okay.  And you mentioned that it takes a

2   while to get things done, and part of what you

3   mentioned was approvals.  What did you mean by that?

4        A.    You have to pre-authorize CT scans

5   nowadays.  We used to want to do a CAT scan, you called

6   the hospital, you scheduled a patient, you get it the

7   same day or next day.  Now, you have to send it to a

8   pre-auth office, either ours or the facility, and

9   authorize it by the payer first and then get it

10  approved and get an authorization number and then get

11  the scan.

12        If you want to refer patient for colonoscopy,

13  you make the referral.  They call the GI doctors or the

14  surgeon.  They give patient appointment whenever

15  available.  Takes some time to get the patients in, and

16  then he's scheduled for the procedure whenever

17  available.  Working, getting down to the bottom of the

18  problem with a cancer and getting the right diagnosis

19  and the stage and everything in order to start

20  treatment takes time, and it's taking longer and longer

21  because the decision of getting things done is taken

22  away from the hand of the doctor, treating physician,

23  more and more, and too many parties involved.

24        Q.    Are you referring to your experience with

HANNA M. SABA, M.D.
May 27, 2022

```
 1  obtaining care for prisoners?

 2        A.    Not specifically.  For all our cancer

 3  patients.

 4        Q.    Was it a problem that you encountered in

 5  obtaining care for prisoners who you treated?

 6              MS. KINKADE:  Object to form and

 7  foundation.

 8              MR. HILL:  Join.

 9        A.    Not really, but there are certain

10  protocols you need to follow, which I'm not always, you

11  know, familiar with, and it varies from one time to

12  another.  Just like when we take care of like veteran

13  patients, if you want to do things, you have to go

14  through the Veteran office first.

15        Here, I don't think there's significant delay in

16  the thing that we recommend, but it has to be -- it has

17  to go through the facility office most of the time

18  really, not always.  I would say there hasn't been

19  significant delay in the things that I requested or I

20  order in my patient from the facility as far as cancer

21  from -- from the correction facility itself, but once

22  in a while, you may see a little bit of, you know,

23  inconsistency here or there, and it varies really from

24  the doctors who are there.  I mean, throughout the
```

HANNA M. SABA, M.D.
May 27, 2022

1  years, as I said, I've been getting patient from

2  Lawrence Correction Facility for like 12, 13 years now,

3  and there was a different time when you have less

4  consistency in the care of speed of getting things done

5  depending on the doctor there.  Sometimes I know them,

6  sometimes I don't, but I would notice some differences,

7  but nothing major really.  They usually would do

8  whatever we request in reasonably timely fashion.

9  BY MR. WEIL:

10        Q.    When you say lately, Doctor, what -- what

11  -- what time period are you referring to would you

12  estimate?

13        A.    Depends what we order and what we want.

14  Have to be more specific.

15        Q.    Sure.  By lately, do you mean in the last

16  year, the last two years, the last three years, that

17  -- that kind of thing?

18        A.    The thing is I don't follow-up closely on

19  the staff over there and how it changes, and I would

20  see so many different names here and there that I do

21  not recognize.  I do not know exactly how it works, if

22  there is one person there all the time or they take

23  part -- you know, part-time here or there.

24        Q.    Let me -- go ahead.  I'm sorry, Doctor.

HANNA M. SABA, M.D.
May 27, 2022

1       A.    I know at sometime there was one physician

2   there that was not like right on top of her game, and I

3   wouldn't very happy with the way things were done, but

4   -- but that's about it, and she left, and she wasn't

5   involved in Mr. Lenn care, but what I'm saying, how

6   fast things done, how fast they carry out orders may

7   vary from one time to another, but I cannot say there

8   is a pattern of delay or bureaucracy like with delayed

9   cancer care over there.

10      Q.    Why don't we turn real quickly to page 20,

11  Doctor, and this -- this is from your October 3rd

12  appointment with Mr. Reed.  I want to refer to your

13  assessment and plan.  It says -- on number one, it

14  says:  I will make him a referral to see a local

15  surgeon as soon as possible, and hopefully they will

16  approve it through the correction center quickly.

17      Do you see that?

18      A.    Yes.

19      Q.    Did -- can you explain what you meant in

20  that passage?

21      A.    Again, when I see patient from -- referred

22  to me from any facility, different likes than

23  self-referral, we make recommendation and then they're

24  carried on through that office.

HANNA M. SABA, M.D.
May 27, 2022

```
 1        A.    Well, I mean, you asking this question.  I
 2   said I wish they did, but I didn't mean that they made
 3   a terrible medical mistake.  They didn't.  I'm saying
 4   maybe that was the very small timing window for
 5   opportunity we had.  Maybe it was worth it, maybe it
 6   was not.  It was a small window of opportunity.  I just
 7   wish he was in the shape to take it.  I just wish he
 8   took it.  Just wishful thinking.
 9   BY MS. KINKADE:
10        Q.    Okay.  And then on November 5th of 2018,
11   sitting here today, you don't know if Mr. Reed would
12   have qualified for chemotherapy at that time?
13        A.    No.
14             MR. WEIL:  Object to form.
15   BY MS. KINKADE:
16        Q.    And chemotherapy isn't going to change
17   somebody's prognosis if their cancer is nonresponsive
18   to chemotherapy?
19             MR. WEIL:  Object to form.
20        A.    No.  It's not going to change prognosis.
21   If the cancer is resistant to the chemo we're giving,
22   chemo would end up hurting them.
23   BY MS. KINKADE:
24        Q.    And then is -- significant weight loss, is
```