# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Lennisha Reed *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Wexford Health Sources, Inc., *et al.*, <br><br> Defendants. | Case No. 3:20-cv-01139-SPM <br><br> Judge Stephen P. McGlynn |

## PLAINTIFFS' RESPONSE TO IDOC MOTION FOR EXTENSION OF TIME

Plaintiffs Lennisha Reed and Lenn Reed, Jr., through their counsel, hereby respond to the motion for extension of time filed by the Illinois Department of Corrections, ECF 80.

Plaintiffs do not oppose the IDOC's motion. Plaintiffs agree that since the issuance of the Court's order, *see* ECF 77, IDOC counsel have been diligent in conferring with Plaintiff counsel regarding the IDOC's response to the subpoena.

The IDOC's motion raised an issue that Plaintiffs contemplated addressing with the Court, but the issue has been clarified through subsequent correspondence with IDOC counsel.

Dated: November 19, 2022

Respectfully submitted,

/s/ *Stephen H. Weil*
Stephen H. Weil
Counsel for Plaintiffs

Jon Loevy
Steve Weil
LOEVY & LOEVY
311 North Aberdeen St., 3rd Fl.
Chicago, IL 60607
(312) 243-5900
weil@loevy.com