# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Lennisha Reed *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Wexford Health Sources, Inc., *et al.*, <br><br> Defendants. | Case No. 3:20-cv-01139-SPM <br><br> Judge Stephen P. McGlynn |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED SCHEDULE

Plaintiffs in the above-captioned matter, through their undersigned counsel, respectfully move the Court for an extension of time, from December 20, 2023 to January 12, 2023, to submit a proposed schedule in this case. Plaintiffs have not had the opportunity consult with counsel for Defendants regarding this request. In support of their motion Plaintiffs state:

1. Plaintiffs are under order from the Court to submit a status report to the Court, including a proposed schedule for completion of discovery.

2. As Plaintiffs explained in their December 20 motion, upon review of the IDOC's production in response to Plaintiffs' subpoena, it was determined that the search terms used by the parties may have resulted in an over-exclusion of communications relating to the 2014 and 2018 *Lippert* reports.

3. Since recognizing this problem, Plaintiff counsel has taken steps to remedy the issue and determine how it can be addressed. On December 15, Plaintiff counsel conferred with IDOC counsel to discuss a plan for re-adjusting the targeted terms and production. On December 18, Plaintiff counsel and IDOC counsel conferred again, developing a plan to narrow

*Lippert* terms by with a narrowed list of custodians, as well as modified search terms. Also on December 18, Plaintiff counsel transmitted a narrowed set of search terms to IDOC counsel.

4. IDOC counsel transmitted the revised terms to the IDOC's ESI vendor and reported on progress on December 19.

5. On December 20, IDOC counsel provided an account of the vendor's "hit" results regarding the terms. In light of these results, IDOC counsel and Plaintiff counsel conferred further and determined that an additional ESI conference is called for.

6. Plaintiffs and the IDOC have arranged to hold an ESI conference immediately after the holidays, on the afternoon of January 2.

7. Plaintiffs anticipate that in addition the January 2 conference, a second conference will be required to finalize a plan and schedule for completing the IDOC's production in response to Plaintiffs' subpoena.

**WHEREFORE**, in light of the foregoing, Plaintiffs respectfully requests an extension of time, from December 20, 2023 to January 12, 2024 to submit a proposed schedule for the remaining deadlines in this case.

Dated: December 20, 2023        Respectfully submitted,

/s/ *Stephen H. Weil*
Stephen H. Weil
Counsel for Plaintiffs

Jon Loevy
Steve Weil
Maria Makar
LOEVY & LOEVY
311 North Aberdeen St., 3rd Fl.
Chicago, IL 60607
(312) 243-5900
weil@loevy.com