IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Lennisha Reed et al., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:20-cv-01139-SPM |
| | ) | |
| v. | ) | |
| | ) | |
| Wexford Health Sources, Inc., *et al.*, | ) | Judge Stephen P. McGlynn |
| | ) | |
| Defendants. | ) | |

### PLAINTIFFS' MOTION TO DEEM FILED NUNC PRO TUNC

Plaintiffs, through undersigned counsel, respectfully move the Court to have Plaintiffs' motion for extension of time (ECF 170) deemed filed on May 27, 2024, *nunc pro tunc*.

During the day and evening on May 27, Plaintiffs' counsel was required to attend to the needs of one of his children, which delayed counsel's completion of the motion for extension. Counsel was ultimately able to complete the motion, but was not able to do so by the end of May 27.

The delay, due to a family matter, will not affect the Court's ability to adjudicate Plaintiffs' motion for extension in a timely manner.

**WHEREFORE**, Plaintiffs respectfully request that the Court deem the motion for extension of time (ECF 170) filed on May 27, 2024, nunc pro tunc.

Dated: May 28, 2024                                         Respectfully submitted,


/s/ *Steve Weil*
Steve Weil
Counsel for Plaintiffs

Jon Loevy
Maria Makar
Steve Weil
LOEVY & LOEVY
311 North Aberdeen St., 3rd Fl.
Chicago, IL 60607
(312) 243-5900
Weil@loevy.com