Exhibit A

# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ILLINOIS

Lennisha Reed *et al.*,

                    Plaintiffs,

          v.

Wexford Health Sources, Inc., *et al.*,

                    Defendants.

Case Number 3:20-cv-01139-SPM

Judge Stephen P. McGlynn

## RESPONSE OF PLAINTIFFS TO
## RULE 34 REQUESTS BY DEFENDANT WEXFORD HEALTH SOURCES, INC.

These are the responses of Lenn Reed Jr. to interrogatories served by defendant Wexford Health Sources, Inc. on April 1, 2021.

1.      All medical records, reports, charts or notations of whatever kind describing or indicating Decedent's physical or mental condition prepared by any physician, therapist, or any other person having occasion to treat, examine or care for Decedent within the period beginning on January 9, 2009, through his death. If any such documents are not in the possession of the plaintiff or plaintiffs attorney, then a medical records release is requested to enable this defendant to acquire such documents.

**Plaintiffs' response**:  Plaintiffs will produce all responsive documents in their possession, custody, or control.

2.      All statements or memoranda of statements of any of the defendants or, with regard to Wexford Health Sources, Inc., or the Illinois Department of Corrections, any of its supervisory personnel, having knowledge concerning the facts of this case.

**Plaintiffs' response**:  Plaintiffs object that "statements or memoranda" are vague and ambiguous as the terms are not described in the request.  Subject to and without waiving this objection, Plaintiffs will produce all responsive documents in their possession, custody, or control.  Pursuant to Rule 34(b)(2)(C), Plaintiffs state that they are not withholding any documents on the basis of this objection.

3.      All statements or memoranda of statements of any person having knowledge concerning the facts of this case.

**Plaintiffs' response**:  Plaintiffs object that "statements or memoranda" are vague and ambiguous as the terms are not described in the request.  Plaintiffs object that "persons having knowledge" are vague and ambiguous as the terms are not described in the request; Plaintiffs interpret "knowledge" to refer to percipient knowledge.  Plaintiffs object to this request to the extent it calls for the production of documents protected by the attorney work-product doctrine.  Subject to and without waiving these objections, Plaintiffs will produce all responsive documents in their possession, custody, or control.  Plaintiffs further object to this request to the extent it calls for production of documents placed outside the scope of discovery pursuant to Rule 26(b)(4).  Plaintiffs anticipate that multiple documents excluded from discovery by Rule 26(b)(4) and the attorney work-product doctrine will be created during the course of this action.

4.      All accident, incident, or occurrence reports prepared by any defendant or any other person, corporation or governmental agency, including law enforcement agencies, about Decedent's illness described in the Complaint, or about any other fact alleged in the Complaint.

**Plaintiffs' response**:  Plaintiffs will produce all responsive documents in their possession, custody, or control.

5.      All documents and writings, films, memorandum, and/or correspondence, originally created by any Defendant, or, with regard to Wexford Health Sources, Inc., or the Illinois Department of Corrections its parent, subsidiary, or agent.

**Plaintiffs' response**:   Plaintiffs will produce all responsive documents in their possession, custody, or control.

6.      All photos, films, videotapes, diagrams, plans, sketches, or specifications of the scenes of the incarceration and/or the medical evaluation or treatment alleged in the Complaint and of any other items or objects relevant thereto.

**Plaintiffs' response**:   Plaintiffs will produce all responsive documents in their possession, custody, or control.

7.      All photographs, films or videotapes, in your possession, custody, or control, which show or purport to show any aspect of Decedent during his illness described in the Complaint.

**Plaintiffs' response**:   Plaintiffs will produce all responsive documents in their possession, custody, or control.

8.      All documents that you, or your attorney, may use at trial to establish the standard of care owed by one or more defendants, or the breach thereof.

**Plaintiffs' response**:   Plaintiffs object that the disclosure of responsive documents is controlled by Rule 26(a)(3).  Subject to and without waiving this objection, Plaintiffs will produce all responsive documents in their possession, custody, or control.  Pursuant to Rule 34(b)(2)(C), Plaintiffs state that they are not withholding any documents on the basis of this

objection, subject to the timing of disclosures provided for by Rule 26(a)(3).

9.    All documents provided to any person expected to be called as an opinion witness at the trial of this case.

**Plaintiffs' response**:  Plaintiffs object that "opinion witness" is vague and ambiguous in the context of this case.  Interpreting "opinion witness" to refer to witnesses required to be identified pursuant to Rule 26(a)(2)(B), Plaintiffs will produce all responsive documents in their possession, custody and control, subject to the limitations on discovery provided for by Rule 26(b)(4).

10.    All documents or reports from any person expected to be called as an opinion witness at the trial of this case.

**Plaintiffs' response**:  Plaintiffs object that "from" is vague and ambiguous in the context of this request as it does not specify an identifiable category of documents.  Plaintiffs further object that "opinion witness" is vague and ambiguous in the context of this case.  Interpreting "opinion witness" to refer to witnesses required to be identified pursuant to Rule 26(a)(2)(B), Plaintiffs will produce all responsive documents in their possession, custody, and control, subject to the limitations on discovery provided for by Rule 26(b)(4).

11.    All documents, objects and tangible things which are in the possession of a consulting opinion witness retained by you, which do not contain the consulting opinion witness' opinions.

**Plaintiffs' response**:  Plaintiffs object to this request to the extent it calls for information outside the scope of discovery permitted by Rule 26(b)(4).  Subject to and without waiving this objection, there are no responsive documents.  Plaintiffs are not withholding documents on the

basis of their objection.

12.    All documents identified in your answers to Defendants' Interrogatories.

**Plaintiffs' response**:  Plaintiffs will produce all responsive documents in their possession, custody, or control.

13.    All documents used in preparation of your answers to Defendants' Interrogatories.

**Plaintiffs' response**:  Plaintiffs will produce all responsive documents in their possession, custody, or control.

14.    All documents obtained in response to any subpoena issued in the course of this litigation.

**Plaintiffs' response**:  Plaintiffs will produce all responsive documents in their possession, custody, or control.

[Un-numbered request]  *Please furnish an affidavit stating whether the production is complete in accordance with this request.*

**Plaintiffs' response**:  Plaintiffs object to the request to "furnish an affidavit stating whether the production is complete in accordance with this request," as falling outside the scope of documents that may be requested pursuant to Rule 34 and Rule 26.  Responding further, Plaintiffs note that their responses to the defendants' discovery in this case are governed by Rule 26(g).

Date:  May 25, 2021                Respectfully submitted,

/s/ *Stephen H. Weil*
Stephen H. Weil
Attorney for Plaintiffs

Jon Loevy
Sarah Grady

5

Stephen Weil
LOEVY & LOEVY
311 N. Aberdeen Street, Third Floor
Chicago, IL 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

I, Stephen H. Weil, an attorney, certify that on September 2, 2021, I caused a copy of the foregoing to be served on counsel for all Defendants via e-mail.

/s/ Stephen H. Weil
Stephen H. Weil
Attorney for Plaintiff

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

*B28789*

## UNITED STATES DISTRICT COURT *2019 Lawrence Discharge*
for the
Southern District of Illinois

*1998 BMR Discharge*

| | |
|---|---|
| Lennisha and Lenn Reed Jr | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 20-cv-1139 |
| Wexford Health Sources, Inc., et all | ) |
| | ) |
| *Defendant* | ) |

*L↓ 103*

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Illinois Department of Corrections, Attn: Records Department
1301 Concordia Court, Springfield, IL 62701

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Complete masterfile; all medical records; all grievances and responses thereto.

| Place: Loevy & Loevy | Date and Time: |
|---|---|
| 311 N. Aberdeen, 3rd Floor | |
| Chicago, IL 60607 | 09/16/2021 5:00 pm |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 08/26/2021

*CLERK OF COURT*

OR

_____          /s/ Steve Weil
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*      Plaintiffs
Lennisha and Lenn Reed Jr. administrators of the Estate of Lenn Reed , who issues or requests this subpoena, are:
311 N Aberdeen, 3rd Floor, Chicago, IL 60607 weil@loevy.com 312-243-5900

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

*Mailed 9-21-21*

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000001

Illinois Department of Corrections
**Reception & Periodic**
**Medical History**

County Info _Merri_    M T W TH F

Name _Reed, Denn_

Number _628789_    Race: B (W) H Other

Facility _GCC_

Age _18_ Date of Birth _5/11/77_ Sex: (M) F

Date _6/22/95_

Time _5_: AM (PM)

| S: | Past Med Hx / Hx of Present Illness / Family Hx | | | |
|---|---|---|---|---|
| CONDITION | YES | NO | FAMILY HX | EXPLANATION |
| 1. Allergies | | ✓ | ✓ | |
| 2. Smoking | | | | 1 Pk / day |
| 3. Pediculosis | | ✓ | | |
| 4. Seizures | | ✓ | | |
| 5. Asthma | | ✓ | | |
| 6. Cardiac / HTN | | ✓ | | |
| 7. Diabetes | | ✓ | | |
| 8. Communicable Disease | | ✓ | | |
|   a. Hepatitis / Jaundice | | ✓ | | |
|   b. Hx + PPD / Active TB | | ✓ | | |
|   c. STD | | ✓ | | |
| 9. Surgeries | | ✓ | | |
| 10. Hx of Psych TX | | ✓ | | |
|   Past Suicide Attempt | | ✓ | | |
| 11. Recent Drug / ETOH use | ✓ | | | excessive 3 wks ago. |
| 12. Mobility Limitations | | ✓ | | |
|   Assistive Devices | | ✓ | | |
|   Prosthetics | | ✓ | | |
|   Specialized Equipment | ✓ | | | |
| 13. Other Medications | | ✓ | | |
| 14. Other | | ✓ | | |

O: T _98_ P _80_ reg/irreg. R _16_ reg/irreg. BP _110/80_

Height _5'9"_     Vision RT 20/_20_     Corrected RT 20/____
Weight _154_            LT 20/_20_                    LT 20/____

Evidence of Signs of Illness, Deformity, Acute Problems:

_____

A: _____

_____

_____

_____

P: (Instructions: Circle and Complete as appropriate)
1. Physical Examination: urgent/routine
2. Mental Health Referral: urgent/routine
3. Health information given (Y) R
4. PPD / CXR
5. Other

Interviewer Signature _____

PPD Administered: 6/22/95 PPD Read: 6/25/95

Reading _0_ mm By _____

| R & C Use Only Lab _____ | Sickle Cell: Y /(N) | Dental _____ | FEMALE ONLY: | Reed. |
| EKG _____ | CXR _____ | Panorex _____ | | V970645 |

DC 871 (rev. 10/92) IL 426-17168

Illinois Department of Corrections
**Physical Examination
Page I**

Facility: **Graham CC**

Date: 6 / 27 / 95
Time: 8    (AM) PM

Name: _Reed, Lenny_
Number: 3 2 8 7 8 9    Race: B (W) H  Other ☐
Age: 18  Date of Birth: 5 / 11 / 77  Sex: (M) F

98⁶  110/80-80-16

| | YES | NO | EXPLANATION |
|---|---|---|---|
| Hx reviewed | ✓ | | |
| Lab reviewed | | | N/A |
| S: Condition | ✓ | | |
| 1. Allergy | | ✓ | |
| 2. Substance Abuse: | ✓ | | |
|   a. Alcohol | ✓ | | socially |
|   b. IV Drugs | | ✗ | |
|   c. Other Drugs | ✓ | | morphine. |
| 3. Shared Needles | | ✗ | |
| 4. Sexual Contact with: | | | |
|   a. IV drug user | | ✗ | |
|   b. Prostitute(s) | | ✗ | |
|   c. Multiple partners | ✓ | | 30 |
| 5. Homosexual Activity | | ✗ | |
| 6. STD | ✓ | | g.c. '93 |
| 7. Exposed to known AIDS | | ✗ | |
|   victim, ARC, or HIV+ | | ✗ | |
| 8. Blood Transfusions | | ✗ | |
| 9. Three or more months of: | | | |
|   a. Fever | | ✗ | |
|   b. Diarrhea | | ✗ | |
|   c. Night Sweats | | ✗ | |
|   c. Persistent URI | | ✗ | |
| 10. Weight Loss (>15 lbs.) | | ✗ | |
| 11. Lymphadenopathy | | ✗ | |
| 12. Fatigue | | ✗ | |
| 13. Other | | | |
| | | | |

**Past Hospitalizations** None

Diagnosis: _____     Diagnosis: _____
Date(s): _____       Date(s): _____
Hospital: _____      Hospital: _____
Location: _____      Location: _____

DCA 872   IL—426—17169

Illinois Department of Corrections
**Physical Examination**
**Page 2**

Facility: **Graham CC**

Name _Reed   Lenny_
Number | 0 | 2 | 8 | 7 | 8 | 9 |   Race: B (W) H Other ☐
Age _18_  Date of Birth _5 , 11 , 77_  Sex: (M) F

O:

| SYSTEM | Normal | ABN | EXPLANATION |
|---|---|---|---|
| 1. Head, Neck, Face & Scalp | ✓ | | |
| 2. Nose & Sinuses | ✓ | | |
| 3. Mouth & Throat | ✓ | | Oral Condition ___ |
| 4. Ears | ✓ | | Drums |
| 5. Eyes | ✓ | | Pupils ___        Fundoscopic |
| | | | Accommodation ___ |
| 6. Lungs & Chest | ✓ | | Ausculation ___ |
| including Breast | | | |
| 7. Heart | ✓ | | Rate ___       Size ___ |
| | | | Rhythm ___      Murmurs ___ |
| 8. Vascular | ✓ | | |
| 9. Abdomen | ✓ | | Consistency ___      Tenderness ___ |
| | | | Masses ___       Scars ___ |
| 10. Anus, Rectum | ✓ | | Visual |
| (Prostrate - 40+ Male Only) | | | Digital ___   Guaiac + / - / R |
| 11. Genito-Urinary System | ✓ | | |
| 12. Upper Extremities and | ✓ | | Strength ___ |
| Lower Extremities | ✓ | | ROM ___ |
| 13 Spine & Musculo-Skeletal | ✓ | | |
| 14. Skin & Lymphatics | | ☒ | Dfind Lav |
| 15. Neurologic DTR's | ✓ | | Romberg |
| Equilibrium | ✓ | | Biceps ___ |
| | | | Patella ___ |
| 16. Mental Status | ✓ | | |
| 17. Pelvis (Female Only) | | | Cervix        Vaginal Canal |
| | | | Fundus        PAP  Y / N / R |

A: Problem # ___
Dfind Lav
Nothing into.
- HIV

P:    (Instructions: Circle as appropriate and complete plan)

1.    Placement Consideration: Y (N)
2.    HR:  Y /(N)
3.    Food Handler Status: _O.K._
4.    Other: ___

___ n.o.
Examiner's Signature

Date: 6 , 27 , 95

State of Illinois — Department of Corrections

## *Problem List*

Resident's Name: _Qued Lenny_    Resident's Number: B 28789

| Problem Number | Date Entered | Problem | Problem Resolved | Date Resolved |
|---|---|---|---|---|
| 1 | 6/22/95 | NKA. | | |
| 2 | 6/22/95 | Alcohol | | |
| | 10/18/95 | SWICC Problem list update & additions; & changes | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DC 7141-A   IL 426-0061   Revised, October, 1986

| Problem Letter | Temporary Problem List (Acute Limited) | Dates of Occurrences | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| A | 1/24/94  Flue Sx | 1/24 | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |



State Of Illinois — Department Of Corrections

## Medical Progress Notes

Facility: Graham CC

Resident's Name: Reed, Lenny

Resident's Number: B 28789

| Date/Time | Problem # | S.O.A. | Plans |
|---|---|---|---|
| 7/3/95 10:10 a.m. | | S. HIV screen | P. HIV p̄ counselling in 10 days |
| | | O. HIV precounselling done ā understanding stated & consent signed. | |
| | | A. HIV screen | J. Miller RN |
| 7-6-95 9A | | withdrew request ship re Rt arm pain | M Priddle(?) |
| 7/14/95 10:30 pm | | Recd from GCC - R&C to GCC - GP. | (signature) |
| 7-21-95 3pm | | With drew request ship for rash on arm | R. w8(?) |
| 8-1-95 | | c/o rash on chest | P̄ NC 0.5% app'y R&O as directed (# 1 tube urine) R̄ P̄ ESd gain |
| 110/10 98² | | o Alert, in no acute distress. Red raised rash on chest. | |
| -16 | | A. Dermatitis(?) | R. w8 |

DC 7147   IL 426-0017   Revised November, 1978

| Date/Time | Problem # | S.O.A. | | Plans |
|-----------|-----------|--------|---|-------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Southwestern

State Of Illinois — Department Of Corrections
**Medical Progress Notes**

Facility: Graham

Resident's Name: Reed, Lenn

Resident's Number: B 28789

| Date/Time | Problem # | S.O.A. | Plans |
|---|---|---|---|
| 10/17/95 | 3 a.m. | PPD 0.1 ml to ® forearm due to mass testing | P. ✓PPD in 72 hrs 10/20/95 J. Miller RN |
| | | | |

DC 7147   IL 426-0017   Revised November, 1978



| Date/Time | Problem # | S.O.A. | | Plans |
|-----------|-----------|--------|---|-------|
| | | | | |

Illinois Department of Corrections

## Health Status

Name _Lenn Bad_

Number 8 2 3 7 8 9   Race: B W H Other

Transferring Facility: _Graham_

Age _18_   Date of Birth _5_ / _11_ / _77_   Sex: M F

Date _10_ , _18_ , _95_
Time _11_ AM PM

Allergies _NKA_                         Food Handler Approved _YES_
Current / Acute Conditions / Problems _Ø_
Chronic Conditions / Problems _____
Current Medications: Name, Dosage, Frequency, Duration:
Acute Short-term Medications: _Ø_

Chronic Long-term Medications: _Ø_

Chronic Psychotropic Medications: _Ø_

Current Treatments: _Ø_                    Therapeutic Diets: _Ø_

Follow-Up Care Needed: _Routine_  _Read PPO 10/20/95, Repeat PPO 12/13/95_

Chronic Clinics: _Ø_                        Specialty Referrals: _Ø_

Significant Medical History: _alcohol_

Physical Disabilities /Limitations: _Ø_
Assistive Devices/Prosthetics: _Ø_
Mental Health Issues:    Hx Suicide Attempt: ☐ Date: ___ / ___ / ___    Hx Psych Med ☐    Hx MPC / STC ☐
                                                                Glasses: _Ø_ Dentures _Ø_
                                                         Substance Abuse:  Alcohol ☒   Drugs ☐

| R & C Use Only | | |
|---|---|---|
| ☐ LAB | ☐ EKG | ☐ CXR | ☐ DENTAL |
| ☐ MEDS | ☐ MH | ☐ Other | ☐ Packet Complete |

_Childress GB_
Signature and Title

## Transfer Reception Screening

Facility: _SWICC_          Date _10_ / _18_ / _95_
                              Time _7:10_ AM PM

S:    Current Complaint _Ø_

Current Medications / Treatment: _Ø_

O:    Physical Appearance / Behavior: _No visual Trauma noted. Behavior appropriate._

Deformities: Acute / Chronic: _Ø_

T _97.6_  P _60_  R _16_   B/P _110_ / _80_

A:    _Intake screening._

P:   Disposition: _____
1) ☒ Health Information Given
2) ☐ Emergency Referral
3) ☐ Sick Call:
        Urgent / Routine
        ( ) Medication Evaluation
        ( ) Therapeutic Diet
        ( ) Special Housing
        ( ) Work Program Limits
        ( ) Specialty Referrals
        ( ) Chronic Clinics
        ( ) Other
4) ( ) Infirmary Placement
5) (X) Other _AFH 1-14-95_

_C. Shook R N_
Signature and Title

DC 873 (Rev. 10/92) IL 426-17170   _PPO to be read 10-20 — To be repeated 12-13-95 & results reported to Judy Coe._

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

**MEDICAL PROGRESS NOTES**

Facility
SWICC

Inmate's Name  Reed, Lenn

Inmate's Number  B28789

| Date/Time | S O A | PLANS |
|-----------|-------|-------|
| 12/13/95 7:10 pm | S) What's this for? | P) Read skin test |
| | O) PPD Ⓛ arm | 48 - 72 H |
| | A) R/O TB Exposure | Verute RN |
| 12/7/8 4:00 | Health Status Report | |
| | A. Completed | Thyesus Bussell, RN |

DC 7147 (3-84)
IL 426-0017

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

**MEDICAL PROGRESS NOTES**

Facility

Inmate's Name _____ Inmate's Number _____

| Date/Time | S O A | PLANS |
|-----------|-------|-------|
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |

DC 7147 (3-84)
IL 426-0017

Illinois Department of Corrections

## Health Status

Name: *Reed, Lynn*

Number: 8 2 8 7 8 9    Race: (B) W H Other

Age: 18    Date of Birth: 05 / 11 / 77    Sex: (M) F

Transferring Facility: *SWICC*
Date: 12 / 17 / 95
Time: 4:00 (AM) PM

Allergies: *NKA*    Food Handler Approved: *yes*

Current/Acute Conditions/Problems: ⊗
Chronic Conditions/Problems: ⊗
Current Medications - Name, Dosage, Frequency, Duration:

Acute Short-term Medications: ⊗

Chronic Long-term Medications: ⊗

Chronic Psychotropic Medications: ⊗

Current Treatments: ⊗    THERAPEUTIC DIETS: ⊗

FOLLOW-UP CARE NEEDED: *Routine Health Care —*

CHRONIC CLINICS: ⊗    SPECIALTY REFERRALS: ⊗

Significant Medical History: *Substance abuse*

Physical Disabilities/Limitations: ⊗
Assistive Devices/Prosthetics: ⊗    Glasses: ⊗    Dentures: ⊗
Mental Health Issues: ⊗    Hx Suicide Attempt: ☐ Date: / ⊗    Hx Psych Med ☐    Hx MPC/ STC ☐

| R & C Use Only | | | |
|---|---|---|---|
| ☐ LAB | ☐ EKG | ☐ CXR | ☐ Dental |
| ☐ MEDS | ☐ MH | ☐ Other | ☐ **Packet Complete** |

Substance Abuse: Alcohol: ☑ Drugs: ☐

Signature and Title: *Phyllis Russell RN*

---

### Transfer Reception Screening

Facility:
Date: ___ / ___ / ___
Time: ___ AM PM

S: Current Complaint: _____

Current Medications/Treatment: _____

O: Physical Appearance/Behavior: _____

Deformities: Acute/Chronic _____

T ____ P ____ R ____ B/P ____ / ____
A: _____

P: Disposition:
1) [ ] Health Information Given
2) [ ] Emergency Referral _____
3) [ ] Sick Call:
　　 Urgent / Routine
　　 [ ] Medication Evaluation
　　 [ ] Therapeutic Diet
　　 [ ] Special Housing
　　 [ ] Work/Program Limitation
　　 [ ] Specialty Referrals
　　 [ ] Chronic Clinics
　　 [ ] Other
4) [ ] Infirmary Placement _____
5) [ ] Other _____

Signature and Title

DC 873 (Rev. 10/92) IL 426-17170

PLAINTIFFS 000014

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

## MEDICAL PROGRESS NOTES

Facility: **SWICC**

Inmate's Name: *Reed, Lenn*

Inmate's Number: **B28789**

| Date/Time | S O A | PLANS |
|---|---|---|
| 1/24/96 4ᴾᴹ | RN Note —<br>S) I've felt bad all day since lunch + just threw up in the HU. It was tasty c food in it. I also have had some diarrhea too today —<br>O.) T. 98. P. 164 R. 18 112/64 — Skin w/o exp clear —<br>a.) flu Sx. | P.) Pt instructed take in liquid diet x 24°. Avoid spicy, greasy foods. Return to HCU if Sx persist > 24°. Varied Understanding. Tyl. gr x given for discomfort —<br><br>○ Russell, RN |

DC 7147 (3-84)
IL 426-0017

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

MEDICAL PROGRESS NOTES

Facility

Inmate's Name _____    Inmate's Number _____

| Date/Time | S O A | PLANS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DC 7147 (3-84)
IL 426-0017

Illinois Department of Corrections

**Health Status**

Name: _Reed, Renn_

Number: B 2 8 7 8 9    Race: (B) W H Other

Age: _18_    Date of Birth: _5, 11, 77_    Sex: (M) F

Transferring Facility: _SWICC_

Date: _2, 27, 96_

Time: _7:05_ (AM) PM    _NKA_

Allergies: _____    Food Handler Approved: _AFH  7-14-95_

Current/Acute Conditions/Problems: _____

Chronic Conditions/Problems: _____

Current Medications - Name, Dosage, Frequency, Duration:

Acute Short-term Medications: _____

Chronic Long-term Medications: _____

Chronic Psychotropic Medications: _____

Current Treatments: _____    THERAPEUTIC DIETS: _____

FOLLOW-UP CARE NEEDED: _Routine health care_

CHRONIC CLINICS: _____    SPECIALTY REFERRALS: _____

Significant Medical History: _Hx polysubstance abuse_

Physical Disabilities/Limitations: _____

Assistive Devices/Prosthetics: _____    Glasses: _____ Dentures: _____

Mental Health Issues: _____ Hx Suicide Attempt: [ ] Date: __/__/__    Hx Psych Med [ ]    Hx MPC/ STC [ ]

Substance Abuse:    Alcohol: [X]    Drugs: [X]

| R & C Use Only | | | |
|---|---|---|---|
| [ ] LAB | [ ] EKG | [ ] CXR | [ ] Dental |
| [ ] MEDS | [ ] MH | [ ] Other | [X] Packet Complete |

_Melissa Guerin RN_
Signature and Title

---

**Transfer Reception Screening**

Facility: _BMRCC_    Date: _2, 28, 96_    Time: _7:10_ AM (PM)

S: Current Complaint: _Ø_

Current Medications/Treatment: _Ø_

O: Physical Appearance/Behavior: _appropriate_

Deformities: Acute/Chronic _Ø_

T_____ P_____ R_____ B/P___/___

A: _screening_

P:  Disposition:

1) [X] Health Information Given

2) [ ] Emergency Referral _____

3) [X] Sick Call:
     Urgent / (Routine)
     [ ] Medication Evaluation
     [ ] Therapeutic Diet
     [ ] Special Housing
     [ ] Work/Program Limitation
     [ ] Specialty Referrals
     [ ] Chronic Clinics
     [ ] Other

4) [ ] Infirmary Placement _____

5) [ ] Other _____

_B. Terry_
Signature and Title

DC 873  (Rev. 10/92)  IL 426-17170

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

**MEDICAL PROGRESS NOTES**

Facility
BmRCC

Inmate's Name _Reed, L_          Inmate's Number _B28789_

| Date/Time | S O A | PLANS |
|---|---|---|
| 5/1/96 12:40pm | NSC<br>S: I have a sore<br>on my butt.<br>O: clusters of blisters<br>that has opened<br>up & drainage.<br>dark spots on<br>both arm about<br>the size of a<br>dime. & itching<br>A: sore & rash | P: triple ant. cr<br>for sore. Keep<br>bottom clean &<br>dry. Hydrocortison<br>cr for arms.<br>rd in 4 days<br>E: Med spln |
| 5-1-96 8AM | NSC Lock down<br>Re: sore & rash<br>S: "I'm OK. Just<br>leave me alone"<br>O: I/m doesn't<br>want to get out of<br>bed for nurse<br>to see area.<br>A: Resolved sore & rash | P: await further<br>need<br>D. Avery Rn |

DC 7147 (3-84)
IL 42 6-0017

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

**MEDICAL PROGRESS NOTES**

Facility _Bmrcc_

Inmate's Name _Reed, L._                    Inmate's Number _B28789_

| Date/Time | S O A | PLANS |
|-----------|-------|-------|
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |

DC 7147 (3-94)
IL 461-0017

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

**MEDICAL PROGRESS NOTES**

Facility

Inmate's Name _____ Inmate's Number _____

| Date/Time | S O A | PLANS |
|-----------|-------|-------|
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |

DC 7147 (3-84)
IL 424-0017

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

**MEDICAL PROGRESS NOTES**

Facility

Inmate's Name _____    Inmate's Number _____

| Date/Time | S O A | PLANS |
|-----------|-------|-------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

DC 7147 (3-84)
IL 424-0017

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

## MEDICAL PROGRESS NOTES

Facility

Inmate's Name _____    Inmate's Number _____

| Date/Time | S O A | PLANS |
|-----------|-------|-------|
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |
|           |       |       |

DC 7.167 (2.24)

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

## MEDICAL PROGRESS NOTES

Facility

Inmate's Name _____ Inmate's Number _____

| Date/Time | S O A | PLANS |
|-----------|-------|-------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DC 7147 (3-84)
L 4£ I-0017

MENTAL HEALTH EVALUATION

NAME: REED, Lenn                                    NUMBER:  B28789

                                                   DATE:     6/27/95

REASON FOR REFERRAL:  Mr. Reed is being processed through the R&C Unit at Graham.

SUBJECTIVE DATA:  Mr. Reed states he is presently incarcerated for aggravated discharge of a firearm and has been given a four year sentence. Reed stated he "shot a guy in a house".  He states he was accused of doing it and he reports that he did not perpetrate the crime.  Mr. Reed was previously convicted of aggravated battery but denies juvenile criminality. Mr. Reed is thought to have average intelligence with no formalized thought disorders nor emotional defects being noted.  He was oriented to time, place and person.

OBJECTIVE DATA AND HISTORY:  Mr. Reed is a single male.  He claims a girlfriend of two years.  He has fathered two children.  His parents are alive but divorced with both parents being the primary caretakers.  He denies his parents being substance abusers or displaying any abusive behavior towards him while he was living in that family unit.
       Mr. Reed claims average academic skills and did not require any special education programming.  He completed the 11th grade but dropped out for no apparent reason.  He did not display any aggressive behavior while in school nor use drugs or alcohol.
       Mr. Reed denies any work history.
       Mr. Reed has used marijuana and occasionally alcohol.  He has not submitted himself to any substance abuse counseling while in the free community.  He denies any mental treatment or previous suicide attempts.

DIAGNOSIS (provisional/final

AXIS I:  Deferred
AXIS II:

SUMMARY AND TREATMENT PLAN:    (6/27/95)Mr. Reed states he is presently incarcerated for aggravated discharge of a firearm and has been given a four year sentence.  Reed stated he "shot a guy in a house".  He states he was accused of doing it and he reports that he did not perpetrate the crime.  Mr. Reed was previously convicted of aggravated battery but denies juvenile criminality.  Mr. Reed is thought to have average intelligence with no formalized thought disorders nor emotional defects being noted.  He was oriented to time, place and person. Mr. Reed does not have a high school diploma, therefore, academic and vocational programming is being recommended.  He has used marijuana and alcohol on an occasional basis and is being recommended for substance abuse counseling.


J./A. Kaganich, Psychologist II                  DATE:   6/27/95
Graham Correctional Center
rlt
DCA 7157  (8/1/87)
IL 426-10643

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

nate/Student Name _Bud Glenn_

nate/Student I.D.# _B28789_

ception Facility _Graham R & C_

Panorex _JUN 27 1996_

Screening _Darlene L Clark DMD_
DDS slg _Darlene L. Clark DMD_

Public Health Classification Screening Dates

ndodontics

ral Surgery

riodontics

perative

rosthetic

☐ Schedule Immediately at R&C

☐ Schedule routine exam at receiving institution

☐ Schedule immediately at receiving institution

Pathology

Existing Restorations and Missing Teeth

Treatment Needed and Completed Restorations

TREATMENT NEEDED - COMPLETED RESTORATIONS

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16

32  31  30  29  28  27  26  25  24  23  22  21  20  19  18  17

eceiving Inst.

entist

ate

EDICAL HISTORY AND REMARKS

| | Yes | No | Current Medication |
|---|---|---|---|
| ardio Vascular Disease | | × | . |
| ulmonary Disease/Asthma | | × | |
| iabetes | | × | |
| pilepsy | | × | |
| epatitis | × | | Bww 1993 |
| .D. (Type | | × | |
| llregies (Type | | | |

ADULT    EXISTING RESTORATIONS & MISSING TEETH

1  2  3  4  5  6  7  8  9  10 11 12 13 14 15 16

L

R

32  31  30  29 28 27 26 25 24 23 22 21 20  18  17

| Date | Service Rendered | D.D.S. Signature | Date | Service Rendered | D.D.S. Signature |
|---|---|---|---|---|---|
| JUN 27 1995 | R & C Exam, Panx | | | | |
| 8/8/95 | | | | | |
| 11/14/95 2:30pm | | | | | |
| | **DENTIST NOTE** | | | | |
| 12/7/95 1:30p, 10:30am | No show for appt — will reschedule | | | | |

DC7126 (Rev.10/87)
IL 426-0018

PLAINTIFFS 000026

**CORNING** Clinical
Laboratories
South Central Division

2320 SCHUETZ RD. • ST. LOUIS, MO 63146-3417
(314)991-1311 • FAX (314) 997-7112 • (800) 288-7293

GRAHAM CORRECTIONAL CTR    04097 IML
REGULAR ACCT
BOX 499 RT 185
HILLSBORO, IL  62049

**PATIENT**

REED, LENN

**FINAL REPORT**    X

Gerald R. Pittman, MD.
Medical Director

| SEX | AGE | PATIENT ID | DRAWN DATE & TIME | | |
|-----|-----|-----------|-------------------|---|---|
| M | 18 | B28789 | 22-JUN-95 19:00 | **PARTIAL REPORT** | Medicare No. 26L0008222 |

| SPECIMEN NO. | HOSP. NO. | DOCTOR | RECEIVED DATE | REQUISITION NO. |
|--------------|-----------|--------|---------------|-----------------|
| E0211762 | | JOHN PAUL JONES | 23-JUN-95 | V970645 |

COMMENTS

REPORT DATE & TIME
24-JUN-95 08:22

| TEST NAME | RESULTS | | UNIT OF MEASURE | REFERENCE RANGE |
|-----------|---------|---|-----------------|-----------------|
| | OUTSIDE REFERENCE RANGE | WITHIN REFERENCE RANGE | | |
| RPR | | NON-REACTIVE | TITER | NON-REACTIVE |

REED, LENN

Page: 2

Z11-1 (1-95)

**CORNING** Clinical
Laboratories
South Central Division

2320 SCHUETZ RD. • ST. LOUIS,MO 63146-3417
(314)991-1311 • FAX (314) 997-7112 • (800) 288-7293

GRAHAM CORRECTIONAL CTR     04097 IML
REGULAR ACCT
BOX 499 RT 185
HILLSBORO, IL   62049

PATIENT

REED, LENN

FINAL REPORT          X

Gerald R. Pittman, MD.
Medical Director

| SEX | AGE | PATIENT ID | DRAWN DATE & TIME | | |
|---|---|---|---|---|---|
| M | 18 | B28789 | 22-JUN-95 19:00 | PARTIAL REPORT | Medicare No. 26L0008222 |

| SPECIMEN NO. | HOSP. NO. | DOCTOR | RECEIVED DATE | REQUISITION NO. |
|---|---|---|---|---|
| E0211762 | | JOHN PAUL JONES | 23-JUN-95 | V970645 |

COMMENTS

REPORT DATE & TIME
24-JUN-95 08:22

| TEST NAME | RESULTS | | UNIT OF MEASURE | REFERENCE RANGE |
|---|---|---|---|---|
| | OUTSIDE REFERENCE RANGE | WITHIN REFERENCE RANGE | | |
| =CBC (INCLUDES DIFF) - ADJUSTED NORMALS = A (AGE) & S (SEX)= | | | | |
| PLATELET COUNT | | 180 | THOU/CU MM | 150-400 (A) |
| WBC (WHITE BLOOD CELLS) | | 6.5 | THOU/CU MM | 4.0-10.0 (A) |
| RBC (RED BLOOD CELLS) | | 5.64 | MIL/CU MM | 4.6-6.2 (A&S) |
| HEMOGLOBIN | | 15.8 | GM/DL | 14.0-18.0 (A&S) |
| HEMATOCRIT | | 46.7 | % | 40-52 (A&S) |
| MCV (MEAN CORPUSCULAR VOL.) | | 83 | CU MIC | 80-100 (A&S) |
| MCH (MEAN CORPUSCULAR HGB) | | 28.1 | PG | 27-34 (A) |
| MCHC | | 33.9 | % | 32.0-37.0 (A) |
| SEGS | | 55 | % | 40-75 |
| LYMPHS | | 35 | % | 20-45 |
| MONOS | | 5 | % | 2-14 |
| EOS | | 4 | % | 0-8 |
| BASO | | 1 | % | 0-2 |
| RDW (RBC DISTRIBUTION WIDTH) | | 12.9 | % | 11.5-15.0 |
| MPV (MEAN PLATELET VOLUME) | | 9.4 | FL | 6.0-10.0 |
| | | | | |
| * SICKLE CELL SCREEN | | NEGATIVE | | NEGATIVE |
| * SICKLE CELL SCREEN (FLEX) | | NEGATIVE | | NEGATIVE |
| | | | | |
| === URINALYSIS-COMPLETE === | | | | |
| COLOR | | YELLOW | | |
| APPEARANCE | | CLEAR | | CLEAR |
| PH | | 6.0 | | 5.0-8.0 |
| SPECIFIC GRAVITY | | 1.021 | | 1.001-1.035 |
| KETONES (UR-QL) | | NEGATIVE | | NEGATIVE |
| PROTEIN | | NEGATIVE | | NEGATIVE |
| GLUCOSE | | NEGATIVE | | NEGATIVE |
| BLOOD (OCCULT) | | NEGATIVE | | NEGATIVE |
| BILIRUBIN | | NEGATIVE | | NEGATIVE |
| WBC | | 0-5 | /HPF | 0-5 |
| RBC | | 0-2 | /HPF | 0-2 |
| BACTERIA | | NEGATIVE | | |
| EPITHELIAL CELLS | | 0 | | 0-5 |
| CRYSTALS-TYPE | | NONE SEEN | | |
| AMOUNT | | NONE SEEN | | |

11-1 (1-95)

REED, LENN

Continued on page: 2

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000028

**CORNING** Clinical
Laboratories
South Central Division

2320 SCHUETZ RD. • ST. LOUIS, MO 63146-3417
(314)991-1311 • FAX (314) 997-7112 • (800) 288-7293

GRAHAM CORRECTIONAL CTR    04097 IML
REGULAR ACCT
BOX 499 RT 185
HILLSBORO, IL  62049

PATIENT

REED, LENN                              FINAL REPORT    X

SEX AGE    PATIENT ID          DRAWN DATE & TIME

M  18  B28789        03-JUL-95 10:30  PARTIAL REPORT

SPECIMEN NO.      HOSP. NO.    DOCTOR            RECEIVED DATE

E0311699          JOHN PAUL JONES   03-JUL-95

COMMENTS

Gerald R. Pittman, MD.
Medical Director

Medicare No. 26L0008222

REQUISITION NO.

V970850

REPORT DATE & TIME

05-JUL-95 16:06

| TEST NAME | RESULTS | | UNIT OF MEASURE | REFERENCE RANGE |
|---|---|---|---|---|
| | OUTSIDE REFERENCE RANGE | WITHIN REFERENCE RANGE | | |
| * HIV ANTIBODY (FLEX) | | NON-REACTIVE | | NON-REACTIVE |

211-1 (1-95)

REED, LENN                                                          Page: 1

**Procedure For Obtaining Health Care**
**Graham Correctional Center**

IF YOU HAVE A MEDICAL PROBLEM, obtain a request slip from the officer in your housing unit. Fill the slip out, stating the nature of your medical problem. Place the request slip in the mail box in your housing unit. Your request will be reviewed by Health Care Staff. You will be scheduled to see a doctor or nurse depending upon the nature of your problem.

IF YOU HAVE A DENTAL PROBLEM, obtain a request slip from the officer in your housing unit. Fill the slip out, stating the nature of your dental problem. Place the request slip in the mail box in your housing unit. You request will be reviewed by dental staff. You will be scheduled to see the dentist or placed on a waiting list, depending upon the nature of your problem.

IF YOU BELIEVE YOU NEED EYE GLASSES, obtain a request slip from the officer in your housing unit. Fill the slip out, stating the nature of your request for eye glasses. Your request will be reviewed by Health Care Staff. You will be scheduled to see the eye doctor who will evaluate your need for glasses. R & C inmates will not have glasses fabricated at Graham unless ordered by the medical director.

IF YOU HAVE AN EMERGENCY MEDICAL PROBLEM, or become aware of someone else with an emergency medical problem, alert the officer in your housing unit, job supervisor, or nearest staff member to the emergency situation. (Ex: chest pain, difficulty breathing, swizure, unconsciousness, bleeding injury, or severe pain.) The staff person will then alert the Health Care Unit to the emergency. Appropriate action will be taken by Health Care Unit personnel depending upon the nature of the emergency situation.

_____          JUN 22 1995
Inmate Signature                             Date

_____          JUN 22 1995
Witness                                       Date

DC 10,879 IL 426-18,400 (eff. 5/93)

## AIDS INFORMATION

Aids is <u>Aquired</u> <u>Immune</u> <u>Deficiency</u> <u>Syndrome</u>. It is caused by HIV; a virus that weakens the body's defense against disease.

<u>HIV is spread mainly</u> 1.    Through vaginal, oral, or anal <u>intercourse</u> with an infected person. 2. By <u>sharing</u> an infected needle or syringe <u>"works"</u> to <u>"shoot drugs"</u>. 3. From in infected mother to her baby before, during, or after birth (through breast feeding).

<u>HIV may also be spread:</u>
1. Through infected blood or blood products.
2. By <u>sharing</u> and <u>infected tattoo needle.</u>
3. By <u>sharing a razor</u> or other personal care item that has blood on it.

<u>Your risk depends on what you do!</u>

<u>HIV is not spread by casual contact:</u> not by shaking hands; not by using the same restrooms, toilet seats, water fountains, or showers; not by eating in the dining hall or through food trays, cups, or utensils; not by coughing sneezing, or spitting; (HIV is not spread through the air); not by mosquitoes or other insects.

A person infected with HIV may have no signs of illness for many years, but he or she can still infect others.
<u>Later symptoms may include:</u>
1. <u>Swollen Glands</u> in the neck, underarm or groin area.
2. Persistent <u>fever</u> or <u>"night sweats".</u>
3. Rapid <u>weight loss.</u>
4. Constant <u>tiredness.</u>
5. Persistent <u>diarrhea</u> and <u>loss of appetite.</u>
6. Unusual <u>spots in the mouth.</u>
If you have any of these signs for more than a week, seek medical help.

There is still no known cure for AIDS, but treatments and medications are used to slow the progression of the disease and fight illnesses related to AIDS.

<u>To protect yourself:</u>
1. <u>Don't use drugs.</u>
2. <u>Don't share needles,</u> syringes, "works".
3. <u>Don't share tattoo needles, razors,</u> or personal care items that might have blood on them.
4. Have sex with only one faithful partner who is not infected with HIV and has never shot drugs.
5. Seek medical help if you think you are infected.

| | | | |
|---|---|---|---|
| _____ | JUN 22 1995 | _Jenny Reid_ | JUN 22 1995 |
| Employee Signature | Date | Inmate Signature | Date |

9/93

DCA 10,883  IL 426-18,649 (eff. 10/93)

## HIV PRECOUNSELLING PATIENT EDUCATION FORM

The institutional physician has ordered a HIV (Human Immunodeficiency Virus) test be conducted on you. The purpose of the test is to determine whether or not you have the virus which causes AIDS (Aquired Immunodeficiency Syndrome).

The physician has request you be tested for the following reasons (applicable only if marked):

_____ You gave a history of I.V. drug abuse and needle sharing.

_____ You gave a history of sexual contact or sharing of needles with a person known to have AIDS.

_____ You have a Tuberculosis skin test reacting 2mm or more.

_____ You have tested positive for syphillis.

_____ You display signs and/or symptoms consistent with persons having the AIDS virus.

___X___ (Other) _Hx. STD_____

_____

This test will be done by withdrawing a blood sample from you.

If positive, the results of the test will be reported to the Illinois Department of Public Health, however, neither your name nor any other form of identification will be reported.

Test results will be kept confidential. Only physicians and health care professionals providing your care will have access to the test results. No other persons will have access to the test results without your written consent.

Please ask the nurse assisting you any questions you may have or clarification on anything you do not understand.

After reading and understanding the above information, I consent to HIV testing.

Inmate _Jimmy Reed_ # _323389_  Date _7-3-95_

Witness _J. Miller RN_  Date _7-3-95_

DCA 10,864  IL 426-17,682 (eff. 4/92)

B28289    REED, LENN        ( A – S )                    ALLERGIES: NKA

• 12.30.94  17 yr old B/m seen for screening. No known allergies to medication. States in good health c̄ No medication taken @ present time. ℞ ankle injury – old injury no problem. C/o dental problems c̄ ↓ Ⓓ + Ⓔ molders. Start on: PEN VK 500 mg + Darvocet N 100 ↑ TID until dentist. Put on dental list ———————— ⟶ Amajo? LPN

1-3-95    Out to dentist 1- x-ray  #19 needs pulled
      1.) Continue above meds)
      2.) appt: Tuesday, January 10, 1995
                                        K. Draper LPN

1/10/95  At dentist @ time of Dr. visit ———— Clou K?/
1/10/95  Out to dentist + returned – #19 extracted – To return Jan. 24, 1995
      for for ext. #30.                    Clou K?/

1·11·95  17 BM- surgery ō
        – Hosp ō
        – dental prob
        – alc / drugs ō
        – recent MD care / med ō
        – HTN / DM / sejure ō
        – general health good                    √Kd   ✓P

1-17-95·  Out to dentist extracted #30
        1) Cont meds × 3 days
                                        K. Draper LPN

• 3/14/85 Refused to come to infirmary for for Dr. visit. —— Clou K?/

## RECORD OF MEDICAL TREATMENT

### (For outside treatment of prisoner)

EMERGENCY_____          NON-EMERGENCY_____×_____

Date:_____1-17-95_____

Time:_____9 AM_____

Prisoner's Name:_____Lenn Reed_____

Person Authorizing Treatment:_____

Deputy Assigned:___Lacquement - Colone_____

Brief statement of prisoner's complaint or injury:___toothache___

_____

Brief statement of treatment received:___extracted tooth___

_____#30_____

Name of physician treating prisoner:___Dr - Mueller_____

Date and time returned to jail:_____1-17-95    1100 AM____

Remarks:_____

_____

_____

_____          _____
         Jailer                                    Shift Commander

                                        File in Triplicate
                                        Original-County Physician
SD-41                                   Copy - - Sheriff's Office
                                        Copy - - Jail Office

RECORD OF MEDICAL TREATMENT

(For outside treatment of prisoner)

EMERGENCY_____    NON-EMERGENCY_____

Date: _____1-3-95_____

Time: _____1110 AM_____

Prisoner's Name: _____Kenn Reed_____

Person Authorizing Treatment: _____

Deputy Assigned: _____Largeuvent -Papa_____

Brief statement of prisoner's complaint or injury: _____toothache_____
_____

Brief statement of treatment received: _____1 xray - tooth #19_____
_____
_____

Name of physician treating prisoner: _____

Date and time returned to jail: _____

Remarks: _____Needs to keep on antibiotics
for another wk. Make new
appt. Slip of 1-10-95 9AM_____

_____Largeuvent 79_____
Jailer                           Shift Commander

File in Triplicate
Original-County Physician
SD-41                            Copy - - Sheriff's Office
                                Copy - - Jail Office

STATE OF ILLINOIS · DEPARTMENT OF CORRECTIONS

## FOOD HANDLERS QUESTIONNAIRE AND REPORT

| | FACILITY NAME |
|---|---|
| | G-CC |

| RESIDENT NAME | RESIDENT NUMBER | DATE |
|---|---|---|
| Reed Jenn | B28789 | 7/14/95 |

| | | DATE | |
|---|---|---|---|
| HEPATITIS | | DATE | |
| TYPHOID | | DATE | |
| SYPHILIS | | DATE | |
| RASH, ULCERATION OR SKIN DISORDER | | Kenes | |
| DIARRHEA | | | |
| VENEREAL DISEASE OTHER THAN SYPHILIS (SPECIFY) | | | |
| | | | |

| | DATE | | RESULT | |
|---|---|---|---|---|
| TUBERCULIN | 6/25/95 | | 0 m m | |
| RPR | 6/23/95 | | N R | |
| CHEST X-RAY | | | | |

REMARKS:

☑ Is eligible and approved.

☐ Is not eligible and not approved.

| PHYSICIAN SIGNATURE | |
|---|---|
| W/A R Jones /S | M.D. |

DC-7109 1-A

IL NO 426-0030

State of Illinois — Department of Corrections

# Refusal Of Treatment And/Or Discharge Demand From Medical Facilities Release

**Graham Correctional Center**

Inmate's Name: _Reid_                                          Inmate's Number: _B28789_

Date: _8/8/95_                    Time: _9:15Am_

1. I refuse to authorize the performance upon: _Reid_
   _____
   (Myself or Name of Patient)

   of the following treatment *(State Nature and Extent of Treatment):* _all Dental to_
   _____
   _____
   _____

2. I further demand **Discharge** of: _Reid_
   _____
   (Myself or Name of Patient)

   from Graham Correctional Center Health Care Unit against the advise of Dr. _Clark_
   _____

3. Dr. _Clark_ _____ has explained to me the risks, possible complications
   and probable consequence of refusing treatment (and/or) demanding discharge from this medical facility.

4. I hereby release the attending Physician, Health Care Unit, Graham Correctional Center and the Department of Corrections from all liability for any injury to my health caused by this action.

5. I certify that I have read and fully understand the above **Refusal of Treatment and/or Discharge from Medical Facilities Release,** that the explanations therein referred to were made, and that all blanks or statements requiring insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

_X Hiaser_                                          _X Lenny Reid_  _B28789_
Witness                                                   Signature of Patient

_8/8/95_
Date

When patient is a Minor or incompetent to give consent: _____
                                                    Signature of person authorized to consent for patient

DC 7128-A    IL 426-0024    Revised July, 1987



**ILLINOIS
DEPARTMENT
OF
CORRECTIONS**

**Jim Edgar**
Governor

**Odie Washington**
Director

Graham Correctional Center / P.O. Box 499 / Highway 185 / Hillsboro, Illinois 62049 / Telephone (217)532-6961
TDD: (800) 526-0844

M E M O R A N D U M

DATE:

TO:

FROM:     Patti White, PSA
          Health Care Unit

SUBJECT:  EXPOSURE TO ACTIVE PULMONARY TUBERCULOSIS

Inmate ~~Jenn Reed~~ # 838789 _____ may have been exposed to
a case of active tuberculosis between 8/1/95 and 9/20/95.  PPD
testing is to be repeated 12/13/95.  If there is a documented
previously positive PPD the inmate is to be counselled on the signs
and symptoms of tuberculosis.  He is to be instructed to seek
medical care if any of these occur.

Please advise Judy Coe of the results of this testing.

Thank you.


PW:sgs

SOUTHWESTERN ILLINOIS CORRECTIONAL CENTER
HEALTH CARE UNIT

I have received orientation to the Health Care Unit and information on the following:

1. HIV Disease

2. Patient Rights

3. Living Wills

I understand the explanation of services available and how to access the Health Care Unit.

Name: _Lenn Reid_____  Number: _B28789_____

Witness: _Greg Johnson_____  Date: _10-20-95_____

Confidential

Big Muddy
Medical Rec
251 N IL Hwy 37
Ina, IL 62846

Loevy and Loevy
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607



### Illinois Department of Corrections

**CERTIFICATION OF RECORD**

The Illinois Department of Corrections Archives and Microfilm division duly authorized the enclosed records pertaining to Lenn Reed, DOB- 05/11/1977, IDOC# B28789  are certified to be true and accurate copies from the Illinois Department of Corrections offender file.

Quinn I Naugle

Office Associate

```
OERRM212                                ILLINOIS DEPARTMENT OF CORRECTIONS          PAGE: 1
                                           OFFENDER TRACKING SYSTEM                  RUN DATE: 9/10/2021
AS OF DATE : 9/10/2021                                                              RUN TIME: 3:06:24 PM
                                            OFFENDER CUSTODY HISTORY


NAME          :LENN  REED                IDOC #           :B28789
DATE OF BIRTH :5/11/1977                 CURRENT STATUS   :DISCHARGE
                                         CURRENT LOCATION :DISCHARGE:DISCHARGE
RECORDED PERIODS OF IDOC INCARCERATION

MVMT DATE     MVMT TYPE           PARENT INST
1/9/2019      DISCHARGE OUT       LAWRENCE
9/24/1998     ADMIT IN            GRAHAM
6/6/1998      DISCHARGE OUT       BIG MUDDY RIVER
6/6/1996      PAROLE OUT          BIG MUDDY RIVER
6/22/1995     ADMIT IN            GRAHAM

MITT/SENTENCE INFORMATION
                                                                  CLASS      YR    MO    DAY
96CF1959      MADISON     AGG VEH HIJACKING/WEAPON - 00100665498  CL: X      30    0     0
MITT ADMIT: 9/24/1998    SENT DATE: 9/22/1998                     DISC/REM DATE: 3/4/2020
96CF1959      MADISON     MURDER/INTENT TO KILL/INJURE - 07350005502  CL: M  60    0     0
MITT ADMIT: 9/24/1998    SENT DATE: 9/22/1998                     DISC/REM DATE: 3/4/2020
94CF2245      MADISON     AGGRAVATED DISCHARGE/FIREARM - 12148005055  CL: 1   4    0     0
MITT ADMIT: 6/22/1995    SENT DATE: 5/22/1995                     DISC/REM DATE: 6/6/1998
```

-* THE CUSTODY HISTORY REPRESENTED IN THIS DOCUMENT IS TAKEN FROM THE ELECTRONIC RECORDS MAINTAINED IN THE ILLINOS DEPARTMENT OF CORRECTIONS BASED ON MASTER FILE PAPER RECORDS. MASTER FILES FOR EACH OFFENDER ARE CURRENTLY KEPT IN STORAGE AT DIFFERENT ILLINOIS DEPARTMENT OF CORRECTIONS FACILITIES AROUND THE STATE BASED ON THE LOCATION OF THE OFFENDER UPON REACHING DISCHARGE FOR THAT INCARCERATION FROM THE ILLINOIS DEPARTMENT OF CORRECTIONS. THE ELECTRONIC CUSTODY HISTORY DOCUMENT WAS CREATED IN AN EFFORT TO PROVIDE AN OVERVIEW OF THE CUSTODY HISTORY OF AN OFFENDER, TO PROCESS THE REQUEST MORE EFFICIENTLY, TO CUT THE COSTS, AND TO IMPROVE THE HANDLING TIME.

RECORD OFFICER/DESIGNEE: _____

UserID: Quinn Naugle

IDOC SUBPOENA RESPONSE                              PLAINTIFFS 000042

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action    *B28789*

# UNITED STATES DISTRICT COURT *2019 Lawrence*
### for the
### Southern District of Illinois

*Discharge*

| | |
|---|---|
| Lennisha and Lenn Reed Jr | ) |
| *Plaintiff* | ) |
| v. | ) |
| Wexford Health Sources, Inc., et all | ) |
| | ) |
| *Defendant* | ) |

*1998 BMR Discharge*

Civil Action No.    20-cv-1139

*L7 163*

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:    Illinois Department of Corrections, Attn: Records Department
1301 Concordia Court, Springfield, IL 62701

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:    Complete masterfile; all medical records; all grievances and responses thereto.

| Place: Loevy & Loevy<br>311 N. Aberdeen, 3rd Floor<br>Chicago, IL 60607 | Date and Time:<br><br>09/16/2021 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    08/26/2021

| *CLERK OF COURT* | OR | |
|---|---|---|
| | | /s/ Steve Weil |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Plaintiffs
Lennisha and Lenn Reed Jr. administrators of the Estate of Lenn Reed    , who issues or requests this subpoena, are:

311 N Aberdeen, 3rd Floor, Chicago, IL 60607 weil@loevy.com 312-243-5900

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

IDOC SUBPOENA RESPONSE                              PLAINTIFFS 000043

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 20-cv-1139

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Plaintiffs

on *(date)* 08/26/2021 .

☑ I served the subpoena by delivering a copy to the named person as follows: via certified mail

tracking number: 7020 1290 0000 8284 6641

on *(date)* 08/26/2021 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/26/2021

/s/ Lucia Heppner
*Server's signature*

Lucia Heppner, paralegal
*Printed name and title*
311 N Aberdeen, 3rd Floor
Chicago, IL 60607

*Server's address*

Additional information regarding attempted service, etc.:

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000044

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

(1) *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
 (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
 (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
  (i) is a party or a party's officer; or
  (ii) is commanded to attend a trial and would not incur substantial expense.

(2) *For Other Discovery.* A subpoena may command:
 (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
 (B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*
 (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
 (B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
  (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
  (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*
 (A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
  (i) fails to allow a reasonable time to comply;
  (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
  (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
  (iv) subjects a person to undue burden.
 (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
  (i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
 (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
  (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
  (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
 (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
 (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
 (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
 (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*
 (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
  (i) expressly make the claim; and
  (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
 (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**STATE OF ILLINOIS**
**DEPARTMENT OF CORRECTIONS**
B-28789

B-28789
B-28789

| NAME | LENN D REED | | | Alias | | | |

| Date Sentenced | 05/22/95 | | Received | 06/22/95 | County | MADISON |

| Judge | | State's Attorney | |

| CRIME | CLASS | IND. NO. | FINDING | CUSTODY DATE | SENTENCE |
|---|---|---|---|---|---|
| AGGR DISCHARGE OF A FIREARM | (01) 1 | 94CF2245 | CC | 01/08/95 | 4 ys |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Nationality Preference | BLK | DOB | 05/11/77 | Hair | BLK | | Eyes | BRN |
| Nativity | IL | Ht. | 509 | Wt. | 154 | Bld. | | Comp. |
| Marital Status | SINGLE | Children | 02 | Educ. | 11 | Relig. | NONE | Soc. Sec. |
| | REED, JOYCE | 914 RILEY | ALTON, IL | 618-463-0319 | (MOTHER) |
| Correspondent | | | | | |

Transfers *Rec'd Dec 7/13/95*

*Rec'd SW100 10-18-95*

DISCHARGED

WARRANTS

Notice Replies

Minimum/Projected Out Date    *16-6-96*    01/08/1997

Maximum Release Date    01/08/1999

**PAROLE/MANDATORY SUPERVISED RELEASE RECORD**

Paroled/MSR    *6-6-96*    *A54*

*Joyce Reed - Mother*
*914 Riley St.*
*Alton, IL 62002*
*618-463-0311*

Ret'd from Parole

P. V. Warrant Issued

Parole/MSR Period    Final Discharge    *6-6-98*

DC 7145
11-78

IDOC SUBPOENA RESPONSE    PLAINTIFFS 000046

**STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS**

## GOOD TIME REVOCATION/RESTORATION CARD

NAME  Lenn D. Reed                          REGISTER NUMBER   B28789

ORIGINAL MINIMUM/PROJECTED OUT DATE _____1-8-97_____

MAXIMUM RELEASE DATE _____1-8-99_____   CUSTODY DATE   1-8-95

| DATE | DAYS REVOKED GCC/SGT | DAYS RESTORED GCC/SGT | MINIMUM | MAXIMUM | PROJECTED OUT DATE |
|---|---|---|---|---|---|
| 10-31-95 | | 32 EGCC | | | 12-6-96 |
| 2-1-96 | | 90 MGT | | | 9-6-96 |
| 5-13-96 | | 90 SMGT | | | 6-6-96 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

DC-7144 (11/78)    IL 426-0311

| FROM | BIG MUDDY RIVER C.C. | DATE | JUNE, 1996 DOCKET |
|---|---|---|---|
| | REED, LENN D. | I.D. # | B28789 |
| | **NAME** | | |

### STATE OF ILLINOIS

TO:  **PRISONER REVIEW BOARD**

BOARD ACTION:

☒ Mandatory Supervised Release Approved Effective When Eligible.

☐ Released Prior to Hearing.

Date: 06-12-96   ☐ Statutory Parole Approved.

YOU ARE OBLIGATED TO THE GENERAL RULES GOVERNING PAROLEES OR MANDATORY SUPERVISED RELEASES AND THE FOLLOWING SPECIAL ORDER(S):

### CONDITIONS

1  ☐  Participate in a Drug Abuse Program.

2  ☐  Participate in an Alcohol Abuse Program.

3  ☐  Admit yourself to inpatient mental health treatment at a facility of the Department of Mental Health and remain there until released by the Department of Mental Health.

4  ☐  Submit yourself to out-patient care as prescribed by a Mental Health Clinic.

5  ☒  Report to an agent of the Department of Corrections for supervision and permit the agent to visit you at your home or elsewhere as he directs.

6  ☐  Other: _____

_____

**FOR THE BOARD:**

Clinical Services Recommendation for Release:

☒  No special Recommendation

☐  Recommend _____ be a part of the Release Agreement.

COMMENT: (Attach PCR if desired) _____

_____

_____  COUNSELOR

_____  SUPERVISOR

DISTRIBUTION:
WHITE — BOARD
CANARY — INSTITUTION FILE
PINK — RESIDENT
GOLDENROD — FIELD OR CLINICAL SERVICES

IL 578-0023 (Rev. 10/91)

State Of Illinois - Department of Corrections

**Grade  Status**

Lenn D. Reed                                                                                      B28789

| Hearing Date | Length Of Demotion | "C" Grade | "B" Grade | "A" Grade |
|---|---|---|---|---|
| 2-14-96 | C  1mo | 2-14-96 | 3-14-96 | 4-14-96 |
| 2-14-96 | B 1mo | | 2-14-96 | 5-14-96 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DC-7146  (11-78)

IDOC SUBPOENA RESPONSE                               PLAINTIFFS 000049



**ILLINOIS DEPARTMENT OF CORRECTIONS**

Jim Edgar
Governor

Odie Washington
Director

1301 Concordia Court / P.O. Box 19277 / Springfield, IL 62794-9277 / Telephone: (217) 522-2666
TDD: (800) 526-0844

# MEMORANDUM

**Date:** May 9, 1996

**To:** Odie Washington, Director
Attention: Transfer Coordinator

**From:** Big Muddy River C.C.

**Subject:** *SUPPLEMENTAL* MERITORIOUS GOOD TIME

Name: ___REED, LENN D.___    IDOC Number: ___B28789___

Offense(s): ___Agg. Discharge of Firearm___    Sentence: ___4 yrs___

Projected Release Date: ___09/06/96___    Work Release Violation Date: _____

Date Received at Institution: ___02/28/96___    Parole Violator: ☐ Yes ☒ No   Outstanding Time Revoked: ___0___

Date Received IDOC: ___06/22/95___    Inmate's Present Location: ___Big Muddy River C.C.___

Prior MGT Awarded               Prior MGT Awarded               Prior SMGT Awarded

Date: _02/01/96_ Amount: _90 days_ Date: _____ Amount: _____ Date: _____ Amount: _____

Date: _____ Amount: _____ Date: _____ Amount: _____ Date: _____ Amount: _____

Date: _____ Amount: _____ Date: _____ Amount: _____ Date: _____ Amount: _____

*THE FOLLOWING CRIMES ARE EXCEPTIONS TO ANY CONSIDERATION FOR AN AWARD OF SUPPLEMENTAL MERITORIOUS GOOD TIME.*

1. First Degree Murder  2. Reckless Homicide While Under the Influence of Alcohol or Any Other Drug  3. Aggravated Kidnapping
4. Kidnapping  5. Aggravated Criminal Sexual Assault  6. Rape  7. Criminal Sexual Assault  8. Deviate Sexual Assault
9. Aggravated Criminal Sexual Abuse  10. Aggravated Indecent Liberties With a Child  11. Indecent Liberties With a Child
12. Child Pornography  13. Heinous Battery  14. Aggravated Battery of a Spouse  15. Aggravated Battery of a Spouse with a Firearm
16. Aggravated Battery of a Child  17. Endangering the Life or Health of a Child  18. Cruelty to a Child  19. Narcotics Racketeering
20. Stalking  21. Aggravated Stalking

In accordance with D.R. 107, I recommend that ___90___ days of Meritorious Good Time be awarded to the above named committed person for the reasons stated below.

Months considered:    **JAN   FEB   MAR   APR   MAY   JUN   JUL   AUG   SEP   OCT   NOV   DEC**

| Days: | | Comments: |
|---|---|---|
| 45 | Program Completion   Orientation | _____ |
| 45 | Job Performance   Dietary Dept. | _____ |
| | Behavior Record | _____ |
| | Other | _____ |

Submitted by: Anthony Eovaldi, C.C. II    Date 5/9/86

Chief Administrative Officer    Date 5-9-96

In accordance with Illinois Compiled Statutes, 730 ILCS 5/3-6-3, paragraph 1003-6-3, I have determined to award ___90___ days of Supplemental Meritorious Good Time.

Odie Washington, Director    Date 5-13-86

DCA 5299 (Rev. 1/95)  IL 426-15566

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000050

## IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
## MADISON COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS

vs.

**FILED**

**No. 94-CF-2245**
**COUNT I - CLASS 1**
**COUNT II - CLASS 4**

LENN D. REED
B/M DOB: 5/11/77
33 Sullivan Drive
Alton, IL

JAN 1 2 1995

Defendant
CLERK OF CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

## INDICTMENT

On this 12th day of January, 1995, the Grand Jury, chosen, and sworn for the County of Madison, in the name and by the authority of the People of the State of Illinois, charges that:

### LENN D. REED

on the 26th day of December, 1994, at and in the County of Madison, in the State of Illinois, committed the offense of:

**COUNT I – AGGRAVATED DISCHARGE OF A FIREARM** — in that said defendant knowingly discharged a firearm in the direction of another person or in the direction of a vehicle, being a 1978 Chevrolet Van, which said defendant knew to be occupied, in violation of 720 ILCS 5/24-1.2(a)(1), and against the peace and dignity of the People of the State of Illinois.

**COUNT II - MOB ACTION** — in that said defendant knowingly and by use of force and violence disturbed the peace, in that he, while acting together with Michael R. Rippley and Richard E. Pittman and without authority of law discharged a firearm, thereby inflicting injury upon Mariesha A. Samuels,

in violation of 720 ILCS 5/5/25-1(a)(1), and against the peace and dignity of the People of the State of Illinois.

A TRUE BILL

_Glenn Bequeth Jr._
Foreperson of the Grand Jury

The within indictment returned in open court this 12th of January, 1995.

Bail set at $ _____ . Warrant of Arrest ordered to issue.

_C. Charles Romani_
Judge of the Circuit Court

**WITNESSES:** Detectives Bill Taul & Jerry Cooley, Alton Police Dept.

*ATTN: BRAD CHILLMAN*



**ILLINOIS
DEPARTMENT
OF
CORRECTIONS**

**Jim Edgar**
Governor

**Odie Washington**
Director

~~XXXXXXXXXXXXXXXXXXXXXXXXXX~~/ 950 Kingshighway / P.O. Box 50 / East St. Louis, Il. 62203-9998
uthwestern Illinois Correctional Center                Telephone: (618) 394-2200

M E M O R A N D U M

DATE:      January 29, 1996

TO:        Odie Washington, Director
           Attention:  Transfer Coordinator

FROM:      Southwestern Illinois Correctional Center

SUBJECT:   **SUPPLEMENTAL MERITORIOUS GOOD TIME**

Name: __Lenn D. Reed__                          IDOC Number: __B28789__

Offense(s): __Aggr. Discharge Firearm__          Sentence: __4 Years__

Projected Release Date: __12-5-96__       Work Release Violation Date: __N/A__

Date Received at Institution: __10-18-95__   Parole Violator: __Yes__ X __No__   Outstanding Time Revoked: __N/A__

Date Received IDOC: __6-22-95__        Inmate's Present Location: __Southwestern Illinois Correctional Center__

| PRIOR MGT AWARDED | | PRIOR MGT AWARDED | | PRIOR SMGT AWARDED | |
|---|---|---|---|---|---|
| Date: __0__ Amount: __0__ | | Date: _____ Amount: ___ | | Date: _____ Amount: ___ | |
| Date: _____ Amount: ___ | | Date: _____ Amount: ___ | | Date: _____ Amount: ___ | |
| Date: _____ Amount: ___ | | Date: _____ Amount: ___ | | Date: _____ Amount: ___ | |

THE FOLLOWING CRIMES ARE EXCEPTIONS TO ANY CONSIDERATION FOR AN AWARD OF SUPPLEMENTAL MERITORIOUS GOOD TIME.

1. First Degree Murder  2. Reckless Homicide While Under the Influence of Alcohol or Any Other Drug  3. Aggravated Kidnapping  4. Kidnapping  5. Aggravated Criminal Sexual Assault  6. Rape  7. Criminal Sexual Assault  8. Deviate Sexual Assault  9. Aggravated Criminal Sexual Abuse  10. Aggravated Indecent Liberties With a Child  11. Indecent Liberties With a Child  12. Child Pornography  13. Heinous Battery  14. Aggravated Battery of a Spouse  15. Aggravated Battery of a Spouse with a Firearm  16. Aggravated Battery  17. Endangering the Life or Health of a Child  18. Cruelty to a Child  19. Narcotics Racketeering  20. Stalking  21. Aggravated Stalking

In accordance with D.R. 107, I recommend that __90__ days of Meritorious Good Time be awarded to the above named committed person for the reasons stated below.

Months considered: (JAN)  FEB  MAR  APR  MAY  JUN  JUL  AUG  SEP  OCT  (NOV)  (DEC)

| Days: | | | Comments: |
|---|---|---|---|
| __45__ | Program Completion | __Substance Abuse Program__ | __Submitted simultaneously with MGT.__ |
| __45__ | Job Performance | __GED Student__ | _____ |
| __ | Behavior Record | _____ | _____ |
| __ | Other | _____ | _____ |

Submitted By: _Trey Amos_ CCIII  Date _1/29/96_        Chief Administrative Officer _Edward Green_  Date _1-30-96_
                                                                                                    /KK

In accordance with Illinois Compiled Statutes, 730 ILCS 5/3-6-3, paragraph 1003-6-3, I have determined to award ____ days of Supplemental Meritorious Good Time.

_____        _____
Odie Washington, Director              Date

DCA 5299 (rev. 9/93) IL 426-15566

Printed on Recycled Paper

07.421A-J

SENTENCE CALCULATION WORK SHEET

SINGLE OR CONCURRENT DETERMINATE SENTENCES UNDER 1978 LAW AND JAIL CREDIT

NAME _Lonn Reed_   NUMBER _B28789_   DATE _10-19-95_

**(STEP 1) (A)**

Yr.  Mo.  Day

|   |   |   | (Rel. on Bond, Etc.) |
|---|---|---|---|
| − |   |   | (Arrest Date) |
|   |   |   | (Jail Credits) |
| + |   | 1 | (Add 1 Day) |
|   |   |   | (Jail Credits) |

**(STEP 1) (B)**

Yr.  Mo.  Day

|   |   |   | (Rel. on Bond, Etc.) |
|---|---|---|---|
| − |   |   | (Arrest Date) |
|   |   |   | (Jail Credits) |
| + |   | 1 | (Add 1 Day) |
|   |   |   | (Jail Credits) |

**(STEP 1) (C)**

Yr.  Mo.  Day

|   |   |   | (Rel. on Bond, Etc.) |
|---|---|---|---|
| − |   |   | (Arrest Date) |
|   |   |   | (Jail Credits) |
| + |   | 1 | (Add 1 Day) |
|   |   |   | (Jail Credits) |

**(STEP 1) (D)**

Yr.  Mo.  Day

|   |   |   | (Rel. on Bond, Etc.) |
|---|---|---|---|
| − |   |   | (Arrest Date) |
|   |   |   | (Jail Credits) |
| + |   | 1 | (Add 1 Day) |
|   |   |   | (Jail Credits) |

**(STEP 2)**

Yr.  Mo.  Day

|   |   | (Jail Credits - A) |
|---|---|---|
| + |   | (Jail Credits - B) |
| + | 47 days | (Jail Credits - C) |
| + |   | (Jail Credits - D) |
|   |   | (Total Jail Credits) |

**(STEP 3)**

Yr.  Mo.  Day

|   |   |   |   |
|---|---|---|---|
| 95 | 6 | 5 | (Old Custody/ Sentence Date) |
| − | 4 | 27 | (Total Jail Credits) |
| 95 | 1 | 8 | (New Custody Date) |

**(STEP 4)** (MITTIMUS NO. 94CF3245)

PROJECTED OUT DATE

Yr.  Mo.  Day

|   |   |   |   |
|---|---|---|---|
| 95 | 1 | 8 | (New Custody Date) |
| + | 2 |   | (Sentence Less Good Conduct Credits) |
| 97 | 1 | 8 | (Projected Out Date) |
| +or− |   |   | (Previous Time Lost/Awarded) |
| 97 | 1 | 8 | (Adj. Proj. Out Date) |

**(STEP 5)**

MANDATORY OUT DATE

Yr.  Mo.  Day

|   |   |   |   |
|---|---|---|---|
| 95 | 1 | 8 | (New Custody Date) |
| + | 4 |   | (Sentence) |
| 99 | 1 | 8 | (Mandatory Out Date) |

Adj. Proj. Out Date _1-8-97_      Terminal Operator _ch_
Mandatory Out Date _1-8-99_       Date Entered _10-19-95_
Calculated By _af_

DC 1321
IL 426-0521

01.07.421A-J

SENTENCE CALCULATION WORK SHEET

SINGLE OR CONCURRENT DETERMINATE SENTENCES UNDER 1978 LAW AND JAIL CREDIT

NAME *Lenn D. Reed*    NUMBER *B28789*    DATE *7-19-95*

(STEP 1) (A)

Yr.  Mo.  Day

```
-                      (Rel. on Bond, Etc.)
                       (Arrest Date)
                       (Jail Credits)
+             1        (Add 1 Day)
                       (Jail Credits)
```

(STEP 1) (B)

Yr.  Mo.  Day

```
-                      (Rel. on Bond, Etc.)
                       (Arrest Date)
                       (Jail Credits)
+             1        (Add 1 Day)
                       (Jail Credits)
```

(STEP 1) (C)

Yr.  Mo.  Day

```
-                      (Rel. on Bond, Etc.)
                       (Arrest Date)
                       (Jail Credits)
+             1        (Add 1 Day)
                       (Jail Credits)
```

(STEP 1) (D)

Yr.  Mo.  Day

```
-                      (Rel. on Bond, Etc.)
                       (Arrest Date)
                       (Jail Credits)
+             1        (Add 1 Day)
                       (Jail Credits)
```

(STEP 2)

Yr.  Mo.  Day

```
+                      (Jail Credits - A)
+                      (Jail Credits - B)
+                      (Jail Credits - C)
+                      (Jail Credits - D)
                       (Total Jail Credits)
```

(STEP 3)

Yr.  Mo.  Day

```
   95 - 8 - 5          (Old Custody/
                       Sentence Date)
-       4 -27          (Total Jail Credits)     judgs creds
   95 - 1 - 8          (New Custody Date)
```

(STEP 4) (MITTIMUS NO *94CF2245*)

PROJECTED OUT DATE

Yr.  Mo.  Day

```
   95 - 1 - 8          (New Custody Date)
+       2              (Sentence Less
                       Good Conduct Credits)
   97 - 1 - 8          (Projected Out Date)
+or   ———              (Previous Time
                       Lost/Awarded)
   97 - 1 - 8          (Adj. Proj. Out Date)
```

(STEP 5)

MANDATORY OUT DATE

Yr.  Mo.  Day

```
   95 - 1 - 8          (New Custody Date)
+       4              (Sentence)
   99 - 1 - 8          (Mandatory Out Date)
```

---

Adj. Proj. Out Date    *1-8-97*          Terminal Operator  *____*
Mandatory Out Date     *1-8-99*          Date Entered       *7/19/95*
Calculated By          *____*

DC 1331
IL 426-0521

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000054

## IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
## MADISON COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS

vs.

LENN D. REED
B/M  DOB:  5/11/77
33 Sullivan Drive
Alton, IL

No. 94-CF-2245
COUNT I - CLASS 1
COUNT II - CLASS 4



Defendant

JAN 1 2 1995

CLERK OF CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

# I N D I C T M E N T

On this 12th day of January, 1995, the Grand Jury, chosen, and sworn for the County of Madison, in the name and by the authority of the People of the State of Illinois, charges that:

### LENN D. REED

on the 26th day of December, 1994, at and in the County of Madison, in the State of Illinois, committed the offense of:

**COUNT I - AGGRAVATED DISCHARGE OF A FIREARM** -- in that said defendant knowingly discharged a firearm in the direction of another person or in the direction of a vehicle, being a 1978 Chevrolet Van, which said defendant knew to be occupied, in violation of 720 ILCS 5/24-1.2(a)(1), and against the peace and dignity of the People of the State of Illinois.

**COUNT II - MOB ACTION** -- in that said defendant knowingly and by use of force and violence disturbed the peace, in that he, while acting together with Michael R. Rippley and Richard E. Pittman and without authority of law discharged a firearm, thereby inflicting injury upon Mariesha A. Samuels,

in violation of 720 ILCS 5/5-1(a)(1), and against the peace and dignity of the People of the State of Illinois.

A TRUE BILL

_____
Foreperson of the Grand Jury

The within indictment returned in open court this 12th of January, 1995.

Bail set at $ _____    . Warrant of Arrest ordered to issue.

_____
Judge of the Circuit Court

**WITNESSES:**  Detectives Bill Taul & Jerry Cooley, Alton Police Dept.

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000055



FILED

JUN 1 4 1995

CLERK OF CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS



IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS,   )
                                    )
V.                                )
                                    )
LENN D. REED               ,  )
              Defendant.     )

Case No. <u>94 CF 2245</u>

Charge: <u>Ct. I - Agg. Discharge</u>
of Firearm

<hr>

### ORDER

The Court finds the Defendant has complied with the conditions of his furlough and thereafter reduces Defendant's sentence from a term of <u>EIGHT</u> years Department of Corrections to a term of <u>FOUR</u> years Department of Corrections with credit given for time served.

Defendant remanded to the custody of the Sheriff of Madison County pending transportation to the Department of Corrections.

Entered at Edwardsville this <u>14TH</u> day of <u>  June  </u>, 1995.

J. LAWRENCE KESHNER, ASSOCIATE JUDGE

RECEIVED

JUN 2 2 1995

GRAHAM CORRECTIONAL CENTER

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS,   )    Case No. 94 CF 2245
                                   )
V.                                 )    Charge: Ct. I Agg. Dis.of Firearm
                                   )
LENN D. REED                       )    **FILED**
                                   )
         Defendant.                )    MAY 22 1995

CLERK OF CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOI

STATE'S                                 DEFENSE
ATTORNEY:   Robert Trone               ATTORNEY:   Tom Hildebrand

## ORDER AND JUDGMENT ON PLEA AND SENTENCE

Come now the People of the State of Illinois, by the State's Attorney of said County, and the Defendant in his own person and represented by Counsel of record.

Defendant advises the Court that he desires to withdraw his plea of not guilty, and enter a plea of guilty to the offense of ___(listed above)___ _____ as set forth in the __Indictment_____.

Defendant advised of the consequences of his plea of guilty, the elements of the offense, and his right to a Jury Trial. Factual basis for plea of guilty determined.

Defendant persists in his plea; the Court accepts same, and under his plea does find and adjudge the Defendant guilty of the offense of _(listed above)_ _____ as set forth in the __Indictment_____.

Case called for sentencing Hearing. Defendant waives Pre-Sentence Report, and the Court proceeds with Sentencing Hearing. Evidence waived in Aggravation. Evidence waived in Mitigation.

After due consideration, it is ordered and adjudged that the Defendant, Lenn D. Reed _____, be sentenced as follows:

eight years Dept. of Corrections; Def. granted furlough until 6/5/95 at 9 a.m. If Def. returns on that date with no new charges, Def.'s sentence shall be modified to four years Dept. of Correction with credit for time served. Count II dismissed.

The Court finds the Defendant's age to be _18_ years. Judgment entered on the sentence. Appeal rights stated.

DATE: __May 22, 1995___

_____
J. LAWRENCE KESHNER, ASSOCIATE JUDGE



MAY 2 2 1995

CLERK OF CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOI

CREDIT FOR TIME SERVED
(To Be Put on Mittimus)

DEFENDANT: _Lenn Reed_

CASE NO. _94 CF 2245_

WHERE SERVED: _Alton/Madi Co_

DATES OR TOTAL DAYS: _147_

　　　　To be determined and signed as correct by counsel before
Mittimus issued.

_Robert E. S. Trone_

STATE'S ATTORNEY                    DEFENSE COUNSEL


WHERE SERVED:_____

DATES OR TOTAL DAYS:_____

　　　　To be determined and signed as correct by counsel before
Mittimus issued.


STATE'S ATTORNEY                    DEFENSE COUNSEL


WHERE SERVED:_____

DATES OR TOTAL DAYS:_____

　　　　To be determined and signed as correct by counsel before
Mittimus issued.


STATE'S ATTORNEY                    DEFENSE COUNSEL


JUDGE

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000058

**CONFINEMENT RECORD PRIOR TO CONVICTION**

RE: REED, LENN DWAYNE M/B DOB/051177 PERM#35737
(PRISONER'S NAME)

| INSTITUTION | DATE CONFINED | DATES RELEASED OR TRANSFERRED | CONDUCT FOR EACH PERIOD OF CONFINEMENT (refer to back or below if needed) |
|---|---|---|---|
| MADISON CO. JAIL | 122994 | 052395 | FAIR |
| MADISON CO. JAIL | 060595 | 062295 | FAIR |

DETAILS OF BEHAVIOR (if needed) INMATE HAS BEEN INVOLVED IN MINOR DISTURBANCES, SEEMS TO BE

MORE OF A FOLLOWER THAN A LEADER!!!!! dw

BOB CHURCHICH, Sheriff of Madison County, Il.     This Record Compiled By SGT

JAIL SUPERVISOR; SGT. DON E. WEIN S105

SD-69

DOC #   NAME FIRST   MIDDLE   LAST   DATE OF ADMIT

62?29?   Leon   D   Reed   6-22-95

TYPE OF ADMISSION

CHECK IF ADDITIONAL HITT

NEEDS DNA TESTING   Yes  No   K

| CURRENT # | COUNTY | CHARGE | OFFENSE CODE | # COUNTS |
|---|---|---|---|---|
| 94 CF 2245 | Madison | Agg Disch of Firearm 720 ILCS 5/24-1.2 (7) | | 1 |

DFC   NEW ADULT   X   TMV PVSB   MVN PVSB   DR DISCHARGE

HABITANT   HABITANT   RECOMMIT

IS HE ELIGIBLE FOR BOOT CAMP OF IMPACT INCARCERATION?   YES   NO

DATE OF SENTENCE   SENTENCE   MIN. MAX.   **RELEASE DATES**

5-22-95   6YRS

Incarcerated in any other State or Federal
If so, how many times?
Yes   No   Where?

DCA 10,491; IL 426-4472

IDOC SUBPOENA RESPONSE
PLAINTIFFS 000060

## RELEASE CHECKLIST – FELONS/HABITUAL JUVENILE OFFENDERS
Illinois Department of Corrections

Inmate's Name: Linn, Reed    Number: B28789    Facility: BMR

### A. PRB ORDER/REQUEST OR WRITS/CERTIFICATION

| | Yes | No |
|---|---|---|
| 1. Is there a PRB Order? | | |
| 2. Is there a request from the PRB for victim notification? If yes, date PRB was contacted. | | |
| 3. Has the inmate ever been released on writ? | | |
|   a. If, as a result, an additional mittimus was received, has it been calculated accordingly? | | |
|   b. If a new mittimus was not received, was the county contacted to ascertain that no other charges or sentences exist? Explain on the reverse side. | | |

County_____ Contact Person_____ Date_____

| | | |
|---|---|---|
| 4. If the inmate is subject to a blood sample collection, has a sample been collected? | | |
| 5. Has the inmate been certified as a Child Sex Offender? | | |
| 6. Is there a Protection Order noted in the file? | | |
| 7. If the answer to question 5 or question 6 is "yes," have the proper authorities been notified? | | |

### B. SENTENCE STRUCTURE

| | Yes | No |
|---|---|---|
| 1. Have all mittimi in the master record file been calculated? | | |
| 2. Does any mittimus or statement of facts or any other document identify any Case Number for which there is no mittimus in the master record file? If yes, how was it resolved? | | |
| 3. Have all mittimi been reviewed for consecutive sentences? | | |
| 4. Were the consecutive sentences calculated as such? | | |
| 5. Are there any detainers or warrants in the master record file? | | |
| 6. If there are detainers or warrants, has the filing agency been notified and arrangements made for transfer of custody? | | |

Agency_____ Contact Person_____ Date_____

7. Has the calculation been checked for accuracy?
   a. Custody Date  1-8-95
   b. Good Time:
      GCC/SGT restored
      GCC/SGT revoked  90
      Compensatory Time  90
      MGT (Per statutes in effect at the time of the award.)    S.M.G.T.    E.G.G.C. 3.2
   c. Is there any restoration, revocation, or award of meritorious good time pending? If yes, indicate how it was resolved.
   d. Projected Release Date  2-6-95

8. (Adult) Has the appropriate parole/MSR term been calculated and the discharge date recorded in pencil in the designated location on the face sheet?
   (Juvenile) Has a memorandum been forwarded to Field Services identifying the discharge date and a copy filed in the master record file?

Signature of Reviewer _____  Date 5/22/94

1. (Adult) Has the release been entered in the OTS terminal and the d--harge date verified for accuracy?
   Terminal Operator _____  Date Entered 10/4/94

2. (Juvenile) Has the release been telephoned to the JTS operator?
   Date _____  Signature _____

# ILLINOIS DEPARTMENT OF CORRECTIONS

## REPORTING INSTRUCTIONS

| (RELEASEE) | (FACILITY) |
|---|---|
| REED, LENN D. | BIG MUDDY RIVER |

| (DOC INSTITUTION NUMBER) | (RELEASE DATE) |
|---|---|
| B28789 | 04/06/1996 |

OUR RECORDS INDICATE YOUR RELEASE PLAN IS AS FOLLOWS:

HOME:          JOYCE REED          MOTHER
914 ELLEY ST.
ALTON          IL  62002
618-463-0311

ASSIGNED COMMUNITY SERVICES OFFICE:
PRE-START ZONE A
E ST LOUIS SVC CNTR
10 COLLINSVILLE #204
EAST ST. LOUIS  IL  62201
TELEPHONE NUMBER:  618-583-2020

REPORTING INSTRUCTIONS: UPON RELEASE, YOU MUST GO DIRECTLY TO THE ABOVE RESIDENCE. YOU ARE REQUIRED TO CALL THE ABOVE COMMUNITY SERVICES OFFICE WITHIN 72 HOURS (3 DAYS) OF YOUR RELEASE. IF YOU DO NOT COMPLY WITH THIS REPORTING REQUIREMENT, YOU WILL BE CONSIDERED TO BE IN VIOLATION OF YOUR RELEASE AGREEMENT AND A WARRANT MAY BE ISSUED FOR YOUR ARREST. BRING YOUR INDIVIDUAL DEVELOPMENT PLAN, YOUR SIGNED PAROLE OR MSR AGREEMENT AND THIS COPY OF REPORTING INSTRUCTIONS TO YOUR FIRST MEETING WITH A PAROLE AGENT.

SEX OFFENDER REGISTRY REQD: NO
SPECIAL REPORTING INSTRUCTIONS: ORPT AGENT LIV WILLIAMS FOR AN APPO INTMENT UPON RELEASE.

| (FIELD SERVICES REPRESENTATIVE) | (DATE) |
|---|---|
| *[signature]* | 2-6-96 |

I UNDERSTAND AND WILL COMPLY WITH THE ABOVE INSTRUCTIONS

| X *[signature]* | 2-6-96 |
|---|---|
| (RELEASEE SIGNATURE) | (DATE) |

CC: RELEASEE (ORIGINAL)
    INSTITUTION
    COMMUNITY SERVICES OFFICE

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000062

STATE OF ILLINOIS
PRISONER REVIEW BOARD
PAROLE OR MANDATORY SUPERVISED RELEASE AGREEMENT

| NAME | INSTITUTION | NUMBER |
|---|---|---|
| Glenn Reed | BMRCC | B28789 |

This document constitutes an agreement governing persons who have been granted parole by the Illinois Prisoner Review Board or otherwise released under mandatory supervision, and defines the terms by which the undersigned is conditionally released from confinement. The rules of conduct follow. If such rules are violated, parole or mandatory supervised release may be revoked under the rules and regulations promulgated by the Prisoner Review Board.

RULES OF CONDUCT GOVERNING ADULT PAROLEES AND MANDATORY SUPERVISED RELEASEES

Until final discharge, you shall at all times be under the legal custody of the Department of Corrections, subject to being retaken at any time, with the establishment of probable cause and with the lodging of a warrant, within the enclosure of an Illinois State correctional center.

You are obligated to comply with all rules, regulations, orders and subsequent amendments thereto of the Prisoner Review Board and of the Community Services Division of the Department of Corrections.

1. You must comply with the instructions of your Department of Corrections' agent, including any instructions to submit to electronic monitoring, (if paroled or released out of the State, obedience of the rules of both states is required) and the following Board Special Orders: *Drug Prog & R & R in full*

2. You must obey all municipal, county, State, and federal laws and ordinances.

3. You must have prior approval from your assigned Community Services Zone Supervisor for the following:
   a) requests to leave the State;
   b) requests to visit or write to correctional center residents;
   c) changes in residence or employment.

4. All arrests must be reported immediately to your assigned Community Services Zone Supervisor.

5. Status reports must be submitted as directed.

6. You shall not own, possess, use, sell, or have under your control any firearms or other dangerous weapons.

7. You may be required to submit to electronic monitoring as authorized by the Board.

I, *Glenn Reed*, committed to and under the custody of the Illinois Department of Corrections, do hereby acknowledge that I have carefully read, or have had read to me, and do clearly understand the contents and conditions of the above rules governing the conduct of adult parolees and mandatory supervised releasees, and I do hereby agree to comply with same. I do further agree that should I be charged with a violation of my Illinois parole or release, and should I be in another state, being released pursuant to Section 1003-3-10, Sub. (b), of the Unified Code of Corr-tions (mandatory release status), this agreement as herein stated is applicable to me.

Signed this *6* day of *June* 19 *96*

X *Glenn Reed*
Parolee or Mandatory Supervised Releasee (Signature)

*Ed Lefranc*
Witness (Signature)

DC 1 141 (Revised 2/92)
L 426-012
Community Services Zone Headquarters
Distribution: Release
Master File

## NOTIFICATION TO REGISTER

The Military Selective Service Act (MSSA) and a current Presidential Proclamation require that all males born since January 1, 1960, who have reached their 18th birthday, be registered with the Selective Service System.

1. Males, born since January 1960, who are 18 years old should have registered already, unless they were incarcerated at the time they were required to register.

2. Unless incarcerated, a person's registration should be accomplished during the 60 day period commencing 30 days prior to their 18th birthday.

3. Persons who are incarcerated at the time they are required to register must register within 30 days of their release from confinement.

4. Registration may be accomplished at any classified U.S. Postal Service office within the United States, its territories or possessions.

5. Failure to comply with this requirement constitutes the commission of a felony.

I have read the above notification and it has been explained to me. I also understand that failure to comply is a felony.

X _____
Inmate

_____
Date                6-6-96

_____
Witnessing Employee

_____
Date                6-6-96

DC 1320
IL 426-0831 (5/84)

IDOC SUBPOENA RESPONSE                PLAINTIFFS 000064

HIV - AIDS HANDOUT

On this date 6-6-96, I have been offered the handout "HIV Antibody Counseling and Testing Sites".

X Lenn Reed
Inmate's Signature

Ed Sopercas
Witness

STATE OF ILLINOIS – DEPARTMENT OF CORRECTION

| DROP SLIP          RECORD OFFICE: | FACILITY     2-H-6<br>Southwestern IL CC |
|---|---|

TO:  Shift Commander
     Big Muddy CC

| RESIDENT NAME  Lenn Reed | NUMBER     B-28789 |
|---|---|

Has been ordered:  ☐ On furlough          ☐ Discharged

☐ Out on writ          ☐ Paroled/MSR
XX  Transfer

| EFFECTIVE DATE (MO.O) (DAY) (YR.)<br>2-28-96 | RESIDENT WILL BE READY TO GO AT:<br>9:00 am |
|---|---|

He ☐ is wanted     XX is not wanted

| PAROLE OFFICER (Signature)<br>N/J | RECORD CLERK (SIGNATURE)<br>Norma Eckart |
|---|---|

ASSISTANT WARDENS SIGNATURE
Approved:

---

| Check Points:<br><br>     B of I MM<br>     Clothing House<br>     Personal Property<br>     Trust Office<br>     Healthcare<br>     Placement | YARD OFFICE CAPTAIN (SIGNATURE) |
|---|---|
| | ESCORTING OFFICER (SIGNATURE) |
| | CLOTHING HOUSE OFFICER (SIGNATURE) |
| | IDENTIFICATION OFFICER (SIGNATURE) |
| | TRUST OFFICER (SIGNATURE) |

RESIDENT RELEASED AT LOBBY DESK BY:

| (SIGNATURE) | TIME     10:16     AM<br>PM |
|---|---|

Complete slip and return to Record Clerk for placement in Resident's jacket.
DC 733
IL 426-0405

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000066

INCOMING TRANSFER CHECKLIST

NAME _Lenn D. Reed_    NUMBER _B28789_

_he_ PAROLE VIOLATOR

_____ PV BACK JACKET

_____ PAROLE VIOLATOR NEEDS TO SEE THE BOARD

_____ DISCHARGE DATE BACK JACKET OF PV WHO HAVE SEEN BOARD

_No_ PENDING WRITS

_No_ GUILTY BUT MENTALLY ILL

_No_ CLOSE PROJECTED OUT DATE

_____ SEX OFFENDER (MARK FILE)

_____ DNA TEST (SEX CRIME ONLY)

_____ SDP

_On_ POWER OF ATTORNEY

SIGNATURE _Sherry Sexton_    DATE _2-29-96_

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000067

B28789
S.W.

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
DIVISION 1
WASHINGTON, D.C. 20537

IL068015C                                          PCN 952372998206



IL068015C
WARDEN
JOHN A GRAHAM CORR CENTER
BOX 499
HILLSBORO, IL 62049-0499

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000068

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
DIVISION 1
WASHINGTON, D.C. 20537

IL068015C                                              PCN 952372998206


BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.

        - FBI IDENTIFICATION RECORD - FBI NO-140584RA4

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.


NAME                                 FBI NO.        DATE REQUESTED
REED,LENN DWAYNE                     140584RA4      12/01/95

SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE
M    B     05/11/77    508     130     BRO   BLK   ILLINOIS

FINGERPRINT CLASS
25 14 12 15 07
DI 56 14 13 07

1-ARRESTED OR RECEIVED 05/05/92
    AGENCY-POLICE DEPARTMENT ALTON (IL0600100)

      CHARGE 1-UNL USE OF WEAPON
      CHARGE 2-NO F O I D

2-ARRESTED OR RECEIVED 02/03/93
    AGENCY-POLICE DEPARTMENT ALTON (IL0600100)

      CHARGE 1-UNL POSS CONTROLLED SUB

3-ARRESTED OR RECEIVED 08/11/93    SID-IL32066210
    AGENCY-POLICE DEPARTMENT ALTON (IL0600100)

      CHARGE 1-ROBBERY

4-ARRESTED OR RECEIVED 05/28/94    SID-IL32066210
    AGENCY-POLICE DEPARTMENT ALTON (IL0600100)
      AGENCY CASE-20208


END OF PART 1 - PART 2 TO FOLLOW

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
DIVISION 1
WASHINGTON, D.C. 20537

IL068015C                                    PCN 952372998206
PART 2

- FBI IDENTIFICATION RECORD - FBI NO-140584RA4


    CHARGE 1-AGGRAVATED ASSAULT
    CHARGE 2-CRIMINAL TRESPASS TO STATE

5-ARRESTED OR RECEIVED 10/21/94    SID-IL32066210
    AGENCY-POLICE DEPARTMENT ALTON (IL0600100)
        AGENCY CASE-20208
        CHARGE 1-AGG BATTERY

6-ARRESTED OR RECEIVED 12/27/94    SID-IL32066210
    AGENCY-POLICE DEPARTMENT ALTON (IL0600100)
        AGENCY CASE-20208
        CHARGE 1-AGG DISCHARGE
        CHARGE 2-MOB ACTION

7-ARRESTED OR RECEIVED 06/22/95    SID-IL32066210
    AGENCY-J A GRAHAM CORR CNTR HILLSBORO (IL068015C)
        AGENCY CASE-B28789    NAME USED-REED,LENN D
        CHARGE 1-AGGRAVATED DISCHARGE OF FIREARM

    COURT-
            DISPOSITION-
        CHARGE-AGGRAVATED DISCHARGE OF FIREARM
        SENTENCE-
        4 YEARS


RECORD UPDATED 12/01/95




ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR
OFFICIAL USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.


IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000070

*B28789*
*Org*

# ILLINOIS STATE POLICE
## DIVISION OF FORENSIC SERVICES AND IDENTIFICATION
### 260 NORTH CHICAGO STREET
### JOLIET, ILLINOIS 60431-1060

```
WARDEN
DOC CORRECTIONAL CENTER GRAHAM
P.O. BOX 499
HILLSBORO                    IL 62049
```

### ATTENTION: KENNETH DOBUCKI

PURSUANT TO THE SUBMISSION YOUR AGENCY SUBMITTED, WE ARE SENDING YOU THIS ILLINOIS CRIMINAL HISTORY TRANSCRIPT. BASED UPON FINGERPRINT IDENTIFICATION, THIS TRANSACTION WAS POSTED TO THE FOLLOWING CRIMINAL HISTORY RECORD.

IF YOU HAVE ANY QUESTIONS CONCERNING THIS SITUATION, PLEASE FEEL FREE TO CONTACT THIS OFFICE AT (815) 740-5160.

---

──────────────────IDENTIFIERS──────────────────

```
SUBMISSION TYPE  : CUSTODIAL RECEIVED
YOUR CASE NUMBER :                          DCN :22988349X
SUBJECTS NAME    : REED, LENN D               SEX:  M
         DOB     : 05/11/1977                 RACE: B
```

---

**WARNING:  RELEASE OF THIS INFORMATION TO UNAUTHORIZED INDIVIDUALS OR AGENCIES OR MISUSE IS PROHIBITED BY FEDERAL LAW TITLE 42 USC 3789g PERTAINING TO CRIMINAL HISTORY INFORMATION.**

---

```
IL 493-0826           S T A T E   U S E   O N L Y        ISP6-486(6/89)
                           BATCH: 951606
  DATE: 071895   ORI: IL068015C   RO: 0001   PCN: 81671600X   PAGE:    1
```

### ILLINOIS STATE POLICE
### CRIMINAL HISTORY RECORD INFORMATION
### SUBJECT IDENTIFICATION INFORMATION

SID: IL32066210

FBI:                                                                CHICAGO:
--------------------------------------------------------------------------------
NCIC FINGERPRINT CLASSIFICATION: 2615101407DI57151309
HENRY FINGERPRINT CLASSIFICATION:    26) L  5 U OIO  7
                                      I  1 R IOI
--------------------------------------------------------------------------------
NAME:                                                 DOB:
REED, GLENN                                           05/11/1977
REED, LENN D
REED, LENN DWAYNE
REED, LENNY
--------------------------------------------------------------------------------
SEX   : MALE
RACE  : BLACK
EYE   : BROWN
HAIR  : BLACK
SKIN  : MEDIUM
HEIGHT: 509   DATE REPORTED: 06/22/95
WEIGHT: 154   DATE REPORTED: 06/22/95
--------------------------------------------------------------------------------
SCARS/MARKS/TATTOOS

TATTOO FOREARM, RIGHT
--------------------------------------------------------------------------------
PLACE OF BIRTH

ILLINOIS
--------------------------------------------------------------------------------
                    ( END OF SUBJECT IDENTIFICATION )

IDOC SUBPOENA RESPONSE                              PLAINTIFFS 000072

# ILLINOIS STATE POLICE
## CRIMINAL HISTORY RECORD INFORMATION
### SUBJECT TRANSACTION INFORMATION

SID: IL32066210

FBI:                                          CHICAGO:

| AGENCY INFORMATION | SUBJECT INFORMATION | DATE | CHARGE INFORMATION |
|---|---|---|---|
| CUSTODIAL<br>PHOTO AVAILABLE<br>IL068015C<br>DOC CRR CTR GRAHAM<br>  DCN<br>  22988349X<br>  SUBJECT INS#<br>  B28789<br>  RECEIVED FROM<br>  MADISON COUNTY SO<br>  COURT CASE#<br>  94CF2245 | REED,<br>LENN D<br>05/11/1977 | 06/22/95 | RECEIVED |
| ARREST<br>PHOTO AVAILABLE<br>IL0600100<br>ALTON PD<br>  DCN<br>  249847752<br>  AGENCY CASE#<br>  20208<br>  9425203<br>  COURT CASE#<br>  94CF2245 | REED,<br>LENN DWAYNE<br>05/11/1977 | 12/27/94 | 720 ILCS<br>5.0/24-1.2<br>AGG DISCHARGE OF FIREARM<br>CLASS 1 FELONY<br><br>IN-STATE WARRANT |
|   94CF2245 | | 12/27/94 | 720 ILCS<br>5.0/25-1<br>MOB ACTION<br>CLASS 4 FELONY<br><br>IN-STATE WARRANT |

( CONTINUED ON NEXT PAGE )

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000073

# ILLINOIS STATE POLICE
## CRIMINAL HISTORY RECORD INFORMATION
## SUBJECT TRANSACTION INFORMATION

### SID: IL32066210

FBI:                                                    CHICAGO:

| AGENCY INFORMATION | SUBJECT INFORMATION | DATE | CHARGE INFORMATION |
|---|---|---|---|
| ARREST<br>PHOTO AVAILABLE<br>IL0600100<br>ALTON PD<br>**DCN**<br>245114716<br>**AGENCY CASE#**<br>20208<br>9420775<br>**COURT CASE#**<br>94CF1771 | REED,<br>LENN DWAYNE<br>05/11/1977<br>REED,<br>GLENN<br><br>MINOR<br>RULE OF LAW | 10/21/94 | 720 ILCS<br>5.0/12-4<br>AGGRAVATED BATTERY<br>CLASS 3 FELONY<br><br>IN-STATE WARRANT |
| ARREST<br>PHOTO AVAILABLE<br>IL0600100<br>ALTON PD<br>**DCN**<br>245988666<br>**AGENCY CASE#**<br>20208<br>9410051 | REED,<br>LENN DWAYNE<br>05/11/1977 | 05/28/94 | 720 ILCS<br>5.0/12-3.2<br>DOMESTIC BATTERY<br>CLASS A MISDEMEANOR |
| | | 05/28/94 | 720 ILCS<br>5.0/21-5<br>CRIM TRESP STATE LAND<br>CLASS A MISDEMEANOR |
| S.A. DISPOSITION<br>IL060013A<br>MADISON CO SA<br>**DCN**<br>245988666 | | | DIRECT FILED WITH COURT<br>720 ILCS<br>5.0/12-3.2<br>DOMESTIC BATTERY<br>CLASS A MISDEMEANOR<br><br>DIRECT FILED WITH COURT<br>720 ILCS<br>5.0/21-5<br>CRIM TRESP STATE LAND<br>CLASS A MISDEMEANOR |

( CONTINUED ON NEXT PAGE )

IDOC SUBPOENA RESPONSE                          PLAINTIFFS 000074

## ILLINOIS STATE POLICE
## CRIMINAL HISTORY RECORD INFORMATION
## SUBJECT TRANSACTION INFORMATION

SID: IL32066210

FBI:                                                    CHICAGO:

| AGENCY INFORMATION | SUBJECT INFORMATION | DATE | CHARGE INFORMATION |
|---|---|---|---|
| ARREST<br>PHOTO AVAILABLE<br>IL0600100<br>ALTON PD<br>  DCN<br>  215455427<br>  AGENCY CASE#<br>  9316521 | REED,<br>LENN DWAYNE<br>05/11/1977<br>REED,<br>LENNY | 08/11/93 | 38-18-1<br>ROBBERY<br>CLASS 2 FELONY |
| S.A. DISPOSITION<br>IL060013A<br>MADISON CO SA<br>  DCN<br>  215455427 | | 08/11/93 | DISPO NOT AVAILABLE<br>38-18-1<br>ROBBERY<br>CLASS 2 FELONY |
| ARREST<br>PHOTO AVAILABLE<br>IL0600100<br>ALTON PD<br>  DCN<br>  232054262<br>  AGENCY CASE#<br>  931985 | REED,<br>LENN DWAYNE<br>05/11/1977 | 02/03/93 | 56.5-1401<br>MAN/DEL CONTROL SUBSTANCES<br>CLASS 3 FELONY |
| S.A. DISPOSITION<br>IL060013A<br>MADISON CO SA<br>  DCN<br>  232054262 | | 02/03/93 | DISPO NOT AVAILABLE<br>56.5-1401<br>MAN/DEL CONTROL SUBSTANCES<br>CLASS 3 FELONY |
| ARREST<br>PHOTO AVAILABLE<br>IL0600100<br>ALTON PD<br>  DCN<br>  23249632X<br>  AGENCY CASE#<br>  928003 | REED,<br>LENN DWAYNE<br>05/11/1977 | 05/05/92 | 38-24-1<br>UNLAWFUL USE OF WEAPON<br>CLASS A MISDEMEANOR |

( CONTINUED ON NEXT PAGE )

IDOC SUBPOENA RESPONSE                              PLAINTIFFS 000075

## ILLINOIS STATE POLICE
### CRIMINAL HISTORY RECORD INFORMATION
### SUBJECT TRANSACTION INFORMATION

SID: IL32066210

FBI:                                              CHICAGO:

| AGENCY INFORMATION | SUBJECT INFORMATION | DATE | CHARGE INFORMATION |
|---|---|---|---|
| | | 05/05/92 | 38-83-2<br>FOID I D CARDS<br>CLASS A MISDEMEANOR |
| S.A. DISPOSITION<br>IL060013A<br>MADISON CO SA<br>  DCN<br>  23249632X | | | DIRECT FILED WITH COURT<br>38-83-2<br>FOID I D CARDS<br>CLASS A MISDEMEANOR |

WARNING:   RELEASE OF THIS INFORMATION TO UNAUTHORIZED INDIVIDUALS OR
           AGENCIES OR MISUSE IS PROHIBITED BY FEDERAL LAW TITLE 42 USC
           3789g PERTAINING TO CRIMINAL HISTORY INFORMATION.

( END OF TRANSCRIPT )

IL 493-0829          S T A T E   U S E   O N L Y          ISP6-488(6/89)

DATE: 071895    ORI: IL068015C    RO: 0001    PCN: 81671600X    PAGE:    4

# ILLINOIS STATE POLICE
## DIVISION OF FORENSIC SERVICES AND IDENTIFICATION
### 260 NORTH CHICAGO STREET
### JOLIET, ILLINOIS 60431-1060

N O T I C E

THE ILLINOIS STATE POLICE EXPECTS TO IMPLEMENT PROGRAMMING TO PROCESS SUBMISSIONS CONTAINING ILLINOIS COMPILED STATUTE (ILCS) CITATIONS ON JANUARY 8, 1994. THE FOLLOWING DESCRIBES THE FORMAT FOR REPORTING THE ILCS CITATION ON THE ILLINOIS ARREST FINGERPRINT CARD, THE ILLINOIS STATE'S ATTORNEY'S DISPOSITION, AND ON THE ILLINOIS COURT DISPOSITION.

ILCS CITATIONS, FOR EXAMPLE 720 ILCS 5/26-1-A, SHOULD BE REPORTED USING THE FOLLOWING RULES:

1. THE 720 REPRESENTS THE CHAPTER NUMBER. THE CHAPTER NUMBER CAN BE UP TO FOUR NUMERIC CHARACTERS FOLLOWED BY ONE SPACE.

2. THE NEXT SEGMENT MUST CONTAIN THE LITERAL "ILCS". THE "ILCS" LITERAL MUST BE FOLLOWED BY ONE SPACE.

3. THE 5 REPRESENTS THE ACT NUMBER. THE ACT NUMBER CAN BE UP TO FIVE NUMERIC CHARACTERS CONSISTING OF FOUR WHOLE POSITIONS AND ONE DECIMAL POSITION. THE ACT NUMBER IS ALWAYS FOLLOWED BY A "/" WITH NO SPACE BEFORE OR AFTER.

4. THE 26-1-A REPRESENTS THE SECTION NUMBER. THE SECTION NUMBER CAN BE UP TO 25 CHARACTERS LONG AND MAY INCLUDE DASHES AND DECIMALS.

THESE REPORTING RULES APPLY WHEN THE REPORTING AGENCY CHOOSES TO REPORT EVENTS CONTAINING ILCS CITATIONS. THOSE CRIMINAL HISTORY EVENTS CONTAINING ILLINOIS REVISED STATUTES (IRS) CITATIONS CAN STILL BE REPORTED. IF YOU HAVE ANY QUESTIONS CONCERNING THIS MATTER, PLEASE FEEL FREE TO CONTACT MR. THOMAS LOVERUDE AT (815) 740-5190.

---

**S T A T E   U S E   O N L Y**

DATE: 950718    ORI: IL068015C    RO: 0001    PCN: 81671600X    PAGE:    1



**ILLINOIS
DEPARTMENT
OF
CORRECTIONS**

**Jim Edgar**
Governor

**Odie Washington**
Director

Graham Correctional Center / P.O. Box 499 / Highway 185 / Hillsboro, Illinois 62049 / Telephone (217)532-6961
TDD: (800) 526-0844

**M E M O R A N D U M**

**DATE:**      July 13, 1995

**TO:**          Record Office

**FROM:**      Steve McLaughlin
              R&C Supervisor

**SUBJECT:**   TRANSFERS – R&C UNIT TO GRAHAM GENERAL POPULATION

Effective July 13, 1995 at 2 p.m. the following inmate(s) will be transferred to
Graham's general population according to A.D. 05.06.130.  Approval was given by
the Transfer Coordinator's Office.  Room changes will be made after the noon
count procedure has been completed.

David Peterson, N98143        from 10-C-11      to 25-A-5
Robert Lee, N67605            from 10-D-7       to 25-D-4

Lenn Reed, B28789             previously moved to 15-D-11
Carlos Finley, N87858         previously moved to 15-C-10
Edward Leardi, N67947         previously moved to 15-B-14
Willie Taylor, B25548         previously moved to 15-D-7
Loronzo Davis, N47553         previously moved to 15-C-10


cc:   Shift Commander
      Library
      Medical Records
      Clothing Room
      B of I
      H.U. 15
      Education
      Correctional Counselor III
      Placement Office
      Personal Property
      R&C Supervisor
      Tammy Greenwood
      Master File
      File
DCA 10,442; IL 426-3291 (Rev. 10/90)

## INMATE INTERVIEW IDENTIFICATION W X SHEET

ADMISSION DATE: 6/22/95  DIRECT:  MADISON    TRANSFER INSTITUTION:

IDOC #:  B28789

NAME:  REED, LENN D.

AGE:  18                          DOB:  5/11/77

PLACE OF BIRTH:  ALTON, IL

HT:  509                          WT:  154

COLOR OF HAIR:  BLK              COLOR OF EYES:  BRO

RACE:  B                          ETHNIC PREFERENCE:  B

OCCUPATIONAL SKILLS:  NONE

MARRIED:  S                      # OF CHILDREN:  2

EDUCATION:  11TH                 RELIGION:  NONE

HOME ADDRESS:  914 RILEY, ALTON, IL

IN CASE OF EMERGENCY, NOTIFY: NAME:  JOYCE REED

                        RELATIONSHIP:  MOTHER

                        PHONE:  618 463 0319

                        ADDRESS:  SAME

DCN #:  22988349X                CHICAGO IR #:

S.S. #:  NA/                     ALIAS:

FBI #:                           IBI #:


SCARS, MARKS, TATTOOS, AMPUTATIONS:

TATS; HEART, B.S. U.F
BITE MARK ON CHEST

Distribution:  O.T.S. Operator          Record Office
               Medical Records          Inmate File - B. of I.
DCA. 10,562, IL 426-6407 (Rev. 10/89)

ILLINOIS STATE POLICE
CRIMINAL HISTORY RECORD INFORMATION
SUBJECT TRANSACTION INFORMATION

*B 28789*

SID: IL32066210

FBI:                                                    CHICAGO:

| AGENCY INFORMATION | SUBJECT INFORMATION | DATE | CHARGE INFORMATION |
|---|---|---|---|
| ARREST PHOTO AVAILABLE IL0600100 ALTON PD DCN 245114716 AGENCY CASE# 20208 9420775 COURT CASE# 94CF1771 | REED, LENN DWAYNE 05/11/1977 REED, GLENN MINOR RULE OF LAW | 10/21/94 | 720 ILCS 5.0/12-4 AGGRAVATED BATTERY CLASS 3 FELONY IN-STATE WARRANT |
| ARREST PHOTO AVAILABLE IL0600100 ALTON PD DCN 245988666 AGENCY CASE# 20208 9410051 | REED, LENN DWAYNE 05/11/1977 | 05/28/94 | 720 ILCS 5.0/12-3.2 DOMESTIC BATTERY CLASS A MISDEMEANOR |
|  |  | 05/28/94 | 720 ILCS 5.0/21-5 CRIM TRESP STATE LAND CLASS A MISDEMEANOR |
| S.A. DISPOSITION IL060013A MADISON CO SA DCN 245988666 |  |  | DIRECT FILED WITH COURT 720 ILCS 5.0/12-3.2 DOMESTIC BATTERY CLASS A MISDEMEANOR |
|  |  |  | DIRECT FILED WITH COURT 720 ILCS 5.0/21-5 CRIM TRESP STATE LAND CLASS A MISDEMEANOR |

( CONTINUED ON NEXT PAGE )

IL 493-0829          S T A T E   U S E   O N L Y          DSC: CH (12/94)

DATE: 062395    ORI: I 0998010    RO: 0652    PCN: 005408982    PAGE: 1

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000080

ILLINOIS STATE POLICE
CRIMINAL HISTORY RECORD INFORMATION
SUBJECT TRANSACTION INFORMATION

SID: IL32066210

FBI:                                                      CHICAGO:

-------------------------------------------------------------------------

| AGENCY INFORMATION | SUBJECT INFORMATION | DATE | CHARGE INFORMATION |
|---|---|---|---|
| ARREST PHOTO AVAILABLE IL0600100 ALTON PD   DCN   215455427   AGENCY CASE# 9316521 | REED, LENN DWAYNE 05/11/1977 REED, LENNY | 08/11/93 | 38-18-1 ROBBERY CLASS 2 FELONY |
| S.A. DISPOSITION IL060013A MADISON CO SA   DCN   215455427 | | 08/11/93 | DISPO NOT AVAILABLE 38-18-1 ROBBERY CLASS 2 FELONY |
| ARREST PHOTO AVAILABLE IL0600100 ALTON PD   DCN   232054262   AGENCY CASE# 931985 | REED, LENN DWAYNE 05/11/1977 | 02/03/93 | 56.5-1401 MAN/DEL CONTROL SUBSTANCES CLASS 3 FELONY |
| S.A. DISPOSITION IL060013A MADISON CO SA   DCN   232054262 | | 02/03/93 | DISPO NOT AVAILABLE 56.5-1401 MAN/DEL CONTROL SUBSTANCES CLASS 3 FELONY |
| ARREST PHOTO AVAILABLE IL0600100 ALTON PD   DCN   23249632X   AGENCY CASE# 928003 | REED, LENN DWAYNE 05/11/1977 | 05/05/92 | 38-24-1 UNLAWFUL USE OF WEAPON CLASS A MISDEMEANOR |

( CONTINUED ON NEXT PAGE )

IL 493-0829          S T A T E   U S E   O N L Y          DSP6-488(1/97)

DATE: 062395    OBT: IL0609300    R: 0062    PCN: 008498022    PAGE:    2

IDOC SUBPOENA RESPONSE                              PLAINTIFFS 000081

### ILLINOIS STATE POLICE
### CRIMINAL HISTORY RECORD INFORMATION
### SUBJECT TRANSACTION INFORMATION

SID: IL32066210

FBI:                                              CHICAGO:

```
-----------------------------------------------------------------
                    |               |      |
AGENCY INFORMATION  | SUBJECT INFORMATION | DATE | CHANGE INFORMATION
                    |               |      |
-----------------------------------------------------------------
                    |               |      |
                    |               |05/05/92|38-83-2
                    |               |      |FOID I D CARDS
                    |               |      |CLASS A MISDEMEANOR
                    |               |      |
S.A. DISPOSITION    |               |      |
ILO60013A           |               |      |DIRECT FILED WITH COURT
MADISON CO SA       |               |      |38-83-2
   DCN              |               |      |FOID I D CARDS
   23249632X        |               |      |CLASS A MISDEMEANOR
                    |               |      |
-----------------------------------------------------------------
```

WARNING:   RELEASE OF THIS INFORMATION TO UNAUTHORIZED INDIVIDUALS OR
           AGENCIES OR MISUSE IS PROHIBITED BY FEDERAL LAW TITLE 42 USC
           3789g PERTAINING TO CRIMINAL HISTORY INFORMATION.

( END OF TRANSCRIPT )

IDOC SUBPOENA RESPONSE                        PLAINTIFFS 000082

MSR

NOTICE OF CONFISCATED AND/OR RETURNED MAIL

INMATE: _Len Reed_    NUMBER: _B28789_    DATE: _6-4-96_    UNIT: _28-75_

The enclosed is being confiscated and/or returned for the reason indicated below:

____ Items are forbidden by institution regulations.

____ Item cannot be checked for contraband without being destroyed.

____ Resident does not wish to correspond with you.

____ Residents are not permitted to correspond with residents of other penal institutions unless approval is given by both institutions.

_2_ Photo(s) does not meet established criteria.

____ Money orders & cashier's checks over $50.00, cash, personal checks, stamps, stamped envelopes, and stickers of any kind are not permitted.

____ Information on money order, cashier's check, or certified check is not complete and/ or has been altered.

____ The enclosed publication(s) has been forwarded to the publication review committee.

Comments/Explanation: _Gang related_

The above item(s) was returned to: _Keisha Reed_
_914 Riley Ave._
_Alton, Il._
_62002_

_J D enison_    _6-4-96_
MAIL OFFICE ~~SUPERVISOR~~    DATE

_____    _____
PERSONAL PROPERTY    DATE

DCA 23636
IL 426-15902

IDOC SUBPOENA RESPONSE    PLAINTIFFS 000083

State of Illinois
Department of Corrections

CUMULATIVE COUNSELING SUMMARY

*Presnot 2875 2D50* (handwritten)

| Inmate/Resident/Releasee Name | Register Number | Current Classification |
|---|---|---|
| Lenn D. Reed | B28789 | MIN./ MED. SECURITY |

| Counselor/Agent Name |
|---|
| ROY HUFFINE, CCII |

INSTRUCTIONS: On the first line of each entry, indicate the date, time, location, type and method of contact, and staff initials. Use as many lines as necessary to record each entry.

TYPE OF CONTACT: P - Personal    METHOD OF CONTACT: F - Face-to-Face
                 C - Collateral                     T - Telephone
                                                    O - Other

| Date, Time, & Location | Type | Method | Staff Initials | Case Notes |
|---|---|---|---|---|
| 2-28-96 | C | O | R.H. | INMATE ARRIVED AT BIG MUDDY RIVER CORRECTIONAL |
| 3-5-96 | P | F | | CENTER. ORIENTATION COVERED ON THIS DATE AND TIME. |
| CHAPEL 8:30 A.M. | | | | ORIENTATION COMPLETED AT 10:30 A.M. |
| 3/6/96 315 | P | F | AR | Discussed Case Mgmt issues |
| | | | | SMGT denial & MGT EGCC. |
| 3/25/96 1:00 | P | F | AR | Emergency Verification for daughter |
| | | | | was Not thru - daughter not in |
| | | | | Hospital. |
| 4/18/96 2:30 | P | F | AR | Discussed SMGT Submission |
| 5/9/96 1:24 | P | F | AR | Discussed res-submission of |
| | | | | SMGT & lockdown status |

DC 1711 (Rev.10/86)
IL 426-0011

1 of 2

HOUSING UNIT: 2 D52

# BIG MUDDY RIVER CORRECTIONAL CENTER
## SCREENING FORM

DATE: 2-2-96

INMATE NAME: Lenn D. Reed          IDOC #: B28789 MSR: 9-696

DATE BMRCC: 2-28-96     DATE DOC: 6-22-95          DOB: 5-11-77

OFFENSE: Agg Discharge of A Firearm I

SENTENCE: 4yrs                              SECURITY/GRADE: 3-C

CRIMINAL HISTORY (AGGRESSIVENESS): 1st time offender

INSTITUTIONAL ADJUSTMENT: at S.W found Guilty of Sex Misconduct on a Vent

ESCAPE/WARRANTS: low

MENTAL HEALTH CONCERNS: Substance abuse

PROGRAM/EDUCATION NEEDS: 8.7 tabe test Score

GANG AFFILIATION: BCD

COMMENTS: 

PREPARING COUNSELOR: Roy Huffine

IL/DCA # APPLIED FOR

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000085

```
RCR104              ILLINOIS DEPARTMENT OF CORRECTIONS          PAGE:        1
                    OFFENDER TRACKING SYSTEM: CR      RUN DATE:  3/02/96
/01/96          SECURITY RECLASSIFICATION/ESCAPE RISK    RUN TIME:  1.11.18
ME: REED, LENN D.                    CURRENT LOCATION:  BIG MUDDY RIVER
OC #: B28789                         CURRENT SECURITY:  MINIMUM        SEX:  MALE
VING UNIT: BMR-02-D -52
PERVISION LEVEL:
**********************************************************************
   TYPE OF ACTION:       2. TYPE OF RECLASS:        3. SOURCE OF REQUEST:
 ESCAPE RISK REVIEW
**********************************************************************
   ESCAPE RISK REVIEW  (SEE A.D.05.110A)          (L)  (M)  (H)   (NONE)
   A. ESCAPE FROM SECURE CONFINEMENT/SECURITY ESCORT
        WITH/WITHOUT VIOLENCE IN THE LAST FIVE YEARS
        (DATE/SITE:                          ):                    X

   B. INDICATION OF DESIRE/WILLINGNESS TO ESCAPE BY
        SELF-ADMISSION OR PREPARATION FOR ESCAPE       :           X

   C. OUTSTANDING IMMIGRATION/MAJOR CRIMINAL CHARGE
        WARRANTS (TYPE:                       ):                    X

   D. ESCAPE FROM AN OPEN FACILITY OR PROGRAM NOT
        INVOLVING ACTUAL OR THREATENED VIOLENCE
        (DATE/SITE:                          )
        (PAROLE ABSC:    CCC UN/24:    CCC OV/24:    )
        BOND VIOL:    MIL AWOL:    MNTL HLTH FAC:    ):             X

   E. ESCAPE FROM SECURE CONFINEMENT/SECURITY ESCORT
        WITH OR WITHOUT VIOLENCE OVER FIVE YEARS AGO
        (DATE/SITE:                          ):                    X

   F. ADJUSTMENT, PERSONAL, OR SOCIAL PROBLEMS
        WITHIN OR OUTSIDE THE INSTITUTION          :               X

   G. TYPE/LENGTH OF SENTENCE    TIME/MSR: 00 YR 06 MO
        (TIME/MSR:Y   IND:    LIF:    NLIF:    DTH:   ):   X

   H. OTHER(
                                                 ):                X

IRRENT DESIGNATION:  LOW           RECOMMENDED DESIGNATION:  LOW
**********************************************************************
   ASSESSED SECURITY DESIGNATION: (SCORING PERIOD BEGINS:          )

   A. MAJOR DISCIPLINARY SANCTION SCORE (#      )   (1 OR MORE=6;0=0):

   B. SEGREGATION PLACEMENT SCORE (#      )        (1 OR MORE=4;0=0):

   C. SECURITY DESIGNATION SCORE           (MAXIMUM=3;MEDIUM/MINIMUM=0):

   D. PRIMARY ASSIGNMENT SCORE (#      )      (7 OR MORE=2;6 OR LESS=0):

   E. CURRENT AGE SCORE            (22 OR YOUNGER=1;23 OR OLDER=0):

   F. TOTAL SCORE                                              :

   G. SCORED SECURITY DESIGNATION (0-1=MN,2-5=MD,6+=MX):

   H. ADJUSTMENT FOR ESCAPE RISK DESIGNATION:

   I. ASSESSED SECURITY DESIGNATION:
**********************************************************************
```

ICR104
ILLINOIS DEPARTMENT OF CORRECTIONS          PAGE: 2
OFFENDER TRACKING SYSTEM:  CR              RUN DATE: 3/02/96
SECURITY RECLASSIFICATION/ESCAPE RISK      RUN TIME: 1.11.18
8/01/96
NAME: REED, LENN D.        SEX: MALE        DOC #: B28789
CURRENT LOCATION: BIG MUDDY RIVER
CURRENT SECURITY: MINIMUM
LIVING UNIT: BMR-02-D -52
SUPERVISION LEVEL:

. RATIONALE FOR SECURITY/ESCAPE RISK VOTES:
************************************************************
1. THREAT TO INST SECURITY
2. ESCAPE RISK DESIGNATION
3. ADDITIONAL OBSERVATION NEEDED
4. TIME TO MSR/MAX RELEASE DATE
5. ADDITIONAL INFORMATION
6. FELONY/IMMIGRATION WARRANTS
7. SERIOUS NATURE OF OFFENSE
8. NATURE OF OFFENSE
9. OVERALL POSITIVE ADJUSTMENT
10. OVERALL NEGATIVE ADJUSTMENT
11. RECENT POSITIVE ADJUSTMENT
12. RECENT NEGATIVE ADJUSTMENT
13. PAST FAILURE IN REDUCED SECURITY
14. SCORED SECURITY DESIGNATION
15. MAJOR CRIMINAL CHARGES PENDING
16. SERIOUS NATURE OF INCIDENT
17. OTHER _____
18. OTHER _____
19. OTHER _____
20. OTHER _____

FACILITY REVIEW:          SECURITY          ESCAPE RISK
************************************************************
RECOMMENDED ESCAPE RISK DESIGNATION: LOW
ASSESSED SECURITY DESIGNATION:

| PREPARING | SIGNATURE | TITLE CODE | DATE | ESCAPE RISK | | SECURITY | |
|---|---|---|---|---|---|---|---|
| | | | | VOTE | RTN | VOTE | RTN |
| COUNSELOR | | 2001 | 3-4-96 | (L) M H E | 2 | MN MD MX | ✗ |
| US/CSS | | | | L M H E | | MN MD MX | |
| TAFF REVIEW: | | | | | | | |
| ECR SPEC | | | | L M H E | | | |
| W/PROG | | 1179 | 3/4/96 | (L) M H E | 2 | MN MD MX | ✗ |
| W/OPS | | 1334 | 3/4/96 | (L) M H E | 2 | MN MD MX | ✗ |

************************************************************
. WARDEN'S ACTION:          ESCAPE RISK          SECURITY
WARDEN'S DESIGNATION: (L) M H E    MN MD MX

IF DIFFERENT FROM ASSESSED SECURITY DESIGNATION, RATIONALE: _____

_____          _____
WARDEN'S SIGNATURE                  DATE 3-4-96

************************************************************
. TRANSFER COORDINATOR'S ACTION:          FINAL SECURITY
                                          MN MD MX

THIS IS AN OVERRIDE OF THE ASSESSED SECURITY DESIGNATION.   YES _____
                                                           NO _____

RATIONALE: _____

_____          _____
TRANSFER COORDINATOR'S SIGNATURE    DATE

************************************************************

* * * END OF REPORT * * *

```
ERTR113                ILLINOIS DEPARTMENT OF CORRECTIONS          PAGE    1
                       OFFENDER TRACKING SYSTEM:TR        RUN DATE:  2/15/96
S OF DATE: 03/15/96        TRANSFER REPORT                RUN TIME: 16.39.43

AME:REED, LENN D.            CURRENT LOCATION: SOUTHWESTERN ILLINOIS
JOC #:B28789                 CURRENT SECURITY: MINIMUM        SEX:    MALE
RANSFER ID #: 004
***********************************************************************
. TYPE OF ACTION: TRANSFER ONLY   X      CURRENT TRANSFERS:  APPROVED   00
  RECLASSIFICATION AND TRANSFER                             PENDING    01
***********************************************************************
.TYPE OF TRANSFER;  3.TRANSFER FROM: 4.TRANSFER TO: 5.OK'D BY MEDICAL DEPT?
                                                     YES   X   NO

   REQUEST         GEN POP        GEN POP
    INMATE         DIS SEG        DIS SEG        6.INMATE WANTS TRANSFER?
    INST           PRO CUS        PRO CUS          YES          NO
    GN OFF         INVEST         INVEST         NEUT  X    UNK
   EMERGENCY        MSU    X       MSU    X
X  DISCIPLINARY    DXN STC        DXN STC        7.TRANSFER HISTORY
   ADMINISTRATIVE  WK CAMP        MN PSYC
   ADJUSTMENT        CCC            CCC          TOTAL TRANSFERS 002
   OTHER           OTHER          OTHER          DISC. TRANSFERS 000
                                                 TRANSFER DENIALS 001

. REQ / REC  PLACEMENT (NAME/CODE)  BIG MUDDY RIVER              / BMR

   APPROVED PLACEMENT (NAME/CODE) _____/ _____
***********************************************************************
. REASON FOR TRANSFER:  PROVIDE EXPLANATION
JOD ADJUSTMENT      POOR ADJUSTMENT          DISCIPLINARY    X
DMINISTRATIVE       EDUC/VOC                 OTHER PROGRAMS
ENTAL HEALTH        MEDICAL                  VISITATION
EDSPACE             OTHER

OMMENTS:

NMATE FOUND GUILTY OF SEXUAL MISCONDUCT AND ABUSE
F PRIVILEDGE DURING A VISIT. HE REC'D 30 DAYS
 GRADE AND RECOMMENDED MEDIUM TRANSFER.
ECOMMENDED PLACEMENT IS BIG MUDDY RIVER CC
***********************************************************************
0. CRITERIA REVIEW: CHECK LOWEST PLACEMENT ALLOWED BY CRITERIA

                                        MINIMUM  MEDIUM  MAXIMUM
JRRENT SECURITY/DATE  :     3      (09/03/95)    X
SSESSED SECURITY/DATE :            (       )

JRRENT ESC RISK/DATE  :     L      (10/23/95)    X
SSESSED ESC RISK/DATE :            (       )

    WARRANT FLAG/TYPE:    N                      X

      TIME TO MSR:    0 YRS  7  MOS             X
   TIME TO BOARD DATE:  0 YRS  0  MOS

   >>>PLACEMENT ALLOWED BY A.D. CRITERIA<<<     X

   >>>EXCEPTION TO CRITERIA REQUESTED<<<
***********************************************************************
```

IDOC SUBPOENA RESPONSE                     PLAINTIFFS 000088

```
RTR113                ILLINOIS DEPARTMENT OF CORRECTIONS          PAGE    2
                         OFFENDER TRACKING SYSTEM:TR      RUN DATE:  2/15/96
) OF DATE: 02/15/96        TRANSFER REPORT              RUN TIME: 16.39.43

AME:REED, LENN D.          CURRENT LOCATION: SOUTHWESTERN ILLINOIS
)OC #:B28789               CURRENT SECURITY: MINIMUM      SEX:   MALE
RANSFER ID #: 004
*****************************************************************************
. RATIONALE FOR TRANSFER:            14.  PREV NEG ADJ AT REQ FACILITY
   1.  THREAT TO INST SECURITY       15.  CRITICAL MENTAL HEALTH NEEDS
   2.  ESCAPE RISK DESIGNATION       16.  CRITICAL MEDICAL NEEDS
   3.  ADDITIONAL OBSERVATION NEEDED 17.  SUBSTANCE ABUSE
   4.  TIME TO MSR/MAX RELEASE DATE  18.  PROXIMITY TO INMATE'S NEEDS
   5.  ADDITIONAL INFORMATION        19.  PC/SAFEKEEPING
   6.  FELONY/IMMIGRATION WARRANTS   20.  CRIMINAL HISTORY
   7.  SERIOUS NATURE OF OFFENSE     21.  INSUFFICIENT REASON FOR TRANSFER
   8.  NATURE OF OFFENSE             22.  BEDSPACE NEEDS
   9.  OVERALL POSITIVE ADJUSTMENT   23.  APPROPRIATELY PLACED
  10.  OVERALL NEGATIVE ADJUSTMENT   24.  TRANSFER REASONS CITED ON PAGE 1
  11.  RECENT POSITIVE ADJUSTMENT    25.  OTHER
  12.  RECENT NEGATIVE ADJUSTMENT    26.  INMATE REQUEST WITHDRAWN
  13.  PAST FAILURE IN REDUCED SECURITY  27.  DENIED CCC/REVIEW ED
*****************************************************************************
. STAFF REVIEW
REQ / REC PLACEMENT(NAME/CODE) >>>>>  BIG MUDDY RIVER, BMR
```

|  | SIGNATURE | TITLE | CODE | DATE | PLACEMENT | RTN |
|---|---|---|---|---|---|---|
| REPARING JUNSELOR | *Yue Johnson* | CCWI | 2467 | 2/15/96 | BMR | 24 |
| UPERVISOR | *M Quincy* | CWS | 2229 | 2/16/96 | BMR | 24 |
| 3N OFF/CHM | | | | | | |
| 3N COM | | | | | | |
| 3N COM | | | | | | |
| NIT SUPT | | | | | | |
| A/PROG | *At Banl* | Hur | 0770 | 2/16/96 | BMR | 24 |
| A/OPS | *M Thy* | AWO | 204 | 2/16/96 | BMR | 24 |

```
*****************************************************************************
3. WARDEN  ACTION:
        TRANSFER:   APPROVED    X   DENIED          PLACEMENT  BMR

     IF TRANSFER IS DENIED, RATIONALE: _____

  IF APPROVED AND PLACEMENT DIFFERS FROM RECOMMENDED, RATIONALE : _____
        _Elliod  R  Mee  X_          2-16-96
              WARDEN   SIGNATURE          DATE
*****************************************************************************
4. TRANSFER COORDINATOR  ACTION:

     TRANSFER:   APPROVED _____/____ DENIED         FINAL PLACEMENT  BMR

     IF TRANSFER IS DENIED, RATIONALE: _____

  IF APPROVED AND PLACEMENT DIFFERS FROM WARDEN , RATIONALE :
                                           2-20-96
```

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000089

```
:RCR104              ILLINOIS DEPARTMENT OF CORRECTIONS        PAGE:        1
                    OFFENDER TRACKING SYSTEM:  CR    RUN DATE:  3/15/96
3/15/96          SECURITY RECLASSIFICATION/ESCAPE RISK    RUN TIME: 15.18.16
AME: REED, LENN D.              CURRENT LOCATION:  SOUTHWESTERN ILLINOIS
DOC #: B28789                   CURRENT SECURITY:  MINIMUM           SEX:  MALE
IVING UNIT: SWC-01-B -08
UPERVISION LEVEL:
```

```
************************************************************************
 TYPE OF ACTION:          2. TYPE OF RECLASS:          3. SOURCE OF REQUEST:
  RECLASSIFICATION            DISC.                       INST
************************************************************************
 ESCAPE RISK REVIEW  (SEE A.D.05.110A)              (L)  (M)  (H)   (NONE)
 A. ESCAPE FROM SECURE CONFINEMENT/SECURITY ESCORT
      WITH/WITHOUT VIOLENCE IN THE LAST FIVE YEARS
      (DATE/SITE:                              ):              X

 B. INDICATION OF DESIRE/WILLINGNESS TO ESCAPE BY
      SELF-ADMISSION OR PREPARATION FOR ESCAPE      :              X

 C. OUTSTANDING IMMIGRATION/MAJOR CRIMINAL CHARGE
      WARRANTS (TYPE:                         ):              X

 D. ESCAPE FROM AN OPEN FACILITY OR PROGRAM NOT
      INVOLVING ACTUAL OR THREATENED VIOLENCE
      (DATE/SITE:                              )
      (PAROLE ABSC:     CCC UN/24:   CCC OV/24:     )
       BOND VIOL:     MIL AWOL:    MNTL HLTH FAC:    ):          X

 E. ESCAPE FROM SECURE CONFINEMENT/SECURITY ESCORT
      WITH OR WITHOUT VIOLENCE OVER FIVE YEARS AGO
      (DATE/SITE:                              ):              X

 F. ADJUSTMENT, PERSONAL, OR SOCIAL PROBLEMS
      WITHIN OR OUTSIDE THE INSTITUTION          :              X

 G. TYPE/LENGTH OF SENTENCE     TIME/MSR: 00 YR 07 MO
      (TIME/MSR:Y   IND:    LIF:   NLIF:    DTH:   ):   X

 H. OTHER(
                                                 ):              X

JRRENT DESIGNATION:  LOW          RECOMMENDED DESIGNATION:  LOW
************************************************************************
. ASSESSED SECURITY DESIGNATION: (SCORING PERIOD BEGINS:  02/15/96)

 A. MAJOR DISCIPLINARY SANCTION SCORE (#  000  )  (1 OR MORE=6;0=0):   0

 B. SEGREGATION PLACEMENT SCORE (#   000   )     (1 OR MORE=4;0=0):   0

 C. SECURITY DESIGNATION SCORE        (MAXIMUM=3;MEDIUM/MINIMUM=0):   0

 D. PRIMARY ASSIGNMENT SCORE (#  004   )   (7 OR MORE=2;6 OR LESS=0):   0

 E. CURRENT AGE SCORE          (22 OR YOUNGER=1;23 OR OLDER=0):   1

 F. TOTAL SCORE                                        :  01

 G. SCORED SECURITY DESIGNATION (0-1=MN,2-5=MD,6+=MX):     MINIMUM

 H. ADJUSTMENT FOR ESCAPE RISK DESIGNATION:               MINIMUM

 I. ASSESSED SECURITY DESIGNATION:                       MINIMUM
************************************************************************
```

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000090

```
RCR104              ILLINOIS DEPARTMENT OF CORRECTIONS          PAGE:      2
                    OFFENDER TRACKING SYSTEM:  CR        RUN DATE:  2/15/96
2/15/96        SECURITY RECLASSIFICATION/ESCAPE RISK     RUN TIME: 15.18.16
AME: REED, LENN D.                  CURRENT LOCATION:  SOUTHWESTERN ILLINOIS
OC #: B28789                        CURRENT SECURITY:  MINIMUM     SEX:  MALE
VING UNIT: SWC-01-B -08
PERVISION LEVEL:
****************************************************************************
. RATIONALE FOR SECURITY/ESCAPE RISK VOTES:
   1.  THREAT TO INST SECURITY        11.  RECENT POSITIVE ADJUSTMENT
   2.  ESCAPE RISK DESIGNATION        12.  RECENT NEGATIVE ADJUSTMENT
   3.  ADDITIONAL OBSERVATION NEEDED  13.  PAST FAILURE IN REDUCED SECURITY
   4.  TIME TO MSR/MAX RELEASE DATE   14.  SCORED SECURITY DESIGNATION
   5.  ADDITIONAL INFORMATION         15.  MAJOR CRIMINAL CHARGES PENDING
   6.  FELONY/IMMIGRATION WARRANTS    16.  SERIOUS NATURE OF INCIDENT
   7.  SERIOUS NATURE OF OFFENSE      17.  OTHER transfer to Med security
   8.  NATURE OF OFFENSE              18.  OTHER_____
   9.  OVERALL POSITIVE ADJUSTMENT    19.  OTHER_____
  10.  OVERALL NEGATIVE ADJUSTMENT    20.  OTHER_____
****************************************************************************
.  FACILITY REVIEW:                        ESCAPE RISK     SECURITY
      RECOMMENDED ESCAPE RISK DESIGNATION:  LOW
           ASSESSED SECURITY DESIGNATION:             MINIMUM
           SIGNATURE         TITLE  CODE  DATE    VOTE   RTN    VOTE    RTN
REPARING
OUNSELOR  Mary Johnson       COII   2467  2/15/96 (L) M H   2   MN (MD) MX  17

US/CSS    [signature]        ReS    7229  2/16/96 (L) M H   2   MN  MD  MX  12
TAFF REVIEW:

ECR SPEC  _____                      L M H E        MN MD MX
J/PROG    [signature]        Pugt   0210  2/16/96 (L) M H E  2   MN (MD) MX  12
J/OPS     [signature]        AWO    204   2/16/96 (L) M H E  2   MN  MD  MX  12
****************************************************************************
.  WARDEN'S ACTION:                        ESCAPE RISK     SECURITY

                  WARDEN'S DESIGNATION: (L) M H E          MN/MD MX

   IF DIFFERENT FROM ASSESSED SECURITY DESIGNATION, RATIONALE: _____
```

Edward A Gree S                                    2-16-96
_____                  _____
      WARDEN'S SIGNATURE                               DATE

```
****************************************************************************
.  TRANSFER COORDINATOR'S ACTION:                          FINAL SECURITY

                                                      MN (MD) MX

   THIS IS AN OVERRIDE OF THE ASSESSED SECURITY DESIGNATION:   YES  ___

                                                      NO
                                         RATIONALE:   12
```

[signature]  2-20-96
_____                  _____
   TRANSFER COORDINATOR'S SIGNATURE                    DATE
```
****************************************************************************
```

IDOC SUBPOENA RESPONSE                        PLAINTIFFS 000091

```
ERCR106                  ILLINOIS DEPARTMENT OF CORRECTIONS          PAGE:        1
                         OFFENDER TRACKING SYSTEM:  CR        RUN DATE:  2/15/96
S OF DATE:  02/15/96          INMATE DATA SUMMARY             RUN TIME: 15.19.34
AME: REED, LENN D.              CURRENT LOCATION:  SOUTHWESTERN ILLINOIS
DOC #: B28789                   CURRENT SECURITY:  MINIMUM          SEX: MALE
************************************************************************
   IDENTIFICATION DATA:

                                     MARKS/SCARS(LOC):
   HEIGHT:           5' 09''       TAT CHEST HEART,B.S. U.F.;CHEST;BITE MARK
   WEIGHT:           154
   DATE OF BIRTH: 05/11/77
   AGE:              18
   EYE COLOR:        BROWN
   HAIR COLOR:       BLACK
   RACE:             BLACK
   ETHNIC PREF:      BLACK
************************************************************************
   INCARCERATION DATA:
   GRADE:            A           CURRENT SECURITY:        MINIMUM
   EFFECTIVE DATE:   06/22/95    EFFECTIVE DATE:          09/03/95
   PROJ RETURN TO "A":          LAST RECLASS DATE:       09/07/95
   CURRENT ESCAPE RISK:  LOW    CURRENT SUPERVISION LVL:
   OUTSTANDING WARRANTS: NO     EFFECTIVE DATE:
   KEEP SEPARATE FROM:   NO     LAST REVIEW DATE:        2/15/96
   VICTIM NOTIFICATION:  NO
************************************************************************
   SENTENCE DATA:
   ADMISSION TYPE:      DFC      CURRENT ADMIT DATE:        06/22/1995
   NEXT BOARD DATE:     N/A      PROJECTED MSR DATE:        09/06/1996
   FIRST BOARD DATE:    9/6/96   MSR DISCHARGE DATE:        09/06/1998
   # OF BOARD APPEARANCES:
   SEX OFFENDER REGISTRY REQD: NO
   FFENSE DESCRIPTION     COM COUNTY   CL MIN SENTENCE / MAX SENTENCE    CS/CC
   GGRAVATED DISCHARGE/FIRE MADISON     1 0004 00 0000   0004 00 0000     CC
************************************************************************
   PRIOR ASSAULT TICKETS: DR504,TABLE A - OFFENSE #102
                    TOTAL #   ASSAULTEES     LAST ASSAULT    INST    ASSAULTEES
                    TICKETS   INJURED?       TICKET DATE     CODE    INJURED?

   STAFF ASSAULT:     0     YES___NO X    0 / 0 / 0              YES___NO X

   INMATE ASSAULT:    0     YES___NO X    0 / 0 / 0              YES___NO X
************************************************************************
   DISCIPLINARY SUMMARY:  NUMBER OF          LAST 6      PRIOR 6    06/22/95-
                                             MONTHS      MONTHS     03/15/96
   ISCIPLINARY REPORTS WITH GUILTY OUTCOMES:
      TOTAL MAJOR TICKETS                      1           0           1

      TOTAL MINOR TICKETS                      7           0           7

   ISC. SEG PLACEMENTS/TOTAL DAYS SENTENCED:  0/0         0/0        0/0

   RADE REDUCTIONS/TOTAL LENGTH: "B"          0/0         0/0        0/0

                                 "C"          1/30        0/0        1/30
   AY-FOR-DAY GOODTIME:  REVOKED               0           0           0
                         RESTORED              0           0           0
   ERITORIOUS GOODTIME AWARDED:               90           0          90
************************************************************************
```

IDOC SUBPOENA RESPONSE                              PLAINTIFFS 000092

```
RCR106              ILLINOIS DEPARTMENT OF CORRECTIONS          PAGE:        2
                    OFFENDER TRACKING SYSTEM:  CR       RUN DATE:  2/15/96
S OF DATE:  02/15/96        INMATE DATA SUMMARY          RUN TIME: 15.19.34
AME:  REED, LENN D.              CURRENT LOCATION:  SOUTHWESTERN ILLINOIS
DOC #: B28789                    CURRENT SECURITY:  MINIMUM          SEX: MALE
*******************************************************************************

                                                         HOUSE GAL CELL
DOC #:  B28789    NAME:  REED, LENN D.           LIVING UNIT:  01    B    08

                                      STARTING    ENDING    TERMINATION
NST    ASSIGNMENT/JOB DESCRIPTION   P    DATE       DATE    REASON     DATE
----   --------------------------  --  --------   --------  -------   --------
JC     TEMP CONFINEMENT, ROOM RESTRICTIO  Y  02/07/96              ACTIVE
JC     ED/VOC EARNED TIME, PARTICIPANT    N  11/14/95  01/15/96    NCMP    02/09/96
JC     S.E.B. I, STUDENT                  Y  11/13/95              DISP    03/06/96
JC     LOSS PRIV, GYM/YARD                N  01/05/96  01/18/96    CMPL    01/18/96
JC     LOSS PRIV, COMMISSARY              N  12/15/95  12/28/95    CMPL    12/28/95
JC     UNASSIGNED, PARTICIPANT            Y  11/06/95              CHNG    11/12/95
JC     WORK CAMP, PARTICIPANT             N  10/25/95              OTH     11/06/95
JC     ROAD CREW, WORKER                  Y  10/26/95              OTH     11/06/95
JC     ORIENTATION, PARTICIPANT           Y  10/19/95              OTH     10/26/95
RA     DIETARY DEPT., WORKER              Y  07/21/95              TRAN    10/18/95
RA     ED/VOC EARNED TIME, PARTICIPANT    N  08/14/95  11/14/95    TRAN    10/18/95
RA     VOC-COOP WORK TRNG, STUDENT        Y  08/13/95              TRAN    10/18/95
RA     ORIENTATION, PARTICIPANT           Y  07/13/95              CHNG    07/30/95
RC     UNASSIGNED(NO PAY), PARTICIPANT    N  06/22/95  07/22/95    CMPL    07/13/95
RC     DIAGNOSTIC, PARTICIPANT            Y  06/22/95              CMPL    07/12/95
```

IDOC SUBPOENA RESPONSE                                PLAINTIFFS 000093

```
ERCR106                    ILLINOIS DEPARTMENT OF CORRECTIONS          PAGE:        3
                            OFFENDER TRACKING SYSTEM:   CR       RUN DATE:  2/15/96
S OF DATE:  02/15/96            INMATE DATA SUMMARY             RUN TIME: 15.19.34
AME; REED, LENN D.             CURRENT LOCATION:  SOUTHWESTERN ILLINOIS
DOC #: B28789                  CURRENT SECURITY:  MINIMUM          SEX: MALE
*********************************************************************************
                    INMATE DENIED CONTACTS--KEEP SEPARATE FROM
                          ** DECLARED BY INMATE **

SOURCE    CURRENT   PARENT    INMATE    INMATE                        CNSLR    EFFECTIVE
INST      INST      INST      ID        NAME                 RSN      ID       DATE
------    -------   ------    ------    ------               ---      -----    ---------
                              NO DECLARED CONTACTS


                    INMATE DENIED CONTACTS--KEEP SEPARATE FROM
                          ** INMATE IS DECLARED **

SOURCE    CURRENT   PARENT    INMATE    INMATE                        CNSLR    EFFECTIVE
INST      INST      INST      ID        NAME                 RSN      ID       DATE
------    -------   ------    ------    ------               ---      -----    ---------
                              NOT A DECLARED CONTACT
```

```
:RCR106              ILLINOIS DEPARTMENT OF CORRECTIONS            PAGE:        4
                     OFFENDER TRACKING SYSTEM:   CR       RUN DATE:   2/15/96
 OF DATE:  02/15/96      INMATE DATA SUMMARY            RUN TIME:  15.19.34
 AME:  REED, LENN D.          CURRENT LOCATION:   SOUTHWESTERN ILLINOIS
 OC #:  B28789               CURRENT SECURITY:   MINIMUM          SEX:  MALE
***************************************************************************
   NICKNAMES/AKA'S:          INDICATE       EFFECTIVE
                             NICKNAME        DATE


   REED, GLENN                  A           08/17/95
   REED, LENN D.                A           08/17/95
   REED, LENNY                  A           08/17/95


***************************************************************************
   GANG AFFILIATIONS :


   REPORTED GANG            TYPE     EFF DATE     INST    POSITION
   ----------------        ------   ---------    ------   ----------
   BLACK GANGSTER DISCI    MAJOR    09/01/95     GRA      ASSOCIATE
   GANGSTER DISCIPLES      MINOR    09/01/95     GRA      MEMBER
```

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000095

```
RUN DATE              ILLINOIS DEPARTMENT OF CORRECTIONS-OTS        Page 4
2-15-96
                           DATA SUMMARY REPORT

                                                          DCA 9035
NAME:Lenn Reed           CURRENT LOCATION:  SOUTHWESTERN ILLINOIS CC
IDOC #:B28789            CURRENT SECURITY:  MINIMUM              Sex:  Male
```

******************************************************************************

1.  NICKNAMES/AKA'S:  See Inmate Data Summary

2.  GANG AFFILIATION/RANK:  Black Gangster Disciples / Associate


3.  ADMINISTRATIVE CONCERNS:

     A.   PREVIOUS ADMINISTRATIVE TRANSFERS INVOLVING THE SAFETY AND SECURITY OF THE
          INSTITUTION.  None noted


     B.   ANY DOCUMENTED ESCAPE OR ATTEMPTED ESCAPE FROM A SECURE CONFINEMENT OR SECURITY
          ESCORT.  None noted


          C.      PRIOR ASSAULTS:

                  PRIOR ASSAULT TICKETS:  DR 504. TABLE A-OFFENSE #102

| | TOTAL# TICKETS | ASSAULTEES INJURED? | LAST ASSAULT TICKET DATE | INTS. CODE | ASSAULTEES INJURED? |
|---|---|---|---|---|---|
| STAFF ASSAULT: | 0 | YES__ NO_X | 0/ 0/ 0 | _____ | YES__ NO_X |
| INMATE ASSAULT: | 0 | YES'__ NO_X | 0/ 0/ 0 | _____ | YES__ NO_X |

     D.   ANY EXTRAORDINARY PROTECTIVE CUSTODY NEEDS.  None noted


     E.   ANY DANGEROUS DISTURBANCES INVOLVING VIOLENCE:  None noted


     F.   ANY DISCIPLINARY REPORT WITH A GUILTY OUTCOME AND A DISPOSITION INCLUDING THE
          LOSS OF 30 OR MORE DAYS GOOD CONDUCT CREDITS.  None noted


4.  CRITICAL SPECIAL NEEDS (FOR TRANSFERS ONLY):  None noted

5.  STAFF COMMENTS AND OBSERVATIONS:  Found guilty of sexual misconduct during visitation.

```
ERTR113              ILLINOIS DEPARTMENT OF CORRECTIONS          PAGE    1
                        OFFENDER TRACKING SYSTEM:TR       RUN DATE:  2/15/96
S OF DATE: 02/15/96            TRANSFER REPORT            RUN TIME: 16.39.43

AME:REED, LENN D.         CURRENT LOCATION: SOUTHWESTERN ILLINOIS
DOC #:B28789              CURRENT SECURITY: MINIMUM        SEX:     MALE
RANSFER ID #: 004
*****************************************************************************
. TYPE OF ACTION: TRANSFER ONLY    X     CURRENT TRANSFERS:   APPROVED  00
    RECLASSIFICATION AND TRANSFER                           PENDING   01
*****************************************************************************
.TYPE OF TRANSFER:   3.TRANSFER FROM:  4.TRANSFER TO:  5.OK'D BY MEDICAL DEPT?
                                                          YES   X   NO

       REQUEST         GEN POP         GEN POP
       INMATE          DIS SEG         DIS SEG        6.INMATE WANTS TRANSFER?
       INST            PRO CUS         PRO CUS           YES        NO
       GN OFF          INVEST          INVEST         NEUT  X   UNK
       EMERGENCY       MSU     X       MSU     X
  X    DISCIPLINARY    DXN STC         DXN STC        7.TRANSFER HISTORY
       ADMINISTRATIVE  WK CAMP         MN PSYC
       ADJUSTMENT      CCC             CCC             TOTAL TRANSFERS 002
       OTHER           OTHER           OTHER           DISC. TRANSFERS 000
                                                       TRANSFER DENIALS 001

. REQ / REC  PLACEMENT (NAME/CODE)  BIG MUDDY RIVER          / BMR

    APPROVED PLACEMENT (NAME/CODE) _____/ _____
*****************************************************************************
. REASON FOR TRANSFER:  PROVIDE EXPLANATION
OOD ADJUSTMENT        POOR ADJUSTMENT            DISCIPLINARY     X
DMINISTRATIVE         EDUC/VOC                   OTHER PROGRAMS
ENTAL HEALTH          MEDICAL                    VISITATION
EDSPACE               OTHER

OMMENTS:

NMATE FOUND GUILTY OF SEXUAL MISCONDUCT AND ABUSE
F PRIVILEDGE DURING A VISIT. HE REC'D 30 DAYS
 GRADE AND RECOMMENDED MEDIUM TRANSFER.
ECOMMENDED PLACEMENT IS BIG MUDDY RIVER CC
*****************************************************************************
0. CRITERIA REVIEW: CHECK LOWEST PLACEMENT ALLOWED BY CRITERIA

                                        MINIMUM  MEDIUM  MAXIMUM
URRENT SECURITY/DATE  :      3       (09/03/95)     X
SSESSED SECURITY/DATE :              (       )

URRENT ESC RISK/DATE  :      L       (10/23/95)     X
SSESSED ESC RISK/DATE :              (       )

       WARRANT FLAG/TYPE:    N                       X

            TIME TO MSR:   0 YRS   7  MOS            X
       TIME TO BOARD DATE: 0 YRS   0  MOS

    >>>PLACEMENT ALLOWED BY A.D. CRITERIA<<<         X

    >>>EXCEPTION TO CRITERIA REQUESTED<<<
*****************************************************************************
```

IDOC SUBPOENA RESPONSE                          PLAINTIFFS 000097

```
ERTR113                    ILLINOIS DEPARTMENT OF CORRECTIONS           PAGE      2
                            OFFENDER TRACKING SYSTEM:TR         RUN DATE:  2/15/96
5 OF DATE: 02/15/96              TRANSFER REPORT               RUN TIME: 16.39.43

AME:REED, LENN D.          CURRENT LOCATION: SOUTHWESTERN ILLINOIS
DOC #:B28789               CURRENT SECURITY: MINIMUM      SEX:   MALE
RANSFER ID #: 004
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
1. RATIONALE FOR TRANSFER:            14. PREV NEG ADJ AT REQ FACILITY
   1. THREAT TO INST SECURITY         15. CRITICAL MENTAL HEALTH NEEDS
   2. ESCAPE RISK DESIGNATION         16. CRITICAL MEDICAL NEEDS
   3. ADDITIONAL OBSERVATION NEEDED   17. SUBSTANCE ABUSE
   4. TIME TO MSR/MAX RELEASE DATE    18. PROXIMITY TO INMATE'S NEEDS
   5. ADDITIONAL INFORMATION          19. PC/SAFEKEEPING
   6. FELONY/IMMIGRATION WARRANTS     20. CRIMINAL HISTORY
   7. SERIOUS NATURE OF OFFENSE       21. INSUFFICIENT REASON FOR TRANSFER
   8. NATURE OF OFFENSE               22. BEDSPACE NEEDS
   9. OVERALL POSITIVE ADJUSTMENT     23. APPROPRIATELY PLACED
  10. OVERALL NEGATIVE ADJUSTMENT     24. TRANSFER REASONS CITED ON PAGE 1
  11. RECENT POSITIVE ADJUSTMENT      25. OTHER
  12. RECENT NEGATIVE ADJUSTMENT      26. INMATE REQUEST WITHDRAWN
  13. PAST FAILURE IN REDUCED SECURITY 27. DENIED CCC/REVIEW ED
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
2. STAFF REVIEW
REQ / REC PLACEMENT(NAME/CODE) >>>>> BIG MUDDY RIVER, BMR
```

| | SIGNATURE | TITLE | CODE | DATE | PLACEMENT | RTN |
|---|---|---|---|---|---|---|
| PREPARING COUNSELOR | _Guy Johnson_ | CCII | 2467 | 2/15/96 | BMR | 24 |
| SUPERVISOR | _Chaney_ | CWS | 2325 | 2/16/96 | BAR | 24 |
| RGN OFF/CHM | | | | | | |
| RGN COM | | | | | | |
| RGN COM | | | | | | |
| UNIT SUPT | | | | | | |
| W/PROG | _signature_ | AWP | 0770 | 2/16/96 | BMR | 24 |
| W/OPS | _signature_ | AWO | 2004 | 2/16/90 | BMR | 21 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
3. WARDEN ACTION:
      TRANSFER:    APPROVED  X    DENIED _____   PLACEMENT  BMR

      IF TRANSFER IS DENIED, RATIONALE: _____

   IF APPROVED AND PLACEMENT DIFFERS FROM RECOMMENDED, RATIONALE : _____
        _Elverd A Chee X_              2-16-96
              WARDEN  SIGNATURE                  DATE
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
4. TRANSFER COORDINATOR ACTION:
                                            FINAL
      TRANSFER:    APPROVED _____  DENIED _____  PLACEMENT _____

      IF TRANSFER IS DENIED, RATIONALE: _____

      IF APPROVED AND PLACEMENT DIFFERS FROM WARDEN  , RATIONALE : _____
```

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000098

```
RCR104                ILLINOIS DEPARTMENT OF CORRECTIONS           PAGE:      1
                       OFFENDER TRACKING SYSTEM:  CR      RUN DATE:  2/15/96
2/15/96               SECURITY RECLASSIFICATION/ESCAPE RISK     RUN TIME: 15.18.16
AME: REED, LENN D.              CURRENT LOCATION:  SOUTHWESTERN ILLINOIS
OC #: B28789                    CURRENT SECURITY:  MINIMUM        SEX:  MALE
IVING UNIT: SWC-01-B -08
JPERVISION LEVEL:
**********************************************************************************
 TYPE OF ACTION:          2, TYPE OF RECLASS:           3, SOURCE OF REQUEST:
  RECLASSIFICATION            DISC.                         INST
**********************************************************************************
 ESCAPE RISK REVIEW  (SEE A.D.05.110A)               (L)  (M)  (H)   (NONE)
  A. ESCAPE FROM SECURE CONFINEMENT/SECURITY ESCORT
       WITH/WITHOUT VIOLENCE IN THE LAST FIVE YEARS
       (DATE/SITE:                         ):                          X

  B. INDICATION OF DESIRE/WILLINGNESS TO ESCAPE BY
       SELF-ADMISSION OR PREPARATION FOR ESCAPE         :              X

  C. OUTSTANDING IMMIGRATION/MAJOR CRIMINAL CHARGE
       WARRANTS (TYPE:                      ):                         X

  D. ESCAPE FROM AN OPEN FACILITY OR PROGRAM NOT
       INVOLVING ACTUAL OR THREATENED VIOLENCE
       (DATE/SITE:                          )
       (PAROLE ABSC:      CCC UN/24:     CCC OV/24:     )
        BOND VIOL:     MIL AWOL:     MNTL HLTH FAC:     ):              X

  E. ESCAPE FROM SECURE CONFINEMENT/SECURITY ESCORT
       WITH OR WITHOUT VIOLENCE OVER FIVE YEARS AGO
       (DATE/SITE:                          ):                         X

  F. ADJUSTMENT, PERSONAL, OR SOCIAL PROBLEMS
       WITHIN OR OUTSIDE THE INSTITUTION                 :             X

  G. TYPE/LENGTH OF SENTENCE    TIME/MSR: 00 YR 07 MO
       (TIME/MSR:Y   IND:    LIF:    NLIF:    DTH:    ):   X

  H. OTHER(                                  ):                         X

 JRRENT DESIGNATION:  LOW           RECOMMENDED DESIGNATION:  LOW
**********************************************************************************
 ASSESSED SECURITY DESIGNATION: (SCORING PERIOD BEGINS:  02/15/96)

  A. MAJOR DISCIPLINARY SANCTION SCORE (#  000  )   (1 OR MORE=6;0=0):   0

  B. SEGREGATION PLACEMENT SCORE (#   000  )       (1 OR MORE=4;0=0):    0

  C. SECURITY DESIGNATION SCORE        (MAXIMUM=3;MEDIUM/MINIMUM=0):     0

  D. PRIMARY ASSIGNMENT SCORE (#  004   )    (7 OR MORE=3;6 OR LESS=0):  0

  E. CURRENT AGE SCORE              (22 OR YOUNGER=1;23 OR OLDER=0):     1

  F. TOTAL SCORE                                                    :  01

  G. SCORED SECURITY DESIGNATION (0-1=MN,2-5=MD,6+=MX):     MINIMUM

  H. ADJUSTMENT FOR ESCAPE RISK DESIGNATION:               MINIMUM

  I. ASSESSED SECURITY DESIGNATION:                        MINIMUM
```

IDOC SUBPOENA RESPONSE                          PLAINTIFFS 000099

```
ERCR104                 ILLINOIS DEPARTMENT OF CORRECTIONS        PAGE:        2
                        OFFENDER TRACKING SYSTEM:  CR    RUN DATE:  2/15/96
2/15/96              SECURITY RECLASSIFICATION/ESCAPE RISK    RUN TIME: 15.18.16
NAME: REED, LENN D.              CURRENT LOCATION:  SOUTHWESTERN ILLINOIS
DOC #: B28789                    CURRENT SECURITY:  MINIMUM          SEX:  MALE
LIVING UNIT: SWC-01-B -08
SUPERVISION LEVEL:
**********************************************************************************
. RATIONALE FOR SECURITY/ESCAPE RISK VOTES:
   1. THREAT TO INST SECURITY      11. RECENT POSITIVE ADJUSTMENT
   2. ESCAPE RISK DESIGNATION      12. RECENT NEGATIVE ADJUSTMENT
   3. ADDITIONAL OBSERVATION NEEDED   13. PAST FAILURE IN REDUCED SECURITY
   4. TIME TO MSR/MAX RELEASE DATE    14. SCORED SECURITY DESIGNATION
   5. ADDITIONAL INFORMATION       15. MAJOR CRIMINAL CHARGES PENDING
   6. FELONY/IMMIGRATION WARRANTS  16. SERIOUS NATURE OF INCIDENT
   7. SERIOUS NATURE OF OFFENSE    17. OTHER_transfer to Med Security_
   8. NATURE OF OFFENSE            18. OTHER_____
   9. OVERALL POSITIVE ADJUSTMENT  19. OTHER_____
  10. OVERALL NEGATIVE ADJUSTMENT  20. OTHER_____
**********************************************************************************
.  FACILITY REVIEW:                       ESCAPE RISK      SECURITY
        RECOMMENDED ESCAPE RISK DESIGNATION:  LOW
              ASSESSED SECURITY DESIGNATION:            MINIMUM
              SIGNATURE        TITLE  CODE  DATE      VOTE   RTN    VOTE   RTN
PREPARING
COUNSELOR  _Tracy Johnson_   COUII  2467  2/15/96  (L) M  H   2   MN (MD) MX 17
NS/CSS     _____ CCOS   2225  2/16/96  (L) M  H   2   MN (MD) MX 12
STAFF REVIEW:

ECR SPEC   _____ _____  ____  _____    L  M  H  E ____
A/PROG     _____ AWP    0770  2/16/96 (L) M  H  E  2   MN (MD) MX 12
A/OPS      _____ AWO    2OP   2/16/96 (L) M  H  E  2   MN (MD) MX 12
**********************************************************************************
.  WARDEN'S ACTION:                          ESCAPE RISK      SECURITY

                          WARDEN'S DESIGNATION: (L) M  H  E      MN (MD) MX

    IF DIFFERENT FROM ASSESSED SECURITY DESIGNATION, RATIONALE: _____


    _Edmond A Bruce Jr_                         _2-16-96_
        WARDEN'S SIGNATURE                          DATE
**********************************************************************************
.  TRANSFER COORDINATOR'S ACTION:                       FINAL SECURITY

                                                     MN  MD  MX

    THIS IS AN OVERRIDE OF THE ASSESSED SECURITY DESIGNATION:  YES _____

                                                            NO _____

                                               RATIONALE: _____



    _____      _____
    TRANSFER COORDINATOR'S SIGNATURE                 DATE
**********************************************************************************
```

IDOC SUBPOENA RESPONSE                          PLAINTIFFS 000100

```
ERCR106                  ILLINOIS DEPARTMENT OF CORRECTIONS              PAGE:        1
                         OFFENDER TRACKING SYSTEM:  CR          RUN DATE:  2/15/96
3 OF DATE: 02/15/96          INMATE DATA SUMMARY               RUN TIME: 15.19.34
NME: REED, LENN D.                CURRENT LOCATION:   SOUTHWESTERN ILLINOIS
DOC #: B28789                     CURRENT SECURITY:   MINIMUM           SEX: MALE
*************************************************************************************
. IDENTIFICATION DATA:
                                          MARKS/SCARS(LOC):
  HEIGHT:          5' 09''           TAT CHEST HEART,B.S. U.F.;CHEST;BITE MARK
  WEIGHT:          154
  DATE OF BIRTH: 05/11/77
  AGE:             18
  EYE COLOR:       BROWN
  HAIR COLOR:      BLACK
  RACE:            BLACK
  ETHNIC PREF:     BLACK
*************************************************************************************
. INCARCERATION DATA:
  GRADE:           A               CURRENT SECURITY:        MINIMUM
  EFFECTIVE DATE:      06/22/95     EFFECTIVE DATE:          09/03/95
  PROJ RETURN TO "A":              LAST RECLASS DATE:       09/07/95
  CURRENT ESCAPE RISK:  LOW         CURRENT SUPERVISION LVL:
  OUTSTANDING WARRANTS:  NO         EFFECTIVE DATE:
  KEEP SEPARATE FROM:   NO          LAST REVIEW DATE:        2/15/96
  VICTIM NOTIFICATION:  NO
*************************************************************************************
. SENTENCE DATA:
  ADMISSION TYPE:      DFC          CURRENT ADMIT DATE:      06/22/1995
  NEXT BOARD DATE:     N/A          PROJECTED MSR DATE:      09/06/1996
  FIRST BOARD DATE:    9/6/96       MSR DISCHARGE DATE:      09/06/1998
  # OF BOARD APPEARANCES:
  SEX OFFENDER REGISTRY REQD: NO
FFENSE DESCRIPTION       COM COUNTY   CL. MIN SENTENCE / MAX SENTENCE     CS/CC
GGRAVATED DISCHARGE/FIRE MADISON    1 0004 00 0000    0004 00 0000       CC
*************************************************************************************
. PRIOR ASSAULT TICKETS; DR504,TABLE A - OFFENSE #102
                    TOTAL #   ASSAULTEES    LAST ASSAULT   INST    ASSAULTEES
                    TICKETS   INJURED?      TICKET DATE    CODE    INJURED?

  STAFF ASSAULT:      0      YES___NO_X     0/0/0                  YES___NO_X

  INMATE ASSAULT:     0      YES___NO_X     0/0/0                  YES___NO_X
*************************************************************************************
. DISCIPLINARY SUMMARY; NUMBER OF            LAST 6       PRIOR 6     06/22/95-
                                             MONTHS       MONTHS      02/15/96
ISCIPLINARY REPORTS WITH GUILTY OUTCOMES:
     TOTAL MAJOR TICKETS:                      1            0            1

     TOTAL MINOR TICKETS:                      7            0            7

ISC. SEG PLACEMENTS/TOTAL DAYS SENTENCED:    0/0          0/0          0/0

RADE REDUCTIONS/TOTAL LENGTH: "B"            0/0          0/0          0/0

                              "C"            1/30         0/0          1/30
AY-FOR-DAY GOODTIME:  REVOKED                 0            0            0
                      RESTORED                0            0            0
ERITORIOUS GOODTIME AWARDED:                  90           0            90
*************************************************************************************
```

```
ERCR106              ILLINOIS DEPARTMENT OF CORRECTIONS        PAGE:         2
                     OFFENDER TRACKING SYSTEM:  CR        RUN DATE:  2/15/96
S OF DATE:  02/15/96      INMATE DATA SUMMARY        RUN TIME: 15.19.34
AME: REED, LENN D.        CURRENT LOCATION:  SOUTHWESTERN ILLINOIS
DOC #: B28789             CURRENT SECURITY:  MINIMUM        SEX: MALE
(***********************************************************************
```

```
                                                     HOUSE GAL CELL
DOC #:  B28789    NAME:  REED, LENN D.        LIVING UNIT:  01    B   08
```

| NST | ASSIGNMENT/JOB DESCRIPTION | P | STARTING DATE | ENDING DATE | TERMINATION REASON | DATE |
|-----|---------------------------|---|---------------|-------------|---------|------|
| JC | TEMP CONFINEMENT, ROOM RESTRICTIO | Y | 02/07/96 | | ACTIVE | |
| JC | ED/VOC EARNED TIME, PARTICIPANT | N | 11/14/95 | 01/15/96 | NCMP | 02/09/96 |
| JC | G.E.D. I, STUDENT | Y | 11/13/95 | | DISP | 02/06/96 |
| JC | LOSS PRIV, GYM/YARD | N | 01/05/96 | 01/18/96 | CMPL | 01/18/96 |
| JC | LOSS PRIV, COMMISSARY | N | 12/15/95 | 12/28/95 | CMPL | 12/28/95 |
| JC | UNASSIGNED, PARTICIPANT | Y | 11/06/95 | | CHNG | 11/12/95 |
| JC | WORK CAMP, PARTICIPANT | N | 10/25/95 | | OTH | 11/06/95 |
| JC | ROAD CREW, WORKER | Y | 10/26/95 | | OTH | 11/06/95 |
| JC | ORIENTATION, PARTICIPANT | Y | 10/19/95 | | OTH | 10/26/95 |
| RA | DIETARY DEPT., WORKER | Y | 07/21/95 | | TRAN | 10/18/95 |
| RA | ED/VOC EARNED TIME, PARTICIPANT | N | 08/14/95 | 11/14/95 | TRAN | 10/18/95 |
| RA | VOC-COOP WORK TRNG, STUDENT | N | 08/13/95 | | TRAN | 10/18/95 |
| RA | ORIENTATION, PARTICIPANT | Y | 07/13/95 | | CHNG | 07/20/95 |
| RC | UNASSIGNED(NO PAY), PARTICIPANT | N | 06/22/95 | 07/22/95 | CMPL | 07/13/95 |
| RC | DIAGNOSTIC, PARTICIPANT | Y | 06/22/95 | | CMPL | 07/12/95 |

```
ERCR106                ILLINOIS DEPARTMENT OF CORRECTIONS          PAGE:        3
                        OFFENDER TRACKING SYSTEM:  CR      RUN DATE:   2/15/96
S OF DATE:  02/15/96        INMATE DATA SUMMARY            RUN TIME: 15.19.34
AME; REED, LENN D,                CURRENT LOCATION:  SOUTHWESTERN ILLINOIS
DOC #: B28789                     CURRENT SECURITY:  MINIMUM         SEX: MALE
*****************************************************************************
              INMATE DENIED CONTACTS--KEEP SEPARATE FROM
                    ** DECLARED BY INMATE **

SOURCE   CURRENT   PARENT   INMATE   INMATE                    CNSLR   EFFECTIVE
INST     INST      INST     ID       NAME              RSN     ID      DATE
------   -------   ------   ------   ------            -----   -----   ---------
                    NO DECLARED CONTACTS


              INMATE DENIED CONTACTS--KEEP SEPARATE FROM
                    ** INMATE IS DECLARED **

SOURCE   CURRENT   PARENT   INMATE   INMATE                    CNSLR   EFFECTIVE
INST     INST      INST     ID       NAME              RSN     ID      DATE
------   -------   ------   ------   ------            -----   -----   ---------
                    NOT A DECLARED CONTACT
```

```
RUN DATE          ILLINOIS DEPARTMENT OF CORRECTIONS-OTS          Page 4
2-15-96                     DATA SUMMARY REPORT
```

DCA 9035

```
NAME:Lenn Reed          CURRENT LOCATION:  SOUTHWESTERN ILLINOIS CC
IDOC #:B28789           CURRENT SECURITY:  MINIMUM                    Sex:  Male
```

**************************************************************************

1.  NICKNAMES/AKA'S:  See Inmate Data Summary

2.  GANG AFFILIATION/RANK:  Black Gangster Disciples / Associate

3.  ADMINISTRATIVE CONCERNS:

    A.  PREVIOUS ADMINISTRATIVE TRANSFERS INVOLVING THE SAFETY AND SECURITY OF THE
        INSTITUTION.  None noted

    B.  ANY DOCUMENTED ESCAPE OR ATTEMPTED ESCAPE FROM A SECURE CONFINEMENT OR SECURITY
        ESCORT.  None noted

    C.      PRIOR ASSAULTS:

            PRIOR ASSAULT TICKETS:  DR 504. TABLE A-OFFENSE #102

|  | TOTAL# TICKETS | ASSAULTEES INJURED? | LAST ASSAULT TICKET DATE | INTS. CODE | ASSAULTEES INJURED? |
|---|---|---|---|---|---|
| STAFF ASSAULT: | 0 | YES__ NO_X | 0/ 0/ 0 | _____ | YES__ NO_X |
| INMATE ASSAULT: | 0 | YES__ NO_X | 0/ 0/ 0 | _____ | YES__ NO_X |

    D.  ANY EXTRAORDINARY PROTECTIVE CUSTODY NEEDS.  None noted

    E.  ANY DANGEROUS DISTURBANCES INVOLVING VIOLENCE:  None noted

    F.  ANY DISCIPLINARY REPORT WITH A GUILTY OUTCOME AND A DISPOSITION INCLUDING THE
        LOSS OF 30 OR MORE DAYS GOOD CONDUCT CREDITS.  None noted

4.  CRITICAL SPECIAL NEEDS (FOR TRANSFERS ONLY):  None noted

5.  STAFF COMMENTS AND OBSERVATIONS:  Found guilty of sexual misconduct during visitation.

```
ERTR113                    ILLINOIS DEPARTMENT OF CORRECTIONS           PAGE      1
                          OFFENDER TRACKING SYSTEM:TR           RUN DATE: 11/21/95
S OF DATE: 11/21/95            TRANSFER REPORT                  RUN TIME: 18.57.49

AME:REED, LENN D.                 CURRENT LOCATION: SOUTHWESTERN ILLINOIS
OC #:B28789                       CURRENT SECURITY: MINIMUM      SEX:      MALE
RANSFER ID #: 003
***************************************************************************
. TYPE OF ACTION: TRANSFER ONLY    X      CURRENT TRANSFERS:    APPROVED    00
  RECLASSIFICATION AND TRANSFER                                 PENDING     01
***************************************************************************
.TYPE OF TRANSFER:  3.TRANSFER FROM: 4.TRANSFER TO: 5.OK'D BY MEDICAL DEPT?
                                                             YES   X   NO
 X  REQUEST             GEN POP   X     GEN POP
    INMATE             DIS SEG            DIS SEG      6.INMATE WANTS TRANSFER?
     INST    X         PRO CUS            PRO CUS         YES   X   NO
    GN OFF             INVEST             INVEST        NEUT       UNK
    EMERGENCY          MSU                MSU
    DISCIPLINARY       DXN STC            DXN STC       7.TRANSFER HISTORY
    ADMINISTRATIVE     WK CAMP            MN PSYC
    ADJUSMENT          CCC                CCC      X     TOTAL TRANSFERS 002
    OTHER              OTHER              OTHER          DISC. TRANSFERS 000
                                                        TRANSFER DENIALS 000

. REQ / REC  PLACEMENT (NAME/CODE)  SOUTHERN ILLINOIS CCC          / SIL

   APPROVED PLACEMENT (NAME/CODE) Southern Illinois CCC          / SIL
***************************************************************************
. REASON FOR TRANSFER:  PROVIDE EXPLANATION
JOD ADJUSTMENT         POOR ADJUSTMENT          DISCIPLINARY
DMINISTRATIVE          EDUC/VOC                 OTHER PROGRAMS
ENTAL HEALTH           MEDICAL                  VISITATION
EDSPACE                OTHER           X

OMMENTS:

NMATES NAME ON NOV.1995 E.D. ELIGIBILITY LIST
NMATE IS REQUESTING PLACEMENT AT SIL. CCC
OST SITE:  JOYCE REED  914 RILEY, ALTON IL.
ELE.  618-463-0311.
***************************************************************************
O. CRITERIA REVIEW: CHECK LOWEST PLACEMENT ALLOWED BY CRITERIA

                                           MINIMUM  MEDIUM  MAXIMUM
URRENT SECURITY/DATE  :        3      (09/03/95)      X
SSESSED SECURITY/DATE :               (       )

URRENT ESC RISK/DATE  :        L      (10/23/95)      X
SSESSED ESC RISK/DATE :               (       )

     WARRANT FLAG/TYPE:                              X

          TIME TO MSR:   1 YRS  1  MOS               X
     TIME TO BOARD DATE:  0 YRS  0  MOS

     >>>PLACEMENT ALLOWED BY A.D. CRITERIA<<<        X

     >>>EXCEPTION TO CRITERIA REQUESTED<<<
***************************************************************************
```

IDOC SUBPOENA RESPONSE                              PLAINTIFFS 000105

RTR113            ILLINOIS DEPARTMENT OF CORRECTIONS          PAGE    2
                     OF ONDER TRACKING SYSTEM:TR        RUN DATE: 11/21/95
OF DATE: 11/21/95         TRANSFER REPORT               RUN TIME: 18.57.49

ME:REED, LENN D.          CURRENT LOCATION: SOUTHWESTERN ILLINOIS
DC #:B38789               CURRENT SECURITY: MINIMUM        SEX:   MALE
ANSFER ID #: 003
**********************************************************************
. RATIONALE FOR TRANSFER:              14. PREV NEG ADJ AT REQ FACILITY
   1. THREAT TO INST SECURITY          15. CRITICAL MENTAL HEALTH NEEDS
   2. ESCAPE RISK DESIGNATION          16. CRITICAL MEDICAL NEEDS
   3. ADDITIONAL OBSERVATION NEEDED    17. SUBSTANCE ABUSE
   4. TIME TO MSR/MAX RELEASE DATE     18. PROXIMITY TO INMATE'S NEEDS
   5. ADDITIONAL INFORMATION           19. PC/SAFEKEEPING
   6. FELONY/IMMIGRATION WARRANTS      20. CRIMINAL HISTORY
   7. SERIOUS NATURE OF OFFENSE        21. INSUFFICIENT REASON FOR TRANSFER
   8. NATURE OF OFFENSE                22. BEDSPACE NEEDS
   9. OVERALL POSITIVE ADJUSTMENT      23. APPROPRIATELY PLACED
  10. OVERALL NEGATIVE ADJUSTMENT      24. TRANSFER REASONS CITED ON PAGE 1
  11. RECENT POSITIVE ADJUSTMENT       25. OTHER_____
  12. RECENT NEGATIVE ADJUSTMENT       26. INMATE REQUEST WITHDRAWN
  13. PAST FAILURE IN REDUCED SECURITY 27. DENIED CCC/REVIEW ED
**********************************************************************
. STAFF REVIEW
EQ / REC PLACEMENT(NAME/CODE) >>>>> *Southern Illinois CCC*   *SIL*

EPARING      SIGNATURE       TITLE    CODE    DATE    PLACEMENT   RTN
UNSELOR    *Jeff Dubnum*     *CCI*    *2473*  *11/21/95*  *SIL*    *24*

PERVISOR   *M Lackey*        *Cox*    *8228*  *11/28/95*  *SIL*    *24*

N OFF/CHM  _____ _____ _____ _____ _____ _____

N COM      _____ _____ _____ _____ _____ _____

N COM      _____ _____ _____ _____ _____ _____

IT SUPT    _____ _____ *0770* *11/10/95* *SIL*    *24*

/PROG      *signature*       *Aus*   *0770*  *11/10/95*          *24*

/OPS       *signature*       *Aus*            *11/10/95*         *SIL*
**********************************************************************
. WARDEN ACTION:
         TRANSFER:   APPROVED   X   DENIED _____   PLACEMENT _____

      IF TRANSFER IS DENIED, RATIONALE: _____

IF APPROVED AND PLACEMENT DIFFERS FROM RECOMMENDED, RATIONALE : _____
      *Edward H Green Jr*                      *12-7-95*
              WARDEN   SIGNATURE                   DATE
**********************************************************************
. TRANSFER COORDINATOR  ACTION:
                                              FINAL      *SWC*
         TRANSFER:   APPROVED _____  DENIED _____  PLACEMENT

      IF TRANSFER IS DENIED, RATIONALE: *23*

IF APPROVED AND PLACEMENT DIFFERS FROM WARDEN   RATIONALE : _____
                                    *DD*   *12/96*
        TRANSFER COORDINATOR  SIGNATURE          DATE

IDOC SUBPOENA RESPONSE                          PLAINTIFFS 000106

```
EJCR104              ILLINO     DEPARTMENT OF CORRECTIONS           PAGE:        1
                            O  NDER TRACKING SYSTEM: CN    RUN DATE:   8/28/95
8/28/95              SECURITY RECLASSIFICATION/ESCAPE RISK   RUN TIME: 23.27.41
AME: REED, LENN D.              CURRENT LOCATION:  GRAHAM
DOC #: 828789                   CURRENT SECURITY:  MEDIUM           SEX: MALE
IVING UNIT: GRA-19-B-10
UPERVISION LEVEL:
***********************************************************************
.  TYPE OF ACTION:          2. TYPE OF RECLASS:        3. SOURCE OF REQUEST:
   RECLASSIFICATION            REQUEST                    INMATE
***********************************************************************
.  ESCAPE RISK REVIEW  (SEE A.D.05.110A)          (L)  (M)  (H)   (NONE)
 A. ESCAPE FROM SECURE CONFINEMENT/SECURITY ESCORT
      WITH/WITHOUT VIOLENCE IN THE LAST FIVE YEARS
      (DATE/SITE:                                 ):             X

   B. INDICATION OF DESIRE/WILLINGNESS TO ESCAPE BY
      SELF-ADMISSION OR PREPARATION FOR ESCAPE          :        X

   C. OUTSTANDING IMMIGRATION/MAJOR CRIMINAL CHARGE
      WARRANTS (TYPE:                             ):             X

   D. ESCAPE FROM AN OPEN FACILITY OR PROGRAM NOT
      INVOLVING ACTUAL OR THREATENED VIOLENCE
      (DATE/SITE:                                 )
      (PAROLE ABSC:     CCC UN/24:     CCC OV/24:  )
       BOND VIOL:   MIL AWOL:   MNTL HLTH FAC:     ):            X

   E. ESCAPE FROM SECURE CONFINEMENT/SECURITY ESCORT
      WITH OR/WITHOUT VIOLENCE OVER FIVE YEARS AGO
      (DATE/SITE:                                       SWW   Xx

   F. ADJUSTMENT, PERSONAL, OR SOCIAL PROBLEMS
      WITHIN OR OUTSIDE THE INSTITUTION           :   X

   G. TYPE/LENGTH OF SENTENCE    TIME/MSR: 01 YR 04 MO
      (TIME/MSR:Y   INO:   LIF:   NLIF:   OTH:  ):   X

   H. OTHER(
                                                 ): _           X

JRRENT DESIGNATION:  LOW            RECOMMENDED DESIGNATION:  LOW
***********************************************************************
.  ASSESSED SECURITY DESIGNATION: (SCORING PERIOD BEGINS:  06/22/95)

   A. MAJOR DISCIPLINARY SANCTION SCORE (#  000  )  (1 OR MORE=6;0=0):   0

   B. SEGREGATION PLACEMENT SCORE (#   000   )      (1 OR MORE=4;0=0):   0

   C. SECURITY DESIGNATION SCORE        (MAXIMUM=3;MEDIUM/MINIMUM=0):   0

   D. PRIMARY ASSIGNMENT SCORE (#  002   )   (7 OR MORE=2;6 OR LESS=0):   0

   E. CURRENT AGE SCORE            (22 OR YOUNGER=1;23 OR OLDER=0):   1

   F. TOTAL SCORE

   G. SCORED SECURITY DESIGNATION (0-1=MN,2-5=MD,6+=MX):   MINIMUM

   H. ADJUSTMENT FOR ESCAPE RISK DESIGNATION:             MINIMUM

   I. ASSESSED SECURITY DESIGNATION:                      MINIMUM
***********************************************************************
```

```
PCR104              ILLINOIS DEPARTMENT OF CORRECTIONS        PAGE:      2
                       OFFENDER TRACKING SYSTEM:  CN       RUN DATE:  8/28/95
8/28/95            SECURITY RECLASSIFICATION/ESCAPE RISK     RUN TIME:  23.27.41
NAME: REED, LENN D.             CURRENT LOCATION:  GRAHAM
DOC #: B28789                   CURRENT SECURITY:  MEDIUM                SEX  MALE
LIVING UNIT: GRA-19-B--10
SUPERVISION LEVEL:
```

****************************************************************
RATIONALE FOR SECURITY/ESCAPE RISK VOTES:

 1. THREAT TO INST SECURITY          11. RECENT POSITIVE ADJUSTMENT
 2. ESCAPE RISK DESIGNATION          12. RECENT NEGATIVE ADJUSTMENT
 3. ADDITIONAL OBSERVATION NEEDED    13. PAST FAILURE IN REDUCED SECURITY
 4. TIME TO MSR/MAX RELEASE DATE     14. SCORED SECURITY DESIGNATION
 5. ADDITIONAL INFORMATION           15. MAJOR CRIMINAL CHARGES PENDING
 6. FELONY/IMMIGRATION WARRANTS      16. SERIOUS NATURE OF INCIDENT
 7. SERIOUS NATURE OF OFFENSE        17. OTHER_____
 8. NATURE OF OFFENSE                18. OTHER_____
 9. OVERALL POSITIVE ADJUSTMENT      19. OTHER_____
10. OVERALL NEGATIVE ADJUSTMENT      20. OTHER_____

****************************************************************
FACILITY REVIEW:                         ESCAPE RISK      SECURITY
       RECOMMENDED ESCAPE RISK DESIGNATION: (LOW)
              ASSESSED SECURITY DESIGNATION:              (MINIMUM)
           SIGNATURE       TITLE   CODE   DATE      VOTE   RTN    VOTE   RTN

PREPARING
COUNSELOR    _Jack Howe_   CCII   SF2   8/28/95  (L) M H   2   (MN) MD MX  14

US/CSS       _Synnet_      BWI    165   8/29/95  (L) M H   0   (MN) MD MX  14
STAFF REVIEW:

CCR SPEC  _____        _____   _____    L M H E

A/PROG   _Brad Knustellen_   1010  8-31-95  (L) M H E 2  (MN) MD MX  14

A/OPS    _D DeRiegel_        20419 8-30-95  (L) M H E 2  (MN) MD MX  14

****************************************************************
   WARDEN'S ACTION:                        ESCAPE RISK      SECURITY

            WARDEN'S DESIGNATION: (L) M H E          (MN) MD MX

IF DIFFERENT FROM ASSESSED SECURITY DESIGNATION, RATIONALE: _____

     _____      _____      _____
           WARDEN'S SIGNATURE                DATE

****************************************************************
TRANSFER COORDINATOR'S ACTION:                     FINAL SECURITY

                                                   MN  MD  MX

       THIS IS AN OVERRIDE OF THE ASSESSED SECURITY DESIGNATION:  YES _____

                                                                  NO _____

                                         RATIONALE: ___SWW___

     _____          _____
        TRANSFER COORDINATOR'S SIGNATURE        DATE
****************************************************************
                              ** END OF REPORT **

IDOC SUBPOENA RESPONSE                         PLAINTIFFS 000108

```
ERCR106          .    .ILLINOIS DEPARTMENT OF CORRECTIONS          PAGE:        1
                     OFFENDER TRACKING SYSTEM:   CR       RUN DATE: 11/21/95
S OF DATE:  11/21/95          INMATE DATA SUMMARY           RUN TIME: 12.53.16
AME: REED, LENN D.                 CURRENT LOCATION:   SOUTHWESTERN ILLINOIS
DOC #: B28789                      CURRENT SECURITY:   MINIMUM         SEX: MALE
*****************************************************************************
. IDENTIFICATION DATA:
                                    MARKS/SCARS(LOC):
  HEIGHT:          5' 09''         TAT CHEST HEART,B.S. U.F.;CHEST;BITE MARK
  WEIGHT:          154
  DATE OF BIRTH: 05/11/77
  AGE:             18
  EYE COLOR:      BROWN
  HAIR COLOR:     BLACK
  RACE:           BLACK
  ETHNIC PREF:    BLACK
*****************************************************************************
. INCARCERATION DATA:
  GRADE:              A          CURRENT SECURITY:        MINIMUM
  EFFECTIVE DATE:     06/22/95   EFFECTIVE DATE:          09/03/95
  PROJ RETURN TO "A":            LAST RECLASS DATE:       09/07/95
  CURRENT ESCAPE RISK:  LOW      CURRENT SUPERVISION LVL:
  OUTSTANDING WARRANTS:  NO      EFFECTIVE DATE:
  KEEP SEPARATE FROM:   NO       LAST REVIEW DATE:        11/21/95
  VICTIM NOTIFICATION:  NO
*****************************************************************************
. SENTENCE DATA:
  ADMISSION TYPE:       DFC       CURRENT ADMIT DATE:      06/22/1995
  NEXT BOARD DATE:      N/A       PROJECTED MSR DATE:      12/06/1996
  FIRST BOARD DATE:     12/6/96   MSR DISCHARGE DATE:      12/06/1998
  # OF BOARD APPEARANCES:
FFENSE DESCRIPTION     COM COUNTY   CL MIN SENTENCE / MAX SENTENCE       CS/CC
GGRAVATED DISCHARGE/FIRE MADISON    1 0004 00 0000   0004 00 0000        CC
*****************************************************************************
. PRIOR ASSAULT TICKETS: DR504,TABLE A - OFFENSE #102
                    TOTAL #    ASSAULTEES    LAST ASSAULT    INST    ASSAULTEES
                    TICKETS    INJURED?      TICKET DATE     CODE    INJURED?

  STAFF ASSAULT:    ___0___  YES___NO___   ___/___/___           YES___NO___

  INMATE ASSAULT:   ___0___  YES___NO___   ___/___/___           YES___NO___
*****************************************************************************
. DISCIPLINARY SUMMARY:  NUMBER OF          LAST 6      PRIOR 6     06/22/95-
                                            MONTHS      MONTHS      11/21/95
ISCIPLINARY REPORTS WITH GUILTY OUTCOMES:
   TOTAL MAJOR TICKETS                        0           0

   TOTAL MINOR TICKETS                        1           0           1

ESC. SEG PLACEMENTS/TOTAL DAYS SENTENCED:   0 , 0       0 , 0       0 , 0

RADE REDUCTIONS/TOTAL LENGTH: "B"           0 , 0       0 , 0       0 , 0

                              "C"           0 , 0       0 , 0       0 , 0

AY-FOR-DAY GOODTIME:  REVOKED                 0           0           0
                      RESTORED                0           0           0
ERITORIOUS GOODTIME AWARDED:                  0           0           0
*****************************************************************************
```

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000109

```
ERCR106              ,  ILLINOIS DEPARTMENT OF CORRECTIONS          PAGE:          2
                        OFFENDER TRACKING SYSTEM:   CRC       RUN DATE: 11/21/95
S OF DATE:  11/21/95         INMATE DATA SUMMARY             RUN TIME: 12.53.16
AME: REED, LENN D.                CURRENT LOCATION:  SOUTHWESTERN ILLINOIS
DOC #: B28789                     CURRENT SECURITY:  MINIMUM          SEX: MALE
***********************************************************************************

                                                       HOUSE GAL CELL
DOC #:  B28789     NAME:  REED, LENN D.           LIVING UNIT:  02   C   06

                                        STARTING   ENDING    TERMINATION
JST    ASSIGNMENT/JOB DESCRIPTION     P   DATE      DATE     REASON    DATE
----   -------------------------      -  --------  --------  ------   --------
JC    G.E.D. I, STUDENT              Y  11/13/95             ACTIVE
JC    ED/VOC EARNED TIME, PARTICIPANT N  11/14/95  01/15/96  ACTIVE
JC    UNASSIGNED, PARTICIPANT         Y  11/06/95             CHNG    11/12/95
JC    WORK CAMP, PARTICIPANT          N  10/25/95             OTH     11/06/95
JC    ROAD CREW, WORKER               Y  10/26/95             OTH     11/06/95
JC    ORIENTATION, PARTICIPANT        Y  10/19/95             OTH     10/26/95
RA    DIETARY DEPT., WORKER           Y  07/21/95             TRAN    10/18/95
RA    ED/VOC EARNED TIME, PARTICIPANT N  08/14/95  11/14/95  TRAN    10/18/95
RA    VOC-COOP WORK TRNG, STUDENT     N  08/13/95             TRAN    10/18/95
RA    ORIENTATION, PARTICIPANT        Y  07/13/95             CHNG    07/20/95
RC    UNASSIGNED(NO PAY), PARTICIPANT N  06/22/95  07/22/95  CMPL    07/13/95
RC    DIAGNOSTIC, PARTICIPANT         Y  06/22/95             CMPL    07/12/95
```

IDOC SUBPOENA RESPONSE                              PLAINTIFFS 000110

```
ERCR106                 ILLINOIS DEPARTMENT OF CORRECTIONS          PAGE:        3
                        OFFENDER TRACKING SYSTEM:  CR       RUN DATE: 11/21/95
S OF DATE:  11/21/95          INMATE DATA SUMMARY           RUN TIME: 12.53.16
AME: REED, LENN D.              CURRENT LOCATION:  SOUTHWESTERN ILLINOIS
OOC #: B28789                   CURRENT SECURITY:  MINIMUM        SEX: MALE
*************************************************************************
               INMATE DENIED CONTACTS--KEEP SEPARATE FROM
                    ** DECLARED BY INMATE **

OURCE    CURRENT    PARENT    INMATE    INMATE                      CNSLR    EFFECTIVE
INST      INST       INST       ID       NAME             RSN        ID        DATE
-----    -------    ------    ------    ------            ---      -----    ---------
                          NO DECLARED CONTACTS


               INMATE DENIED CONTACTS--KEEP SEPARATE FROM
                    ** INMATE IS DECLARED **

OURCE    CURRENT    PARENT    INMATE    INMATE                      CNSLR    EFFECTIVE
INST      INST       INST       ID       NAME             RSN        ID        DATE
-----    -------    ------    ------    ------            ---      -----    ---------
                        NOT A DECLARED CONTACT
```

IDOC SUBPOENA RESPONSE                              PLAINTIFFS 000111

```
ERCR106              ILLINOIS DEPARTMENT OF CORRECTIONS        PAGE:        4
                    OFFENDER TRACKING SYSTEM:  CRC         RUN DATE: 11/21/95
S OF DATE:  11/21/95        INMATE DATA SUMMARY            RUN TIME: 12.53.16
AME: REED, LENN D.            CURRENT LOCATION:  SOUTHWESTERN ILLINOIS
DOC #: B28789                 CURRENT SECURITY:  MINIMUM        SEX: MALE
*****************************************************************************
   NICKNAMES/AKA'S:          INDICATE      EFFECTIVE
                             NICKNAME        DATE


     REED, GLENN               A           08/17/95
     REED, LENN D.             A           08/17/95
     REED, LENNY               A           08/17/95


*****************************************************************************
   GANG AFFILIATIONS :


   REPORTED GANG           TYPE     EFF DATE     INST    POSITION
   ---------------         ------   --------     ----    --------
   BLACK GANGSTER DISCI    MAJOR    09/01/95     GRA     ASSOCIATE
   GANGSTER DISCIPLES      MINOR    09/01/95     GRA     MEMBER
```

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000112

RUN DATE                ILLINOIS DEPARTMENT OF CORRECTIONS-OTS              Page 4
11-27-95
                              DATA SUMMARY REPORT

                                                                    DCA 9035
NAME:Reed, Lenn D.     CURRENT LOCATION:   SOUTHWESTERN ILLINOIS CC
IDOC #:B28789          CURRENT SECURITY:   MINIMUM                   Sex: Male

*****************************************************************************
1.  NICKNAMES/AKA'S:  Glen Reed, Lynn D. Reed, Lenny Reed

2.  GANG AFFILIATION/RANK:  Black Gangster Disciples - Major Associate
                            Gangster Disciples      - Minor Member

3.  ADMINISTRATIVE CONCERNS:

      A.   PREVIOUS ADMINISTRATIVE TRANSFERS INVOLVING THE SAFETY AND SECURITY OF THE
           INSTITUTION.  None

      B.   ANY DOCUMENTED ESCAPE OR ATTEMPTED ESCAPE FROM A SECURE CONFINEMENT OR SECURITY
           ESCORT.  None

      C.      PRIOR ASSAULTS:

              PRIOR ASSAULT TICKETS:  DR 504. TABLE A-OFFENSE #102

                      TOTAL#      ASSAULTEES      LAST ASSAULT      INTS.      ASSAULTEES
                      TICKETS     INJURED?        TICKET DATE       CODE       INJURED?

STAFF ASSAULT:        __0__       YES__ NO_X      _0/_0/_0          ____       YES__ NO_X

INMATE ASSAULT:       __0__       YES__ NO_X      _0/_0/_0          ____       YES__ NO_X


      D.   ANY EXTRAORDINARY PROTECTIVE CUSTODY NEEDS.  None


      E.   ANY DANGEROUS DISTURBANCES INVOLVING VIOLENCE:  None


      F.   ANY DISCIPLINARY REPORT WITH A GUILTY OUTCOME AND A DISPOSITION INCLUDING THE
           LOSS OF 30 OR MORE DAYS GOOD CONDUCT CREDITS.  None


4.  CRITICAL SPECIAL NEEDS (FOR TRANSFERS ONLY):  None


5.  STAFF COMMENTS AND OBSERVATIONS:  Note statement of facts.


IDOC SUBPOENA RESPONSE                              PLAINTIFFS 000113

State of Illinois - Department of Corrections
WORK RELEASE/ELECTRONIC DETENTION APPLICATION

THIS APPLICATION NEEDS TO BE COMPLETED BY THE INMATE IN ORDER TO BE CONSIDERED FOR THE WORK RELEASE/ELECTRONIC DETENTION PROGRAM. ALL INFORMATION MUST BE COMPLETED IN FULL AND WILL BE KEPT CONFIDENTIAL.

INMATE Name _Linn Reed_  Number _B28799_  Date _11-21-95_
Social Security Number _____  D.O.B. _5-11-77_  Correctional Center _SOUTHWESTERN W.C. 2H._
Highest level of formal education completed _10TH GRADE_
List any employment skills you have, such as cooking, painting, maintenance, etc. _____
_General Laborer_
List any nonprescribed drugs you have used (cocaine, heroin, marijuana, speed, crack etc.)
_marijuana_
How much alcohol did you drink on a daily basis? _1 BEER_
Have you ever had alcohol or drug abuse treatment? Yes____ No _✓_ If YES, where and for how long? _____

List any health problems and required medication that you take (if any) _None_
_____

Which work release area are you applying for?  Northern _____  Central _____  Southern _✓_

If selected as a participant in the Electronic Detention Program, the following information must be completed in rega
to your selected Host Site:

**Host Site**

Host Name _Joyce Reed_  Relationship _Mother_
Address _914 Riley_  Apt. # ____  City _Alton_
State _Illinois_  County _Madison_  Telephone #(_618_) _463-0311_
Source of Income _works_  Others living at this address _immediate family_

**Alternative Host Site**

Host Name _____  Relationship _____
Address _____  Apt. # ____  City _____
State _____  County _____  Telephone #( )_____
Source of Income _____  Others living at this address _____

WILL THE HOUSEHOLD ACCEPT YOUR PRESENCE WITH ELECTRONIC DETENTION DEVICES INSTALLED IN THE HOME? Yes _✓_ No ____

If yes, 1) Will there be any objections to DOC employees entering the home at any time? _NO_
        2) Will any special features, such as call waiting, call forwarding, etc. be dropped from the telephone
           service to allow for your monitoring equipment hook-up? _N/O_

If other than above, with whom do you plan to reside upon release from custody?

Name _NONE_  Relationship _____
Address _____  Apt. # ____  City _____
State _____  County _____  Telephone #( )_____

_Linn Reed_
Inmate Signature
_B28799_        _11-21-95_
DOC Number      Date

_____
Witness Signature
_11/21/95_
Date

DCA 589 (Rev. 10/90)
IL 426-6725

ILLINOIS DEPARTMENT OF CORRECTIONS
COMMUNITY CORRECTIONAL CENTERS

**EXTRADITION WAIVER AGREEMENT**

I, the undersigned, in consideration of my placement in a community correctional center by the Illinois Department of Corrections, hereby agree that I will remain within the State of Illinois (or the State of Missouri) at the facility or limits of confinement designated by the Department, unless otherwise authorized by the Deputy Director of the Community Services Division.

I agree to make myself available and to return at any time to the State of Illinois without formal proceedings if instructed to do so by Department authorities.

I hereby waive extradition of the State of Illinois from any jurisdiction in or outside the United States where I may be found and also agree that I do not contest any effort by any jurisdiction to return me to the State of Illinois.

I have read and understand this agreement and waiver and have signed voluntarily and without threat or promise to me.

Reed
Inmate (Signature)

B23779
Inmate Institutional Number

11-21-95
Date

[signature]
Witness (Signature)

CCI
Title

11-21-95
Date

DCA 5224 (Rev.6/86)
IL 426-0481

COMMUNITY CORRECTIONAL CENTER CLASSIFICATION SYSTEM
MALE CLASSIFICATION INSTRUMENT
AUGUST, 1987

INSTITUTION CODE [ ] [ ]

IDOC NUMBER [B] - [2] [8] [7] [8] [9]    NAME _Reed_     _Lenn_     _O._
                                              Last       First      MI

ITEMS

Current Age

28 and Older                                    Enter 0
23 to 27                                        Enter 2      [4]
22 and Younger                                  Enter 4

Number of Prison Admissions (Include Current Offense)

First Incarceration                            Enter 0      [0]
2 or More Incarcerations over 30 Days          Enter 2

Number of Prior Supervision Terms Not Successfully Completed
   (Include Probation/Parole/MSR/CCC/Other Supervision Terms)

None                                           Enter 0      [0]
1 or More                                      Enter 1

History of Alcohol Use

No Alcohol Use Problems Indicated              Enter 0      [2]
Alcohol Use Problems Indicated                 Enter 2

History of Drug Use

No Drug Use Problems Indicated                 Enter 0      [3]
Drug Use Problems Indicated                    Enter 3

Vocational

History Indicates Marketable Job Skills or has Completed
   Vocational Training Program at the Institution     Enter 0      [3]
History Indicates a Need for Vocational Training      Enter 3

Academic

Inmate has at least a High School Diploma or a G.E.D.   Enter 0      [3]
Inmate does not have a High School Diploma or a G.E.D.  Enter 3

                                               Total Score   [1][5]

CURRENT SECURITY LEVEL   Maximum (1)   Medium (2)   Minimum (3)    [1]

         CLASSIFICATION LEVEL:           (0 - 4) = 1
                                         (5 - 7) = 2
                                         (8 - 9) = 3
                                         (10 - 11) = 4      [5]
                                         (12 - 15) = 5
                                         (16 - 18) = 6

Signature _Jeff Dicker_____  Code [2] [4] [7] [3]   Date [1] [1] [2] [1] [9] [5]

Comment for Override, Administrative Concerns, Critical/Special Needs, Etc.

_____

_____

_____

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000116





**Jim Edgar**
Governor

**Odie Washington**
Director

**ILLINOIS DEPARTMENT OF CORRECTIONS**

Southwestern Illinois Correctional Center / Caller Service 50, 950 Kingshighway / East St. Louis, Il. 62203-0050
Telephone: (618) 394-2200 TDD: (800) 526-0844

M E M O R A N D U M

DATE:     January 12, 1996

TO:       Lenn Reed / #B28789 / 02-E-16

FROM:     Angela D. Chaney, Casework Supervisor

SUBJECT:  **TRANSFER DENIAL**

You were recently submitted for transfer to <u>Southern Illinois Community Correctional Center</u>.

We have been advised by the Transfer Coordinator that you were denied transfer to that facility for the following reason(s) which are circled below:

<u>RATIONALES FOR TRANSFER:</u>
1.  THREAT TO INST SECURITY
2.  ESCAPE RISK DESIGNATION
3.  ADDITIONAL OBSERVATION NEEDED
4.  TIME TO MSR/MAX RELEASE DATE
5.  ADDITIONAL INFORMATION
6.  FELONY/IMMIGRATION WARRANT
7.  SERIOUS NATURE OF OFFENSE
8.  NATURE OF OFFENSE
9.  OVERALL POSITIVE ADJUSTMENT
10. OVERALL NEGATIVE ADJUSTMENT
11. RECENT POSITIVE ADJUSTMENT
12. RECENT NEGATIVE ADJUSTMENT
13. PAST FAILURE IN RED SECURITY
14. PREV NEG ADJ AT REQ FACILITY
15. CRITICAL MENTAL HEALTH NEEDS
16. CRITICAL MEDICAL NEEDS
17. SUBSTANCE ABUSE
18. PROXIMITY TO INMATE'S NEEDS
19. PC/SAFEKEEPING
20. CRIMINAL HISTORY
21. INSUFFICIENT REASON FOR TRANSFER
22. BEDSPACE NEEDS
23. APPROPRIATELY PLACED
24. TRANSFER REASONS CITED ON PAGE 1
25. OTHER_____
26. INMATE REQUEST WITHDRAWN
27. DENIED CCC/REVIEW ED

REASON FOR DENIAL: _____23_____

If you are interested in filing a grievance relative to this denial, please direct your correspondence to the Administrative Review Board, in care of Coordinator of Inmate Issues, 1301 Concordia Court, PO Box 19277, Springfield, Illinois 62794-9277.

*Angela Chaney, yas*
Angela Chaney, Casework Supervisor

ADC/
cc:   A/W Karraker
      Master File
      Counselor
      Clinical Services

Printed on Recycled Paper

## COMMUNITY CORRECTIONAL CENTER TRANSFER CHECKLIST

INMATE NAME _GLENN REED_____ I.D.O.C.# _B28789___

P.O.D. (WITH 90 DAYS M.G.T.)_____

E.D. _X___ W/R _X_____ EXC._____ P.P._____

ASSEMBLE TWO (2) SEPARATE PACKETS IN THE <u>FOLLOWING ORDER</u>

1.  TRANSFER REPORT                                          ✓
2.  RECLASSIFICATION REPORT                                  ✓
3.  INMATE DATA SUMMARY REPORT                               ✓
4.  INSTITUTIONAL DISCIPLINARY RECORD                        ✓
5.  WORK RELEASE/ELECTRONIC DETENTION APPLICATION            ✓
6.  EXTRADITION WAIVER                                       ✓
7.  MITTIMUS                                                 0X
8.  STATEMENT OF FACTS                                       0
9.  RAP SHEET(S)                                             0
10. ORIGINAL CLASSIFICATION REPORT                           X
11. HEALTH STATUS REPORT                                     ✓
12. ████████████████████████████                            ___
13. ████████████████████████████                            ___
14. COMMUNITY CORRECTIONAL CENTER CLASSIFICATION INSTRUMENT  ✓
15. VISITING LIST                                           N/A

ONE (1) TRANSFER REPORT, SEPARATE FROM PACKETS TO BE RETURNED
TO INSTITUTION.  SECURELY ATTACH FOUR (4) MOUNTED PHOTOS.
------------------------------------------------------------
### EXCEPTION TO CRITERIA
RECOMMENDATION MEMO FROM THE CHIEF ADMINISTRATIVE OFFICER     ___
(ATTACH TO FRONT OF EACH PACKET)
------------------------------------------------------------
### PERMANENT PARTY
LETTER(S) OF RECOMMENDATION                                   ___
VERIFICATION OF WORK EXPERIENCE                               ___
PERMANENT PARTY AGREEMENT                                     ___

REVIEWED BY:_____              DC854 (5/92)
DATE:_____12/22/95_____                  IL 426-17562

IDOC SUBPOENA RESPONSE                        PLAINTIFFS 000118

```
OERTR113              ILLINOIS DEPARTMENT OF CORRECTIONS          PAGE     1
                     OFFENDER TRACKING SYSTEM              RUN DATE: 11/21/95
AS OF DATE: 11/21/95        TRANSFER REPORT               RUN TIME: 18.57.49

NAME: REED, LENN D.           CURRENT LOCATION: SOUTHWESTERN ILLINOIS
IDOC #: B28789                CURRENT SECURITY: MINIMUM      SEX:    MALE
TRANSFER ID #: 003
*****************************************************************************
1. TYPE OF ACTION: TRANSFER ONLY   X    CURRENT TRANSFERS:   APPROVED   00
   RECLASSIFICATION AND TRANSFER                            PENDING    01
*****************************************************************************
2.TYPE OF TRANSFER:  3.TRANSFER FROM: 4.TRANSFER TO:  5.OK'D BY MEDICAL DEPT?
                                                         YES   X   NO

  X   REQUEST            GEN POP  X     GEN POP
      INMATE             DIS SEG        DIS SEG        6.INMATE WANTS TRANSFER?
         INST   X        PRO CUS        PRO CUS          YES   X   NO
      GN OFF             INVEST         INVEST           NEUT      UNK
      EMERGENCY          MSU            MSU
      DISCIPLINARY       DXN STC        DXN STC         7.TRANSFER HISTORY
      ADMINISTRATIVE     WK CAMP        MN PSYC
      ADJUSTMENT         CCC            CCC     X        TOTAL TRANSFERS 002
      OTHER              OTHER          OTHER            DISC. TRANSFERS 000
                                                         TRANSFER DENIALS 000

8. REQ / REC  PLACEMENT (NAME/CODE)  SOUTHERN ILLINOIS CCC         / SIL
```

APPROVED PLACEMENT (NAME/CODE) *Southern Illinois CCC* _____ / *SIL*

```
*****************************************************************************
9. REASON FOR TRANSFER:  PROVIDE EXPLANATION
GOOD ADJUSTMENT        POOR ADJUSTMENT          DISCIPLINARY
ADMINISTRATIVE         EDUC/VOC                 OTHER PROGRAMS
MENTAL HEALTH          MEDICAL                  VISITATION
BEDSPACE               OTHER           X

COMMENTS:

INMATES NAME ON NOV.1995 E.D. ELIGIBILITY LIST
INMATE IS REQUESTING PLACEMENT AT SIL. CCC
HOST SITE:  JOYCE REED  914 RILEY, ALTON IL.
TELE.  618-463-0311.
*****************************************************************************
10. CRITERIA REVIEW: CHECK LOWEST PLACEMENT ALLOWED BY CRITERIA

                                          MINIMUM   MEDIUM   MAXIMUM
CURRENT SECURITY/DATE  :      3       (09/03/95)    X
ASSESSED SECURITY/DATE :              (        )

CURRENT ESC RISK/DATE  :      L       (10/23/95)    X
ASSESSED ESC RISK/DATE :              (        )

        WARRANT FLAG/TYPE:                          X

           TIME TO MSR:    1 YRS  1  MOS            X
     TIME TO BOARD DATE:   0 YRS  0  MOS

     >>>PLACEMENT ALLOWED BY A.D. CRITERIA<<<       X

     >>>EXCEPTION TO CRITERIA REQUESTED<<<
*****************************************************************************
```

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000119

```
ERTR113                 ILLINOIS DEPARTMENT OF CORRECTIONS            PAGE    2
                          OFFENDER TRACKING SYSTEM:TR          RUN DATE: 11/21/95
3 OF DATE: 11/21/95         TRANSFER REPORT                    RUN TIME: 18.57.49

AME:REED, LENN D.          CURRENT LOCATION: SOUTHWESTERN ILLINOIS
DOC #:B28789               CURRENT SECURITY: MINIMUM         SEX:   MALE
RANSFER ID #: 003
```

****************************************************************************

1. RATIONALE FOR TRANSFER:                    14. PREV NEG ADJ AT REQ FACILITY
   1. THREAT TO INST SECURITY                  15. CRITICAL MENTAL HEALTH NEEDS
   2. ESCAPE RISK DESIGNATION                  16. CRITICAL MEDICAL NEEDS
   3. ADDITIONAL OBSERVATION NEEDED            17. SUBSTANCE ABUSE
   4. TIME TO MSR/MAX RELEASE DATE             18. PROXIMITY TO INMATE'S NEEDS
   5. ADDITIONAL INFORMATION                   19. PC/SAFEKEEPING
   6. FELONY/IMMIGRATION WARRANTS              20. CRIMINAL HISTORY
   7. SERIOUS NATURE OF OFFENSE                21. INSUFFICIENT REASON FOR TRANSFER
   8. NATURE OF OFFENSE                        22. BEDSPACE NEEDS
   9. OVERALL POSITIVE ADJUSTMENT              23. APPROPRIATELY PLACED
  10. OVERALL NEGATIVE ADJUSTMENT              24. TRANSFER REASONS CITED ON PAGE 1
  11. RECENT POSITIVE ADJUSTMENT               25. OTHER_____
  12. RECENT NEGATIVE ADJUSTMENT               26. INMATE REQUEST WITHDRAWN
  13. PAST FAILURE IN REDUCED SECURITY         27. DENIED CCC/REVIEW ED

****************************************************************************

2. STAFF REVIEW
REQ / REC PLACEMENT(NAME/CODE) >>>>> *Southern Illinois CCC   SIL*

| | SIGNATURE | TITLE | CODE | DATE | PLACEMENT | RTN |
|---|---|---|---|---|---|---|
| PREPARING COUNSELOR | *Jeff Dickerson* | CCI | 2473 | 11/21/95 | SIL | 24 |
| SUPERVISOR | *A Chaney* | CWS | 2229 | 11/28/95 | SPL | 24 |
| SGN OFF/CHM | | | | | | |
| SGN COM | | | | | | |
| SGN COM | | | | | | |
| UNIT SUPT | | | | | | |
| A/PROG | | AWP | 0770 | 12/6/95 | SPL | 24 |
| A/OPS | | AWO | | 12/7/95 | SIL | 24 |

****************************************************************************

3. WARDEN ACTION:
      TRANSFER:   APPROVED   X      DENIED _____   PLACEMENT  SIL

      IF TRANSFER IS DENIED, RATIONALE: _____

  IF APPROVED AND PLACEMENT DIFFERS FROM RECOMMENDED, RATIONALE :
      *Edward H. Green*              12-7-95
            WARDEN   SIGNATURE              DATE
****************************************************************************

4. TRANSFER COORDINATOR  ACTION:
                                                FINAL
      TRANSFER:   APPROVED _____   DENIED _____   PLACEMENT _____

      IF TRANSFER IS DENIED, RATIONALE: _____

  IF APPROVED AND PLACEMENT DIFFERS FROM WARDEN  , RATIONALE : _____

  _____          _____
     TRANSFER COORDINATOR  SIGNATURE          DATE

IDOC SUBPOENA RESPONSE                         PLAINTIFFS 000120

```
QE8CR104                ILLI       DEPARTMENT OF CORRECTIO        V       PAGE:        1
                                   ENDER TRACKING SYSTEM:             RUN DATE:  8/28/95
Q8/28/95                SECURITY RECLASSIFICATION/ESCAPE RISK     RUN TIME: 23.27.41
NAME: REED, LENN D.                CURRENT LOCATION:  GRAHAM
IDOC #: B28789                     CURRENT SECURITY: MEDIUM              SEX:  MALE
LIVING UNIT: GRA-19-B-10
SUPERVISION LEVEL:
**********************************************************************************
1. TYPE OF ACTION:        2. TYPE OF RECLASS:        3. SOURCE OF REQUEST:
   RECLASSIFICATION          REQUEST                    INMATE
**********************************************************************************
4. ESCAPE RISK REVIEW  (SEE A.D.05.110A)             (L)   (M)   (H)   (NONE)
   A. ESCAPE FROM SECURE CONFINEMENT/SECURITY ESCORT
      WITH/WITHOUT VIOLENCE IN THE LAST FIVE YEARS
         (DATE/SITE:                                  ):                   X

   B. INDICATION OF DESIRE/WILLINGNESS TO ESCAPE BY
      SELF-ADMISSION OR PREPARATION FOR ESCAPE         :                   X

   C. OUTSTANDING IMMIGRATION/MAJOR CRIMINAL CHARGE
      WARRANTS (TYPE:                                  ):                   X

   D. ESCAPE FROM AN OPEN FACILITY OR PROGRAM NOT
      INVOLVING ACTUAL OR THREATENED VIOLENCE
         (DATE/SITE:                                   )
         (PAROLE ABSC:     CCC UN/24:    CCC OV/24:    )
          BOND VIOL:    MIL AWOL:    MNTL HLTH FAC:    ):                   X

   E. ESCAPE FROM SECURE CONFINEMENT/SECURITY ESCORT
      WITH OR WITHOUT VIOLENCE OVER FIVE YEARS AGO
         (DATE/SITE:                                                       X

   F. ADJUSTMENT, PERSONAL, OR SOCIAL PROBLEMS
      WITHIN OR OUTSIDE THE INSTITUTION                :    X

   G. TYPE/LENGTH OF SENTENCE    TIME/MSR: 01 YR 04 MO
         (TIME/MSR:Y   IND:   LIF:   NLIF:   OTH:  ):   X

   H. OTHER(
                                                   ):                      X

CURRENT DESIGNATION:  LOW         RECOMMENDED DESIGNATION:  LOW
**********************************************************************************
5. ASSESSED SECURITY DESIGNATION: (SCORING PERIOD BEGINS:  06/22/95)

   A. MAJOR DISCIPLINARY SANCTION SCORE (#   000  )  (1 OR MORE=6;0=0):    0

   B. SEGREGATION PLACEMENT SCORE (#    000  )       (1 OR MORE=4;0=0):    0

   C. SECURITY DESIGNATION SCORE           (MAXIMUM=3;MEDIUM/MINIMUM=0):   0

   D. PRIMARY ASSIGNMENT SCORE (#  002   )   (7 OR MORE=2;6 OR LESS=0):    0

   E. CURRENT AGE SCORE              (22 OR YOUNGER=1;23 OR OLDER=0):      1

   F. TOTAL SCORE                                                         1

   G. SCORED SECURITY DESIGNATION (0-1=MN,2-5=MD,6+=MX):     MINIMUM

   H. ADJUSTMENT FOR ESCAPE RISK DESIGNATION:               MINIMUM

   I. ASSESSED SECURITY DESIGNATION:                        MINIMUM
**********************************************************************************
```

```
CCR104                TILING  DEPARTMENT OF CORRECTION       PAGE:      2
                             NDER TRACKING SYSTEM:  CI      RUN DATE:  8/28/95
/28/95            SECURITY RECLASSIFICATION/ESCAPE RISK      RUN TIME: 23.27.41
ME: REED, LENN O.             CURRENT LOCATION:  GRAHAM
OC:  L B28789                 CURRENT SECURITY: MEDIUM                 SEX: MALE
VING UNIT: GRA-19-B--10
PERVISION LEVEL:
```

*********************************************************************************
RATIONALE FOR SECURITY/ESCAPE RISK VOTES:
1. THREAT TO INST SECURITY            11. RECENT POSITIVE ADJUSTMENT
2. ESCAPE RISK DESIGNATION            12. RECENT NEGATIVE ADJUSTMENT
3. ADDITIONAL OBSERVATION NEEDED      13. PAST FAILURE IN REDUCED SECURITY
4. TIME TO MSR/MAX RELEASE DATE       14. SCORED SECURITY DESIGNATION
5. ADDITIONAL INFORMATION             15. MAJOR CRIMINAL CHARGES PENDING
6. FELONY/IMMIGRATION WARRANTS        16. SERIOUS NATURE OF INCIDENT
7. SERIOUS NATURE OF OFFENSE          17. OTHER _____
8. NATURE OF OFFENSE                  18. OTHER _____
9. OVERALL POSITIVE ADJUSTMENT        19. OTHER _____
10. OVERALL NEGATIVE ADJUSTMENT       20. OTHER _____
*********************************************************************************
FACILITY REVIEW:                          ESCAPE RISK        SECURITY
       RECOMMENDED ESCAPE RISK DESIGNATION: (LOW)
              ASSESSED SECURITY DESIGNATION:                  (MINIMUM)
       SIGNATURE        TITLE   CODE    DATE      VOTE   RTN    VOTE    RTN

EPARING
UNSELOR   _Cal 8 Wink_  CCI    982   8/24/__  (L) M  H    2  (MN) MD MX  14

S/CSS     _Gymel_       BWI    165   9/29/95  (L) M  H    0  (MN) MD MX  14
AFF REVIEW:

CR SPEC   _____      ____   ____   _____    L  M  H  E

/PROG     _Brad Swatling_   1010  8-31-__  (L) M  H  E  2  (MN) MD MX  14

/OPS      _Dil Kugel_       20149 8-30-95  (L) M  H  E  2  (MN) MD MX  14
*********************************************************************************
WARDEN'S ACTION:                           ESCAPE RISK        SECURITY

         WARDEN'S DESIGNATION: (L) M  H  E            (MN) MD MX

IF DIFFERENT FROM ASSESSED SECURITY DESIGNATION, RATIONALE: _____


_____    _____    _____
                        WARDEN'S SIGNATURE            DATE
*********************************************************************************
TRANSFER COORDINATOR'S ACTION:                        FINAL SECURITY

                                                      MN  MD  MX

   THIS IS AN OVERRIDE OF THE ASSESSED SECURITY DESIGNATION:  YES _____

                                                      NO _____
                                            RATIONALE: _SWW_


_____    _____    _____
            TRANSFER COORDINATOR'S SIGNATURE              DATE
*********************************************************************************
                                      * * END OF REPORT * * *

```
ERCR104                ILLINOIS DEPARTMENT OF CORRECTIONS              PAGE:      1
                        OFFENDER TRACKING SYSTEM: C           RUN DATE: 10/23/95
0/23/95               SECURITY RECLASSIFICATION/ESCAPE RISK   RUN TIME: 22.38.24
AME: REED, LENN D.              CURRENT LOCATION: SOUTHWESTERN ILLINOIS
DOC #: B28789                   CURRENT SECURITY: MINIMUM          SEX: MALE
CVING UNIT: SWC-01-C -12
JPERVISION LEVEL:
**********************************************************************************
. TYPE OF ACTION:          2. TYPE OF RECLASS:        3. SOURCE OF REQUEST:
   ESCAPE RISK REVIEW
**********************************************************************************
. ESCAPE RISK REVIEW  (SEE A.D.05.110A)                    (L)  (M)  (H)  (NONE)
   A. ESCAPE FROM SECURE CONFINEMENT/SECURITY ESCORT
       WITH/WITHOUT VIOLENCE IN THE LAST FIVE YEARS
       (DATE/SITE:                             ):                    X

   B. INDICATION OF DESIRE/WILLINGNESS TO ESCAPE BY
       SELF-ADMISSION OR PREPARATION FOR ESCAPE        :                    X

   C. OUTSTANDING IMMIGRATION/MAJOR CRIMINAL CHARGE
       WARRANTS (TYPE:                          ):                    X

   D. ESCAPE FROM AN OPEN FACILITY OR PROGRAM NOT
       INVOLVING ACTUAL OR THREATENED VIOLENCE
       (DATE/SITE:                             )
       (PAROLE ABSC:    CCC UN/24:    CCC OV/24:    )
        BOND VIOL:   MIL AWOL:    MNTL HLTH FAC:    ):                    X

   E. ESCAPE FROM SECURE CONFINEMENT/SECURITY ESCORT
       WITH OR WITHOUT VIOLENCE OVER FIVE YEARS AGO
       (DATE/SITE:                             ):                    X

   F. ADJUSTMENT, PERSONAL, OR SOCIAL PROBLEMS
       WITHIN OR OUTSIDE THE INSTITUTION          :                    X

   G. TYPE/LENGTH OF SENTENCE    TIME/MSR: 01 YR 02 MO
       (TIME/MSR:Y   IND:   LIF:   NLIF:   DTH:   ):   X

   H. OTHER( MADISON COUNTY CONVICTION, MOTHER LIVES
       IN ALTON ILLINOIS                        ):   X

JRRENT DESIGNATION:  LOW            RECOMMENDED DESIGNATION:  LOW
**********************************************************************************
. ASSESSED SECURITY DESIGNATION: (SCORING PERIOD BEGINS:            )

   A. MAJOR DISCIPLINARY SANCTION SCORE (#        )  (1 OR MORE=6;0=0):

   B. SEGREGATION PLACEMENT SCORE (#          )     (1 OR MORE=4;0=0):

   C. SECURITY DESIGNATION SCORE         (MAXIMUM=3;MEDIUM/MINIMUM=0):

   D. PRIMARY ASSIGNMENT SCORE (#       )    (7 OR MORE=2;6 OR LESS=0):

   E. CURRENT AGE SCORE             (22 OR YOUNGER=1;23 OR OLDER=0):

   F. TOTAL SCORE                                               :

   G. SCORED SECURITY DESIGNATION (0-1=MN,2-5=MD,6+=MX):

   H. ADJUSTMENT FOR ESCAPE RISK DESIGNATION:

   I. ASSESSED SECURITY DESIGNATION:
**********************************************************************************
```

```
ERCR104                ILLINOIS DEPARTMENT OF CORRECTIONS          PAGE:        2
                          OFFENDER TRACKING SYSTEM:   C          RUN DATE: 10/23/95
0/23/95                 SECURITY RECLASSIFICATION/ESCAPE RISK     RUN TIME: 22.38.24
AME: REED, LENN D.                        CURRENT LOCATION:  SOUTHWESTERN ILLINOIS
DOC #: B28789                             CURRENT SECURITY:  MINIMUM        SEX:  MALE
IVING UNIT: SWC-01-C -12
UPERVISION LEVEL:
********************************************************************************
. RATIONALE FOR SECURITY/ESCAPE RISK VOTES:
    1. THREAT TO INST SECURITY          11. RECENT POSITIVE ADJUSTMENT
    2. ESCAPE RISK DESIGNATION          12. RECENT NEGATIVE ADJUSTMENT
    3. ADDITIONAL OBSERVATION NEEDED    13. PAST FAILURE IN REDUCED SECURITY
    4. TIME TO MSR/MAX RELEASE DATE     14. SCORED SECURITY DESIGNATION
    5. ADDITIONAL INFORMATION           15. MAJOR CRIMINAL CHARGES PENDING
    6. FELONY/IMMIGRATION WARRANTS      16. SERIOUS NATURE OF INCIDENT
    7. SERIOUS NATURE OF OFFENSE        17. OTHER_____
    8. NATURE OF OFFENSE                18. OTHER_____
    9. OVERALL POSITIVE ADJUSTMENT      19. OTHER_____
   10. OVERALL NEGATIVE ADJUSTMENT      20. OTHER_____
********************************************************************************
.  FACILITY REVIEW:                      ESCAPE RISK      SECURITY
         RECOMMENDED ESCAPE RISK DESIGNATION:  LOW
            ASSESSED SECURITY DESIGNATION:
            SIGNATURE       TITLE   CODE    DATE      VOTE   RTN     VOTE   RTN
REPARING
OUNSELOR _____  ICTU  2467  10/24/95 (L) M  H    2    MN  MD  MX ____
```

| | SIGNATURE | TITLE | CODE | DATE | VOTE | RTN | | VOTE | RTN |
|---|---|---|---|---|---|---|---|---|---|
| REPARING OUNSELOR | *(signature)* | ICTU | 2467 | 10/24/95 | (L) M H | 2 | | MN MD MX | ____ |
| US/CSS | _____ | ___ | ___ | ___ | L M H | ___ | | MN MD MX | ___ |

```
TAFF REVIEW:

ECR SPEC _____    ___    ___   _____   L  M  H  E  ___  _____
J/PROG _____    Sup   0770  10/27/95 (L) M  H  E  2   MN  MD  MX ____
W/OPS _____    AWO   2001  10/29/95 (L) M  H  E  2   MN  MD  MX ____
********************************************************************************
.  WARDEN'S ACTION:                       ESCAPE RISK       SECURITY

              WARDEN'S DESIGNATION: (L) M  H  E         (MN) MD  MX

   IF DIFFERENT FROM ASSESSED SECURITY DESIGNATION, RATIONALE: _____
```

_Edward B. One Jr_              10-30-95
```
            WARDEN'S SIGNATURE                          DATE
********************************************************************************
.  TRANSFER COORDINATOR'S ACTION:                          FINAL SECURITY

                                                          MN   MD   MX

      THIS IS AN OVERRIDE OF THE ASSESSED SECURITY DESIGNATION:  YES _____

                                                          NO  _____

                                              RATIONALE: _____

      _____            _____
          TRANSFER COORDINATOR'S SIGNATURE            DATE
********************************************************************************
                                        * * * END OF REPORT * * *
```

```
RUN DATE:                    ILLINOIS DEPARTMENT OF CORRECTIONS-C   S              PAGE 4
                                     DATA SUMMARY REPORT                            DC 9035
NAME:                        CURRENT LOCATION:  Graham C.C.
IDOC #:                      CURRENT SECURITY:                              SEX:  M
```

**********************************************************************************

1.  NICKNAMES/AKA'S:

2.  GANG AFFILIATION/RANK:

3.  ADMINISTRATIVE CONCERNS:

    A.  PREVIOUS ADMINISTRATIVE TRANSFERS INVOLVING THE SAFETY AND SECURITY OF THE INSTITUTION.

    B.  ANY DOCUMENTED ESCAPE OR ATTEMPTED ESCAPE FROM A SECURE CONFINEMENT OR SECURITY ESCORT.

    C.  PRIOR ASSAULTS.

        PRIOR ASSAULT TICKETS:  DR504.TABLE A - OFFENSE #102

| | TOTAL # TICKETS | ASSAULTEES INJURED? | LAST ASSAULT TICKET DATE | INST CODE | ASSAULTEES INJURED? |
|---|---|---|---|---|---|
| STAFF ASSAULT: | _____ | YES___NO___ | ___/___/___ | _____ | YES___NO___ |
| INMATE ASSAULT: | _____ | YES___NO___ | ___/___/___ | _____ | YES___NO___ |

    D.  ANY EXTRAORDINARY PROTECTIVE CUSTODY NEEDS

    E.  ANY DANGEROUS DISTURBANCES INVOLVING VIOLENCE

    F.  ANY DISCIPLINARY REPORT WITH A GUILTY OUTCOME AND A DISPOSITION INCLUDING THE LOSS OF 30 OR MORE DAYS GOOD CONDUCT CREDITS.

4.  CRITICAL SPECIAL NEEDS (FOR TRANSFERS ONLY):

5.  STAFF COMMENTS AND OBSERVATIONS:

```
DEPTR113                    ILLINOIS DEPARTMENT OF CORRECTION         PAGE     1
                           OFFENDER TRACKING SYSTEM:TR          RUN DATE:  8/28/95
AS OF DATE: 08/28/95           TRANSFER REPORT                  RUN TIME: 23.27.17

NAME:REED, LENN D.          * CURRENT LOCATION: GRAHAM
IDOC #:B28789                 CURRENT SECURITY: MEDIUM          SEX:     MALE
TRANSFER ID #: 002
**********************************************************************************
.. TYPE OF ACTION: TRANSFER ONLY        CURRENT TRANSFERS:     APPROVED    00
   RECLASSIFICATION AND TRANSFER  X                           PENDING     01
**********************************************************************************
.TYPE OF TRANSFER:   3.TRANSFER FROM:  4.TRANSFER TO:  5.OK'D BY MEDICAL DEPT?
                                                         YES    X   NO
  X  REQUEST            GEN POP    X     GEN POP
     INMATE     X       DIS SEG           DIS SEG       6.INMATE WANTS TRANSFER?
     INST                PRO CUS          PRO CUS          YES    X   NO
     ON OFF             INVEST            INVEST          NEUT        UNK
     EMERGENCY          MSU               MSU
     DISCIPLINARY       DXN STC           DXN STC        7.TRANSFER HISTORY
     ADMINISTRATIVE     WK CAMP           MN PSYC
     ADJUSTMENT         CCC               CCC            TOTAL TRANSFERS 001
     OTHER              OTHER             OTHER          DISC. TRANSFERS 000
                                                         TRANSFER DENIALS 000


8. REQ / REC  PLACEMENT (NAME/CODE)  SOUTHWESTERN IL WORK CAMP      / SWW

       APPROVED PLACEMENT (NAME/CODE)_____/_____
**********************************************************************************
9. REASON FOR TRANSFER:  PROVIDE EXPLANATION
GOOD ADJUSTMENT          POOR ADJUSTMENT         DISCIPLINARY
ADMINISTRATIVE          EDUC/VOC                OTHER PROGRAMS
MENTAL HEALTH          MEDICAL                 VISITATION
BEDSPACE        X       OTHER

COMMENTS:

INMATE IS RECOMMENDED FOR TRANSFER TO SOUTHWESTERN
WORKCAMP AT E. ST. LOUIS.
**********************************************************************************
10. CRITERIA REVIEW: CHECK LOWEST PLACEMENT ALLOWED BY CRITERIA

                                         MINIMUM  MEDIUM  MAXIMUM
CURRENT SECURITY/DATE  :      2     (07/13/95)              X
ASSESSED SECURITY/DATE :      3     (08/28/95)      X

CURRENT ESC RISK/DATE  :      L     (08/08/95)      X
ASSESSED ESC RISK/DATE :      L     (08/28/95)      X

      WARRANT FLAG/TYPE:      N                     X

         TIME TO MSR:      1 YRS  5 MOS            X
      TIME TO BOARD DATE:   0 YRS  0 MOS

     >>>PLACEMENT ALLOWED BY A.D. CRITERIA<<<      X

     >>>EXCEPTION TO CRITERIA REQUESTED<<<
**********************************************************************************
```

OERTR113                    ILLINOIS DEPARTMENT OF CORRECTION          PAGE    2
                           OFFENDER TRACKING SYSTEM;TR          RUN DATE:  8/28/95
AS OF DATE: 08/28/95              TRANSFER REPORT               RUN TIME: 23.27.17

NAME:REED, LENN D.              CURRENT LOCATION: GRAHAM
DOC #:B28789                   CURRENT SECURITY: MEDIUM          SEX:    MALE
TRANSFER ID #: 002

*****************************************************************************
1. RATIONALE FOR TRANSFER:                14. PREV NEG ADJ AT REQ FACILITY
    1.  THREAT TO INST SECURITY           15. CRITICAL MENTAL HEALTH NEEDS
    2.  ESCAPE RISK DESIGNATION           16. CRITICAL MEDICAL NEEDS
    3.  ADDITIONAL OBSERVATION NEEDED     17. SUBSTANCE ABUSE
    4.  TIME TO MSR/MAX RELEASE DATE      18. PROXIMITY TO INMATE'S NEEDS
    5.  ADDITIONAL INFORMATION            19. PC/SAFEKEEPING
    6.  FELONY/IMMIGRATION WARRANTS       20. CRIMINAL HISTORY
    7.  SERIOUS NATURE OF OFFENSE         21. INSUFFICIENT REASON FOR TRANSFER
    8.  NATURE OF OFFENSE                 22. BEDSPACE NEEDS
    9.  OVERALL POSITIVE ADJUSTMENT       23. APPROPRIATELY PLACED
   10.  OVERALL NEGATIVE ADJUSTMENT       24. TRANSFER REASONS CITED ON PAGE 1
   11.  RECENT POSITIVE ADJUSTMENT        25. OTHER _____
   12.  RECENT NEGATIVE ADJUSTMENT        26. INMATE REQUEST WITHDRAWN
   13.  PAST FAILURE IN REDUCED SECURITY  27. DENIED CCC/REVIEW ED
*****************************************************************************
2. STAFF REVIEW
REQ / REC PLACEMENT(NAME/CODE) >>>>> Southwestern ILW/C   SWW

                SIGNATURE       TITLE    CODE    DATE      PLACEMENT    RTN
PREPARING
COUNSELOR    Carl D Henke      CCII     982     8/29/95    SWW          24

SUPERVISOR   Sargent           CWII     765     8/19/95    SWW          24

ASN OFF/CHM  _____          _____    _____   _____    _____

ASN COM      _____          _____    _____   _____    _____

ASN COM      _____          _____    _____   _____    _____

UNIT SUPT    _____          _____    _____   _____    _____

AW/PROG      SLied Sawtelle    1010    8-31-95   SWW        24

AW/OPS       Riegel           7049    8-30-95   SWW        24
*****************************************************************************
3. WARDEN  ACTION:
      TRANSFER:   APPROVED  ✓   DENIED _____   PLACEMENT: SWW

      IF TRANSFER IS DENIED, RATIONALE: _____

   IF APPROVED AND PLACEMENT DIFFERS FROM RECOMMENDED, RATIONALE : _____
   _____
                    WARDEN  SIGNATURE              9375
                                                   DATE
*****************************************************************************
4. TRANSFER COORDINATOR  ACTION:
                                        FINAL
      TRANSFER:   APPROVED      DENIED   PLACEMENT  SWW

      IF TRANSFER IS DENIED, RATIONALE: _____

   IF APPROVED AND PLACEMENT DIFFERS FROM WARDEN   RATIONALE :
                                                   9-11-95
      TRANSFER COORDINATOR  SIGNATURE          DATE

IDOC SUBPOENA RESPONSE                          PLAINTIFFS 000127

```
JEPCR104                    ILLINOIS DEPARTMENT OF CORRECTIONS        PAGE:        1
                           OFFENDER TRACKING SYSTEM: C      RUN DATE:   8/28/95
8/28/95                    SECURITY RECLASSIFICATION/ESCAPE RISK      RUN TIME: 23.27.41
NAME: REED, LENN D.               CURRENT LOCATION:  GRAHAM
DOC #: B28789                     CURRENT SECURITY:  MEDIUM            SEX:   MALE
LIVING UNIT: GRA-19-B -10
SUPERVISION LEVEL:
********************************************************************************
1. TYPE OF ACTION:          2. TYPE OF RECLASS:        3. SOURCE OF REQUEST:
   RECLASSIFICATION            REQUEST                    INMATE
********************************************************************************
1. ESCAPE RISK REVIEW  (SEE A.D.05.110A)               (L) (M) (H)    (NONE)
   A. ESCAPE FROM SECURE CONFINEMENT/SECURITY ESCORT
      WITH/WITHOUT VIOLENCE IN THE LAST FIVE YEARS
      (DATE/SITE:                              ):                       X

   B. INDICATION OF DESIRE/WILLINGNESS TO ESCAPE BY
      SELF-ADMISSION OR PREPARATION FOR ESCAPE      :                   X

   C. OUTSTANDING IMMIGRATION/MAJOR CRIMINAL CHARGE
      WARRANTS (TYPE:                           ):                      X

   D. ESCAPE FROM AN OPEN FACILITY OR PROGRAM NOT
      INVOLVING ACTUAL OR THREATENED VIOLENCE
      (DATE/SITE:                              )
      (PAROLE ABSC:    CCC UN/24:    CCC OV/24:   )
       BOND VIOL:    MIL AWOL:    MNTL HLTH FAC:  )                     X

   E. ESCAPE FROM SECURE CONFINEMENT/SECURITY ESCORT
      WITH OR WITHOUT VIOLENCE OVER FIVE YEARS AGO
      (DATE/SITE:                              ):                       X

   F. ADJUSTMENT, PERSONAL, OR SOCIAL PROBLEMS
      WITHIN OR OUTSIDE THE INSTITUTION             :   X

   G. TYPE/LENGTH OF SENTENCE    TIME/MSR: 01 YR 04 MO
      (TIME/MSR:Y  IND:   LIF:   NLIF:   DTH:   ):   X

   H. OTHER(                                      ):                     X

CURRENT DESIGNATION:  LOW          RECOMMENDED DESIGNATION:  LOW
********************************************************************************
5. ASSESSED SECURITY DESIGNATION: (SCORING PERIOD BEGINS:  06/22/95)

   A. MAJOR DISCIPLINARY SANCTION SCORE (#   000   )   (1 OR MORE=6;0=0):    0

   B. SEGREGATION PLACEMENT SCORE (#   000   )        (1 OR MORE=4;0=0):    0

   C. SECURITY DESIGNATION SCORE          (MAXIMUM=3;MEDIUM/MINIMUM=0):    0

   D. PRIMARY ASSIGNMENT SCORE (#  002   )   (7 OR MORE=2;6 OR LESS=0):    0

   E. CURRENT AGE SCORE          (22 OR YOUNGER=1;23 OR OLDER=0):    1

   F. TOTAL SCORE

   G. SCORED SECURITY DESIGNATION (0-1=MN,2-5=MD,6+=MX):     MINIMUM

   H. ADJUSTMENT FOR ESCAPE RISK DESIGNATION:              MINIMUM

   I. ASSESSED SECURITY DESIGNATION:                       MINIMUM
********************************************************************************
```

IDOC SUBPOENA RESPONSE                          PLAINTIFFS 000128

```
EPCR104              ILLINOIS DEPARTMENT OF CORRECTIONS            PAGE:        2
                      OFFENDER TRACKING SYSTEM:  CR             RUN DATE:  8/28/95
8/28/95            SECURITY RECLASSIFICATION/ESCAPE RISK        RUN TIME: 23.27.41
NAME: REED, LENN O.                 CURRENT LOCATION:  GRAHAM
IDOC #: B28789                      CURRENT SECURITY:  MEDIUM           SEX:  MALE
LIVING UNIT: GRA-19-B -10
SUPERVISION LEVEL:
```
*********************************************************************************
5. RATIONALE FOR SECURITY/ESCAPE RISK VOTES:
```
   1. THREAT TO INST SECURITY        11. RECENT POSITIVE ADJUSTMENT
   2. ESCAPE RISK DESIGNATION        12. RECENT NEGATIVE ADJUSTMENT
   3. ADDITIONAL OBSERVATION NEEDED  13. PAST FAILURE IN REDUCED SECURITY
   4. TIME TO MSR/MAX RELEASE DATE   14. SCORED SECURITY DESIGNATION
   5. ADDITIONAL INFORMATION         15. MAJOR CRIMINAL CHARGES PENDING
   6. FELONY/IMMIGRATION WARRANTS    16. SERIOUS NATURE OF INCIDENT
   7. SERIOUS NATURE OF OFFENSE      17. OTHER_____
   8. NATURE OF OFFENSE              18. OTHER_____
   9. OVERALL POSITIVE ADJUSTMENT    19. OTHER_____
  10. OVERALL NEGATIVE ADJUSTMENT    20. OTHER_____
```
*********************************************************************************
7. FACILITY REVIEW:                          ESCAPE RISK      SECURITY
      RECOMMENDED ESCAPE RISK DESIGNATION: (LOW)
             ASSESSED SECURITY DESIGNATION:              (MINIMUM)
          SIGNATURE      TITLE  CODE  DATE      VOTE  RTN  VOTE  RTN

PREPARING
COUNSELOR   _____     CCII   582   8/16/95  (L) M H   2  (MN) MD MX  14

CWS/CSS     _____     CWI    765   8/29/95  (L) M H   0  (MN) MD MX  14

STAFF REVIEW:

SECR SPEC   _____       L  M  H  E

CW/PROG     _____     1010   8-31-95   (L) M H E  2  (MN) MD MX  14

CW/OPS      _____     2049   8-30-95   (L) M H E  2  (MN) MD MX  14

*********************************************************************************
8. WARDEN'S ACTION:                          ESCAPE RISK      SECURITY

            WARDEN'S DESIGNATION: (L) M  H  E          (MN) MD MX

   IF DIFFERENT FROM ASSESSED SECURITY DESIGNATION, RATIONALE: _____


                       _____    9395
                        WARDEN'S SIGNATURE             DATE
*********************************************************************************
9. TRANSFER COORDINATOR'S ACTION:                       FINAL SECURITY

                                                       MN  MD  MX

   THIS IS AN OVERRIDE OF THE ASSESSED SECURITY DESIGNATION:  YES _____

                                                              NO  _____

                                        RATIONALE: _____


   _____              _____
      TRANSFER COORDINATOR'S SIGNATURE                  DATE
*********************************************************************************
                                          * * * END OF REPORT * * *
```

```
APCR306                ILLINOIS DEPARTMENT OF CORRECTIONS          PAGE:         1
                       OFFENDER TRACKING SYSTEM:  CR        RUN DATE:  8/28/95
AS OF DATE:  08/28/95         INMATE DATA SUMMARY            RUN TIME: 10.58.03
NAME: REED, LENN D.              CURRENT LOCATION:   GRAHAM
DOC #: 828789                    CURRENT SECURITY:   MEDIUM            SEX: MALE
```

**1. IDENTIFICATION DATA:**

```
                                     MARKS/SCARS(LOC):
   HEIGHT:         5' 09''      TAT CHEST HEART,B.S. U.F.;CHEST;BITE MARK
   WEIGHT:         154
   DATE OF BIRTH:  05/11/77
   AGE:            18
   EYE COLOR:      BROWN
   HAIR COLOR:     BLACK
   RACE:           BLACK
   ETHNIC PREF:    BLACK
```

**2. INCARCERATION DATA:**

```
   GRADE:               A          CURRENT SECURITY:        MEDIUM
   EFFECTIVE DATE:      06/22/95   EFFECTIVE DATE:          07/13/95
   PROJ RETURN TO "A":             LAST RECLASS DATE:       06/30/95
   CURRENT ESCAPE RISK: LOW        CURRENT SUPERVISION LVL:
   OUTSTANDING WARRANTS: NO        EFFECTIVE DATE:
   KEEP SEPARATE FROM:  NO         LAST REVIEW DATE:        8/29/95
   VICTIM NOTIFICATION: NO
```

**3. SENTENCE DATA:**

```
   ADMISSION TYPE:         DR         CURRENT ADMIT DATE:      06/22/1995
   NEXT BOARD DATE:        N/A        PROJECTED MSR DATE:      01/08/1997
   FIRST BOARD DATE:       / /        MSR DISCHARGE DATE:      01/08/1999
   # OF BOARD APPEARANCES:
   OFFENSE DESCRIPTION     COM-COUNTY  CL MIN SENTENCE / MAX SENTENCE    CS/CC
   AGGR DISCHARGE OF A FIREA MADISON   1  0004 00 0000    0004 00 0000    CC
```

**4. PRIOR ASSAULT TICKETS: DR504.TABLE A - OFFENSE #102**

| | TOTAL # TICKETS | ASSAULTEES INJURED? | LAST ASSAULT TICKET DATE | INST CODE | ASSAULTEES INJURED? |
|---|---|---|---|---|---|
| STAFF ASSAULT: | 0 | YES___ NO___ | / / | | YES___ NO___ |
| INMATE ASSAULT: | 0 | YES___ NO___ | / / | | YES___ NO___ |

**5. DISCIPLINARY SUMMARY:**

| NUMBER OF | LAST 6 MONTHS | PRIOR 6 MONTHS | 06/22/95- 08/28/95 |
|---|---|---|---|
| DISCIPLINARY REPORTS WITH GUILTY OUTCOMES: | | | |
| TOTAL MAJOR TICKETS | 1 | 0 | 1 |
| TOTAL MINOR TICKETS | 0 | 0 | 0 |
| DISC. SEG PLACEMENTS/TOTAL DAYS SENTENCED: | 0/0 | 0/0 | 0/0 |
| GRADE REDUCTIONS/TOTAL LENGTH: "B" | 0/0 | 0/0 | 0/0 |
| "C" | 0/0 | 0/0 | 0/0 |
| DAY-FOR-DAY GOODTIME: REVOKED | 0 | 0 | 0 |
| RESTORED | 0 | 0 | 0 |
| MERITORIOUS GOODTIME AWARDED: | 0 | 0 | 0 |

IDOC SUBPOENA RESPONSE                          PLAINTIFFS 000130

```
IFRCR206              ILLINOIS DEPARTMENT OF CORRECTIONS              PAGE:        2
                        OFFENDER TRACKING SYSTEM:  CH        RUN DATE:  8/28/95
AS OF DATE:   08/28/95        INMATE DATA SUMMARY                RUN TIME: 10.58.03
NAME: REED, LENN D.               CURRENT LOCATION:   GRAHAM
IDOC #: B28789                    CURRENT SECURITY:   MEDIUM              SEX: MALE
*****************************************************************************

                                                        HOUSE  GAL  CELL
IDOC #:  B28789   NAME:   REED, LENN D.          LIVING UNIT:  19    B    10


                                        STARTING   ENDING    TERMINATION
INST    ASSIGNMENT/JOB DESCRIPTION    P    DATE      DATE     REASON     DATE
-----   -------------------------    -   --------  --------  --------  --------
GRA    DIETARY DEPT., WORKER         Y   07/21/95            ACTIVE
GRA    ED/VOC EARNED TIME, PARTICIPANT  N   08/14/95  11/14/95  ACTIVE
GRA    VOC-COOP WORK TRNG, STUDENT   N   08/13/95            ACTIVE
GRA    ORIENTATION, PARTICIPANT      Y   07/13/95            CHNG    07/20/95
GRC    UNASSIGNED(NO PAY), PARTICIPANT  N   06/22/95  07/22/95  CMPL    07/13/95
GRC    DIAGNOSTIC, PARTICIPANT       Y   06/22/95            CMPL    07/12/95
```

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000131

```
ERCR106                   ILLINOIS DEPARTMENT OF CORRECTIONS        PAGE:         3
                          OFFENDER TRACKING SYSTEM:  CH       RUN DATE:   8/28/95
AS OF DATE:  08/28/95          INMATE DATA SUMMARY           RUN TIME: 10.58.03
NAME:  REED, LENN D.            CURRENT LOCATION:   GRAHAM
IDOC #:  B28789                CURRENT SECURITY:   MEDIUM                SEX: MALE
*************************************************************************************
                    INMATE DENIED CONTACTS--KEEP SEPARATE FROM
                           ** DECLARED BY INMATE **


SOURCE   CURRENT   PARENT   INMATE   INMATE                        CNSLR    EFFECTIVE
 INST     INST      INST      ID      NAME                RSN        ID       DATE
------   -------   ------   ------   ------               ---       -----    ---------
                         NO DECLARED CONTACTS



                    INMATE DENIED CONTACTS--KEEP SEPARATE FROM
                           ** INMATE IS DECLARED **

SOURCE   CURRENT   PARENT   INMATE   INMATE                        CNSLR    EFFECTIVE
 INST     INST      INST      ID      NAME                RSN        ID       DATE
------   -------   ------   ------   ------               ---       -----    ---------
                       NOT A DECLARED CONTACT
```

```
OFRCR006               ILLINOIS DEPARTMENT OF CORRECTIONS        PAGE:       4
                       OFFENDER TRACKING SYSTEM:  CH      RUN DATE:  8/28/95
AS OF DATE:  08/28/95           INMATE DATA SUMMARY           RUN TIME: 10.58.03
NAME: REED, LENN D.              CURRENT LOCATION:  GRAHAM
DOC #: B28789                    CURRENT SECURITY:  MEDIUM              SEX: MALE
************************************************************************************
    NICKNAMES/AKA'S:            INDICATE          EFFECTIVE
                                NICKNAME            DATE

        REED, GLENN               A              08/17/95
        REED, LENN D.            A              08/17/95
        REED, LENNY              A              08/17/95

************************************************************************************
    GANG AFFILIATIONS :

                  NO GANG AFFILIATIONS REPORTED
```

IDOC SUBPOENA RESPONSE                          PLAINTIFFS 000133

ILLINOIS DEPARTMENT OF CORRECTIONS
DATA SUMMARY REPORT

RUN DATE:                                                          DC 9035
NAME: REED, Lenn          CURRENT LOCATION:  Graham C.C.
IDOC#: B28789             CURRENT SECURITY:  Minimum                SEX:M
*****************************************************************************

1.  NICKNAMES/AKA'S:

    See Inmate Data Summary Report.

2.  GANG AFFILIATION/RANK:

    Inmate is affiliated with the street gang "Gangster Disciples".

3.  ADMINISTRATION CONCERNS:

    A.  PREVIOUS ADMINISTRATIVE TRANSFERS INVOLVING THE SAFETY AND SECURITY OF THE
        INSTITUTION:

        Inmate has had no documented administrative transfers.

    B.  ANY DOCUMENTED ESCAPE OR ATTEMPTED ESCAPE FROM A SECURE CONFINEMENT OR
        SECURITY ESCORT:

        Inmate has had no documented escapes.

    C.  PRIOR ASSAULTS:

            PRIOR ASSAULT TICKETS:  DR504.TABLE A-OFFENSE #102

|                 | TOTAL# TICKETS | ASSAULTEES INJURED? | LAST ASSAULT TICKET DATE | INTS. CODE | ASSAULTEES INJURED? |
|-----------------|----------------|---------------------|--------------------------|------------|---------------------|
| STAFF ASSAULT:  | __0__          | YES__NO__           | __/__/__                 | ___        | YES__NO__           |
| INMATE ASSAULT: | __0__          | YES__NO__           | __/__/__                 | ___        | YES__NO__           |

    D.  ANY EXTRAORDINARY PROTECTIVE CUSTODY NEEDS:

        Inmate has had no apparent protective custody needs.

    E.  ANY DANGEROUS DISTURBANCES INVOLVING VIOLENCE:

        Inmate has had no dangerous disturbances.

    F.  ANY DISCIPLINARY REPORT WITH A GUILTY OUTCOME AND A DISPOSITION INCLUDING THE
        LOSS OF 30 OR MORE DAYS GOOD CONDUCT CREDITS:

        Inmate has had no apparent loss of Good Conduct Credits.

4.  CRITICAL SPECIAL NEEDS (FOR TRANSFERS ONLY):
    Inmate has no apparent critical special needs.

5.  STAFF COMMENTS AND OBSERVATIONS:
    There are no additional staff comments.

IDOC SUBPOENA RESPONSE                        PLAINTIFFS 000134

```
OE  CR04            ILLINO   DEPARTMENT OF CORRECTIONS              PAGE:        2
                       O  ENDER TRACKING SYSTEM:  C            RUN DATE: 8/08/95
08/08/95           SECURITY RECLASSIFICATION/ESCAPE RISK      RUN TIME: 22.43.36
NAME: REED, LENN D.              CURRENT LOCATION:  GRAHAM
IDOC #: B28789                   CURRENT SECURITY: MEDIUM              SEX:  MALE
LIVING UNIT: GRA-19-B -10
SUPERVISION LEVEL:
***********************************************************************
6. RATIONALE FOR SECURITY/ESCAPE RISK VOTES:
     1. THREAT TO INST SECURITY          11. RECENT POSITIVE ADJUSTMENT
     2. ESCAPE RISK DESIGNATION          12. RECENT NEGATIVE ADJUSTMENT
     3. ADDITIONAL OBSERVATION NEEDED    13. PAST FAILURE IN REDUCED SECURITY
     4. TIME TO MSR/MAX RELEASE DATE     14. SCORED SECURITY DESIGNATION
     5. ADDITIONAL INFORMATION           15. MAJOR CRIMINAL CHARGES PENDING
     6. FELONY/IMMIGRATION WARRANTS      16. SERIOUS NATURE OF INCIDENT
     7. SERIOUS NATURE OF OFFENSE        17. OTHER_____
     8. NATURE OF OFFENSE                18. OTHER_____
     9. OVERALL POSITIVE ADJUSTMENT      19. OTHER_____
    10. OVERALL NEGATIVE ADJUSTMENT      20. OTHER_____
***********************************************************************
7.   FACILITY REVIEW:                     ESCAPE RISK     SECURITY
          RECOMMENDED ESCAPE RISK DESIGNATION: LOW
             ASSESSED SECURITY DESIGNATION:
          SIGNATURE        TITLE  CODE   DATE      VOTE   RTN    VOTE   RTN
PREPARING
COUNSELOR                  CCIII  9 0  8/10/95  L  M  H     2   MN  MD  MX ____
CWS/CSS                    CWS    765  8/10/95  L  M  H     2   MN  MD  MX ____
STAFF REVIEW:
SECR SPEC                                       L  M  H  E
AW/PROG                    SRIA   100  8-15-95  2  M  H  E  2   MN  MD  MX ____
AW/OPS                     2049   8-11-95  L  M  H  E    2   MN  MD  MX ____
***********************************************************************
8.   WARDEN'S ACTION:                     ESCAPE RISK     SECURITY
                           WARDEN'S DESIGNATION  2  M  H  E     MN  MD  MX
     IF DIFFERENT FROM ASSESSED SECURITY DESIGNATION, RATIONALE: _____

           K Dobucki 00R                        8-11-95
                 WARDEN'S SIGNATURE                 DATE
***********************************************************************
9. TRANSFER COORDINATOR'S ACTION:                    FINAL SECURITY

                                                     MN  MD  MX

     THIS IS AN OVERRIDE OF THE ASSESSED SECURITY DESIGNATION:  YES ____

                                                     NO ____

                                         RATIONALE: ____


     _____       _____
        TRANSFER COORDINATOR'S SIGNATURE           DATE
***********************************************************************
```

MENTAL HEALTH EVALUATION

NAME:  INCE, Larry

NUMBER: B28778

DATE:   7/13/95

REASON FOR REFERRAL:  Pre-Group Sex Offender Treatment Program.

SUBJECTIVE DATA:  Mr. Ince was interviewed for the program and he states that he wants to participate in the program.

OBJECTIVE DATA AND HISTORY:  Mr. Ince is presently incarcerated for Aggravated Criminal Sexual Abuse.

DIAGNOSIS (provisional/final):

Axis I:  Pre-Group Sex Offender Treatment Program
Axis II:

SUMMARY AND TREATMENT PLAN:  Mr. Ince was interviewed for the program and he agrees to participate in the program.  Mr. Ince will be placed in the housing unit at the first available opportunity.

Date:   7/13/95

J. A. Kaganich, Psychologist II
Graham Correctional Center

JK/cm

DCA 7157 (8/1/87)
IL 426-10643

```
OERCR102            ILLINOIS DEPARTMENT OF CORRECTIONS          PAGE:        1
                    OFFENDER TRACKING SYSTEM: CH          RUN DATE: 6/28/95
                    INITIAL CLASSIFICATION REPORT          RUN TIME: 23.46.55
NAME: REED, LENN D.              CURRENT LOCATION: GRAHAM R&C
IDOC #: B28789                                              SEX: MALE
************************************************************************
```

EVALUATION DATE:  06/28/95

```
*********************************************************************
```
ADJUSTMENT SCORE:

1A.  AGE AT CURRENT ADMISSION          18

     (SUBTRACT 14 FROM CURRENT AGE)    - 14
                                       ----
1B.  AGE AT ADMISSION SCORE            4      (ENTER THIS VALUE IN THE
                                              SPACES UNDER COLUMN B
     (SEE CODE SHEET A FOR 2-5)               FOR 2,3,4)

     (CALCULATIONS 2-4 ROUNDED  TO THE NEAREST WHOLE NUMBER)

                           # CONVICTIONS X WT/AGE AT ADMISSION SCORE
                           _____

                        (COLUMN A)      (COLUMN B)      (COLUMN C)

2.   NUMBER OF CONVICTIONS      1    X 20/    4    =    5

3.   VIOLENCE RATIO SCORE       1    X 10/    4    =    3

4.   ADJUSTMENT RATIO SCORE     0    X 30/    4    =    0

5.   ESCAPE/ABSCONDING SCORE
     ENTER 5 AT (D) IF EVER CONVICTED OF ESCAPE OR ABSCONDING
     FROM A PRIOR SUPERVISION OR INCARCERATION, OTHERWISE
     ENTER 0 (ZERO)                                              0 (D)

6.   CURRENT OFFENSE SCORE
     ENTER 10 AT (E) IF SERIOUSNESS OF CURRENT OFFENSE RATES 0
     THROUGH 7 ON CODE SHEET (B), OTHERWISE ENTER 0 (ZERO)       10 (E)

7.   PRIOR SUPERVISION HISTORY
     ENTER 5 AT (F) IF THERE WAS A TECHNICAL VIOLATION OR NEW
     OFFENSE WHILE ON SUPERVISION, OTHERWISE ENTER 0 (ZERO)      5 (F)

8.   TOTAL ADJUSTMENT SCORE
     (ADD 2 THROUGH 7, ENTER TOTAL AT (G))                       23 (G)
```

```
************************************************************************
```

```
OBRCR102          ILLINOIS DEPARTMENT OF CORRECTIONS          PAGE:     2
                  OFFENDER TRACKING SYSTEM: CR                RUN DATE: 6/28/95
                  INITIAL CLASSIFICATION REPORT               RUN TIME: 23:46:55
```

NAME: REED, LENN O.          CURRENT LOCATION: GRAHAM R&C
IDOC #: B28789                                        SEX: MALE

DANGEROUSNESS SCORE:

9.   CURRENT OFFENSE SERIOUSNESS
     ENTER 10 AT (H) IF SERIOUSNESS OF OFFENSE RATES 5 OR
     HIGHER FROM CODE SHEET B, OTHERWISE ENTER 0 (ZERO)              10 (H)

10.  EMPLOYMENT SCORE
     ENTER 10 AT (I) IF UNEMPLOYED PRIOR TO THE COMMISSION OF THE
     OFFENSE; IF FULL TIME, PART TIME OR PARTIALLY EMPLOYED, ENTER
     0 (ZERO)                                                       10 (I)

11.  AGE SCORE
     ENTER 7 AT (J) IF 22 OR UNDER, OTHERWISE ENTER 0 (ZERO)         7 (J)

12.  VIOLENT OFFENSE SCORE
     ENTER 5 AT (K) IF A PRIOR CONVICTION FOR VIOLENCE AGAINST A
     PERSON, OTHERWISE ENTER 0 (ZERO)                                0 (K)

13.  EXPECTED LENGTH OF STAY
     ENTER 3 AT (L) IF EXPECTED STAY IS GREATER THAN 3 YEARS,
     OTHERWISE ENTER 0 (ZERO)                                        0 (L)

14.  TOTAL DANGEROUSNESS SCORE
     (ADD 9 THROUGH 13)                                             27 (M)

************************************************************************

15.  ADJUSTMENT SCORE RANGE:  1          16.  DANGEROUSNESS SCORE RANGE:  1

          6 = LOW 0-17                        6 = LOW 0-17
          3 = MODERATE 18-21                  3 = MODERATE 18-21
          1 = HIGH 22+                        1 = HIGH 22+

************************************************************************

17.  SECURITY LEVEL RECOMMENDATIONS:

     A. SCORED SECURITY DESIGNATION                          MAXIMUM

     B. RECOMMENDED SECURITY DESIGNATION                     MEDIUM

************************************************************************

18.  REASONS FOR OVERRIDE:

     A. KNOWN GANG AFFILIATION
     B. MAJOR CRIMINAL CHARGES PENDING
     C. THREAT TO INSTITUTIONAL SECURITY
     D. ESCAPE RISK DESIGNATION
     E. UNDERRATED SCORED SECURITY DESIGNATION
     F. OVERRATED SCORED SECURITY DESIGNATION          X
     G. INITIAL SECURITY LEVEL RAISED DUE TO
        INSTITUTION DISCIPLINARY ACTION DURING
        RECEPTION
     H. OTHER (DOCUMENT IN SUMMARY REPORT)

************************************************************************

IDOC SUBPOENA RESPONSE                          PLAINTIFFS 000138

OERCR192 ILLINOIS DEPARTMENT OF CORRECTIONS PAGE: 4
OFFENDER TRACKING SYSTEM: CR RUN DATE: 6/28/95
INITIAL CLASSIFICATION REPORT RUN TIME: 23.46.55
CURRENT LOCATION: GRAHAM R&C

NAME: REED, LENN D.
IDOC #: 828789
SEX: MALE

************************************************************************

22. PLACEMENT RECOMENDATIONS:

INSTITUTION

1. GRAHAM

2. CENTRALIA

3. ILLINOIS RIVER

LIST BELOW ANY INSTITUTIONS NOT RECOMMENDED FOR PLACEMENT:

1.

2.

3.

4.

************************************************************************

Marcus S. Reed ______ 0914 06/29/95
COUNSELOR'S SIGNATURE CODE DATE

D McLaughlin ______ 911 6-29-95
SUPERVISOR'S SIGNATURE CODE DATE

************************************************************************

24. TRANSFER COORDINATOR'S ACTION:

FINAL SECURITY DESIGNATION: 2 ______ 04 ______
SECURITY LEVEL IF OVERRIDE, REASON

INSTITUTIONAL PLACEMENT:

Gra ______ ______ ______
NAME OF INSTITUTION CODE IF CHANGE, REASON

[signature] ______ 7/12
SIGNATURE DATE

************************************************************************

* * * END OF REPORT * * *

```
JERCR102              ILLIN   DEPARTMENT OF CORRECTION        PAGE:        3
                      O  FENDER TRACKING SYSTEM:  C           RUN DATE:  6/28/95
                      INITIAL CLASSIFICATION REPORT           RUN TIME: 23.46.55
NAME: REED, LENN, D.        CURRENT LOCATION:  GRAHAM R&C
IDOC #: 828782                                               SEX: MALE
```

********************************************************************************
```
19.  ESCAPE RISK REVIEW:  (SEE A.D.05.05.110A)        (L)  (M)  (H) (NONE)
     A.  ESCAPE FROM SECURE CONFINEMENT  /SECURITY ESCORT
         WITH/WITHOUT VIOLENCE IN THE LAST FIVE YEARS
         (DATE/SITE:                         ):             X
     B. INDICATION OF DESIRE/ WILLINGNESS TO ESCAPE BY
         SELF-ADMISSION OR PREPARATION FOR ESCAPE:                    X
     C.  OUTSTANDING IMMIGRATION/MAJOR   CRIMINAL CHARGE
         WARRANTS (TYPE:                        :            X
     D.  ESCAPE FROM AN OPEN FACILITY OR PROGRAM NOT
         INVOLVING ACTUAL OR THREATENED VIOLENCE
         (DATE/SITE:                          )
         (PAROLE ABSC:     MIL AWOL:     CCC ESCP:   )
         (BAILBOND VIOL:    MENTAL HEALTH WALKAWAY:   ):     X
     E.  ESCAPE FROM SECURE CONFINEMENT/SECURITY ESCORT
         WITH OR WITHOUT VIOLENCE OVER 5 YEARS AGO
         (DAT /SITE:                         ):             X
     F.  ADJUSTMENT, PERSONAL OR SOCIAL PROBLEMS
         WITHIN OR OUTSIDE THE INSTITUTION:                  X
     G.  TYPE/LENGTH OF SENTENCE TIME/MSR:    2 YR  0 MO
         (TIME/MSR: Y  IND:    LIF:    NLIF:    OTH:  ):  X

     H.  OTHER (                             )
         (                             ):                           X

CURRENT DESIGNATION:  PENDING       RECOMMENDED DESIGNATION:  LOW
```

********************************************************************************
```
20.  CRITERIA REVIEW:  CHECK LOWEST PLACEMENT ALLOWED BY A.D. 05.06.110A

                                           MINIMUM   MEDIUM    MAXIMUM

RECOMMENDED SECURITY LEVEL:     MEDIUM                 X

RECOMMENDED ESCAPE RISK:     LOW              X

WARRANT FLAG:      N

     TIME TO MSR:      2 YRS    0 MOS

  TIME TO BOARD DATE:     0 YRS    0 MOS

  >>>PLACEMENT ALLOWED BY A.D. CRITERIA<<<

  >>>EXCEPTION TO CRITERIA REQUESTED<<<
```
********************************************************************************
```
21. CONCERNS REQUIRING PLACEMENT  CONSIDERATION:
     A. CRITICAL MEDICAL NEEDS
     B. CRITICAL MENTAL HEALTH NEEDS
     C. PHYSICAL IMPAIRMENT                                  X
     D. KEEP SEPARATE FROM
     E. PROTECTIVE CUSTODY/SAFEKEEPING
     F. GANG AFFILIATION
     G. MAJOR CRIMINAL CHARGES PENDING
     H. OTHER CONCERNS (DOCUMENT IN SUMMARY REPORT)
```
********************************************************************************

Illinois Department of Corrections
Reception and Classification Unit

# Graham Classification Summary Report

| Inmate's Name | Number |
|---|---|
| REED, Lenn | B28789 (7/10/95) |

**PSYCHOLOGICAL:** (6/27/95) Mr. Reed states he is presently incarcerated for aggravated discharge of a firearm and has been given a four year sentence. Reed stated he "shot a guy in a house". He states he was accused of doing it and he reports that he did not perpetrate the crime. Mr. Reed was previously convicted of aggravated battery but denies juvenile criminality. Mr. Reed is thought to have average intelligence with no formalized thought disorders nor emotional defects being noted. He was oriented to time, place and person. Mr. Reed does not have a high school diploma, therefore, academic and vocational programming is being recommended. He has used marijuana and alcohol on an occasional basis and is being recommended for substance abuse counseling.



J. A. Raganich, Psychologist II

**INMATE'S VERSION OF OFFENSE:** (6/29/95) Inmate Reed is currently serving 4 years for Aggravated Discharge of a Firearm. He indicates that he was with some people when they shot a gun up in the air in Alton, Illinois.

**ENEMIES:** None noted.

**GANGS:** Gangster Disciple.

**ESCAPE RISK LEVEL:** This inmate was reviewed on 6/28/95 and placed in a low escape risk level.

**SUMMARY:** Lenn Reed is a 18-year-old, apparent first time offender to the Illinois Department of Corrections. He is currently serving 4 years for Aggravated Discharge of a Firearm. The inmate was received at the Graham R&C Unit on 6/22/95 from Madison County.

Inmate Reed indicates he was born and raised in the Alton area. His mother and father are still alive. He is single and has fathered 2 children. He reports a 11th grade education and was not working at the time. He claims no military experience, no drug or alcohol history, no mental hospital placements, no suicide attempts, no escape problems or problems as a juvenile. He has no religious preference. To the best of his knowledge there are no other charges pending and he has never been incarcerated in any other state. His leisure time activities revolve around basketball. His nearest contact in the free community is Joyce Reed, mother, 914 Riley, Alton, IL.

The Security Classification Instrument has placed this inmate in medium security. A Graham Correctional Center placement is being recommended.

Counselor's Signature: _Marna L. Reed_
D.C.A.·1519  IL·426-1132  **Marna Reed, Corr. Counselor II**
ces

R&C Supervisor's Signature: _Steve McLaughlin_
**Steve McLaughlin, R&C Unit Supervisor**

**MENTAL HEALTH EVALUATION**

**NAME: REED, Lenn**                              **NUMBER: B28789**

                                                            **DATE:      6/27/95**

**REASON FOR REFERRAL:** Mr. Reed is being processed through the R&C Unit at Graham.

**SUBJECTIVE DATA:** Mr. Reed states he is presently incarcerated for aggravated discharge of a firearm and has been given a four year sentence. Reed stated he "shot a guy in a house". He states he was accused of doing it and he reports that he did not perpetrate the crime. Mr. Reed was previously convicted of aggravated battery but denies juvenile criminality. Mr. Reed is thought to have average intelligence with no formalized thought disorders nor emotional defects being noted. He was oriented to time, place and person.

**OBJECTIVE DATA AND HISTORY:** Mr. Reed is a single male. He claims a girlfriend of two years. He has fathered two children. His parents are alive but divorced with both parents being the primary caretakers. He denies his parents being substance abusers or displaying any abusive behavior towards him while he was living in that family unit.

    Mr. Reed claims average academic skills and did not require any special education programming. He completed the 11th grade but dropped out for no apparent reason. He did not display any aggressive behavior while in school nor use drugs or alcohol.

    Mr. Reed denies any work history.

    Mr. Reed has used marijuana and occasionally alcohol. He has not submitted himself to any substance abuse counseling while in the free community. He denies any mental treatment or previous suicide attempts.

**DIAGNOSIS (provisional/final**

**AXIS I:** Deferred
**AXIS II:**

**SUMMARY AND TREATMENT PLAN:**    (6/27/95)Mr. Reed states he is presently incarcerated for aggravated discharge of a firearm and has been given a four year sentence. Reed stated he "shot a guy in a house". He states he was accused of doing it and he reports that he did not perpetrate the crime. Mr. Reed was previously convicted of aggravated battery but denies juvenile criminality. Mr. Reed is thought to have average intelligence with no formalized thought disorders nor emotional defects being noted. He was oriented to time, place and person. Mr. Reed does not have a high school diploma, therefore, academic and vocational programming is being recommended. He has used marijuana and alcohol on an occasional basis and is being recommended for substance abuse counseling.


J./A. Kaganich, Psychologist II                    **DATE:** 6/27/95
Graham Correctional Center
rlb
DCA 7157 (8/1/87)
IL 426-10643

IDOC SUBPOENA RESPONSE                                    PLAINTIFFS 000142

```
OERCR112               ILLINOIS DEPARTMENT OF CORRECTIONS        PAGE:        1
                        OFFENDER TRACKING SYSTEM                  DATE: 06/28/95
AS OF DATE: 06/28/95        EXECUTIVE SUMMARY                     TIME: 09:57:14


IDOC#: B28789   REED, LENN D.                   P A GRC-10-D -15


------------------------------ S U M M A R Y ------------------------------

INMATE REED IS A 18 YEAR OLD BLACK MALE RECEIVED ON 06/22/95 AT GRAHAM
RECEPTION CENTER AS A DIRECT FROM COURT ADMISSION.  THE CURRENT HOLDING OFFENSE
IS AGGR DISCHARGE OF A FIREARM, (A CLASS 1 FELONY), WITH A SENTENCE OF 4 YEARS.
THE COMMITTING COUNTY IS MADISON.

INMATE REED IS SERVING SENTENCES FOR:
        OFFENSE                     MIT ADMT  TIME TO SERV  CLS  CNTS  CC/CS
                                    --------  ------------  ---  ----  -----
*AGGR DISCHARGE OF A FIREARM        06/22/95  0004 00 0000   1    1     CC


CURRENT:
   ADMIT TYPE:    DIRECT FROM COURT          ADMIT DATE: 06/22/1995
   PROJ MSR DATE: 06/22/1997                 PROJ DISC:  06/22/1999
   LAST CALC DATE: 06/22/1995


------------------------ I D E N T I F I C A T I O N ------------------------

HEIGHT:       5 FT.  9 IN.           IR:
WEIGHT:       154 LBS.               BOI:
BIRTHDATE:    05/11/77  AGE: 18      FBI:
BIRTHPLACE:   ILLINOIS               SSN:

RACE:         BLACK                  DCN #1:  22988349X
ETHNIC PREF:  BLACK                  DCN #2:
HAIR COLOR:   BLACK                  DCN #3:
EYE COLOR:    BROWN                  DCN #4:

----- LOCATION MARKS/SCARS -----     -- DESCRIPTION OF MARK/SCAR---

TATTOO CHEST                         HEART,B.S. U.F.;CHEST;BITE MA


------------------------- E D U C A T I O N -------------------------

LAST SCHOOL:                         IQ SCORE:
                                     TEST DATE:
                                     TABE SCORE:
LAST GRD COMP: ELEVENTH GRADE - HIGH SCHOOL J   TEST DATE:
                                     HS DIP/GED:  NO
```

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000143

OERCR112 ILLINOIS DEPARTMENT OF CORRECTIONS PAGE: 2
OFFENDER TRACKING SYSTEM DATE: 06/28/95
AS OF DATE: 06/28/95 EXECUTIVE SUMMARY TIME: 09:57:14

IDOC#: B28789 REED, LENN D. P A GRC-10-D -15

E M P L O Y M E N T

SOURCE:

LATEST: PREVIOUS:

START DATE: 00/00 START DATE: 00/00
END DATE: 00/00 END DATE: 00/00
OCCUPATIONAL SKILLS: NONE

E M E R G E N C Y C O N T A C T S

REED, JOYCE MOTHER
914 RILEY
ALTON, IL
618-463-0319

M E D I C A L / P S Y C H O L O G I C A L

DRUGS USED: ALCOHOL
IDOC MENTAL HEALTH PLCMTS: NO
LAST PHYSICAL: 06/27/95
GENERAL CONDITION:

MEDICAL ISSUES:

MENTAL HEALTH ISSUES:
OTHER MEDICAL ISSUES:

P E R S O N A L

SOURCE:

LAST ADDRESS: 914 RILEY SINGLE
ALTON, IL 02 CHILDREN
MADISON COUNTY NONE

CITIZENSHIP: NATIVE BORN SPOKEN LANGUAGES:

```
OERCR113                ILLINOIS DEPARTMENT OF CORRECTIONS        PAGE:        1
                        OFFENDER TRACKING SYSTEM                  DATE: 06/28/95
AS OF DATE: 06/28/95    SCORING DATA SUMMARY                      TIME: 10:10:07


B28789 REED, LENN D.              HEIGHT: 5' 9"    MARITAL STATUS: SINGLE
RACE: BLACK      AGE:  18         WEIGHT: 154      PROJ MSR DATE:  06/22/1997
CURRENT ADMIT TYPE: DIRECT FROM COURT             LAST CALC DATE: 06/22/1995


-------------------- O F F E N S E   D A T A --------------------

 CURRENT                          MIT ADMT  TIME TO SERV  CLS  CNTS  CC/CS
*AGGR DISCHARGE OF A FIREARM      06/22/95  0004 00 0000   1    1    CC


 DISCHARGED
* NOT ON FILE


 OFFENSES BY CATEGORY   TOTAL NO.   OFFENSES BY CATEGORY   TOTAL NO.
VIOLENT OFFENSES            1      BURGLARY/THEFT              0
PRIOR CONVICTIONS          0      SEX OFFENSES                0
MURDER/ROBBERY             0      MINOR OFFENSES              0

-------------- O U T S T A N D I N G   W A R R A N T   D A T A --------------

      NUMBER            TYPE                    ISSUED
         * NOT ON FILE

-------------------- A K A ' S --------------------

 NAME                   EFF DATE     TYPE
 * NOT ON FILE


-------------- G A N G   A F F I L I A T I O N S --------------

 REPORTED GANG          TYPE     EFF DATE    INST   POSITION
 * NOT ON FILE


-------------- P R I O R   I N C A R C E R A T I O N --------------

  ADMIT TYPE:  * NOT ON FILE          ADMIT DATE:
  EXITED:                             EXIT DATE:
  PARENT:

  LAST SECURITY LEVEL:            EFF DATE:
  LAST ESCAPE RISK:               EFF DATE:
  LAST GRADE:


-------------- K E E P   S E P E R A T E   F R O M --------------

  IDOC #      NAME                  LOC HSE   RSN   EFF DATE   INST
```

IDOC SUBPOENA RESPONSE                          PLAINTIFFS 000145

OERCR113 ILLINOIS DEPARTMENT OF CORRECTIONS PAGE: 2
OFFENDER TRACKING SYSTEM DATE: 06/28/95
AS OF DATE: 06/28/95 SCORING DATA SUMMARY TIME: 10:10:07

828789 REED, LENN D. HEIGHT: 5' 9" MARITAL STATUS: SINGLE
RACE: BLACK AGE: 18 WEIGHT: 154 PROJ MSR DATE: 06/22/1997
CURRENT ADMIT TYPE: DIRECT FROM COURT LAST CALC DATE: 06/22/1995

DECLARES:
* NOT ON FILE

DECLARED BY:
* NOT ON FILE

—— M E D I C A L / P S Y C H O L O G I C A L ——

DRUGS USED: ALCOHOL
IDOC MENTAL HEALTH PLCMTS: NO
LAST PHYSICAL: 06/27/95
GENERAL CONDITION:

MEDICAL ISSUES:

MENTAL HEALTH ISSUES:
OTHER MEDICAL ISSUES:

—— M O V E M E N T H I S T O R Y ——

| DATE | TIME | TYPE | FROM | TO | PARENT INSTITUTION |
|---|---|---|---|---|---|
| 06/22/95 | 11 37 | ADMIT IN | ADM | GRC | GRAHAM |

—— A S S I G N M E N T H I S T O R Y ——

| LOC | ASSIGNMENT/JOB DESCRIPTION | P | STARTING DATE | ENDING DATE | TERMINATION REASON | TERMINATION DATE |
|---|---|---|---|---|---|---|
| GRC | DIAGNOSTIC, PARTICIPANT | Y | 06/22/95 | | | |
| GRC | UNASSIGNED(NO PAY), PARTICIPANT | N | 06/22/95 | 07/22/95 | CMPL | 07/22/95 |

—— T I M E A D J U S T M E N T S ——

| TYPE OF ADJUSTMENT | TIME ADJUSTED YRS MO DAYS | MAX/MIN BOTH | EFFECTIVE DATE |
|---|---|---|---|
| * NOT ON FILE | | | |

—— A D M I S S I O N H I S T O R Y ——

| LOC | ADMIT TYPE | ADMIT DATE |
|---|---|---|
| GRC | DIRECT FROM COURT | 06/22/1995 |

```
OERCR113              ILLINOIS DEPARTMENT OF CORRECTION          PAGE:       3
                      OFFENDER TRACKING SYSTEM                   DATE: 06/28/95
   AS OF DATE: 06/28/95    SCORING DATA SUMMARY                  TIME: 10:10:07


   B28789 REED, LENN D.            HEIGHT: 5' 9"    MARITAL STATUS: SINGLE
   RACE: BLACK    AGE:  18         WEIGHT: 154      PROJ MSR DATE:  06/22/1997
   CURRENT ADMIT TYPE: DIRECT FROM COURT            LAST CALC DATE: 06/22/1995


   -----------------C U R R E N T    I N C A R C E R A T I O N--------------------

   GRADE:                  A           EFFECTIVE DATE:  06/22/95
   PROJ RETURN TO "A":
   CURRENT SECURITY:       PENDING     EFFECTIVE DATE:  06/22/95
   CURRENT ESCAPE RISK:    PENDING     EFFECTIVE DATE:  06/22/95
   LAST RECLASS DATE:
   CURRENT SUPERVISION LVL:            EFFECTIVE DATE:
   LAST REVIEW DATE:       ___/___/___
```

IDOC SUBPOENA RESPONSE                          PLAINTIFFS 000147

State of Illinois - - Department of Corrections
**ADULT DIVISION**
**ADJUSTMENT COMMITTEE SUMMARY**

Page _C_ of _I_

Committed Person: _Reed_    No. _B28789_    Race: _B_

Offense Date: _3/3/96_ Time: _340_ am/pm Location: _DIETARY_ Facility: _Bucku_

Facility where Hearing Held: _Omni_    Hearing Date: _4/3/96_ Time: _11 0_ am/pm

COMMITTED PERSON REQUESTED WITNESSES: No ☒   Yes ☐, state names: _____

WITNESSES CALLED: Yes ☐, state names: _____
**(Include witnesses' statements.)**
No ☐, state reasons and explain below.

☐   Request for witness was not timely. _____

☐   Testimony would be cumulative. _____

☐   Testimony would be irrelevant. _____

☐   Calling witnesses would undermine authority or jeopardize security. _____

☐   Other (Specify) _____

RECORD OF PROCEEDINGS: _DMR reason any reasons to arriving, for 403 404 not guilty state he was smoking in between the doors_

DISPOSITION AND BASIS FOR DECISION: Based upon available evidence, the Committee finds the committed person:

☐   NOT GUILTY.    ☒ GUILTY of the offense(s) charged. (State reasons below.)

☐   GUILTY OF _____ (Offense(s) (state reasons below), but

☐   NOT GUILTY of _____ (Offense(s)).

REASONS: _based on reporting DMR by staff and inmate statement that he was smoking in between the doors_

DISCIPLINARY ACTION:

☐   Revoke Statutory Good Time or Good Conduct Credits: _____    ☐   Segregation: _____

☐   Demotion to _____ Grade for _____    ☐   Restitution: $ _____ to _____

☐   Other (specify): _V.R._

CHAIRMAN: _R. Sievers_ _____ _____
      **PRINT Name**                  **Signature**             **Race**

MEMBER: _CA Mourhis_ _____ _____
      **PRINT Name**                   **Signature**             **Race**

MEMBER: _____ _____ _____
      **PRINT Name**                   **Signature**             **Race**

☒ Approved   ☐ Not Approved:   ☐ reduce   ☐ remand   ☐ or other: _____

_4/3/96_
   Date                       CHIEF ADMINISTRATIVE OFFICER

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

_Coleman_ _____ _____ _4/4/96 8A_
Employee Serving Copy to Committed Person           When Served - Date and Time

DC 7113 (Rev. 08/88)    Distribution: 1) Master File; 2) Committed Person; 3) Facility; 4) Facility
IL 426-0513

State of Illinois -- Department of Corrections
**DISCIPLINARY REPORT**

B75

Page 1 of 1

☒ Disciplinary Report  3-30-96  Date

☐ Confinement Pending Issuance of Disciplinary Report  Date

☐ Investigative Report  Date

Committed Person: Reed    No. B-28789    Facility: BmRCC

Observation Date: 3-30-96  Time: 3:40  Location: Dietary

PRINT Employee's Name: B. House    B. House / 6:11 pm / 3-1    Employee's Signature/Time/Shift

Offense: 504 B  402 Health, Smoking or Safety Violations  403 Disobeying a Direct Order  404 Violation of Rules

Observation:

On the above date & appr. time this c/o observed I/m Reed B28789 smoking in dietary on the small side. This c/o has warned the dietary workers that if they wanted to smoke to take it outside by the entrance & exit doors. End of report.

Witnesses, if any: _____

**NOTE:** Use additional pages if necessary to describe observation and/or list witnesses.

☐ Temporary Confinement    ☐ Investigative Status    Reasons: _____

PRINT Name    Shift Supervisor's Signature and Date
(For Community Correctional Centers, Chief Adm. Off.)

☒ MAJOR, submitted to Adjustment Committee    ☒ MINOR, submitted to Program Unit

K. Flemmings    Capt K. Flemmings  3-31-96
PRINT Name    Reviewing Officer's Signature and Date

☒ Reviewed by Hearing Investigator: _____  K. Mauer    Way  4-2-96
(Adult Division Major Reports Only)    PRINT Name    Signature and Date

### PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

### PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or segregation, and/or deprived of your current grade and statutory good time or good conduct credit, and/or transferred and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

Committed Person's Signature and Number    Committed Person Refused to Sign ☒

R. Smith #148    4/1/98    8:10  am/pm
PRINT Serving Employee's Name    Serving Employee's Signature    Date and Time Served

....... (DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE) .......

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____    Committed Person's Signature and Number

....... (DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING) .......

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses:

NAME OF WITNESS: _____    Number/Cell/Title: _____

Witness can testify to: _____

NAME OF WITNESS: _____    Number/Cell/Title: _____

Witness can testify to: _____

Offense Date: _____    Committed Person's Signature and Number

DC 7984 (Rev. 04/89).    Distribution: 1) Master File; 2) Committed Person; 3) Facility; 4) Facility
IL 634-0611

State of Illinois - - Department of Corrections
**ADULT DIVISION**
**PROGRAM UNIT SUMMARY**

Page _1_ of _1_

Committed Person: _Reed_    No. _B28789_    Race: _B_

OFFENSE Date: _2-9-96_ Time: _4:30_ am/pm Location: _Dietary_ Facility: _SWICC_

Facility where Hearing Held: _SWICC_    Hearing Date: _2-14-96_    Time: _830_ am/pm

NAMES OF WITNESSES CALLED, if any: _none_
(Include witnesses' statements.)

RECORD OF PROCEEDINGS: _IDR Read I/M Plead to 305 & 308 & 304_
_Guilty no Comment_

DISPOSITION AND BASIS FOR DECISION:    ☐ Refer to Adjustment Committee.

Based upon available evidence, the Unit finds the committed person:

☐ NOT GUILTY.    ☑ GUILTY of the offense(s) charged. (Explain below.)

☐ GUILTY of _____ (Offense(s)) (explain below), but

NOT GUILTY of _____ (Offense(s)).

DECISION: _Based upon I/M's admission of Guilt_
_and Yo's written Report_

DISCIPLINARY ACTION:

☑ Demotion to B Grade for _1 mo._    ☑ Restitution: $ _____ to _____

☐ Loss of Privileges: _____    ☑ Other (specify):

_Restitution for 15 pcs Cheese_

_Sgt C Borowski_      _Sgt Cali_   cw
PRINT Hearing Officer's Name      Signature      Race

☑ Approved   ☐ Not Approved:   ☐ reduce   ☑ remand   ☐ or other: _Check business office for_
_Price & Complete form_

_2/16/96_
Date

_Edward A Green CAO_
CHIEF ADMINISTRATIVE OFFICER

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

_SG_      _2-20-96 900a_
Employee Serving Copy to Committed Person      When Served - - Date and Time

DC 7208 (Eff. 06/88)
IL 426-11610

Distribution:  1) Master File; 2) Committed Person; 3) Facility; 4) Facility

IDOC SUBPOENA RESPONSE      PLAINTIFFS 000150

State of Illinois - - Department of Corrections
**DISCIPLINARY REPORT**

Page __1__ of __1__

☒ Disciplinary Report   FEB 9, 1996
☐ Confinement Pending Issuance of Disciplinary Report ____ Date

☐ Investigative Report ____ Date

Committed Person: REED   No. B 28789   Facility: SOUTHWESTERN C.C.

Observation Date: 2-9-96   Appx 4:20   Time: ☐ am ☒ pm   Location: DIETARY

R. Smith   Rm 4:30 pm 3-11
PRINT Employee's Name     Employee's Signature/Time/Shift

Offense: 504 A) 305 THEFT 308 UNAUTHORIZED PROPERTY 304 INSOLENCE
B)
C)

Observation: On The Above date And Appx Time THIS Officer was SHAKINGdown
Inmate REED B28789 which is on houseARREST. This officer Found
Appx 15. Slices of CHEESE in Inmate REED'S Possession. (308) The
cheese Inmate REED had was STOLEN From the Dietary (305). Inmate REED
TOLD THIS Officer That HE'S ON Come Pussy Ass Bullshit Around Here (304)
THIS officer Identified Inmate REED B28789 by his ID card.
— End of Report —

Witnesses, if any: SGT BLANKENSHIP #49

**NOTE:** Use additional pages if necessary to describe observation and/or list witnesses.

☐ Temporary Confinement   ☐ Investigative Status   Reasons: ____

____
PRINT Name

Shift Supervisor's Signature and Date
(For Community Correctional Centers, Chief Adm. Off.)

☐ MAJOR, submitted to Adjustment Committee   ☒ MINOR, submitted to Program Unit
CAPTAIN ANDREW WALTER
PRINT Name                               Reviewing Officer's Signature/Date   2/9/96

☐ Reviewed by Hearing Investigator:
(Adult Division Major Reports Only)   PRINT Name   Signature and Date

PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or segregation, and/or be deprived of your current grade and statutory good time or good conduct credit, and/or transferred and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

Lenn Reed B28789
Committed Person's Signature and Number     Committed Person Refused to Sign ☐

K. Caliper                  K. Caliper           2-10-96 Appx 12:01 ☐ am ☒ pm
PRINT Serving Employee's Name   Serving Employee Signature   Date and Time Served

**(DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE)**

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: ____
____ Committed Person's Signature and Number

**(DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING)**

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses.

NAME OF WITNESS: ____   Number/Cell/Title: ____

Witness can testify to: ____

NAME OF WITNESS: ____   Number/Cell/Title: ____

Witness can testify to: ____

Offense Date: ____   ____ Committed Person's Signature and Number

DC 7205 (Rev. 06/88)   Distribution: 1) Master File; 2) Committed Person; 3) Facility; 4) Facility
IL 426-0361

IDOC SUBPOENA RESPONSE                        PLAINTIFFS 000151

②

S W I C C  **CORRECTIONAL CENTER**

AUTHORIZATION FOR DISBURSEMENT OF FUNDS

On ___2-14-96___ , ___Reed___ ___B28789___
    Month/Day/Year            Inmate Name            Number

was found guilty of violating Administrative Regulation 504 ___305___

___Theft___ , pursuant to a hearing before the
    Specify

Adjustment Committee.  The Adjustment Committee has determined that the amount of

$ ___1-41___ should be paid to ___B SWICC___

as restitution as a result of expenses or loss caused by this violation.  I hereby agree to

authorize the Illinois Department of Corrections to withdraw from my Trust Fund Account:

(Select one)

1.    A down payment of $ _____ with monthly payments of $ _____
   until the amount due is paid.

2.    Monthly payments of $ _____ until the amount due is paid.

3.    One lump sum payment of total amount due.

All payments are to be deducted from my Trust Fund Account commencing immediately and will

be due once monthly until such time as the full restitution to ___SWICC___

has been made.  I have read and understand the foregoing and agree to the terms of this

authorization.

X ___Lynn Reed___
    Inmate Signature

___B28789___
    Inmate Number

___2-14-96___
    Date

___S Green___
Witness

___90___
Title

___2-24-96___
Date

Witness

Title

Date

DCA 630 (1/95)
IL 426-00056

IDOC SUBPOENA RESPONSE                PLAINTIFFS 000152

## Educational Goal Statement for Earned Good Conduct Credit

Inmate: _REED, LENN_     IDOC#: _B-28789_  Instructor: _G. GREGORY_
　　　　Last Name　　First Name

Institution: _Southwestern Ill. C.C._  Race: _BLACK_  DOB: _5-11-77_  Age: _18_

Students are eligible for Educational Good Conduct Credit in accordance with Dept. Rule 107F.

Program:  ☐ BE  ☒ GED  ☐ Non-Credit Voc.  ☐ College Voc  ☐ 2 Yr. Degree  ☐ 4 Yr. Degree

Goal Period: ☒ 45 Instructional Days Attended  ☐ Other (Specify) _____

Program Enrollment Date _11 . 14 . 95_  Program Completion Date ____ . ____ . ____

| **(Required for BE, GED, Non-Credit Voc. and College Voc.)** | **(Required for BE, CWT and GED)** |
|---|---|
| Date Tested: _7-3-95_  TABE Level: _D_ | Date Tested: _____  TABE Level: _____ |
| Voc/Comp. Avg: __ _8_ . _5_ | Voc/Comp Avg: ___ ___ . ___ |
| Math Avg: __ _8_ . _8_ | Math Avg: ___ ___ . ___ |
| TOTAL AVG: __ _8_ . _7_ | TOTAL AVG: ___ ___ . ___ |

### Goal Statements for all Programs:

Student agrees to the following goal statements in order to receive the additional .50 Earned Good Conduct Credit for educational, work training or vocational program participation. Student understands that the achievement of additional program goals shall be required and that the failure to achieve these goals shall result in the Educational Good Conduct Credit not being awarded. Student also understands that removal from the educational, work training or vocational program for disciplinary reasons, exceeding the 15-day absence policy or the college absence policy for academic classes or voluntarily transferring to another institution will result in immediate termination from the educational or vocational program with no Earned Good Conduct Credit awarded. Early termination from the program for other reasons may result in no award of Earned Good Conduct Credit in accordance with Department Rule 107F. Student understands that the achievement goals may be revised during the goal period.

　　A.　Student will maintain appropriate classroom behavior and complete classroom assignments to the best of his/her abilities
　　B.　Student will arrive at his/her scheduled classes in a timely manner.
　　C.　Student will not exceed the following absence policy during the goal period: ☒ _15_ days

### Goal Statement for BE/GED Based on TABE Scores: (Check goals that apply)

☒ Student will maintain appropriate behavior, complete all assignments, arrive at the scheduled class in a timely manner, and not exceed the absence requirements of the program. (required).

☐ Student will meet the following performance goals: (Specify):

_____
_____
_____

Inmate will increase achievement level by:
　　☐ .5 grade level during the 45 instructional day period.
　　☐ 1.0 grade level during the 45 instructional day period.
　　☐ _____ grade levels during the 45 instructional day period.
　　☐ passing the GED exam during the 45 instructional day period.

Date GED Test Results Received: ____ . ____ . ____　☐ Pass  ☐ Fail

### Goal Statements for Non-Credit Vocational Program:

Program: _____

Inmate will successfully complete _____

_____
number of skills as specified on the vocational curriculum checklist.

Other goal statements to be included: _____

　　　　　　　PLAINTIFFS 000153

State of Illinois - Department of Corrections

**ADULT DIVISION**
**ADJUSTMENT COMMITTEE SUMMARY**

Page ___1___ of ___1___

Committed Person: Reed                              Race: Blk
B38389

Offense Date: 7 Feb 96    Offense Time: 5:15 pm    Facility: SWICC    Location: VSH Bld    Facility where Hearing Held: SWICC
Hearing Date: 2-14-96    Time: 11:03 am

COMMITTED PERSON REQUESTED WITNESSES:   Yes ☐  No ☒   state names:

WITNESSES CALLED: Yes ☐, state names:   No ☐, state reasons and explain below.
(Include witnesses' statements.)

☐ NO ☐, state reasons witness was not timely.

☐ Request for witness was not timely.

☐ Testimony would be cumulative.

☐ Testimony would be irrelevant.

☐ Calling witnesses would undermine authority or jeopardize security.

☒ Other (Specify):   None requested

RECORD OF PROCEEDINGS:
Inm read and I/H Did Quietly
to charges IO4 and IO1 with no explanation

DISPOSITION AND BASIS FOR DECISION: Based upon available evidence, the Committee finds the committed person:

☒ NOT GUILTY.   ☐ GUILTY of the offenses charged. (State reasons below.)

GUILTY OF:   IO4, IO1   (Offense(s)) (state reasons below), but

☐ NOT GUILTY of   (Offense(s)).

REASONS:   Inmate's Admission Of Guilt AND Reporting
Officers written Report Outlining Sexual Misconduct
Specifically Mentioning that the Visitor was found
with her Hands Down Inmate Reeds Pants And
THE VISIT was TERMINATED. This Committee finds I/H
REED Guilty As Charged.

DISCIPLINARY ACTION:

☐ Revoke Statutory Good Time or Good Conduct Credits:

☐ Segregation:   Grade for:   30 days   ☐ Restitution: $   ___ to ___

☒ Demotion to:   C Grade for 30 days - to maintain
☒ Other (Specify):   (Recommend no phone privileges) VSH/EVSH

CHAIRMAN:   PRINT Name: Blake McKellar   Signature: _____   Race: ___

MEMBER:   PRINT Name: _____   Signature: _____   Race: ___

MEMBER:   PRINT Name: _____   Signature: _____   Race: ___

Approved: ☒   Not Approved: ☐   remand ☐   reduce ☐   or other: ☐

CHIEF ADMINISTRATIVE OFFICER
PRINT Name: Richard A. Cowan Jr.   Date: 2-15-96

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504; Subpart F.

Employee Serving Copy to Committed Person   When Served -- Date and Time

IDOC SUBPOENA RESPONSE                              PLAINTIFFS 000154

State of Illinois -- Department of Corrections
**DISCIPLINARY REPORT**

Page 161 of 1

☒ Disciplinary Report __7 Feb 96__
   Date
☐ Confinement Pending Issuance of Disciplinary Report _____
   Date

☐ Investigative Report _____
   Date

Committed Person: __Reed, Len__    No. __B28789__    Facility: __SWICC__

Observation Date: __7 Feb 96__ Time: __apr. 5:15__ am/pm Location: __visiting room__

__K. Griffin #208__     __K Griffin apr 5:15pm 3-11pm__
PRINT Employee's Name      Employee's Signature/Time/Shift

Offense: 504 (A) __107 sexual misconduct__    __401 abuse of privileges__
    B
    C

Observation: __On the above date and approximate time this__
__officer observed visitor Peaches Hinton with her__
__hand down the pants of inmate Reed B28789__
__this is a violation of 107 sexual misconduct and__
__401 abuse of privileges__

Witnesses, if any: _____

**NOTE:** Use additional pages if necessary to describe observation and/or list witnesses.

☒ Temporary Confinement    ☐ Investigative Status    Reasons: __Nature of Offense__

__Capt Rose__         __Capt Rose__
  PRINT Name              Shift Supervisor's Signature and Date
                    (For Community Correctional Centers, Chief Adm. Off.)

☒ **MAJOR,** submitted to Adjustment Committee    ☐ **MINOR,** submitted to Program Unit

__Capt Smith__          __2-7-96__
  PRINT Name             Reviewing Officer's Signature and Date

☒ Reviewed by Hearing Investigator: __L M Hudson__     __L M Hudson 2-8-96__
  (Adult Division Major Reports Only)    PRINT Name        Signature and Date

**PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS**

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or segregation, and/or deprived of your current grade and statutory good time or good conduct credit, and/or transferred and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

Committed Person's Signature and Number _____     Committed Person Refused to Sign ☒

__A. Schipke__      __A. Schipke__      __2/8/96 2:00__ am/pm
PRINT Serving Employee's Name    Serving Employee's Signature    Date and Time Served

- - - - - - - - - - - - - - - - - - (DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE) - - - - - - - - - - - - - - - - - -

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Data: _____     _____
                  Committed Person's Signature and Number

- - - - - - - (DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING) - - - - - - -

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses:

NAME OF WITNESS: _____    Number/Cell/Title: _____

Witness can testify to: _____

NAME OF WITNESS: _____    Number/Cell/Title: _____

Witness can testify to: _____

Offense Data: _____     _____
                  Committed Person's Signature and Number

DC 7205 (Rev. 06/88)    Distribution: 1) Master File; 2) Committed Person; 3) Facility; 4) Facility
IL 426-0361

IDOC SUBPOENA RESPONSE           PLAINTIFFS 000155

STATE OF ILLINOIS — DEPARTMENT OF CORRECTIONS

**ADULT AND JUVENILE DIVISIONS**
**INCIDENT REPORT**

| Institution/Program: SWICC | Date and Time of Incident: 7 Feb 96 apx. 515p |
|---|---|

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved: YES ☐ NO ☑   B. Were Restraints/Force Used: YES ☐ NO ☑   C. Was Property Damaged: YES ☐ NO ☑

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☑   E. Were Arrests Made: YES ☐ NO ☑

F. Any Injuries/Hospitalizations: YES ☐ NO ☑   G. Were there Media Inquiries: YES ☐ NO ☑

| Inmates/Staff Involved: | | | | Witnesses to Incident: | |
|---|---|---|---|---|---|
| Name | I.D.# | Offense | Commitment Date | Name | I.D.# |
| Reed | B28789 | 107 | | | |
| | | 401 | | | |

**Statement of Facts: (NARRATIVE)** On the above date and approximate time this officer observed visitor Peaches Hinton with her hand down the pants of inmate Reed B28789 this is in violation of 401 abuse of privileges and 107 sexual misconduct Capt. Rose was called to the visiting room and the visit was terminated per the duty warden. End of statement.

Peaches Hinton
813 E 7th St.
Alton IL 62002

A/W KARRAKER Notified
VISIT TERMINATED PER A/W
IDR Completed. Inmate Placed
on House Arrest.

| B. Hoffman 205 R Griffin | apx 5:20 p 7Feb96 | | Capt Rose | APR 2-7-96 10:38 |
|---|---|---|---|---|
| Reporting Employee | Date/Time | Person Calling in Report | Person Accepting Report | Date/Time |

| Administrative Assessment: | |
|---|---|

| Chief Administrative Officer | Date/Time |
|---|---|

Distribution:  Director
Deputy Director of Appropriate Division
Deputy Director of Bureau of Inspections and Audits

Legal Services (only if restraints/force used)
File

DC 434 (4/83)
IL 426-0410

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000156

*HOUSE ARREST*

SOUTHWESTERN ILLINOIS CORRECTIONAL CENTER
CONFINEMENT/RELEASE NOTICE

2F16

Name _REED_                 Number _828789_ From Housing Unit Number _____
To Seg Cell Number _____ was placed in the following Segregation Unit classification on
_2-7-96_ at _7:00 pm_

(Date)          (Time)

*House*

~~Temporary~~ Confinement

X _____ Investigative Status

The inmate was placed in the Segregation Unit for the following reasons: (Please explain in detail the surrounding circumstances and staff member ordering confinement.)
_107- SEXUAL MISCONDUCT     401 ABUSE of PRIVILEGES_
Person Ordering Confinement _CAPT LOZE_

Inmate Escorted
by _SGT CIBOLOWSKI_

_S Banford_                         _2-7-96_
Segregation Lieutenant              Date

ADJUSTMENT COMMITTEE/ADMINISTRATIVE ACTION

[X] Inmate placed in Segregation Status _7 Feb_ ___ to ___ _15 Feb_
                                        (Date)              (Date)

    Most Serious _107_
Violation _____

[ ] Inmate released from Temporary Confinement with no discipline on _____ by
                                                      (Date)

[ ] Inmate released from Investigative Status with no discipline on _____ by
                                                      (Date)

DOUBLE CELLING INFORMATION

AGE _____              HEIGHT _____

WEIGHT _____          ENEMIES _____


Segregation Lieutenant          Date

cc:  Assistant Warden - Operations          Internal Affairs
     Assistant Warden - Programs            Segregation Supervisor
     Major                                  Segregation Unit
     Adjustment Committee                   Assignment/Placement Office
     Clinical Services Supervisor (2)       OTS Coordinator

DCA Applied for
IDOC SUBPOENA RESPONSE                      PLAINTIFFS 000157



**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Jim Edgar**
Governor

**Odie Washington**
Director

~~E X X X S X X X X X X X X X X X X X X X X X X X X X X X~~ / 950 Kingshighway / P.O. Box 50 / East St. Louis, Il. 62203-9998
Southwestern Illinois Correctional Center                     Telephone: (618) 394-2200

M E M O R A N D U M

DATE:       January 29, 1996

TO:         **Odie Washington, Director**
            **Attention:  Transfer Coordinator**

FROM:       Southwestern Illinois Correctional Center

SUBJECT:   **SUPPLEMENTAL MERITORIOUS GOOD TIME**

Name: **Lenn D. Reed**                              IDOC Number: **B28789**

Offense(s): **Agg. Discharge Firearm**                Sentence: **4 Years**

Projected Release Date: **12-5-96**      Work Release Violation Date: **N/A**

Date Received at Institution: **10-18-95**    Parole Violator: __ Yes **X** No    Outstanding Time Revoked: **N/A**

Date Received IDOC: **6-22-95**            Inmate's Present Location: **Southwestern Illinois Correctional Center**

| PRIOR MGT AWARDED | | PRIOR MGT AWARDED | | PRIOR SMGT AWARDED | |
|---|---|---|---|---|---|
| Date: **0** | Amount: **0/0** | Date: _____ | Amount: ____ | Date: _____ | Amount: ____ |
| Date: _____ | Amount: _____ | Date: _____ | Amount: ____ | Date: _____ | Amount: ____ |
| Date: _____ | Amount: _____ | Date: _____ | Amount: ____ | Date: _____ | Amount: ____ |

THE FOLLOWING CRIMES ARE EXCEPTIONS TO ANY CONSIDERATION FOR AN AWARD OF SUPPLEMENTAL MERITORIOUS GOOD TIME.

> 1. First Degree Murder  2. Reckless Homicide While Under the Influence of Alcohol or Any Other Drug  3. Aggravated Kidnapping  4. Kidnapping  5. Aggravated Criminal Sexual Assault  6. Rape  7. Criminal Sexual Assault  8. Deviate Sexual Assault  9. Aggravated Criminal Sexual Abuse  10. Aggravated Indecent Liberties With a Child  11. Indecent Liberties With a Child  12. Child Pornography  13. Heinous Battery  14. Aggravated Battery of a Spouse  15. Aggravated Battery of a Spouse with a Firearm  16. Aggravated Battery  17. Endangering the Life or Health of a Child  18. Cruelty to a Child  19. Narcotics Racketeering  20. Stalking  21. Aggravated Stalking

In accordance with D.R. 107, I recommend that  **90**  days of Meritorious Good Time be awarded to the above named committed person for the reasons stated below.

Months considered: (**JAN**)  FEB    MAR    APR    MAY    JUN    JUL    AUG    SEP    OCT   (**NOV**) (**DEC**)

| Days: | | Comments: |
|---|---|---|
| **45** | Program Completion  Substance Abuse Program | Submitted simultaneously with MGT. |
| **45** | Job Performance  GED Student | |
| ___ | Behavior Record | |
| ___ | Other | |

| Submitted By: _____ CCIII Date 1/28/96 | Chief Administrative Officer _____ Date 1-30-96 |
|---|---|

In accordance with Illinois Compiled Statutes, 730 ILCS 5/3-6-3, paragraph 1003-6-3, I have determined to award ____ days of Supplemental Meritorious Good Time.

_____          _____
Odie Washington, Director                          Date

DCA 5299 (rev. 9/93) IL 426-15566

Printed on Recycled Paper

IDOC SUBPOENA RESPONSE                                    PLAINTIFFS 000158

**IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT**
**MADISON COUNTY, ILLINOIS**

THE PEOPLE OF THE STATE OF ILLINOIS

vs.

LENN D. REED
B/M DOB: 5/11/77
33 Sullivan Drive
Alton, IL



No. 94-CF-2245
COUNT I - CLASS 1
COUNT II - CLASS 4

FILED
JAN 1 2 1995
CLERK OF CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY ILLINOIS

**I N D I C T M E N T**

On this 12th day of January, 1995, the Grand Jury, chosen, and sworn for the County of Madison, in the name and by the authority of the People of the State of Illinois, charges that:

**LENN D. REED**

on the 26th day of December, 1994, at and in the County of Madison, in the State of Illinois, committed the offense of:

**COUNT I - AGGRAVATED DISCHARGE OF A FIREARM** — in that said defendant knowingly discharged a firearm in the direction of another person or in the direction of a vehicle, being a 1978 Chevrolet Van, which said defendant knew to be occupied, in violation of 720 ILCS 5/24-1.2(a)(1), and against the peace and dignity of the People of the State of Illinois.

**COUNT II - MOB ACTION** — in that said defendant knowingly and by use of force and violence disturbed the peace, in that he, while acting together with Michael R. Rippley and Richard E. Pittman and without authority of law discharged a firearm, thereby inflicting injury upon Mariesha A. Samuels,

in violation of 720 ILCS 5/5/25-1(a)(1), and against the peace and dignity of the People of the State of Illinois.

A TRUE BILL
_Glenn Bequeath Jr._
Foreperson of the Grand Jury

The within indictment returned in open court this 12th of January, 1995.

Bail set at $_____.    Warrant of Arrest ordered to issue.

_C. Ande Romani_
Judge of the Circuit Court

**WITNESSES:** Detectives Bill Taul & Jerry Cooley, Alton Police Dept.

IDOC SUBPOENA RESPONSE    PLAINTIFFS 000159



**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Jim Edgar**
Governor

**Odie Washington**
Director

Southwestern Illinois Correctional Center / Caller Service 50, 950 Kingshighway / East St. Louis, Il. 62203-0050
Telephone: (618) 394-2200 TDD: (800) 526-0844

# MEMORANDUM

DATE:    January 29, 1996

TO:      Odie Washington, Director
         Attention:  Transfer Coordinator

FROM:    Southwestern Illinois Correctional Center

SUBJECT:  **MERITORIOUS  GOOD  TIME**

Name: __Lenn D. Reed_____    IDOC Number: __B28789__

Offense(s): __Agg. Discharge Firearm_____    Sentence: __4 years_____

Projected Release Date: __12-6-96___    Work Release Violation Date: __N/A_____

Date Received at Institution: __10-18-95__    Parole Violator: __ Yes _X_ No  Outstanding Time Revoked: __N/A__

Date Received IDOC: __6-22-95__    Inmate's Present Location: __Southwestern Illinois Correctional Center__

| Prior MGT Awarded | | Prior MGT Awarded | |
|---|---|---|---|
| Date: __0__  Amount: __0__ | | Date: _____  Amount: ____ | |
| Date: _____  Amount: ___ | | Date: _____  Amount: ____ | |
| Date: _____  Amount: ___ | | Date: _____  Amount: ____ | |

In Accordance with D.R. 107, I recommend that __90__ days of Meritorious Good Time be awarded to the above named committed person for the reasons stated below.
Months Considered: (JAN) FEB MAR APR MAY JUN JUL AUG SEP OCT (NOV)(DEC)

Days:

| | | | Comments: _____ |
|---|---|---|---|
| _45_ | Program Completion | __Substance Abuse Program__ | __Submitted simultaneously with SMGT.__ |
| _45_ | Job Performance | __GED Student__ | _____ |
| ____ | Behavior Record | _____ | _____ |
| ____ | Other | _____ | _____ |

Submitted by: _____ Date
_(signature)_ C/O III  1/29/96

Chief Administrative Officer  Date
_(signature)_  1.30.96

In accordance with Illinois Revised Statutes, Chapter 38, paragraph 1003-6-3, I have determined to award _____ days of Meritorious Good Time.

_____        _____

Odie Washington, Director        Date

DC 5250 (rev. 07/91) IL 426-0961

Printed on Recycled Paper

**ILLINOIS DEPARTMENT OF CORRECTIONS**

Jim Edgar
Governor

Odie Washington
Director

Southwestern Illinois Correctional Center    950 Kingshighway   P.O. Box 50   East St. Louis IL 62203-9998
Telephone: (618) 394-2200

M E M O R A N D U M

DATE:    January 29, 1996

TO:    Odie Washington, Director
       Attention:  Transfer Coordinator

FROM:    Southwestern Illinois Correctional Center

SUBJECT:    **SUPPLEMENTAL MERITORIOUS GOOD TIME**

Name: Lern D. Reed                                          IDOC Number: B28789

Offense(s): Agg. Discharge Firearm                          Sentence: 4 Years

Projected Release Date: 12-6-96      Work Release Violation Date: N/A

Date Received at Institution: 10-18-95    Parole Violator: Yes X No   Outstanding Time Revoked: N/A

Date Received IDOC: 6-22-95          Inmate's Present Location: Southwestern Illinois Correctional Center

| PRIOR MGT AWARDED | | PRIOR MGT AWARDED | | PRIOR SMGT AWARDED | |
|---|---|---|---|---|---|
| Date: 0 | Amount: 0 | Date: | Amount: | Date: | Amount: |
| Date: | Amount: | Date: | Amount: | Date: | Amount: |
| Date: | Amount: | Date: | Amount: | Date: | Amount: |

THE FOLLOWING CRIMES ARE EXCEPTIONS TO ANY CONSIDERATION FOR AN AWARD OF SUPPLEMENTAL MERITORIOUS GOOD TIME.

1. First Degree Murder  2. Reckless Homicide While Under the Influence of Alcohol or Any Other Drug  3. Aggravated Kidnapping  4. Kidnapping  5. Aggravated Criminal Sexual Assault  6. Rape  7. Criminal Sexual Assault  8. Deviate Sexual Assault  9. Aggravated Criminal Sexual Abuse  10. Aggravated Indecent Liberties With a Child  11. Indecent Liberties With a Child  12. Child Pornography  13. Heinous Battery  14. Aggravated Battery of a Spouse  15. Aggravated Battery of a Spouse with a Firearm  16. Aggravated Battery  17. Endangering the Life or Health of a Child  18. Cruelty to a Child  19. Narcotics Racketeering  20. Stalking  21. Aggravated Stalking

In accordance with D.R. 107, I recommend that    90    days of Meritorious Good Time be awarded to the above named committed person for the reasons stated below.

Months considered:  (JAN)  FEB  MAR  APR  MAY  JUN  JUL  AUG  SEP  OCT  (NOV)  (DEC)
Days:                                          Comments:

45   Program Completion   Substance Abuse Program          Submitted simultaneously with MGT.

45   Job Performance   GED Student

     Behavior Record

     Other

Submitted By: _____ CCII   Date: 1/29/96

Chief Administrative Officer: _____ Date: 1-30-96

In accordance with Illinois Compiled Statutes, 730 ILCS 5/3-6-3, paragraph 1003-6-3, I have determined to award ___ days of Supplemental Meritorious Good time.

_____                                     _____
Odie Washington, Director                            Date

DCA 5299 (rev. 9/93) IL 426-15566                Printed on Recycled Paper

## IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
## MADISON COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS

vs.

LENN D. REED
B/M  DOB:  5/11/77
33 Sullivan Drive
Alton, IL



No.  94-CF-2245
COUNT I - CLASS 1
COUNT II - CLASS 4

FILED
JAN 1 2 1995

CLERK OF CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

## INDICTMENT

On this 12th day of January, 1995, the Grand Jury, chosen, and sworn for the County of Madison, in the name and by the authority of the People of the State of Illinois, charges that:

### LENN D. REED

on the 26th day of December, 1994, at and in the County of Madison, in the State of Illinois, committed the offense of:

**COUNT I - AGGRAVATED DISCHARGE OF A FIREARM** — in that said defendant knowingly discharged a firearm in the direction of another person or in the direction of a vehicle, being a 1978 Chevrolet Van, which said defendant knew to be occupied, in violation of 720 ILCS 5/24-1.2(a)(1), and against the peace and dignity of the People of the State of Illinois.

**COUNT II - MOB ACTION** — in that said defendant knowingly and by use of force and violence disturbed the peace, in that he, while acting together with Michael R. Rippley and Richard E. Pitman and without authority of law discharged a firearm, thereby inflicting injury upon Mariesha A. Samuesha,

in violation of 720 ILCS 5/5/25-1(a)(1), and against the peace and dignity of the People of the State of Illinois.

A TRUE BILL

_Steve Bennett Jr._
Foreperson of the Grand Jury

The within indictment returned in open court this 12th of January, 1995.

Bail set at $_____    Warrant of Arrest ordered to issue.

_C. Ardoy Romani_
Judge of the Circuit Court

**WITNESSES:**  Detectives Bill Taul & Jerry Cooley, Alton Police Dept.

DF-16

State of Illinois - - Department of Corrections
**ADULT DIVISION**
**PROGRAM UNIT SUMMARY**

Page 1 of 1

Committed Person: Reed    No. B28789    Race: B

OFFENSE Date 1-19-96    Time: 11⁵⁰    ~~am~~ (pm)   Location: Hu 2 F 16    Facility: Swice

Facility where Hearing Held: Swice    Hearing Date: 1-25-96    Time: 3²⁰    ~~am~~ (pm)

NAMES OF WITNESSES CALLED, if any: none called
(Include witnesses' statements.)

RECORD OF PROCEEDINGS: IDR read inmate pleads to charge you not guilty he wasn't smoking then he changed his plead to guilty.

_____
_____
_____
_____
_____
_____
_____
_____

DISPOSITION AND BASIS FOR DECISION:    ☐ Refer to Adjustment Committee.

Based upon available evidence, the Unit finds the committed person:

☐ NOT GUILTY.    ☑ GUILTY of the offense(s) charged. (Explain below.)

☐ GUILTY of _____ (Offense(s)) (explain below), but

NOT GUILTY of _____ (Offense(s)).

DECISION Based on inmates own admission of guilt & EO's written report

_____
_____
_____
_____

DISCIPLINARY ACTION:

☐ Demotion to B Grade for _____    ☐ Restitution: $ _____ to _____

☐ Loss of Privileges: _____    ☒ Other (specify): UR

_____

Pam Foltz
**PRINT Hearing Officer's Name**

Pam Foltz (W)
**Signature**    **Race**

☒ Approved    ☐ Not Approved:    ☐ reduce    ☐ remand    ☐ or other.

1-26-96
**Date**

Edward A Green Jr mm
**CHIEF ADMINISTRATIVE OFFICER**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

_____    1-26-96    5:00 PM
**Employee Serving Copy to Committed Person**    **When Served - - Date and Time**

DC 7208 (Eff. 08/88)    Distribution: 1) Master File; 2) Committed Person; 3) Facility; 4) Facility
IL 426-11610

IDOC SUBPOENA RESPONSE    PLAINTIFFS 000163

State of Illinois - - Department of Corrections
**DISCIPLINARY REPORT**

Page __1__ of __1__

☒ Disciplinary Report __1-19-96__     ☐ Confinement Pending Issuance of Disciplinary Report _____
Date                                                                                              Date

☐ Investigative Report _____
Date

Committed Person: __Reed__     No. __B28789__     Facility: __Southwestern C.C.__

Observation Date: __1-19-96__     Time: __11:53pm__ am/(pm)     Location: __HU 2 F DORM 16__

__Clo J. Mitchell__ (signature: J. Mitchell)     __2 3/4__     __11-7__
PRINT Employee's Name          Employee's Signature/Time/Shift

Offense: 504 (A) __404 Violation of rules     Page 15 Rule 8__

Observation: __On the above date and approximate time while doing__
__security checks on HU 2 wing this c/o observed inmate Reed__
__(B 28789) smoking in F DORM. Inmate Reed was verified__
__by his I.D. card and bed chart. — End Report__

_____
_____
_____
_____

Witnesses, if any: _____

**NOTE:** Use additional pages if necessary to describe observation and/or list witnesses.

☐ Temporary Confinement     ☐ Investigative Status     Reasons: _____
_____
_____

_____          _____
PRINT Name                                Shift Supervisor's Signature and Date
                                          (For Community Correctional Centers, Chief Adm. Off.)

☐ **MAJOR**, submitted to Adjustment Committee     ☒ **MINOR**, submitted to Program Unit
_____          _____ 11/29/86
PRINT Name                                Reviewing Officer's Signature and Date

☐ Reviewed by Hearing Investigator:
(Adult Division Major Reports Only)     PRINT Name _____     Signature and Date _____

PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or segregation, and/or deprived of your current grade and statutory good time or good conduct credit, and/or transferred and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

_____          Refused Copy
Committed Person's Signature and Number     Committed Person Refused to Sign  ☒

_____          _____
PRINT Serving Employee's Name     Serving Employee's Signature     Date and Time Served __1-20-96 AO 8:30__ am/(pm)

- - - - - - - - - - - - - - - - - (DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE) - - - - - - - - - - - - - - - - -

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____          _____
                                       Committed Person's Signature and Number

- - - - - - - - - - (DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING) - - - - - - - - - -

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses:

NAME OF WITNESS: _____     Number/Cell/Title: _____

Witness can testify to: _____

NAME OF WITNESS: _____     Number/Cell/Title: _____

Witness can testify to: _____

Offense Date: _____          _____
                                       Committed Person's Signature and Number

DC 7205 (Rev. 06/86)     Distribution: 1) Master File; 2) Committed Person; 3) Facility; 4) Facility
IL 426-0361

IDOC SUBPOENA RESPONSE          PLAINTIFFS 000164

State of Illinois -- Department of Corrections
**ADULT DIVISION**
**PROGRAM UNIT SUMMARY**

Page 1 of 1

Committed Person: REED    No. B28789    Race: B

OFFENSE Date: 12-30-95    Time: APPROX 1202 am/pm    Location: HU2 C DORM    Facility: SWICC

Facility where Hearing Held: SWICC    Hearing Date: 1-2-96    Time: 955 am/pm

NAMES OF WITNESSES CALLED, if any: _____

(include witnesses' statements.)

RECORD OF PROCEEDINGS: RDR READ I/M PLEADS TO CHARGE 404 Not Guilty. Inmate stated he was sitting in chair in dorm because he did not want to move around during count

DISPOSITION AND BASIS FOR DECISION:    ☐ Refer to Adjustment Committee.

Based upon available evidence, the Unit finds the committed person:

☐ NOT GUILTY.    ☒ GUILTY of the offense(s) charged.  (Explain below.)

☐ GUILTY of _____ (Offense(s)) (explain below), but

NOT GUILTY of _____ (Offense(s)).

DECISION: Based on written report and Inmate admitting he was in chair @ in the dorm.

DISCIPLINARY ACTION:

☐ Demotion to B Grade for _____    ☐ Restitution: $ _____ to _____

☐ Loss of Privileges: _____    ☒ Other (specify): VR

Sgt. West    Sgt. West    W
PRINT Hearing Officer's Name    Signature    Race

☒ Approved    ☐ Not Approved:    ☐ reduce    ☐ remand    ☐ or other: _____

1/2/96    Edward A Green
Date    CHIEF ADMINISTRATIVE OFFICER

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

C/O Larry Fox    1/2/96    9:10 pm
Employee Serving Copy to Committed Person    When Served - - Date and Time

DC 7208 (Eff. 08/88)    Distribution: 1) Master File; 2) Committed Person; 3) Facility; 4) Facility
IL 426-11810

IDOC SUBPOENA RESPONSE    PLAINTIFFS 000165

A02 C-6

State of Illinois — Department of Corrections
**DISCIPLINARY REPORT**

Page ____ of ____

☐ Disciplinary Report _12-30-95_
Date

☐ Confinement Pending Issuance of Disciplinary Report _____ Date

☐ Investigative Report _____ Date

Committed Person: _Risto D_ No. _B28789_ Facility _Southwestern_

Observation Date: _12-8-95_ Time: _1202_ ☐am ☐pm Location: _C DORM_

_Jo Owens_
PRINT Employee's Name

_Jo Owens 800am 11-7_
Employee's Signature/Time/Shift

Offense: 504 B _404 Violation of Rules_

Observation: _On the above date and approx time
this officer was conducting count when this
officer discovered inmate Read sitting in
a dayroom chair, A clear violation of the Rules
I Ded By J.O._

Witnesses, if any: _____

**NOTE:** Use additional pages if necessary to describe observation and/or list witnesses.

☐ Temporary Confinement  ☐ Investigative Status  Reasons: _____

_____
PRINT Name

_____
Shift Supervisor's Signature and Date
(For Community Correctional Centers, Chief Adm. Off.)

☐ **MAJOR,** submitted to Adjustment Committee  ☒ **MINOR,** submitted to Program Unit

_Capt Smith_
PRINT Name

_Capt ____ 12/30/95_
Reviewing Officer's Signature and Date

☐ Reviewed by Hearing Investigator: _____
(Adult Division Major Reports Only)        PRINT Name

_____
Signature and Date

PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or segregation, and/or deprived of your current grade and statutory good time or good conduct credit, and/or transferred and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

_____
Committed Person's Signature and Number

Committed Person Refused to Sign ☐

_L.M. 0102_
PRINT Serving Employee's Name

_J.M. 0102_
Serving Employee's Signature

_12-30-95_ _10:30_ ☐am ☐pm
Date and Time Served

(DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE)

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____

_____
Committed Person's Signature and Number

(DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING)

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses:

NAME OF WITNESS: _____ Number/Cell/Title: _____

Witness can testify to: _____

NAME OF WITNESS: _____ Number/Cell/Title: _____

Witness can testify to: _____

Offense Date: _____

_____
Committed Person's Signature and Number

DC 7205 (Rev. 06/88)    Distribution: 1) Master File; 2) Committed Person; 3) Facility; 4) Facility
IL 426-0361

IDOC SUBPOENA RESPONSE

PLAINTIFFS 000166

2C6

State of Illinois - - Department of Corrections
**ADULT DIVISION**
**ADJUSTMENT COMMITTEE SUMMARY**

Page 1 of 1

Committed Person: _Reed_    No. _B28789_    Race: _B_

Offense Date: _12.25.95_ Time: @ _8:00_ am/pm Location: _Inmate Shakedown Down Room_ Facility: _SWICC_

Facility where Hearing Held: _Sw ICC_    Hearing Date: _12/29_    Time: _9:00_ am/pm

COMMITTED PERSON REQUESTED WITNESSES:    No ☑  Yes ☐, state names: _____

WITNESSES CALLED: Yes ☐, state names: _____
**(Include witnesses' statements.)**
No ☐, state reasons and explain below.

☐ Request for witness was not timely. _____
☐ Testimony would be cumulative. _____
☐ Testimony would be irrelevant. _____
☐ Calling witnesses would undermine authority or jeopardize security. _____
☐ Other (Specify) _____

RECORD OF PROCEEDINGS: _IDR Read I/m Plead to Chgs 205, 404 Affilated with the G.D. organization. I/M said that it wasn't a gang sign in the picture and why would someone take a picture if he was throwing gang signs. Pleads not guilty_

DISPOSITION AND BASIS FOR DECISION: Based upon available evidence, the Committee finds the committed person:

☐ NOT GUILTY.    ☑ GUILTY of the offense(s) charged. (State reasons below.)
☐ GUILTY OF _____ (Offense(s)) (state reasons below), but
☐ NOT GUILTY of _____ (Offense(s)).

REASONS: _Based on reporting officers written report that I/M was displaying gang signs with photo as physical evidence and inmates admission to being affiliated with being a member of the G.D organization_

DISCIPLINARY ACTION:

☐ Revoke Statutory Good Time or Good Conduct Credits:    ☐ Segregation:
☐ Demotion to _____ Grade for _____    ☐ Restitution: $ _____ to _____
☑ Other (specify): _2 wks yard and gym denial. 5 Jan - 18 Jan 96_

CHAIRMAN: _Jill Trudell_    Signature: _Jill Trudell_    Race: _W_
        PRINT Name

MEMBER: _HENRY COLEMAN_    Signature: _Henry Coleman_    Race: _B_
        PRINT Name

MEMBER: _____    Signature: _____    Race: _____
        PRINT Name

☑ Approved    ☐ Not Approved:    ☐ reduce    ☐ remand    ☐ or other: _____

_12/29/95_    _Edward A Green_
Date            CHIEF ADMINISTRATIVE OFFICER

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

_JMDella_    _12-29-95_    _1:00_
Employee Serving Copy to Committed Person    When Served - - Date and Time

DC 7113 (Rev. 06/88)    Distribution: 1) Master File; 2) Committed Person; 3) Facility; 4) Facility
IL 426-0313

IDOC SUBPOENA RESPONSE    PLAINTIFFS 000167

H.U.2 C-6

Page _1_ of _2_

State of Illinois - - Department of Corrections
**DISCIPLINARY REPORT**

☒ Disciplinary Report _12-25-95_      ☐ Confinement Pending Issuance of Disciplinary Report _____ Date
Date

☐ Investigative Report _____
Date

Committed Person: _REED_      No. _B28769_ Facility: _SWCC_
Observation Date: _12-25-95_ Time: _Aprox 8:00_ am/pm Location: _INMATE SHAKE DOWN ROOM_
_C/O T. PIATZ_      _96 7&4_
PRINT Employee's Name      Employee's Signature/Time/Shift

Offense: 504 A _205 GANG OR UNAUTHORIZED ORGANIZATIONAL ACTIVITY_
          B
          C _404 VIOLATION OF RULES PAGE 19 #54 INMATE HANDBOOK_

Observation: _ON the Above date + Time this officer observed_
_A picture with inmate REED INVOLVED in throwing gang signs,_
_This officer identified REED by FACE & I.D. This picture_
_was TAKEN FROM INMATE BAKER (B28307) while being_
_Shook down After A visit earlier on this same date._

Witnesses, if any: _____

**NOTE:** Use additional pages if necessary to describe observation and/or list witnesses.

☐ Temporary Confinement    ☐ Investigative Status    Reasons: _____

_____
PRINT Name                                   Shift Supervisor's Signature and Date
                                             (For Community Correctional Centers, Chief Adm. Off.)

☒ **MAJOR,** submitted to Adjustment Committee    ☐ **MINOR,** submitted to Program Unit
_D. Laurent_      _12/25/95_
PRINT Name                         Reviewing Officer's Signature and Date
☒ Reviewed by Hearing Investigator:    _SF Green_      _SF Green 12-26-95_
(Adult Division Major Reports Only)      PRINT Name                Signature and Date

PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or segregation, and/or deprived of your current grade and statutory good time or good conduct credit, and/or transferred and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

_____                              Committed Person Refused to Sign ☒
Committed Person's Signature and Number

_C/O Crews_      _C/O Crews_ _216_ _12-25-95_ _11:30 am/pm_
PRINT Serving Employee's Name    Serving Employee's Signature    Date and Time Served

- - - - - - - - - (DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE) - - - - - - - - -

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____
                                   _____
                                   Committed Person's Signature and Number

- - - - - - (DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING) - - - - - -

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses:

NAME OF WITNESS: _____ Number/Cell/Title: _____

Witness can testify to: _____

NAME OF WITNESS: _____ Number/Cell/Title: _____

Witness can testify to: _____

Offense Date: _____
                                   _____
                                   Committed Person's Signature and Number

DC 7205 (Rev. 06/88)    Distribution: 1) Master File; 2) Committed Person; 3) Facility; 4) Facility
IL-426-0061

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000168

HU2 C-6
Page 2 of 2

State of Illinois -- Department of Corrections
**DISCIPLINARY REPORT/SUMMARY**
(Continuation Page)

☒ Disciplinary Report    ☐ Disciplinary Summary

Committed Person: REED    No. B38789
Offense Date: 12-25-95  Time: Approx 8:00 pm  Location: Room  Facility: SWCC

This officer Recognized the signs as part
of the Black Ganster Disciples due to
training at the Illinois Department of corrections
training Academy. end of Report

DC 7212 (Eff. 06/88)    Distribution: 1) Master File; 2) Committed Person; 3) Facility; 4) Facility
IL 426-11612

IDOC SUBPOENA RESPONSE            PLAINTIFFS 000169

State of Illinois - Department of Corrections
**ADULT DIVISION**
**ADJUSTMENT COMMITTEE SUMMARY**

2C6    Page 1 of 1

Committed Person: _Reed_    No. _B28789_    Race: _B_

Offense Date: _12-27-95_    Time: @ _12:55_ am/pm   Location: _School_    Facility: _S.C.I.C.C_

Facility where Hearing Held: _S.I.C.C_    Hearing Date: _12/29/95_    Time: _9:00_ am/pm

COMMITTED PERSON REQUESTED WITNESSES: No ☑    Yes ☐, state names: _____

WITNESSES CALLED: Yes ☐, state names: _____
**(Include witnesses' statements.)**
No ☐, state reasons and explain below.

☐ Request for witness was not timely. _____

☐ Testimony would be cumulative. _____

☐ Testimony would be irrelevant. _____

☐ Calling witnesses would undermine authority or jeopardize security. _____

☐ Other (Specify) _____

RECORD OF PROCEEDINGS: _IDR Read I/m pleads to Chgs 307_
_Was sleep and no one woke him up after chow. Went to_
_school after he woke up. This was about 12:55PM when he_
_finally arrived at school. Said he meant to go to school_
_but fell asleep after lunch.    Pleads not Guilty_

DISPOSITION AND BASIS FOR DECISION: Based upon available evidence, the Committee finds the committed person:

☐ NOT GUILTY.    ☑ GUILTY of the offense(s) charged. (State reasons below.)

☐ GUILTY OF _____ (Offense(s)) (state reasons below), but

☐ NOT GUILTY of _____ (Offense(s)).

REASONS: _Based on reporting officers written report the_
_I/M arrived late to school and I/M's admission to arriving_
_late to school_

DISCIPLINARY ACTION:

☐ Revoke Statutory Good Time or Good Conduct Credits: _____    ☐ Segregation: _____

☐ Demotion to _____ Grade for _____    ☐ Restitution: $ _____ to _____

☑ Other (specify) _Verbal Reprimand (VR)_

CHAIRMAN: _Jill Trudell_    Signature _Jill Trudell_    Race _W_
    PRINT Name

MEMBER: _HENRY COLEMAN_    Signature _Henry Coleman_    Race _B_
    PRINT Name

MEMBER: _____    Signature _____    Race _____
    PRINT Name

☑ Approved    ☐ Not Approved:    ☐ reduce    ☐ remand    ☐ or other: _____

_12/29/95_    _Edward R. Guard_
Date    CHIEF ADMINISTRATIVE OFFICER

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

_L.M. Olds_    _12-28-95_    _1:00_
Employee Serving Copy to Committed Person    When Served – – Date and Time

DC 7113 (Rev. 06/86)    Distribution: 1) Master File; 2) Committed Person; 3) Facility; 4) Facility
IL 426-0313

State of Illinois - - Department of Corrections
**DISCIPLINARY REPORT**

Page __1__ of __1__

☒ Disciplinary Report _12-27-95_
Date

☐ Confinement Pending Issuance of Disciplinary Report _____
Date

☐ Investigative Report _____
Date

Committed Person: _Reed_    No. _B 28789_    Facility: _Southwestern Il_

Observation Date: _12-27-95_    Time: _1255_  am/**pm**    Location: _School_

_C/O D. Evans  #232_    _D. Evans  12³³pm  7-3_
PRINT Employee's Name            Employee's Signature/Time/Shift

Offense: 504 B
C    _# 307 - Unauthorized Movement_

Observation: _On 12-27-95 at 1255pm inmate Reed B 28789 came_
_to school late for Mr. Gregory's class "pre-GED" which starts at_
_12³²pm to 3½pm. Count cleared at 1238pm_

Witnesses, if any: _____

**NOTE:** Use additional pages if necessary to describe observation and/or list witnesses.

☐ Temporary Confinement    ☐ Investigative Status    Reasons: _____

_____
PRINT Name

_____
Shift Supervisor's Signature and Date
(For Community Correctional Centers, Chief Adm. Off.)

☒ **MAJOR**, submitted to Adjustment Committee    ☐ **MINOR**, submitted to Program Unit

_D. Laurant_    _Capt. D. Laurant_  12/27/95
PRINT Name            Reviewing Officer's Signature and Date

☒ Reviewed by Hearing Investigator    _L m Hudson_    _L m Hud_  12-28-95
(Adult Division Major Reports Only)    PRINT Name    Signature and Date

**PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS**

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or segregation, and/or deprived of your current grade and statutory good time or good conduct credit, and/or transferred and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

_____    Committed Person Refused to Sign ☒    _RR008_
Committed Person's Signature and Number

_C/O Allen_    _Ronnie D Allen_  12-27-95  1123 am/pm
PRINT Serving Employee's Name    Serving Employee's Signature    Date and Time Served

- - - - - (DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE) - - - - -

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____    _____
Committed Person's Signature and Number

- - - - - (DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING) - - - - -

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses:

NAME OF WITNESS: _____    Number/Cell/Title: _____

Witness can testify to: _____

NAME OF WITNESS: _____    Number/Cell/Title: _____

Witness can testify to: _____

Offense Date: _____    _____
Committed Person's Signature and Number

DC 7205 (Rev. 06/88)    Distribution: 1) Master File; 2) Committed Person; 3) Facility; 4) Facility
IL 426-0361

State of Illinois - Department of Corrections
**ADULT DIVISION**
**PROGRAM UNIT SUMMARY**

Page __1__ of __1__

Committed Person: _Reed_ No. _B28789_ Race: _B_

OFFENSE Date: _12/10/95_ Time: _12:20_ am/pm Location: _HU 2_ Facility: _SWICC_

Facility where Hearing Held: _SWICC_ Hearing Date: _12-15-95_ Time: _2:02_ am/pm

NAMES OF WITNESSES CALLED, if any: _no_
(include witnesses' statements.)

RECORD OF PROCEEDINGS: _IDR read, I/M pleads to chg 402 not guilty_
_There was 4 or 5 of us in the bathroom_
_he pick me out There was a cigarette_

_____

DISPOSITION AND BASIS FOR DECISION: ☐ Refer to Adjustment Committee.

Based upon available evidence, the Unit finds the committed person:

☐ NOT GUILTY. ☑ GUILTY of the offense(s) charged. (Explain below.)

☐ GUILTY of _____ (Offense(s)) (explain below), but

NOT GUILTY of _____ (Offense(s)).

DECISION: _Reporting Employee report and admission of_
_being in the bathroom where a cigarette_
_was found Note House 2 is a non-_
_smoking house_

DISCIPLINARY ACTION:

☐ Demotion to B Grade for _____   ☐ Restitution: $ _____ to _____

☐ Loss of Privileges: _____   ☑ Other (specify): _Usr Rp._

_House Change_

_Lt. Holtmann_
**PRINT Hearing Officer's Name**   _[signature]_ **Signature**   _W_ **Race**

☑ Approved ☐ Not Approved: ☐ reduce ☐ remand ☐ or other: _____

_12-20-95_
**Date**

_Edward A. Greene PhD_
**CHIEF ADMINISTRATIVE OFFICER**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

_Hamilton_
**Employee Serving Copy to Committed Person**

_12-21-95_   _9:44 am_
**When Served - - Date and Time**

DC 7286 (Eff. 06/98)   Distribution: 1) Master File; 2) Committed Person; 3) Facility; 4) Facility
IL 426-11610

**IDOC SUBPOENA RESPONSE**   **PLAINTIFFS 000172**

State of Illinois - Department of Corrections
**DISCIPLINARY REPORT**

Page 1 of 1

☒ Disciplinary Report  10 DEC 95
_____
Date

☐ Confinement Pending Issuance of Disciplinary Report _____
Date

☐ Investigative Report _____
Date

Committed Person: REED, LEN    No. B28789    Facility: SULICC

Observation Date: 10/DEC/95  Time: 1220  am/pm  Location: HU2  C6

CHARLES W MASTON    Charles W Maston  12:30 pm 7AM
PRINT Employee's Name    Employee's Signature/Time/Shift

Offense: 504 A 402 - HEALTH & SMOKING OR SAFETY VIOLATION
        B
        C

Observation: ON THE ABOVE DATE & APPROX TIME THIS
S/O (MASTON) OBSERVED I/m REED B28789 SMOKING IN
THE BATHROOM (INMATE MANUAL PG #15 PARA #8 DATED 9-8-95)
AS I APPROACHED HIM I/m REED ATTEMPTED TO FLUSH
THE CIGARETTE DOWN THE TOILET. UPON FURTHER
INVESTIGATION I FOUND THE LIT CIGARETTE STILL BURNING
ATOP THE TOILET STOOL. IDENTIFIED BY INMATES I.D. CARD.

Witnesses, if any: C/O J. Little

**NOTE:** Use additional pages if necessary to describe observation and/or list witnesses.

☐ Temporary Confinement  ☐ Investigative Status  Reasons: _____

_____
PRINT Name

Shift Supervisor's Signature and Date
(For Community Correctional Centers, Chief Adm. Off.)

☐ MAJOR, submitted to Adjustment Committee  ☒ MINOR, submitted to Program Unit

Capt Rose    Capt Rose  12-10-95
PRINT Name    Reviewing Officer's Signature and Date

☐ Reviewed by Hearing Investigator: _____
(Adult Division Major Reports Only)    PRINT Name    Signature and Date

### PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

### PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or segregation, and/or deprived of your current grade and statutory good time or good conduct credit, and/or transferred and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

_____
Committed Person's Signature and Number

Committed Person Refused to Sign  RF

SGT GIFFORD    _____    12-10-95  1:30 am/pm
PRINT Serving Employee's Name    Serving Employee's Signature    Date and Time Served

**(DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE)**

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____    _____
Committed Person's Signature and Number

**(DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING)**

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses:

NAME OF WITNESS: _____    Number/Cell/Title: _____

Witness can testify to: _____

NAME OF WITNESS: _____    Number/Cell/Title: _____

Witness can testify to: _____

Offense Date: _____    _____
Committed Person's Signature and Number

DC 7205 (Rev. 06/88)    Distribution: 1) Master File; 2) Committed Person; 3) Facility; 4) Facility
IL 426-0361

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000173

DATE 2-15-95

TO: ASSIGNMENT COMMITTEE
SOUTHWESTERN ILLINOIS CORRECTIONAL CENTER

FROM: ADJUSTMENT COMMITTEE CHAIRPERSON
PROGRAM COMMITTEE CHAIRPERSON

SUBJECT: HOUSING UNIT CHANGE

Please be advised that Inmate Reed number B28789 from housing unit 2C6 has been RECOMMENDED to be removed from HU 2 due to violation charge(s) 402.

This RECOMMENDATION has been approved by the Warden.

~~Adjustment Committee Chairperson~~
Program Committee Chairperson

DCA# /IL. 426-14812
NUMBERS APPLIED FOR

266

State of Illinois - - Department of Corrections
**ADULT DIVISION**
**ADJUSTMENT COMMITTEE SUMMARY**

Page 1 of 1

Committed Person: Reed No. B28789 Race: B
Offense Date: 12/2/95 Time: 5:20 am (pm) Location: Corr 1 Facility: SWICC
Facility where Hearing Held: SWICC Hearing Date: 12/8/95 Time: 11:30 (am) pm

COMMITTED PERSON REQUESTED WITNESSES: No ☒ Yes ☐, state names:

WITNESSES CALLED: Yes ☐, state names: (Include witnesses' statements.)
No ☒ state reasons and explain below.

☐ Request for witness was not timely.
☐ Testimony would be cumulative.
☐ Testimony would be irrelevant.
☐ Calling witnesses would undermine authority or jeopardize security.
☒ Other (Specify) None requested.

RECORD OF PROCEEDINGS: IDR read, I/M pleads to chg 307
Inmate failed to appear before committee to offer a statement on his behalf. Co

DISPOSITION AND BASIS FOR DECISION: Based upon available evidence, the Committee finds the committed person:

☐ NOT GUILTY. ☒ GUILTY of the offense(s) charged. (State reasons below.)
☒ GUILTY OF 307. (Offense(s)) (state reasons below), but
☐ NOT GUILTY of (Offense(s)).

REASONS: Committee relies upon employees written statement that he observed inmate in corridor 1 and inmate was not authorized to be in Corridor 1 also by inmates failure to appear before committee to offer a statement in his behalf. Committee finds guilty
Committee contacted housing unit 2 officer on 2 occasions to inform inmate of hearing. Inmate failed to appear.

DISCIPLINARY ACTION:

☐ Revoke Statutory Good Time or Good Conduct Credits: ☐ Segregation:
☐ Demotion to Grade for ☐ Restitution: $ to
☒ Other (specify): 2 Wks Commissary 12/15 — 12/28/95

CHAIRMAN: GREG JOHNSON CCII (PRINT Name) [signature] (Signature) W (Race)
MEMBER: T. Hamilton (PRINT Name) T. Hamilton (Signature) B (Race)
MEMBER: (PRINT Name) (Signature) (Race)

☒ Approved ☐ Not Approved: ☐ reduce ☐ remand ☐ or other:

12/11/95 Date [signature] CHIEF ADMINISTRATIVE OFFICER

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

[signature] Employee Serving Copy to Committed Person 12-11-95 7:13pm When Served - - Date and Time

DC 7113 (Rev. 08/88) Distribution: 1) Master File; 2) Committed Person; 3) Facility; 4) Facility
IL 426-0313

# DISCIPLINARY REPORT
State of Illinois -- Department of Corrections

Page _1_ of _1_

☒ Disciplinary Report   ☐ Confinement Pending Issuance of Disciplinary Report   _12-2-95_
Date

☐ Investigative Report _____  Date

Committed Person: _REED_   No. _B-28789_   Facility: _Southwestern Il. C.C._

Observation Date: _12-2-95_   Time: _5:20_ AM/PM   Location: _Cottage "1"_

Offense: _504_ #_307_   UNAUTHORIZED MOVEMENT

PRINT Employee's Name _C.O. Lattrell_   Employee's Signature/Time/Shift _____ 3-11p_

Observation:
_AT APPROX 5:20 PM ON THIS DATE I OBSERVED_
_INMATE REED B-28789 IN Cottage #1 BY THE_
_COOK 1 OFFICERS DESK. HE HAD 2 EXITED THE_
_DIETARY FROM SUPPER FEED AND WITH REED UP TO THE_
_UNIT. HE WAS INSTEAD OF GOING DOWN CONT. DOC #2_
_HE WAS ACCOMPANIED BY INMATE CALDWELL B-28239_

Witnesses, if any: _____

NOTE: Use additional pages if necessary to describe observation and/or list witnesses.

☐ Temporary Confinement   ☐ Investigative Status   Reasons: _____

PRINT Name _____
Shift Supervisor's Signature and Date
(For Community Correctional Centers, Chief Adm. Off.)

☒ MAJOR, submitted to Adjustment Committee   ☐ MINOR, submitted to Program Unit
PRINT Name _Capt. Sm.th_   Reviewing Officer's Signature and Date _1/8/95_

☒ Reviewed by Hearing Investigator:   PRINT Name _Sgt. Gregson_   Signature and Date _12-5-95_
(Adult Division Major Reports Only)

## PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

## PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or segregation, and/or deprived of your current grade and statutory good time or good conduct credit, and/or transferred and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

Committed Person Refused to Sign ☐

_Adam Reed_   _B28789_
Committed Person's Signature and Number

_C.O. J. Lihre_   _C.O. Lihre_   _12-3-95_   _11:48_ AM/PM
PRINT Serving Employee's Name   Serving Employee's Signature   Date and Time Served

(DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE)

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

_____   _____
Offense Date:   Committed Person's Signature and Number

(DETACH AND RETURN TO THE PROGRAM UNIT OR ADJUSTMENT COMMITTEE PRIOR TO THE HEARING)

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses:

NAME OF WITNESS: _____
Number/Cell/Title: _____   to: _____   Witness can testify to:

NAME OF WITNESS: _____
Number/Cell/Title: _____   to: _____   Witness can testify to:

_____   _____
Offense Date:   Committed Person's Signature and Number

Distribution: 1) Master File; 2) Committed Person; 3) Facility; 4) Facility

DC 7206 (Rev. 06/98)
IL 426-0361



*entered* (SWC)

**Jim Edgar**
Governor

Odie Washington

~~Howard A. Peters III~~
Director

## ILLINOIS DEPARTMENT OF CORRECTIONS

1301 Concordia Court / P.O. Box 19277 / Springfield, IL 62___ Telephone: (217) 522-2666
TDD: (800) 526-0844



RECEIVED

SEP 25 1995

GRAHAM CORRECTIONAL CENTER
RECORD OFFICE

# MEMORANDUM

**Date:** September 14, 1995

**To:** ~~Howard A. Peters III~~, Director   Odie Washington
**Attention: Transfer Coordinator**

**From:** Graham Correctional Center

**Subject:** ***SUPPLEMENTAL* MERITORIOUS GOOD TIME**

Name: Reed, Lenn ___ IDOC Number: B28789

Offense(s): Agg Disch of a Firearm ___ Sentence: 4 Years

Projected Release Date: 1/18/97 ___ Work Release Violation Date: NA

Date Received at Institution: 6/22/95 ___ Parole Violator: ☐ Yes ☒ No   Outstanding Time Revoked: 0

Date Received IDOC: 7/13/95 ___ Inmate's Present Location: Graham

| Prior MGT Awarded | Prior MGT Awarded | Prior SMGT Awarded |
|---|---|---|
| Date: 8/15/95   Amount: 90 | Date: ___ Amount: ___ | Date: ___ Amount: ___ |
| Date: ___ Amount: ___ | Date: ___ Amount: ___ | Date: ___ Amount: ___ |
| Date: ___ Amount: ___ | Date: ___ Amount: ___ | Date: ___ Amount: ___ |

*THE FOLLOWING CRIMES ARE EXCEPTIONS TO ANY CONSIDERATION FOR AN AWARD OF SUPPLEMENTAL MERITORIOUS GOOD TIME.*

1. First Degree Murder   2. Reckless Homicide While Under the Influence of Alcohol or Any Other Drug   3. Aggravated Kidnapping   4. Kidnapping   5. Aggravated Criminal Sexual Assault   6. Rape   7. Criminal Sexual Assault   8. Deviate Sexual Assault   9. Aggravated Criminal Sexual Abuse   10. Aggravated Indecent Liberties With a Child   11. Indecent Liberties With a Child   12. Child Pornography   13. Heinous Battery   14. Aggravated Battery of a Spouse   15. Aggravated Battery of a Spouse with a Firearm   16. Aggravated Battery of a Child   17. Endangering the Life or Health of a Child   18. Cruelty to a Child   19. Narcotics Racketeering   20. Stalking   21. Aggravated Stalking

In accordance with D.R. 107, I recommend that __90__ days of Meritorious Good Time be awarded to the above named committed person for the reasons stated below.

Months considered:   JAN   FEB   MAR   APR   MAY   JUN   JUL   AUG   SEP   OCT   NOV   DEC

Days:    Comments: _____

___  Program Completion _____   _____
45   Job Performance   Dietary   _____
45   Behavior Record   No Problems   _____
___  Other _____   _____

| Submitted by: | | | |
|---|---|---|---|
| John Hanke   Date 9/14/95 | | Chief Administrative Officer   Date | |

*signature* 9/8/95

In accordance with Illinois Compiled Statutes, 730 ILCS 5/3-6-3, paragraph 1003-6-3, I have determined to award _____ days of Supplemental Meritorious Good Time.

_____
Howard A. Peters III, Director    Date

DCA 5299 (rev. 9/93) IL 426-15566

IDOC SUBPOENA RESPONSE    PLAINTIFFS 000177

## IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
## MADISON COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS

vs.

LENN D. REED
B/M DOB: 5/11/77
33 Sullivan Drive
Alton, IL



No. 94-CF-2245
COUNT I - CLASS 1
COUNT II - CLASS 4

JAN 1 2 1995

CLERK OF CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

### INDICTMENT

On this 12th day of January, 1995, the Grand Jury, chosen, and sworn for the County of Madison, in the name and by the authority of the People of the State of Illinois, charges that:

### LENN D. REED

on the 26th day of December, 1994, at and in the County of Madison, in the State of Illinois, committed the offense of:

**COUNT I - AGGRAVATED DISCHARGE OF A FIREARM** -- in that said defendant knowingly discharged a firearm in the direction of another person or in the direction of a vehicle, being a 1978 Chevrolet Van, which said defendant knew to be occupied, in violation of 720 ILCS 5/24-1.2(a)(1), and against the peace and dignity of the People of the State of Illinois.

**COUNT II - MOB ACTION** -- in that said defendant knowingly and by use of force and violence disturbed the peace, in that he, while acting together with Michael R. Rippley and Richard E. Pittman and without authority of law discharged a firearm, thereby inflicting injury upon Mariesha A. Samuels,

in violation of 720 ILCS 5/5/25-1(a)(1), and against the peace and dignity of the People of the State of Illinois.

A TRUE BILL

_Clem Bequeth Jr._
Foreperson of the Grand Jury

The within indictment returned in open court this 12th of January, 1995.

Bail set at $_____ . ~~Warrant of Arrest~~ ordered to issue.

_Charles Romani_
Judge of the Circuit Court

**WITNESSES:** Detectives Bill Taul & Jerry Cooley, Alton Police Dept.




**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Jim Edgar**
Governor

**Odie Washington**
Director

Graham Correctional Center / P.O. Box 499 / Highway 185 / Hillsboro, Illinois 62049 / Telephone (217)532-6961
TDD: (800) 526-0844

## M E M O R A N D U M

DATE:       October 17, 1995

TO:         Lenn Reed
            Register Number B28789        H.U. *19-B-10*

FROM:       Kenneth P. Dobucki, Warden
            Graham Correctional Center

SUBJECT:    Supplemental Meritorious Good Time

This is to advise you that the Director has denied the award of Supplemental
Meritorious Good Time.

                                    *K. Dobucki ae*
                                    Kenneth P. Dobucki, Warden
                                    Graham Correctional Center

ejb

cc:     Assistant Warden/Programs
        Clinical Services Supervisor
        Field Services
        Counselors
        Master File

IDOC SUBPOENA RESPONSE                              PLAINTIFFS 000179

*From area.*

## SCREENING FORM

NAME *Lena Reed*      NUMBER *B28789*

RECEIVED FROM *Graham.*     DATE RECEIVED: DOC *6/22/95* ESL *10/18/95*

OFFENSE *Agg Dui Firearm*

SENTENCE *4 yrs.*           CLASS *1*

CUSTODY DATE *7-8-95*      COUNTY *Madison*

PROJECTED OUTDATE: *1-8-87*   MGT *_____*   SMGT *Denied* EGCC *Not Eligible*

GANG AFFILIATION *Bk Gang D /associate* DETAINERS/WARRANTS *_____*

SUBSTANCE ABUSE SCREENING FORM COMPLETED *NO*

PRIORS *None*

## CLINICAL INFORMATION

PSYCHIATRIC/PHYCHOLOGICAL INFORMATION *No Concerns.*

DRUG HISTORY *Alcohol & Marijuana use admitted*

CSR/PCR/SPC *7/10/95*

DISCIPLINARY RECORD *1 - 1DR' 95*

MEDICAL PROBLEMS *Qual Food Hand.*

ENEMIES *None.*

COMMENTS *_____*

EMERGENCY CONTACTS *Joyce Reed / Mother  914 Riley  alton Il*
*463 - 0319*

REVIEWED BY *Trey Johnson*      DATE *10/23/95*

DCA
Number applied for





**Jim Edgar**
Governor

**Odie Washington**
Director

**ILLINOIS DEPARTMENT OF CORRECTIONS**

Graham Correctional Center / P.O. Box 499 / Highway 185 / Hillsboro, Illinois 62049 / Telephone (217)532-6961

TDD: (800) 526-0844

DATE:      October 5, 1995

TO:        Lenn Reed
           Register Number B28789      H.U.

FROM:      Kenneth P. Dobucki, Warden
           Graham Correctional Center

SUBJECT:   Supplemental Meritorious Good Time

This is to advise you that the Director has denied the award of Supplemental Meritorious Good Time.

Kenneth P. Dobucki, Warden
Graham Correctional Center

ejb

cc:    Assistant Warden/Programs
       Clinical Services Supervisor
       Field Services
       Counselors
       Master File

*entered 9-13-95* *Copy to Clinical*

**RECEIVED**

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Jim Edgar**
Governor

**Odie Washington**
~~Howard A. Peters III~~
Director

1301 Concordia Court / P.O. Box 19277 / Springfield, IL 62794-9277 / Telephone: (217) 522-2666
TDD: (800) 526-0844

# MEMORANDUM

SEP 08 1995

GRAHAM CORRECTIONAL CENTER
RECORD OFFICE

**Date:** 8/23/95

**To:** ~~Howard A. Peters III,~~ Odie Washington **Director**
**Attention:** Transfer Coordinator

**From:** Graham

**Subject:** ***SUPPLEMENTAL* MERITORIOUS GOOD TIME**

Name: Leon Reed                          IDOC Number: B28789

Offense(s): Agg Disch of a Firearm                  Sentence: 4yr

Projected Release Date: 1/18/97    Work Release Violation Date: _____ NA

Date Received at Institution: 6/22/95    Parole Violator: ☐ Yes ☒ No  Outstanding Time Revoked: 0

Date Received IDOC: 7/13/95    Inmate's Present Location: Graham

| Prior MGT Awarded | | Prior MGT Awarded | | Prior SMGT Awarded | |
|---|---|---|---|---|---|
| Date: 8/15/95 | Amount: 90 | Date: _____ | Amount: _____ | Date: _____ | Amount: _____ |
| Date: _____ | Amount: _____ | Date: _____ | Amount: _____ | Date: _____ | Amount: _____ |
| Date: _____ | Amount: _____ | Date: _____ | Amount: _____ | Date: _____ | Amount: _____ |

*THE FOLLOWING CRIMES ARE EXCEPTIONS TO ANY CONSIDERATION FOR AN AWARD OF SUPPLEMENTAL MERITORIOUS GOOD TIME.*

1. First Degree Murder   2. Reckless Homicide While Under the Influence of Alcohol or Any Other Drug   3. Aggravated Kidnapping
4. Kidnapping   5. Aggravated Criminal Sexual Assault   6. Rape   7. Criminal Sexual Assault   8. Deviate Sexual Assault
9. Aggravated Criminal Sexual Abuse   10. Aggravated Indecent Liberties With a Child   11. Indecent Liberties With a Child
12. Child Pornography   13. Heinous Battery   14. Aggravated Battery of a Spouse   15. Aggravated Battery of a Spouse with a Firearm
16. Aggravated Battery of a Child   17. Endangering the Life or Health of a Child   18. Cruelty to a Child   19. Narcotics Racketeering
20. Stalking   21. Aggravated Stalking

In accordance with D.R. 107, I recommend that ___90___ days of Meritorious Good Time be awarded to the above named committed person for the reasons stated below.

Months considered:    JAN    FEB    MAR    APR    MAY    JUN    ( JUL    AUG)    SEP    OCT    NOV    DEC
                                                                                           95

Days:                                                                        Comments: _____

_____ Program Completion

45    Job Performance    Dietary

45    Behavior Record    No Problems

_____ Other

Submitted by: John D. Hanke    8/23/95  Date

Chief Administrative Officer    Date

In accordance with Illinois Compiled Statutes, 730 ILCS 5/3-6-3, paragraph 1003-6-3, I have determined to award _____ days of Supplemental Meritorious Good Time.

_____    _____
*Howard A. Peters III, Director*    Date

DCA 5299 (rev. 9/93) IL 426-15566

IDOC SUBPOENA RESPONSE                          PLAINTIFFS 000182

GRAHAM CORRECTIONAL CENTER
SCREENING FORM

NAME Reed, Ledd

DOC# B28789

NICKNAME

DATE/DOC 6/22/95

DATE/GCC 7-13-95 GRADE A

RACE Blk RELEASE DATE 1-8-97

AGE 18 COUNTY Madison

CRIME Agg Discharge

of a Firearm 4 yrs

TRANSFER HISTORY Graham Rtc to Graham

CRIMINAL HISTORY First adult prison term

AFFILIATION Demis    PC NEEDS none    DRUG/ALCOHOL HISTORY yes / yes

DISCIPLINARY RECORD: GOOD ✓ AVERAGE ___ POOR ___ VERY POOR ___

MONITOR CLOSELY! ___

ENEMIES NAMED none listed

POSSIBLE ESCAPE RISK no WANTED no WRIT PENDING no MENTAL HEALTH TEAM NEEDS none

PROBLEM AREAS/NEEDS none

Inmate is a smoker.

PREPARED BY _____    DATE 8-8-95

cc: Warden
    A/W Programs        Master File        Counselor File
    A/W Operations      Internal Affairs   Escape Risk/Psychologist

DCA 10544; IL 426-5723  (Revised 7/87)

Graham Correctional Center
Vote Sheet

| Name: | | Number: | | Date: |
|---|---|---|---|---|
| *Reed, Glenn* | | *B28289* | | *July 19, 1995* |
| *7060 - 35 - 0873* | | Consideration For: From: *Orientation* | | Consideration For: To: *Dietary* |

| Assignment Committee: | | Yes | No | Yes | No |
|---|---|---|---|---|---|
| 1. *E Shipley* | | ✓ | | ✓ | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| Major: | | | | | |
| Assistant Warden: | | | | | |
| Assistant Warden: | | | | | |
| Total | | ~~~ | | | |

Rationale: *OFA*

***ESCAPE RISK

LOW          MODERATE          HIGH

(CIRCLE ONE)

| Approved   Disapproved | Signature: | Date: *7.19.95* |
|---|---|---|

Comments:

DC 866-A    Il 426-0328    Revised December, 1986

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000184

State of Illinois - - Department of Corrections
**ADULT DIVISION**
**ADJUSTMENT COMMITTEE SUMMARY**

Page 1 of 1

Committed Person: Reed                     No. B28789                     Race: B

Offense Date: 6/24/95   Time: 7³⁰ am/pm   Location: H4-6   Facility: Graham

Facility where Hearing Held: Graham        Hearing Date 6/26/95   Time: 10⁵⁸ am/pm

COMMITTED PERSON REQUESTED WITNESSES:  No ☒   Yes ☐, state names: _____

WITNESSES CALLED: Yes ☐, state names: _____
(Include witnesses' statements.)
No ☐, state reasons and explain below.

☐ Request for witness was not timely. _____

☐ Testimony would be cumulative. _____

☐ Testimony would be irrelevant. _____

☐ Calling witnesses would undermine authority or jeopardize security. _____

☐ Other (Specify) _____

RECORD OF PROCEEDINGS: ODR was read. Inmate Charged w/
203 Damage / Misuse of Property. Inmate stated
that he got an extra tee shirt from another
inmate.

DISPOSITION AND BASIS FOR DECISION: Based upon available evidence, the Committee finds the committed person:

☐ NOT GUILTY.   ☒ GUILTY of the offense(s) charged. (State reasons below.)

☐ GUILTY OF _____ (Offense(s)) (state reasons below), but

☐ NOT GUILTY of _____ (Offense(s)).

REASONS: Based upon the statements of the reporting
employee and the statements of the inmate.
The inmate was issued a DC-252 form for
the T-Shirt

DISCIPLINARY ACTION:

☐ Revoke Statutory Good Time or Good Conduct Credits:         ☐ Segregation: _____

☐ Demotion to _____ Grade for _____   ☒ Restitution: $ 2ᵒᵒ to State of Illinois

☒ Other (specify): destroy T-Shirt   ley 20 05 01-112

CHAIRMAN: Lt. John Stiff        Signature: Lt. John Stiff        Race

MEMBER: L. Gusick              Signature: _____        Race A I

MEMBER: _____        Signature: _____        Race

☒ Approved   ☐ Not Approved:   ☐ reduce   ☐ remand   ☐ or other: _____

6-26-95                          K. Deuchler
Date                             CHIEF ADMINISTRATIVE OFFICER

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504; Subpart F.

_____                  6-27-95
Employee Serving Copy to Committed Person    When Served - - Date and Time

DC 7113 (Rev. 06/88)   Distribution: 1) Master File; 2) Committed Person; 3) Facility; 4) Facility
IL 426-0313

C.C. TRUST

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000185

10-15D

State of Illinois - - Department of Corrections
**DISCIPLINARY REPORT**

Page 1 of 1

☒ Disciplinary Report 6-23-95 Date    ☐ Confinement Pending Issuance of Disciplinary Report _____ Date

☐ Investigative Report _____ Date

Committed Person: Reed    No. B28789    Facility: Graham CC

Observation Date: 6-23-95    Time: 7:30 ☐am ☒pm    Location: Hu 10 "C" wing

C/o R Hamilton                    C/o R Hamilton
PRINT Employee's Name                    Employee's Signature/Time/Shift

Offense: 504 B 202 Damage or Misuse of Property
        C

Observation: On the above date & approx. time this C/o was observing the
Yard line as it was exiting the HU. This Officer then observed
inmate Reed, B28789, wearing a torn t-shirt on his head as he was
leaving the HU. This C/o confiscated it due to the fact that this
was a state-issued white t-shirt. According to the "Inmate Commissary
Price List" dated June 95, R&C inmates are not authorized to purchase
under clothing from the inmate Commissary.

Witnesses, if any: _____

NOTE: Use additional pages if necessary to describe observation and/or list witnesses.

☐ Temporary Confinement    ☐ Investigative Status    Reasons: _____

_____
PRINT Name                    Shift Supervisor's Signature and Date
                    (For Community Correctional Centers, Chief Adm. Off.)

☒ MAJOR, submitted to Adjustment Committee    ☐ MINOR, submitted to Program Unit

LARRY DR WOODS    Capt R.D. Richards 6-23-95
PRINT Name                    Reviewing Officer's Signature and Date

☒ Reviewed by Hearing Investigator: _____    _____
(Adult Division Major Reports Only)    PRINT Name    Signature and Date

**PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS**

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or segregation, and/or deprived of your current grade and statutory good time or good conduct credit, and/or transferred and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

☒ Jimmy Reed B28789    Committed Person Refused to Sign ☐
Committed Person's Signature and Number

C/o Ck. Reynolds 355    R. Reynolds    6-23-95    9:50 ☐am ☒pm
PRINT Serving Employee's Name    Serving Employee's Signature    Date and Time Served

- - - - - - - - - - - - - - - - - - - - - - - - (DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE) - - - - - - - - - - - - - - - - - - - - - - - -

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____    _____
                    Committed Person's Signature and Number

- - - - - - - - - - - - (DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING) - - - - - - - - - - - -

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses:

NAME OF WITNESS: _____    Number/Cell/Title: _____

Witness can testify to: _____

NAME OF WITNESS: _____    Number/Cell/Title: _____

Witness can testify to: _____

Offense Date: _____    _____
                    Committed Person's Signature and Number

DC 7205 (Rev. 06/88)    Distribution: 1) Master File; 2) Committed Person; 3) Facility; 4) Facility
IL 426-0361

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000186

**BIG MUDDY RIVER CORRECTIONAL CENTER**
**INA, ILLINOIS  62846**

DATE: FEB 28 1996

I HAVE RECEIVED A COPY OF THE INMATE HANDBOOK
AT BIG MUDDY RIVER CORRECTIONAL CENTER.

I understand that telephone calls are subject
to monitoring and recording at any time, but
that I may request to place a call to my
attorney on an unmonitored line by contacting
any lieutenant, sergeant, work supervisor,
wing officer or correctional officer.  The
lieutenant in charge of the area will be
contacted to make arrangements for a call to
be placed on an unmonitored line.

Entiendo que llamadas por telefono recibidas
por un presos pueden ser escuchadas y
grabadas cuando-quiera que sea necesario,
excepto que yo puedo pedir una llamada a
li pedir esto por ponerme en contacto con
un teniente, un sargento, o un supervisor
de trabajo, o cualquier oficial correccional.
El teniente encargado de la area hara todo
para hacer este tipo de llamada.

INMATE SIGNATURE: _Linny Reid_

INMATE I.D.O.C. NUMBER: _B 28789_

Una version del <u>Manual para el Preso</u> esta grabada en una cinta
de cassette en la biblioteca de B.M.R.C.C.  Tenga usted la
bondad de mandar una solicitud escrita a la biblioteca y
recibira permiso de ir a la biblioteca para escuchar la
cinta.  Es importante que sepa las reglas de B.M.R.C.C.

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000187

BIG MUDDY RIVER CORRECTIONAL CENTER
INA, ILLINOIS  62846


DATE: _3·5·96·_____

I HAVE COMPLETED THE INMATE ORIENTATION PROGRAM
AT BIG MUDDY RIVER CORRECTIONAL CENTER.


I understand that telephone calls are subject to
monitoring and recording at any time, but that I
may request to place a call to my attorney on an
unmonitored line by contacting any lieutenant,
sergeant, work supervisor, wing officer or
correctional officer.  The lieutenant in charge
of the area will be contacted to make arrange-
ments for a call to be placed on an unmonitored
line.


Entiendo que llamadas por telefono recibidas por
un presos pueden ser escuchadas y grabadas cuando-
quiera que sea necesario, excepto que yo puedo
pedir una llamada a li pedir esto por ponerme en
contacto con un teniente, un sargento, o un
supervisor de trabajo, o cualquier oficial
correccional.  El teniente encargado de la
area hara todo para hacer este tipo de llamada.


INMATE SIGNATURE: _Lenn Reed_____

INMATE I.D.O.C. NUMBER: _B 28789·_____


Una version del Manual para el Preso esta grabada en una cinta
de cassette en la biblioteca de B.M.R.C.C.  Tenga usted la
bondad de mandar una solicitud escrita a la biblioteca y
recibira permiso de ir a la biblioteca para escuchar la
cinte.  Es importante que sepa las reglas de B.M.R.C.C.


IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000188

# ILLINOIS DEPARTMENT OF CORRECTIONS

Governor

**Odie Washington**
Director

Southwestern Illinois Correctional Center / Caller Service 50, 950 Kingshighway / East St. Louis, II. 62203-0050
Telephone: (618) 394-2200 TDD: (800) 526-0844

February 8, 1996

Ms. Peaches Hinton
813 E. 7th Street
Alton, Illinois  62002

Dear Ms. Hinton:

It has been brought to my attention that on Wednesday, February 7, 1996, while visiting with Inmate Reed, B-28789, Southwestern Illinois Correctional Center Security staff observed you engaging in sexual misconduct with Inmate Reed. This is a clear violation of institutional policy.

Therefore, I have determined to permanently restrict your visiting privileges. A permanent restriction is for a period of time in excess of six (6) months. Reviews of restrictions are made only upon the written request of the inmate or restricted visitor after six (6) months of restriction, a year of restriction and on an annual basis thereafter.

This permanent restriction also prohibits you from visiting at any Adult Correctional Institution within the State of Illinois.

Sincerely,

Melvin Tolar
Assistant Warden, Operations
Southwestern Illinois Corr. Center

MT/kg

cc:    Warden Edward A. Green, Jr.          Asst. Warden Alan Karraker
       Reception Desk                       Unit Manager Robert L. Caldwell
       Inmate Reed, B-28789                 Major Michael Manion
       Gatehouse                            Chron. File/file
       Master File, Reed, B-28789

Printed on Recycled Paper

IDOC SUBPOENA RESPONSE                              PLAINTIFFS 000189

*musdick misconduct between visitor & inmate*

407810

OF ILLINOIS — DEPARTMENT OF CORRECTIONS

ADULT AND JUVENILE DIVISIONS

**INCIDENT REPORT**

*Kose visitor (extreme) P*

Institution/Program: SW ICC      Date and Time of Incident: 7 Feb 96 apx. 515p

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved: YES ☐ NO ☑    B. Were Restraints/Force Used: YES ☐ NO ☑    C. Was Property Damaged: YES ☐ NO ☑

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☑    E. Were Arrests Made: YES ☐ NO ☑

F. Any Injuries/Hospitalizations: YES ☐ NO ☑    G. Were there Media Inquiries: YES ☐ NO ☑

| Inmates/Staff Involved: Name | I.D.# | Offense | Commitment Date |
|---|---|---|---|
| Reed | B28789 | 107 | |
| | | 401 | |

Witnesses to Incident: Name / I.D.#

RECEIVED FEB 1996

**Statement of Facts: (NARRATIVE)** On the above date and approximate time this Officer observed visitor Peaches Hinton with her hand down the pants of inmate Reed B28789 this is in violation of 401 abuse of privileges and 107 sexual misconduct Capt. Rose was called to the visiting room and the visit was terminated per the duty warden End of statement

Peaches Hinton
813 E 7th St
Alton IL 62002

A/w Karenker Notified
Visit Terminated Per D/W
IDR Completed. Inmate Placed
on House arrest.

| K Hifin 208 R Griffin | apx 5:10 p 7 Feb 96 | | Capt Rose | APR 2-7-96 |
|---|---|---|---|---|
| Reporting Employee | Date/Time | Person Calling in Report | Person Accepting Report | Date/Time |

Administrative Assessment:

Chief Administrative Officer _____ Date/Time _____

Distribution:   Director
                Deputy Director of Appropriate Division
                Deputy Director of Bureau of Inspections and Audits

Legal Services (only if restraints/force used)
File

DC 434 (4/83)
IL 426-0410

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000190

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

## RESIDENT PERSONAL PROPERTY INVENTORY RECORD

| 1. CORRECTIONAL CENTER | | 2. DATE PACKED |
|---|---|---|
| 54 ICC | | 10-18-95 |

| 3. RESIDENT (OWNER OF THE PERSONAL PROPERTY) | 4. REGISTER NO. | 5. TRANSFERRED TO: |
|---|---|---|
| Reed | B28789 | K-47 |

| 6. DATE TRANSFERRED: | 7. WHERE PROPERTY SENT: (WITH THE RESIDENT OR TO ADDRESS GIVEN ON BACK) |
|---|---|
| | |

### MISCELLANEOUS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Ash Trays | | Eyeglasses | | Music Books | | Brief Cases |
| | Ball Point Pens | | Eyeglass Case | 1 | Photo Albums | | Books |
| | Can Openers | | Jigsaw Puzzles | | Photographs without frames | | Magazines |
| | Cards, Greeting | | Law Books | | Plants | | Posters, Wall |
| | Checker Set | | Lead Pencils | | Playing Cards | | Paintings, Unframed |
| | Chess Set | | Legal Papers | | Shoe Polish | | Paintings, Framed |
| | Chess or Checker Board | | Legal Documents | | Shoe Brush | | Ice Chest or Cooler |
| | Court Transcripts | | Letters | 1 | Soap Dish | | Bracelets |
| | Dictionary | | Notebooks | | Suitcases | | Necklaces |
| | Ear Plug | | Mechanical Pencils | | Trunks | | Rings |
| | Erasers | | Medication | | Photographs with Frames | | Wallets |

| | |
|---|---|
| 1 | ream notebook paper, 4 chili, 5 macaroni, 2 noodles |
| 1 | folder, 1 oatmeal cakes, 4 tang, 2 beans |
| 1 | extension cord, 1 rice, 1 cheese, 1 bag braided elastics |
| 1 | plastic bowl, 1 envelope misc. papers |
| 1 | plastic cup |

### STAPLES

| | | | | |
|---|---|---|---|---|
| 6 | Cigarettes packs | | | Tea |
| | Cigarette Lighters | | | Pipe Tobacco |
| | Cigars | | | Tobacco Pouches |
| | Coffee | | | Pipe |

### COSMETICS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Chap Stick | | Hair Picks | | Nail Clippers | | Baby Oil |
| 1 | Combs | 2 | Hair Dressing | 3 | Soap, Bars | 2 | Toothpaste |
| | Dentures,____Upper,____Lower | 2 | Hair Conditioner | | Shaving Cream | | Tooth Brush w/holder |
| 2 | Deodorant, Sticks | 2 | Shampoo | | Talcum Powder | | Tooth Powder |
| | Deodorant, Spray | | Cream Rinse or Cond. | 1 | Baby Lotion | | Tweezers |
| | Hair Brushes | | | | | | |

| | |
|---|---|
| 1 | Q-tips |

DCA 5630-1-A (7/79)

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000191

| RESIDENT'S NAME | REGISTER NO. | DATE: |
|---|---|---|
| Reid | B 2 8 7 8 9 | 10-18-95 |

## CLOTHING

|  | Dress Boots |  | T-Shirts, Colored |  | Suits, Three Piece |  | Jackets, Other |
|---|---|---|---|---|---|---|---|
|  | Work Boots | 3 | Undershirts |  | Sport Coats |  | Coats, Leather |
|  | Houseslippers |  | Colored Tank Shirts | 2 | Jeans, Blue |  | Coats, Other |
| 1 | Shower Shoes |  | Thermal Underwear |  | Jeans, Other Colors |  | Caps |
|  | Gym Shoes |  | Handkerchiefs |  | Neckties |  | Hats |
|  | Dress Shoes | 5 | Socks, White |  | Sweaters |  | Gloves |
|  | Belts |  | Socks, Colored |  | Pullover Shirts |  | Umbrellas |
|  | Undershorts, Briefs |  | Sweatshirts |  | Dress Shirts |  | Scarves |
| 5 | Undershorts, Boxer | 1 | Suits, Two Piece |  | Dress Pants |  |  |
| 1 | T-Shirts, White | 1 | Sweat pants |  | Jackets, Leather |  |  |

## CRAFT SUPPLIES

Painting Supplies

Leathercraft Supplies

Jewelry Making Supplies

Other, Specify

## LINENS

|  | Bedspreads |  | Room Size Rugs |  | Pillows |  | Towels, Hand |
|---|---|---|---|---|---|---|---|
|  | Drapes |  | Sheets |  | Blankets | 1 | Washcloths |
|  | Sheers |  | Pillow Cases |  | Quilts |  |  |
|  | Throw Rugs |  |  | 1 | Towels, Bath |  |  |

DCA 5630-2-A (7/79)                               Page 2 of 3

IDOC SUBPOENA RESPONSE                     PLAINTIFFS 000192

| RESIDENT'S NAME *Reed* | REGISTER NO. *B28789* | DATE: *10-18-95* |
|---|---|---|

## PERMIT ITEMS

(On each item on this page, please specify brand, description, and model or serial number if available:)

| | |
|---|---|
| Typewriter: | Lamp: |
| Musical Instrument: | Headphones: |
| Razor: | Fishing Equipment: |
| Wristwatch: | Alarm Clock: |
| Pocket Watch: | Calculator: |
| Fan: *Lakewal wht 3 speed* | Coffee Pot: |
| Hair Styler/Dryer: | Popcorn Popper: |

(On the stereo equipment, please specify function as well as the above information: Television, AM Radio, AM/FM Radio, 8-Track player)

(1)

(2)

(3)

(4)

(5)

| Eight Track Tapes: No. | Cassette Tapes: No. | Records: No. |
|---|---|---|

**PLEASE SEND THE ITEMS I CANNOT TAKE WITH ME TO THE FOLLOWING NAME AND ADDRESS:**

| NAME: | PHONE NUMBER OF THIS PARTY AC ( ) |
|---|---|

ADDRESS:

I hereby certify that the Personal Property Sheets I am signing contain a true and complete listing of my personal property.

Resident's Signature: *Reed*     Number: *B28789*

Dates: *10-18-95*

Witness: *M Dunaway #207*

Checking Officer(s):

Listed By: *25. Vashon #163*

DCA 5630-3-A (7/79)

IDOC SUBPOENA RESPONSE                     PLAINTIFFS 000193

SOUTHWESTERN ILLINOIS CORRECTIONAL CENTER
EAST ST. LOUIS, ILLINOIS



RECEIPT OF ORIENTATION MANUAL

I have participated in the Southwestern Illinois Correctional Center Orientation Program, and have received a copy of the Southwestern Illinois Orientation Manual.

I understand that telephone calls are subject to monitoring and recording at any time, but that I may request to place a call to my attorney on an unmonitored line by contacting my assigned Counselor or the Casework Supervisor.


Name: _Lenn Reed_____    Number: _B28789_____

Witness: _Greg Johnson_____    Date: _10-20-95_____

Name: _Reid, Lenn_____    DOC #: _B28789_____

## *Inmate Orientation Checklist*

### Graham Correctional Center

I have received a copy of the Inmate Handbook and have attended and completed the Graham Correctional Center Orientation program.

Inmate's Signature: X _Lenny Reid_____    Date: _6-22-95_____

Witness: _Maria L. Reid_____    Date: _6-22-95_____

---

**R & C Inmates** *Sign this section also*

I also attended a presentation by medical staff regarding Acquired Immune Deficiency Syndrome (AIDS)

Inmate's Name: _Lenny Reid_____    Date: _6-22-95_____

---

PLAINTIFFS 000195

BIG MUDDY RIVER CORRECTIONAL CENTER
INA, ILLINOIS  62846

FEB 28 1996

DATE: _____

I HAVE RECEIVED A COPY OF THE INMATE HANDBOOK
AT BIG MUDDY RIVER CORRECTIONAL CENTER.

I understand that telephone calls are subject
to monitoring and recording at any time, but
that I may request to place a call to my
attorney on an unmonitored line by contacting
any lieutenant, sergeant, work supervisor,
wing officer or correctional officer.  The
lieutenant in charge of the area will be
contacted to make arrangements for a call to
be placed on an unmonitored line.

Entiendo que llamadas por telefono recibidas
por un presos pueden ser escuchadas y
grabadas cuando-quiera que sea necesario,
excepto que yo puedo pedir una llamada a
li pedir esto por ponerme en contacto con
un teniente, un sargento, o un supervisor
de trabajo, o cualquier oficial correccional.
El teniente encargado de la area hara todo
para hacer este tipo de llamada.

INMATE SIGNATURE: _Lenny Reed_____

INMATE I.D.O.C. NUMBER: _B 28789_____

Una version del Manual para el Preso esta grabada en una cinta
de cassette en la biblioteca de B.M.R.C.C.  Tenga usted la
bondad de mandar una solicitud escrita a la biblioteca y
recibira permiso de ir a la biblioteca para escuchar la
cinta.  Es importante que sepa las reglas de B.M.R.C.C.

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000196

BIG MUDDY RIVER CORRECTIONAL CENTER
INA, ILLINOIS  62846


DATE: _3·5·96_____

I HAVE COMPLETED THE INMATE ORIENTATION PROGRAM
AT BIG MUDDY RIVER CORRECTIONAL CENTER.


I understand that telephone calls are subject to
monitoring and recording at any time, but that I
may request to place a call to my attorney on an
unmonitored line by contacting any lieutenant,
sergeant, work supervisor, wing officer or
correctional officer.  The lieutenant in charge
of the area will be contacted to make arrange-
ments for a call to be placed on an unmonitored
line.


Entiendo que llamadas por telefono recibidas por
un presos pueden ser escuchadas y grabadas cuando
quiera que sea necesario, excepto que yo puedo
pedir una llamada a li pedir esto por ponerme en
contacto con un teniente, un sargento, o un
supervisor de trabajo, o cualquier oficial
correccional.  El teniente encargado de la
area hara todo para hacer este tipo de llamada.


INMATE SIGNATURE: _Lonn Reed_____

INMATE I.D.O.C. NUMBER: _B28789_____


Una version del Manual para el Preso esta grabada en una cinta
de cassette en la biblioteca de B.M.R.C.C.  Tenga usted la
bondad de mandar una solicitud escrita a la biblioteca y
recibira permiso de ir a la biblioteca para escuchar la
cinte.  Es importante que sepa las reglas de B.M.R.C.C.


IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000197



**ILLINOIS
DEPARTMENT
OF
CORRECTIONS**

Governor

**Odie Washington**
Director

Southwestern Illinois Correctional Center / Caller Service 50, 950 Kingshighway / East St. Louis, II. 62203-0050
Telephone: (618) 394-2200 TDD: (800) 526-0844

February 8, 1996

Ms. Peaches Hinton
813 E. 7th Street
Alton, Illinois  62002

Dear Ms. Hinton:

It has been brought to my attention that on Wednesday, February 7, 1996, while visiting with Inmate Reed, B-28789, Southwestern Illinois Correctional Center Security staff observed you engaging in sexual misconduct with Inmate Reed. This is a clear violation of institutional policy.

Therefore, I have determined to permanently restrict your visiting privileges.  A permanent restriction is for a period of time in excess of six (6) months.  Reviews of restrictions are made only upon the written request of the inmate or restricted visitor after six (6) months of restriction, a year of restriction and on an annual basis thereafter.

This permanent restriction also prohibits you from visiting at any Adult Correctional Institution within the State of Illinois.

Sincerely,

Melvin Tolar
Assistant Warden, Operations
Southwestern Illinois Corr. Center

MT/kg

cc:  Warden Edward A. Green, Jr.          Asst. Warden Alan Karraker
     Reception Desk                       Unit Manager Robert L. Caldwell
     Inmate Reed, B-28789                 Major Michael Manion
     Gatehouse                            Chron. File/file
     Master File, Reed, B-28789

Printed on Recycled Paper

IDOC SUBPOENA RESPONSE                                    PLAINTIFFS 000198

*sexual misconduct between visitor & inmate*

407810

OF ILLINOIS — DEPARTMENT OF CORRECTIONS

ADULT AND JUVENILE DIVISIONS

**INCIDENT REPORT**

*Keep visitor restriction*

Institution/Program: **SWICC**    Date and Time of Incident: **7 Feb 96 apx 515 P**

If the answer is yes to any of the following questions, explain in narrative below:

A. Was a Weapon Involved: YES ☐ NO ☑   B. Were Restraints/Force Used: YES ☐ NO ☑   C. Was Property Damaged: YES ☐ NO ☑

D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☑   E. Were Arrests Made: YES ☐ NO ☑

F. Any Injuries/Hospitalizations: YES ☐ NO ☑   G. Were there Media Inquiries: YES ☐ NO ☑

| Inmates/Staff Involved: Name | I.D.# | Offense | Commitment Date | Witnesses to Incident: Name | I.D.# |
|---|---|---|---|---|---|
| Reed | B28789 | 107 / 401 | | | |

*FEB 1996 RECEIVED*

Statement of Facts: (NARRATIVE) On the above date and approximate time this Officer observed visitor Peaches Hinton with her hand down the pants of inmate Reed B28789 this is in violation of 401 abuse of privileges and 107 sexual misconduct Capt. Rose was called to the visiting room and the visit was terminated per the duty warden. End of statement.

Peaches Hinton
813 E 7th St
Alton IL 62002

A/W Karenker notified
Visit termination per Du
IDR Completed. Inmate Placed
on House Arrest.

| Reporting Employee | Date/Time | Person Calling in Report | Person Accepting Report | Date/Time |
|---|---|---|---|---|
| K. Griffin 208 R Griffin | apx 5:20 P 7 Feb 96 | | Capt Rose | APR 2-7-96 |

Administrative Assessment:

Chief Administrative Officer _____ Date/Time _____

Distribution:   Director
Deputy Director of Appropriate Division   Legal Services (only if restraints/force used)
Deputy Director of Bureau of Inspections and Audits   File

DC 434 (4/83)
IL 426-0410

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000199

PLAINTIFFS 000200

| RESIDENT'S NAME | REGISTER NO. | DATE: |
|---|---|---|
| Reed | B28789 | 10-18-95 |

## CLOTHING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Dress Boots | | T-Shirts, Colored | | Suits, Three Piece | | Jackets, Other |
| | Work Boots | 3 | Undershirts | | Sport Coats | | Coats, Leather |
| | Housesluppers | | Colored Tank Shirts | 2 | Jeans, Blue | | Coats, Other |
| 1 | Shower Shoes | | Thermal Underwear | | Jeans, Other Colors | | Caps |
| | Gym Shoes | | Handkerchiefs | | Neckties | | Hats |
| | Dress Shoes | 5 | Socks, White | | Sweaters | | Gloves |
| | Belts | | Socks, Colored | | Pullover Shirts | | Umbrellas |
| | Undershorts, Briefs | 1 | Sweatshirts | | Dress Shirts | | Scarves |
| 5 | Undershorts, Boxer | | Suits, Two Piece | | Dress Pants | | |
| 1 | T-Shirts, White | 1 | Sweatpants | | Jackets, Leather | | |

## CRAFT SUPPLIES

| | Painting Supplies |
|---|---|

| | Leathercraft Supplies |
|---|---|

| | Jewelry Making Supplies |
|---|---|

| | Other, Specify _____ |
|---|---|

## LINENS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Bedspreads | | Room Size Rugs | | Pillows | | Towels, Hand |
| | Drapes | | Sheets | | Blankets | 1 | Washcloths |
| | Sheers | | Pillow Cases | | Quilts | | |
| | Throw Rugs | | | | Towels, Bath | | |

DCA 5630-2-A (7/79)
IL 426-0368

Page 2 of 3

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000201

| RESIDENT'S NAME | REGISTER NO. | DATE: |
|---|---|---|
| Reed | B28789 | 10-18-95 |

### PERMIT ITEMS

(On each item on this page, please specify brand, description, and model or serial number if available:)

| | |
|---|---|
| Typewriter: | Lamp: |
| Musical Instrument: | Headphones: |
| Razor: | Fishing Equipment: |
| Wristwatch: | Alarm Clock: |
| Pocket Watch: | Calculator: |
| Fan: Lakewood wht 3 speed | Coffee Pot: |
| Hair Styler/Dryer: | Popcorn Popper: |

(On the stereo equipment, please specify function as well as the above information: Television, AM Radio, AM/FM Radio, 8-Track player)

(1)

(2)

(3)

(4)

(5)

| Eight Track Tapes: No. | Cassette Tapes: No. | Records: No. |
|---|---|---|

### PLEASE SEND THE ITEMS I CANNOT TAKE WITH ME TO THE FOLLOWING NAME AND ADDRESS:

| NAME: | PHONE NUMBER OF THIS PARTY AC ( ) |
|---|---|
| ADDRESS: | |

I hereby certify that the Personal Property Sheets I am signing contain a true and complete listing of my personal property.

Resident's Signature: Reed                    Number: B28789

Dates: 10-18-95

Witness: M Dunaway #207

Checking Officer(s): 

Listed By: D. Nash #163

IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000202

SOUTHWESTERN ILLINOIS CORRECTIONAL CENTER
EAST ST. LOUIS, ILLINOIS



RECEIPT OF ORIENTATION MANUAL

I have participated in the Southwestern Illinois Correctional Center Orientation Program, and have received a copy of the Southwestern Illinois Orientation Manual.

I understand that telephone calls are subject to monitoring and recording at any time, but that I may request to place a call to my attorney on an unmonitored line by contacting my assigned Counselor or the Casework Supervisor.

Name: _Lenn Reed_____    Number: _R28789_

Witness: _Grey Johnson____    Date: _10-20-95_

Name: Reid Lenn                                          DOC #: B28789

## *Inmate Orientation Checklist*

### Graham Correctional Center

I have received a copy of the Inmate Handbook and have attended and completed the Graham Correctional Center Orientation program.

Inmate's Signature: X *Lenny Reid*                     Date: 6-22-95

Witness: *Maria L. Reid*                               Date: 6-22-95

---

**R & C Inmates** *Sign this section also*

I also attended a presentation by medical staff regarding Acquired Immune Deficiency Syndrome (AIDS)

Inmate's Name: *Lenny Reid*                            Date: 6-22-95

---

DCA 10 527  IL 426-5283   Revised June 1987

IDOC SUBPOENA RESPONSE                          PLAINTIFFS 000204

RESIDENT'S NAME
REED, Lenn

ALIAS(S)

REGISTER NUMBER
B28789

COLOR

SEX

CLASSIFICATION

REFERENCE

1. - Right Thumb
2. - R. Index Finger
3. - R. Middle Finger
4. - R. Ring Finger
5. - R. Little Finger

6. - L. Thumb
7. - L. Index Finger
8. - L. Middle Finger
9. - L. Ring Finger
10. - L. Little Finger

Four fingers taken simultaneously

Left Hand

Amputations

Right Hand

Four fingers taken simultaneously

IDOC SUBPOENA RESPONSE

PLAINTIFFS 000205





IDOC SUBPOENA RESPONSE                    PLAINTIFFS 000206