

**From:** Kinkade, Jaclyn A.
**Sent:** Tuesday, December 21, 2021 2:48 PM
**To:** Steve Weil <weil@loevy.com>
**Cc:** Wallis, Ryan C. <rwallis@cassiday.com>; Sarah Grady <sarah@loevy.com>
**Subject:** RE: L. Reed v. Wexford, et al.: Document production

As a follow up from our call today, you will be producing the medical records you have in this case today. You will review the Complaint to cure any errors through amendment. We specifically discussed paragraphs 28 and 31, which contain allegations against Dr. Shah for when plaintiff was inpatient at the hospital receiving care. We are tabling the discovery disputes until resolution of this issue.

I will supplement the initial disclosures with the IDOC medical records we just received.

Please advise if you have any questions.

Sincerely,

**Jaclyn Kinkade** | Attorney
Cassiday Schade LLP | Phone: 314.655.4709 | Fax: 314.241.1320
100 N. Broadway, Suite 1580, St. Louis MO 63102 | www.cassiday.com

CASSIDY SCHADE LLP
Illinois | Indiana | Missouri | New Mexico | Wisconsin

**CONFIDENTIALITY NOTICE:** This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system. For further information about Cassiday Schade LLP, please see our website at www.cassiday.com or refer to any of our offices. Thank you.