**Exhibit E**

Begin forwarded message:

**From:** Tom Miller <tmiller@loevy.com>
**Date:** December 22, 2021 at 19:31:46 CST
**To:** MSmith@heylroyster.com, "Wallis, Ryan C." <rwallis@cassiday.com>, "Dugan, Timothy" <tdugan@cassiday.com>, "Janini, Michele" <mjanini@cassiday.com>, khill@heylroyster.com, MRavenhill@heylroyster.com, RRainey@heylroyster.com
**Cc:** Steve Weil <weil@loevy.com>
**Subject: Reed v. Wexford Health Sources, Inc - Document Production**

**EXTERNAL**

Good Evening

Here is the link for Plaintiff's supplemental document production. The Bates range is PLAINTIFFS000207 - PLAINTIFFS004443.

https://spaces.hightail.com/receive/o1Qr9iQEfC

Please contact me if you have any problems accessing the documents.

Regards,
Thomas Miller
Paralegal
--
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900