**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Lennisha Reed *et al*., | |
| Plaintiffs, | |
| v. | Case Number 3:20-cv-01139-SPM |
| Wexford Health Sources, Inc., *et al.*, | Judge Stephen P. McGlynn |
| Defendants. | |

**MOTION FOR LEAVE TO WITHDRAW THE APPEARANCES OF LOEVY & LOEVY
ATTORNEYS JON LOEVY, GIANNA GIZZI, AND LOCKE BOWMAN, AND FOR
LEAVE TO APPEAR AT THE MARCH 25, 2026 HEARING ON DEFENDANTS'
MOTION FOR SANCTIONS**

Pursuant to Local Rule 83.1(h), counsel from Loevy & Loevy seek leave to withdraw their appearances on behalf of Plaintiff and also seek leave for firm attorneys to appear at the March 25, 2026 hearing on Defendants' motion for sanctions, stating in support as follows:

1.      Plaintiff retained Loevy & Loevy to pursue this lawsuit.

2.      Maria Makar has an appearance on file in this case and worked on this lawsuit while at Loevy & Loevy.

3.      Ms. Makar recently left Loevy & Loevy.

4.      Plaintiff has decided to retain Ms. Makar and her new firm to represent her going forward.

5.      The following lawyers at Loevy & Loevy currently have appearances on file: Gianna Gizzi; Jon Loevy; and Locke Bowman.

6.      Given Plaintiff's decision to retain Ms. Makar and her firm rather than continuing to be represented by Loevy & Loevy, the undersigned respectfully requests that the Court grant this motion to withdraw the appearances of Gianna Gizzi, Jon Loevy, and Locke Bowman.

7.    Finally, Defendants motion for sanctions references two individual attorneys, neither of whom works at Loevy & Loevy anymore. The motion also generically requests sanctions against "Plaintiffs' counsel," Dkt. 245 at 25. Given that request, the undersigned seeks leave for Loevy & Loevy attorneys to appear at the March 25, 2026 hearing to answer any questions the Court may have about that motion as it relates to Loevy & Loevy itself rather than the individual attorneys named in the motion who no longer work at the firm.

Respectfully submitted,

/s/ *Locke Bowman*
Jon Loevy
Locke Bowman
Gianna Gizzi
LOEVY & LOEVY
311 N. Aberdeen Street, Third Floor
Chicago, IL 60607
(312) 243-5900

2