19344/047782

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LENNISHA REED and LENN REED JR., as Co-Administrators of the Estate of LENN REED, SR., #B28789,<br><br>Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCES, INC., VIPIN SHAH, STEPHEN RITZ, and FAIYAZ AHMED,<br><br>Defendant. | No. 3:20-cv-01139-SPM |

## MOTION TO CONTINUE

COME NOW, Defendants Wexford Health Sources, Inc., Vipin Shah, M.D. and Dr. Stephen Ritz, by and through their undersigned counsel, CASSIDAY SCHADE LLP, and for their Motion to Continue, states as follows:

1. This Honorable Court recently set oral arguments on a number of substantive pending motions for the morning of Wednesday, March 25, 2026. Counsel for the Defendants herein respectfully requests a couple of week continuance to conduct those hearings.

2. In support thereof, defense counsel notes that he is scheduled to begin a jury trial with this same court on the morning of Monday, March 23, 2026 in the matter of *Ted Knox v. Wexford Health Sources, et al., cause number 21-cv-00483-SPM*.

3. Based on the fact that *Knox* is a jury trial and the likely number of witnesses, the undersigned believes that it is quite likely that the *Knox* trial will roll into Wednesday, March 25th, the same time as the *Reed* oral arguments have been scheduled.

4. More significantly, the undersigned had very limited involvement in the workup of the *Reed* case. The undersigned is in need of additional time to get up to speed on the multiple pending motions that have been scheduled for hearing on the morning of

March 25th and cannot adequately do so while also serving as lead counsel in a jury trial.

5. The undersigned has conferred with both firms representing the Plaintiff in this matter. Neither firm objects. To accommodate her trial calendar, Ms. Makar has requested that the undersigned ask the court to reschedule these motion hearings to the last two weeks of April.

6. For the foregoing reasons, Defendants pray that this court briefly continue the oral arguments set for the morning of March 25th until the last two weeks of April of 2026.

WHEREFORE the undersigned prays that the court grant their Motion to Continue and reset the oral arguments currently set for March 25th to the last two weeks of April of 2026 and for such other and further relief as the court deems just and proper.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: /s/ Timothy P. Dugan
One of the Attorneys for Wexford Health Sources, Inc.,
Vipin Shah, M.D. and
Dr. Stephen Ritz

Timothy P. Dugan (ARDC No. 6271610)
CASSIDAY SCHADE LLP
100 North Broadway
St. Louis, MO 63102
(314) 241-1377
tdugan@cassiday.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  The electronic case filing system sent a "Notice of E-Filing" to the following:

Loevy & Loevy
Jonathan I. Loevy
Maria A. Makar
Gianna  Gizzi
Locke E. Bowman
jon@loevy.com
makar@loevy.com
gizzi@loevy.com
locke@loevy.com

Heyl, Royster, Voelker & Allen
Keith B. Hill
khill@heylroyster.com

Office of the Illinois Attorney General
Tara Marie Barnett
tara.barnett@ilag.gov

/s/ Timothy P. Dugan